TITLE I                    IN THE

UNITED STATES DISTRICT COURT

FOR SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN  9 2016

David J. Bradley, Clerk of Court

D.C.NO. **B 16-119**

UNITED STATES(U.S.)GOVERNMENT--THE COMITY-GOVERNMENT OF DEMOCRACY OF/BY/FOR WE THE PEOPLE: JUS HETERO GENERATIO-PROPAGATIONAL POSTERITY-CITIZENSHIPS; TEXAS AND 26-STATES OF UNION; JAMES AGGREY-KWEGGYIRR ARUNGA, DOREEN H. LEE AND ALL OTHER ALLIES OF THE UNITED STATES OF AMERICA, SI-MILARLY, SITUATED,

PLAINTIFFS

V.

BARACK HUSSEIN OBAMA, JOSEPH "JOE" BIDEN,7+-YEARS IMPE-RIAL ADMINISTRATIONS AND EXPULSION FUZES OF PRESIDENT BARACK HUSSEN OBAMA AND VICEPRESIDENT JOSEPH "JOE" BI-DEN; SCOUTUS DICTUM EXPULSION FAINAIGUING FUZES OF BRE-YER, S., GINSBURG, R.B., KAGAN, E., AND KENNEDY, A.M., AND AMERICAN CIVIL LIBERTY UNION(ACLU)/LYNCH & GUPTA, SPECIALCOUNSEL,BAGNIO OF LGBTHOMOSEXUAL STATE-CLAN;Com.C.COLVIN, SSADMN.; DONALD TRUMP POPULOUS PRESIDENTIAL PRIMARYPAIDOFF ELECTION-EXPULSION/STATEWIDE WINS AS MOOT,NULL AND VOID FUZES, DEFENDANTS

21ST-CENTURY IMPEACHMENT-FORFEITURE CLASS ACTION LAWSUIT AGAINST BARACK HUSSEIN OBAMA,JOSEPH"JOE" ROBINETTE BIDEN & AGAINST 7+-YEARS OF OBAMA-BIDEN IMPERIAL ADMINISTRATIONS

BY:  JAMES A-K ARUNGA
PRO SE

ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC 'I SURRENDER ALL' PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY, AND THE WORD OF GOD TO 'ALL YE PEOPLE OF ALL NATIONS, KEEP THE SABBATH, KEEP THE SABBATH' AND BELIEVE IN IT. MZEE KAGWA ARUNGANGOTA SAKWASAKWA AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN---A SERVANT OF THE LORD; KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT TO SERVE HIS CONCERNED-MINISTRY-CALL TO INNOCENT POSTERITY, IN THEIR NEEDS. THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD • KENYA BENEVOLENT HUMANITARIAN POST OFFICE BOX 11521, EUGENE, OR 97440 - 3721.

## THE HOLY LAW

It is written and commanded by God, covenantly sealed with the Lord, to and all people of the nations of many tongues, to receive by grace in Christ Jesus, the righteousness according to **THE LAW OF GOD:**

I.   "Thou shalt have no other gods before ME."

II.   "Thou shalt not make unto thee any graven image, or any likeness or anything that is in heaven above, or that is in the earth beneath, or that is in the water under the earth. Thou shalt not bow down thyself to them, nor serve them, for I the Lord thy God am a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth generation of them that hate Me; and showing mercy unto thousands of them that love Me, and keep My commandments."

III.   "Thou shalt not take the name of the Lord thy God in vain; for the Lord will not hold him guiltless that taketh His name in vain."

IV.   "Remember the Sabbath day, to keep it holy. Six days shalt thou labor, and do all thy work; but the seventh day is the Sabbath of the Lord thy God. In it thou shalt not do any work, thou, nor thy son, nor thy daughter, nor thy manservant, nor thy maidservant, nor thy cattle, nor thy stranger that is within thy gates. For in six days the Lord made heaven and earth, the sea and all that in them is, and rested the seventh day: Wherefore the Lord blessed the Sabbath day, and hallowed it."

V.   "Honor thy father and thy mother, that thy days may be long upon the land which the Lord thy God giveth thee."

VI.   "Thou shalt not kill."

VII.   "Thou shalt not commit adultery."

VIII.   "Thou shalt not steal."

IX.   "Thou shalt not bear false witness against thy neighbor."

X.   "Thou shalt not covet thy neighbor's house; thou shalt not covet thy neighbor's wife, nor his manservant, nor his maidservant, nor his ox, nor his ass, nor anything that is thy neighbors."

*THE HOLY BIBLE (KING JAMES VERSION):*     **-EXODUS 20:1-17**
**Revelation 22:1-21**
**Romans 05:1-21**

(PAGE-i)

TITLE I(a)          CLASS ACTION IMPEACHMENT CAUSES

18-Previous and 7+-concurrent years, the Designated
Defendants' administrations premeditated to undo
United States(U.S.)Government, Comity-Government of
Democracy of/by/for We The People et al--Plaintir
ffs; under Cult-Imperial-Ochlocracy(CIO), by Silent-
Coup d,etat that has been carried out in well desig-
ned variegated forms of linear existing fortior evi-
dence of:  1. Abandonment of the United States Govern-
ment USAMilitary Surge-Security-and-Safety--Common
Defense Preamble Provision bestowed upon the Preside-
nt of the United States Government as Commander-in-
Chief.  Appendix; also Titles II/Pages 1-21,Infra.
2.Disavowing Oath-Obligations required to support Di-
chotomyWrit--Supreme Law of the Land for United States
(U.S.)Government, Comity-Government of Democracy of/by
/for We The People et al. Id.  3.Overthrowing Comity-
Government Obligations of the United States Government
by Expulsion Directives'-Fuzes ofObam-Biden Cult-Impe-
rial Ochlocracy; HarryReidObamaBidenDelusions' Bills
of Attainder/ex-post facto Expulsion Ochlocracy-Fúzes;
and Obama-Biden Administrations-HarryReid-Clintons'-
ClintonFoundationIncKickbackDamnEmailKerryIranBribery-
Moneylaundring Expulsion-Fuses;aiding Terrorists to
attack and endangering the United States and allies
of the Government of the United States of America,id. 4-

SCOUTUS FORUM of Breyer-Ginsburg-Kagan-Kennedy legis-
lating fainaiguing-cover-ups Expulsion Dicta-Fuzes of
immorality and obstructions of JUSTICE to protect the
cruel and heinous LGBT-Cult practices that are immoral,
inhuman, and believe in Carnalbehavior-Androgynous
Mental-Abnormalities/DefunctGomorreanSodomy; to wit:
Lesbian denotes--a female-androgynous prostitute; Gay
denotes--a male-androgynous prostitute; Queer--denotes
Bisexual   androgynous prostitute(Clintons oral-onanism);
Transgender denotes female-male-female/or male-female-
male androgynous prostitutes and altogether amount to
denotatively and denotedly insimul computassent lifeless
inhuman androgynouscarnalbehiorish mental abnormalities
defunct in Sodom and Gomorrha wanting HETERO LINEAR OF
IUS as Right in Nature(LIFE), and Law in Manner(Adam&Eve
or Life-GenerationalPropagational--WE...The People..States
UnitedStates---Government) of heterosexualdescendants--
Nations.Id.  Note: Title II/Page 1,Infra
COURT IS REQUESTED TO GRANT PLAINTIFFS THEIR 21ST CENTURY
CLASS ACTION AND EMPANEL THE JURY AND THE JURY TRIAL TO
BEGIN BY/FROM JULY 1, 2016 FOR PLAINTIFFS ARE READY TO
PROVE THEIR CASE.

AFFIDAVIT<br>(EXHIBITS:A)

I, James Aggrey-Kweggyirr Arunga, pro se and victim of the
Designated-Captioned-Defendants and their associates,
declare under penalty of perjury that I have executed this
legal instrument to the best of my knowledge as true and
correct, dated on June 07,2016, by:

JAMES A-K ARUNA

PAGE-1

<u>TITLE II</u>              QUESTION(S) PRESENTED

A.  United States Government, linearly founded

    entity of Comity-Government  of  Democracy

    of/by/for We The People et al; denotative-

    ly denotes power separations of  Legisla-

    tive,  Executive  and Judiciary  Branches.

    September 1787-December 1791 DichotomyWrit

    of Manifest Regard Preamble    Provisions'

    Authority-and-Grandeur Standing ' Bill of

    Rights' Power, Dehors.  <u>The Documentary</u>

    <u>History of Ratification of the Constitu-</u>

    <u>tion, Vol.I Constitutional Documents and</u>

    <u>Records 1776-1787</u>, by Merrill Jensen and

    John Kaminiski;  <u>RATIFICATION, The People</u>

    <u>Debate the Constitution 1787-1788</u>, by Pau-

    line Maier;  <u>Origins of the Bill of Rights</u>,

    by Leonard Levy, Pages xi-259;  <u>MORE PER-</u>

    <u>FECT UNION</u>, by William Peter, Pages 1-181;

    <u>THE CITIZEN'S CONSTITUTION</u>, by Seth Lipsky,

    Pages XI-287;  <u>THE CONSTITUTION</u>, by Joseph

    Welch, Pages 1-111, insimul computassent virsus

    EXPULSION FUZES listed in paragraphs 1-3 below:

    1. Designated-captioned-Defendants.

       Title I, <u>Supra</u>; Titles II-, <u>Infra</u>,

       Appendix.

PAGE-2

2. Business of 18-previous and 7+-concur-
rent years (a) of defendants' imperial
administrations; (b) of defendants'
attaint legislations; (c) of defen-
dants' "SCOUTUS" forum legislating
dictum-fainaiguings; (d) of defen-
dants' delusionally constructing im-
proper cult-ochlocracy-fuses to undo
the United States Functions of Comi-
ty Government; (e) of defendants' con-
tortively conducting expulsion fuses
obstructing justice.  Id.

3. Defendants' cult-Ochlocracy linears fortior
evidence, in premeditated actual frauds;
contortively-committing Treason Actions,
Clintons' ClintonFoundationIncEmail Ped-
dlingPiddleKickbacks(Bribes) Activities,
IranNuclearDeal Bribery Acts, "SCOUTUS"
Dicta for carnalBehavior androgynousSodomy;
attainder/ex post facto nuclioptio-fuse;
Obama-Biden Expulsion Imperial Directi-
ves' FUZES .  Id.  INTER ALIA, PLAINTIFFS'
Question(s) present fortior merits for
Impeachment with prejudice against De-
fendants. Titles I; IIA: 1-3, Supra; also,
Titles III--, infra.  Appendix.

PAGE-3

PART-I:   PARTIES TO THE IMPEACHMENT PROCEEDING

[TITLE III

A. Party-Plaintiffs To This Impeachment Proceeding Are:

    1. United States(U.S.)Government, The Comity-
       Government of Democracy of/by/for We The
       People et al, in the Capacity of Jus Hete-
       ro Generational-Propagational Posterity--
       (a) Texas and 26-States of the Union-----;
       (b) James Aggrey-Kweggyirr Arunga, Doreen
       H. Lee.
    2. Allies and all other Hetero Generational-
       Propagational Nationalities of the United
       States of America, similarly, situated,
       Post Office Box 11521, Eugene, OR 97440-3721

B. Designated Party-Defendants To This Very Impeachment
   Proceeding Are:

    1. 7+ years Imperial Administrations and ex-
       pulsion Directives'-Fuzes--(a) Barack Hus-
       sein Obama, Joseph "Joe" Robinette Biden and
       Susan Rice, 1600 Pennsylvania Avenue, N.W.,
       White House, Washington, D.C. 20502;(b) Eric
       Holder and Loretta Lynch, U.S.Department of
       Justice, 950 Pennsylvania Avenue, N.W., Wash-
       ington, D.C. 20530-0001; (c) John Kerry, U.S.
       Department of Secretary of State,C-Street,NW,
       Washington, D.C. 20520; (d) Eric Holder, Co-
       vington & Burling LLP, One City-Center, 850
       Tenth Street, NW, Washington, D.C. 20001-4956;
       (e) Hillary D.Rodham/Hillary Rodham-Clinton,
       William Jefferson Clinton,ClintonInc-Bengazi-
       DmnEmailKickbacks(Enemies'Bribes), Clinton
       Foundation,1271 Sixth Avenue,New York,NY 10020
       10020; (f) Harry Reid-Kerry-Iran-NuclearDeal
       Expulsion Sanctions Bribery-Fuze, Harry Reid
       (D-NV), 522 HartSenate Office Building,Wash-
       ington, D.C.20510; LaneCountyLtdBrd-Scrty/Hpkns.
    2. SCOUTUS Forum of Breyer,S.,Ginsburg,R.B.,Kagan,
       E., Kennedy, A of Expulsion Fainaiguing Dictum
       Fuzes, and JusticeObstructions,Supreme Court
       of United States, 1 First Street,N.E., Wash-
       ington, D.C. 20543.Donald Trump,NY,NY; SSADMN.
       Baltimore,Maryland./Jamaica,NY;EugenCity-MayorCncl-
       EgnPblcLibrary;Egn-Sprngfld Medc-Unit;-EgnSSO,OR.

PART-II:   PERMISSUBLE PARTIES  TO THE AMENDED PROCEEDING(s),
       U.S.C.A.18:RICOFORFEITURE-241,1956 & 1957   ET SEQ.

PAGE-4

TITLE IV      <u>CITATIONS IN THIS IMPEACHMENT PROCEEDING</u>

A. Party Designated-Defendants are Prima Facielly
   Accessorial Agents: 1. Aiding National and Inter-
   national Terrorists; 2. Adhering to worldwide ene-
   mies' heinous criminal actions, activities, acts
   to attack, murder and exterminate United States
   Government, Comity-Government of Democracy of/by/
   for  We The People...Hetero Posterity---Genera-
   tional Propagational citizens and allied Natio-
   nalities of The United States of America.  Appe-
   ndix.   <u>Kelly File</u>(in chronological Compendium),
   by,Megyn Kelly, U.S.November 2008 Elections--FXNS.

B. Expulsion Directives'-Fuzes of Accessorial Fortias
   of 7+-Years Imperial Administrations of Barack Hus-
   sein Obama, Joseph "Joe" Robinette Biden and Susan
   Rice; Eric Holder, Loretta Lynch, John Kerry, Hil-
   lary D. Rodham/Hillary Rodham-Clinton, William Jef-
   ferson Clinton, Harry Reid; and, indefinite contor-
   tive Expulsion Dictum Fainaiguing fuzes of Obstru-
   ctions of Justice, legislated by SCOUTUSForum of Bre-
   yer, S.. Ginsburg, R.B., Kagan, E., and Kennedy, A
   invoke Authority of Sua Sponte Jurisdiction  of
   Preamble Provisions-Bill of Rights Manifest Regard
   GRANDEUR Standing Peremptory Dichotomus WRIT, dehors,
   against Designated Defendants and their Cult-Ochlo-
   cracy's Expulsions Imperial and SCOUTUS Fainaiguings.Id.

PAGE-5

## JURISDICTION

ITLE V

A. Sua Sponte Jurisdiction of Preamble Provisions-Bill
of Rights Manifest Regard GRANDEUR Standing Dichoto-
mus Peremptory WRIT, dehors: Upholds, indefinitely, the
United States(U.S.)Government, Comity-Government of
Democracy of/by/for We The People...et al, against
Designated-Defendants and their imperial delusions;
Grants Impeachment Judgment against Defendants.Pur-
view Origins of the Bill of Rights, PERFECT UNION,
THE CONSTITUTION, and CITIZEN'S CONSTITUTION, Supra.

B. STATEMENT OF UNITED STATES CONSTITUTION JURISDICTION:
Article III, Amendments I, VII,XII; U.S.Supreme Court
Rule 18, for Article III Impeachment removing Desig-
nated Defendants and Defendants' Imperial Expulsion
Directives'-Fuzes and SCOUTUSForum's Obstructions of
Justice Fainaiguing-Fuzes, from the Property and Func-
tions as well as from functioning in official duties
and responsibilities of United States Government, the
Comity-Government of Democracy of/by/for We The People
et al. Jurisdiction-A, Supra.

C. STATEMENT OF JURISDICTION'S PROCEEDING: U.S.C.A. 28,
2101 et seq., U.S.Supreme Court Rule 18, for Direct
Appeal from U.S.Dstr.Crt.on Question Presented; F.R.C.P.,
Rules 23 and 52(a), for Class Action and Found Fact on
Merits , for United States Government et al, against
Designated Defendants and Defendants' Expulsion-Fuzes.Id.

PAGE-6

D.   STATEMENT OF ARTICLE III FACTUAL JURISDICTION:

1. To the extent that Designated Defendants Barack
   Hussein Obama, Joseph "Joe" Robinnette Biden,
   Susan Rice, Eric Holder, Loretta Lynch, John
   Kerry, Hillary D. Rodham/Hillary Rodham Clinton,
   William Jefferson Clinton, Harry Reid et al,aka,
   7+-Years Imperial Administrations of President
   Obama and VicePresident Biden PREMEDITATED TO COM-
   MIT Treason Actions; ClintonInc Kickbacks(Bribes)
   andor Bengazi-DamnEmail heinous Bribery peddling-
   Spindle Fuzes Activities; High-heinous Acts and
   Kerry-IranNuclearDeal BriberySanctions;NOTE: on/from
   November 2008__, said Defendants intentionally aban-
   doned National International Military-USA-SURGE Se-
   curity-and-Safety; aided and adhered to worldwide
   Terrorists to invade, threaten and attack, mur-
   dering Citizens and allied Nationalities of the Uni-
   ted States of America.  Kelly File, by Megyn Kelly,
   Supra. APPENDIX.

2. To the extent that Designated Defendants--7+-Years
   Imperial Administrations of President Obama and Vice-
   President Biden; Defendants SCOUTUS finaglingForum
   of Breyer, S., Ginsburg, R.B., Kagan, E., and Kennedy
   A., collectively premediated,from president-vice
   president-Elect results, effective or thereafter 2-
   November-2008--, to commit heinous contortive actions,

PAGE-7

activities, acts; NOTE: beginning January 2009,

said Designated Defendants disavowed Constitu-

tional OATH'S OBLIGATIONS; instead, the said De-

fendants OPERATE EXECUTIVE AND JUDICIAL BRANCHES

of United States Government, under Obama-Biden Im-

perial Administrations Expulsion Directives' Fuses

and under SCOUTUS finaglingForum's Expulsion Fuzes

of LEGISLATING OBSTRUCTIONS OF JUSTICE DICTA!  Kelly

File, by Megyn Kelly, Supra. Appendix.

TITLE VI                STATEMENT OF ISSUE(S) ON MERITS

A.  Jurisdiction's Merits of Question Presented, Supra,

ISSUE: United States(U.S.)Government, Comity-Government

of/by/for We The People, Intact vowed-Democracy; Defined as

alpha-and-omega Sua Sponte meritorious JURISDICTION,

DEHORS. Origins of the Bill of Rights, by Leonard W.

Levy, and MORE PERFECT UNION, by William Peter, Supra.

B.  Identically, said Question presents Hetero     Ius

in joint-linear evidence of "Right"-in-Nature-and-"Law"

in Manner; i.e. Hetero in Conformity-Unit--Marriage of

Adam-and-Eve is hetero-generational and Equidimensional

propagation-posterity:  binding with our fore-Fathers

and fore-Mothers, Allies and Citizens of United States

Government of America, Dehors. Id.

C.  Jurisdiction's Merits of "This Constitution" is only way to **solve**

1. Bengazi Ambassador's death;linears fortior evidence of

PAGE-8

Obstructions of Justice,involving Designated
Defendants. Thus, their Electoral Colleges are null
and void, effective January 2009 to January 2017
and beyond; for said Defendants,in their own Trea-
son Actions, Heinous Criminal Activities andBribes'
Acts, aiding World Terrorists and enemies to wedge
wars against Allies and Citizens of United States,
abandoned National International Ordained Mili-
tary-USA-Common Defense-SURGE SECURITY AND SAFETY
which said Preamble Provision--Common Defense, is
bestowed upon President-- Commander-in-Chief of
United States of America. <u>Origins of the Bill of
Rights</u> and <u>MORE PERFECT UNION</u>, <u>Supra</u>. Appendix.

2. IDENTICALLY,Defendants as they disavow required
OATH'S OBLIGATIONS link Congressman Harry Reid;
Barack Hussein Obama;Joseph "Joe" Robinette Biden;
Obama-Biden Imperial Administrations andor executive
officials/officers; and, Judicial dictum-Forum of
Breyer-Ginsburg,Kagan-Kennedy and their SCOUTUS's
Obstructions of Justice Dictum-Fuzes,COLLECTIVELY,to
DEFY/DEFIED the United States "Constitution"of/by/for
We the People of United States of America",which
said Constitution has Sua Sponte Jurisdiction,dehors,
TO IMPEACH THE DESIGNATED DEFENDANTS,from United
States Government.<u>THE CONSTITUTION</u> and <u>CITIZEN'S CON-
STITUTION</u>, <u>Supra</u>. APPENDIX.

PAGE-9

TTLE VII   UNITED STATES COMITY-GOVERNMENT   BINDING MERITS, DEHORS.

Purview-A.   1. Eligible state-citizens' votes in winning

majority, favorable for said citizens'

preferred presidential candidate,result

into "President-elect".

2. Electoral College, faithfully-executed,

declares;United States President-and-

vicePresident, with Electoral College

majority votes, elected.

3. Oath's Obligations are binding upon

official officer(s)  occupying Executive

Branch, which said executive official

officer(s) is United States Commander-in-

Chief, bound to supporting Ordained and

Established "This Constitution", under

which CAUSE(S) FOR JUDICIAL JURISDICTION

OF UNITED STATES(U.S.)GOVERNMENT, COMITY-

GOVERNMENT OF DEMOCRACY OF/BY/FOR WE THE

PEOPLE ET AL, ISSUE. Purview-B, Infra.

Purview-B.   Oath's Obligations are binding upon offi-

cial officers  occupying Legislative and

Judicial Branches.That said officers are,

also,bound to support Ordained and Establi-

shed "This Constitution," for JudicialCause.

U.S.Constitution, Article VI,Clauses 2-3.

PAGE-10

TITLE VIII                SUMMARY OF PRESENTED ISSUES

A.  Designated Defendants, as listed     in this impea-
    chment proceeding, abandoned COMMON DEFENSE MERITS--
    "MILITARY SURGE"(National International Security and
    Safety), bestowed upon United States Commander-in-Chief,
    bound by Oath to support the ordained and established
    United States(U.S.), Comity-Government of Democracy of/
    by/for We The People...,Dehors.  Origins of the Bill of
    Rights, by Levy, Pgs. xi-259; MORE PERFECT UNION, by
    Peter, Pgs. 1-181; THE CONSTITUTION, by Welch, Pgs.1-111;
    CITIZEN'S CONSTITUTION, by Lipsky, pgs. XI-287.

B.  Similarly, in their respective joint capacity,said Desig-
    nated Defendants legislated imperial forgery Directives
    and bench-forum SCOUTUS fainaiguings of attaint Expulsion
    Fuzes of Obstructions of Justice DISAVOWING MERITS OF
    EXECUTIVE AND JUDICIAL BRANCHES, bound by OATH to Consti-
    tution of United States--Article I, Section 1; Section 2,
    Clauses 1-2; Section 8, Clauses 9-11 & 18; Section 9,
    Clauses 2-3: Article II, Section 1, Clauses 1-3: Article
    III, Section 1; Section 2, Clauses 1-3; Section 3, Cla-
    uses 1-2.  Also, Article I, Section 3, Clause 7: Article
    II, Section 1, Clauses 5,7; Section 2, Clauses 1-2: 
    Article IV, Section 4: Article V: Article VI, Clauses 2-3;
    Article VII: 1791-Amendments I, VII, IX-X; 1804-Amendment
    XII.  18USCA(RICO): 241, 1956-1957 et seq. Id.

PAGE-11

C. That, in their collective designated capacity aimed
at undoing September 1787-Per Curam-December 1791--
Ratification Conventions' Law of the Land of/by/for
WE THE PEOPLE, et al, Defendants are caught into na-
tionally internationally  organized forums of:

    1.  Criminal expulsion lynching and variegated
       forms of MOBS, Appendix. **Titles I-VIIIB ,Supra**.

    2.  Violators of Ethics Code(s) and Civil Laws,
       id.

    3.  Inhuman immoral cruel, both professional and
       nonprofessional conartist ELITE of finaglers,
       id.

    4.  Nihilists representing CULT-OCHLOCRACY, id.

    5.  Self-declared voluntary enemies and volitio-
       nally ad hoc AGENTS (a) aiding worldwide
       TERRORISTS, id.; (b) adhering to their conti-
       nuing own premeditated COURSE(S) of executing
       OBAMA-BIDEN IMPERIAL EXPULSION DIRECTIVE-
       FUZES--Treason Actions, id.; and, (c) active
       in RACKETEERING RINGS OF $1+.0BILLION CLI-
       NTONS' ClintonFoundationInc KICKBACKS(bribes)
       to $150+.OBILLION KERRY-IRAN NUCLEARDEAL
       SANCTIONS' SCHEME(bribery),id.

PAGE-12

D.  Thus, Defendants and their respective:  Barack Hussein
    Obama-Joseph "Joe" Robinette Biden Imperial Administra-
    tions; Legislative Fainaiguings of Maundering Attaint
    Expulsion Dictum-Fuzes forumed by SCOUTUS designated
    Defendants--S.Breyer, R.B.Ginsburg, E.Kagan, A.Kennedy;
    and Bill(s) of Attainder(s) et seq..perpetuated by
    Harry Reid are, jointly, ACCESSORIAL FORTIAS withwhich
    said DEFENDANTS, in their concerted efforts, in the
    18-Previous and 7+-concurrent years, have attempted,
    continue to attempt  and or have carried-out SILENT
    COUP  D,ETAT DISRUPTING THE UNITED STATES(U.S.), THE
    ENTITY OF COMITY-GOVERNMENT OF DEMOCRACY OF/BY/FOR
    WE THE PEOPLE ET AL, UNDER THE PRETENSES OF EXECUTIVE
    JUDICIAL AND CONGRESSIONAL ELECTORAL COLLEGE(S). HELD:
    DESIGNATED AND CAPTIONED DEFENDANTS--Barack Hussein
    Obama, Joseph "Joe" Biden, 7+-Years Imperial Admini-
    strations and Expulsion(Directive)Fuzes et al; SCOUTUS
    Dictum Expulsion Fainaiguing Fuzes of Breyer, Ginsburg
    Kagan, Kennedy and ACLU; Donald Trump(Indis.party)
    meet    the  EXPULSION ACTUAL FRAUDS-FUZES, AMOUNT-
    ING TO TREASON ACTIONS by Obama-Biden imperial admi-
    nistrations; SCOUTUS forume's legislating fainaiguing
    dictum-fuzes; and, Reid's activities and **attaint acts. Id.**

PAGE-13

TITLE IX    JUDICIAL IMPEACHMENT WITH PREJUDICE AGAINST DEFENDANTS

MERITS-A.   Law of the Land:  "Ordain(ed) and Establi-
            sh(ed) This Constitution--WRIT of Dichotomy
            /Dichotomy Writ of September 1787 Manifest
            Regard Preamble Provisions and Grandeur
            Standing Bill of Rights, ratified for the
            United States, Comity-Government of Demo-
            cracy of/by/for We the People et al--Hetero
            Generational Propagations, both allied, si-
            milarly, situated Nationalities and United
            States citizens of America. Law of the Land
            --WRIT of "This Constitution", forever ra-
            tified, effective December 1791--, Dehors.
            The Documentary History of History of Rati-
            fication of the Constitution, Vol.I Consti-
            tutional Documents and Records 1776-1787,by
            Merrill Jensen and John Kaminski;  RATIFI-
            CATION, The people Debate the Constitution
            1787-1788, BY Pauline Maier; Origins of the
            Bill of Rights, by Leonard Levy; Pages xi-
            259; MORE PERFECT UNION, by William Peter,
            Pages 1-181; THE CITIZEN'S CONSTITUTION,

PAGE-14

by Seth Lipsky, Pages XI-287; THE CONSTITU-

TION, by Joseph Welch, Pages 1-111.

MERITS-B.   Article III:   Court has, denotatively, au-

thorized sua sponte jurisdiction granting

Plaintiffs their Article III Impeachment

lawsuit/litigation, to remove and expel De-

signated Defendants from occupying Proper-

ty and any Functions of Official Branches

of the United States, Entity of Comity-

Government of Democracy of/by/for We The

People et al--Plaintiffs per se.  Id.

U.S.Const.: Article III; Amendments I,

VII, IX & XI; U.S.Supreme Court Rule 18/

U.S.C.A.28:2101 et seq.; U.S.C.A.18(RICO):

241, 1956-1957 et seq. Federal Rules of

Civil Procedure, Rules 9 and 19.  In Re:

States of Texas et al v. Obama-Biden Ex-

pulsion Imperial-Fuzes, USCA,5th Circuit,

CANO. 15-40238(Consistent with the Law of

the Land). To wit, in favor of Texas et al.

MERITS-C.   21st Century Class Action:  We The People

per se, ourselves...our posterity, Class

of Allies and citizens of United States

PAGE-15

Government; and, pursuant to Hetero Princi-
pal of Ratification/Authority of Power of
Dichotomy Writ of September 1787 Manifest
Regard Preamble Provisions and Grandeur
Standing Bill of Rights, Dehors, raise
a Judicial Impeachment Question at, both
Law and Fact on solid found FORTIOR EVI-
DENCE, against Designated-Captioned-
Defendants. That, in 18-Previous and 7+-
Concurrent Years, said Defendants: Count
(1) Committed, and Count (2) contortively
continue to commit variegated forms of
Actual Frauds. **Appendix.** (U.S.Supreme Doc-
ket Number 15-674); Appendix ipso, Count (3)-
Committed, and Count (4) contortively con-
tinue to commit Heinous Imperial Treason
Actions, ClintonFoundationInc-Kickbacks
(Bribes) Activities, Obama-Biden-Kerry-
Iran NuclearDeal BriberySanctions. Id.
Count (5) Committed, and Count (6) contor-
tively continue to commit SCOUTUSForum's
Fainaiguings, Obama-Biden Imperial Admini-
strations and HarryReid Attaint Legisla-
tions of Cult-Ochlocracy and Expulsions

PAGE-16

of Obstructions of Justice-Fuzes.  Thus, Class Ac-
ction  to the Question(s) presented is at the
Law and Fact, indispensably, found to issue Judi-
cial Impeachment Proceeding(s) and Judgment with
prejudice, against Designated-Captioned-Defenda-
nts.NOTE:  Titles I-IX, <u>Supra</u>; APPENDIX.
**Also,see** Civil Cover Sheet:  I(a); II(1); IV(690);
V(6); VII- VIII.  Federal Rules of Civil Procedu-
re, Rule 23:  (a)(2); (b)(3)(B); (c)(1)(A-B); (c)-
(2)(B)(i-iii); (c)(3)(B); (d)(1)(A-C, & E); (d)(2);
and, Rule 52(a) et seq.  U.S.Const., Article III;
Article VI, Clauses 2-3; and Article VII.


<u>Title X</u>         <u>RELIEF(S) FOR PRESENTED QUESTION(S)</u>

A.  TwentyFirst Century Plaintiffs' Class Action:
    Denotatively, consistent with Principal--Autho-
    rity, of September 1787 per curam Convention;
    Counts(1) then, against 'Imperialism; and Counts
    (2) now, against concurrent 7+-Years of Barack
    Hussein Obama-Joseph "Joe" Robinette Biden Impe-
    rial Administrations, from January 2009--. Note:
    Titles I-IX, <u>Supra</u>. APPENDIX.

B.  TwentyFirst Century Plaintiffs' Class Action:
    Denotatively, consistent by Ratification--Power
    Convention of December 1791--, for United States

Page-17

(U.S.) Government, the Comity-Government of Demo-
cracy of/by/for We The People et al, Counts(3)
concurrently, against 7+-Years Imperial Admini-
strations Expulsion Directives-Fuzes of Preside-
nt Barack Hussein Obama and VicePresident Jose-
ph "Joe" Biden; Counts(4) concurrently, against
SCOUTUSLegislativeForum of S.Breyer, R.B.Gins-
burg, E.Kagan, A. Kennedy, and American Civil
Liberty Union(ACLU) Dictum-Nihilist Expulsions
Fainaiguings-Fuzes, retroactively(from December
1791--→ Titles I-XA, Supra. Appendix.

C.  TwentyFirst Century Plaintiffs' Class Action:
Denotatively, Counts(5) authorized Article III
Appeal for DichotomyWrit of September 1787-
Preamble Provisions-and-Bill of Rights, Dehors,
of December 1791--, for United States Government
the Comity-Government of Democracy CAPACITY
of/by/for WE THE PEOPLE et al, Counts(6), against
Designated Defendants and defendants' joint
capacity of:imperial criminal Treason Actions;
ClintonFoundationInc PaddlingKickbacks(Bribes);
Obam-Biden-Kerry-Iran NuclearDeal Bribery Sanc-

PAGE-18

tions, SCOUTUSLegislative Fainaiguings; Harry

Reid Attaint Nuclear-option bills of attainder;

and, Counts(7), against Designated Defendants in

their premeditated delusions, to undo the United

States Government, the Entity of Comity-Government

of Democracy of/by/for We The People et al, Counts

(8), against Obama-Biden imperial Directives' and

SCOUTUSForum legislativeDictum Fainaiguing-Fuses of

CULT-OCHLOCRACY.  Title I-XB, Supra. Appendix.


TITLE XI                    STATEMENT OF RELIEF(S)

        A.   TO THE EXTENT THAT DESIGNATED DEFENDANTS:

             abandoned Common Defense--National Inter-

             national USAMilitary-Security-SURGE-Safety,

             bestowed upon United States President Com-

             mander-in-Chief, President Barack Hussein

             Obama-VicePresident Joseph Robinette Biden

             by their own intentional volitions, defaulted

             their eligibility and certification, thereof,

             permanently, from occupying the United States

             official offices and Property of Commander-in

             Chief, effective January 2009--. Titles I-XC,

             Supra. Appendix.

PAGE-19

B.   TO THE EXTENT THAT DESIGNATED DEFENDANTS:
     Premeditated to disavow United States
     Government OATH'S OBLIGATIONS--Advice_
     Consent...National Security and Safety
     and Notices of the United States Consti-
     tution, said Defendants, by their voli-
     tionally-disavowing from supporting the
     Constitution's OATH'S OBLIGATIONS, De-
     fendants intentionally and knowingly,
     defaulted their qualifications-eligibi-
     lities-certifications, thereof, perma-
     nently, from occupying the Property and
     official Offices; and, from participa-
     ting in any function of Executive, Legis-
     lative and Judiciary Branches of the Uni-
     ted States Government, Comity-Government
     of Democracy of/by/for We The People,
     effective January 2009.--.  Titles I-XIA,
     Supra. Appendix.

C.   TO THE EXTENT THAT DESIGNATED DEFENDANTS:
     Lack Principal or authority per se in simili Ra-
     tification or power of DichotomyWrit of Sep-
     tember 1787 Manifest IntactRegard Preamble

PAGE-20

Provisions-and-December 1791 Grandeur Standing
Bill of Rights, Dehors,ipso facto, denote Defe-
ndants and their imperial administrations, SCOUTUS
forum's dictum-fainaiguings,and nuclioptio bills of
attainder/ex post faco are, collectively, expulsion
fuses' hill of defendants premeditated actual frauds;
maundering obstructions of justice, heinous voodoo-
hoodoo-witchraft delusions of grandeur cult imperial
ochlocracy on NOTICE; moot, null and void for want-
ing the Constitutionality of the Supreme Law of the
Land.  Question(s) and Merits of Question(s) Prese-
nted, Pages 1-19/Titles I-XIB, Supra.  Appendix.

### RELIEF

WHEREFOR, PLAINTIFFS, United States Government et al
in linear of Ius move this Court to sustain
the merits for Comity-Government of Democracy
of/by/for We The People, pursuant to September
1787-December 1791 DichotomyWrit. Pages 1-19/
Titles I-XIC, Supra, against Defendants.
That Grant Plaintiffs their Twentifirst Cen-
ury Class Action at law and Fact, against
designated Defendants. Id.
That Court is further moved to enter impeach-
ment order favorable plaintiffs against Desig-
nated Defendants, with prejudice.Id.

Page-21

Court is requested to empanel a jury trial
and hearing from July 1, 2016, where Plaintiffs
will present to the jury undisputed facts
showing Ambassador Christopher representing
United States Government was set-up to be
murdered, and that though the cause of being
murdered has been tried to be covered-up over
and over again by party perpetrators but,
that has not been possible. Id, also, Appendix.

Court is requested to grant jury trial because
Clintons' Clinton-FoundationInc has spider
paddlingspindles traveling like Osprey airline
in a form of Pandora box composite BengaziTruth.
ACCORDINGLY, Court is moved to set trial date
as soon as possible for impeachment hearing
against Barack Hussein Obama, Joseph"Joe"
Biden, and Obama-Biden administrations' cabi-
net members and SCOUTUS Forummembers designated.
Id, **Exhibits and Appendixes.**

Respectfully requested and submitted
on June 07 ,2016 by:

JAMES A-K ARUNGA, Pro se

ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721