E X H I B I T S

EXHIBIT-A

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS : U.S.GOVERNMENT--THE COMITY GOVERNMENT OF DEMOCRACY OF/BY/FOR WE THE PEOPLE:JUS HETERO GENERATIONAL PROSPERITY--JAMES A-K ARUNGA ET AL. | DEFENDANTS : BARACK HUSSEIN OBAMA,JOSEPH "JOE" BIDEN & IMPERIAL ADMINISTRATIONS; AND, SCOUTUS EXPULSION FUZES OF BREYER, GINSBURG,KAGAN,KENNEDY ET AL. |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant WASHINGTON,D.C |
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>JAMES AGGREY-KWEGGYIRR ARUNGA<br>PRO SE, ARUNGA & LEE, POST OFFICE<br>BOX 11521, EUGENE, OR 97440-3721 | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | U.S.Const., Article III, | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | U.S.Supreme Court Rule 18/ | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | U.S.C.A. 28: 2101 etseq. U.S.C.A.18,RICOForfeiture, | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | 18:241,1956- | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability | ☐ 368 Asbestos Personal Injury Product | 57 et seq. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 340 Marine | Liability | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☒ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: PREAMBLEPROVISIONS-BILL OF RIGHTS GRANDEUR STANDING PEREMPTORY-WRIT.DEHORS,U.S.CONST.,ARTICLE III/ AMENDMENTS I,VII,IX&XI;U.S-SUPREME COURT RULE 18,USCA28:2101; F.R.C.P., RULES 9, 19, 23,852(a).

Brief description of cause: B.H.Obama-J.R.Biden,Agents of Worldwide Terrorists & Obama-Biden Imperial Administrations,Agencies,aiding enemies WHO Declared WARS against United States Government and American Allies. Title18:241, 1956 - 1957.

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND** $ $150.00+Billion:ClintonInc ForeignBribes & Kerry-Iran NuclearDealBriberySanctions.

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  U.S.CA,5THCIRCUIT   DOCKET NO.15-40238

JUDGE  HONORABLE ANDREW S. HANEN,U.S.DCJDG,S.D.TX.

DATE  June 07 2016

SIGNATURE OF ATTORNEY OF RECORD  Aε

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

MINISTRIES OF CONCERNS AND NEEDS

# THE HOLY SABBATH-TABERNACLE
## OF
## THE LORD

(THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001)



<div style="writing-mode: vertical">THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY, AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS, KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT. MZEE KAGWA ARUNGA NGOTA SAKWASAKWA AKA JAMES AGGREY-KWEGCYRR ARUNGA, SABBATHIAN -- A SERVANT OF THE LORD. KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT TO SERVE HIS CONCERNED-MINISTRY-CALL TO INNOCENT POSTERITY, IN THEIR NEEDS. THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD - KENYA BENEVOLENT HUMANITARIAN POST OFFICE BOX 1344 - SACRAMENTO - CALIFORNIA 95812-1344 - USA - TELEPHONE: 916-424-2715</div>

1 of 4

### IN THE UNITED STATES GOVERNMENT

Executive, White House, Washington, D.C. 20502: Case No.---------

Legislative Speaker, Hon. John Boehner, Office
of the Speaker, H-232 The Capitol, Washington,
D.C. 20515......................................: Case No.---------

U.S.Food and Drug Administration-Agency, 10903
New Hampshire Avenue, Silver Spring, MD 20993.: Case No.---------

U.S.Department of Health and Human Services,
200 Independence Avenue, S.W. Washington, D.C.
20201.........................................: Case No.---------

U.S.Department of Housing and Urban Development
451 Seventh Street, S.W., Washington,D.C.20410: Case No.---------

U.S.Justice Department, Housing and Civil En-
Force Section, P.O.Box 65998, Washington, D.C.
20035-5998....................................: Case No.---------

      Distributed to Sacramento County Dis-
      trict Attorney, 901 G. Street, Sacra-
      mento, CA 95814.....................: Case No.---------

      Honorable Don Nottoli, Chair, Board
      of Supervisors, Sacramento County,
      Sacramento, CA 95814...............: Case No.---------



JAMES A. ARUNGA AND ALL OTHERS SITUATED VICTIMS OF FEDERAL LAWS'
VIOLATIONS, Victim(s) in their own capacities as innocent senior
and or disabled Citizens of County of Sacramento, 2901 El Camino
Avenue, Sacramento, CA 95821; Telephone: 916 833 0757

                          V.

HANK FISHER PROPERTIES, INC.610 FULTON AVENUE, SUITE 100, SACRAMENTO,

CALIFORNIA 95825: LEISURE MANOR, "HUD SENIOR COMMUNITY", 2901 EL CAMINO AVENUE, SACRAMENTO, CA 95821; LYNDA MAY, NADIA ENGEL, REBECCA DAVIS, THOMAS ENGLISH, PRIYA DESILVA, SUSAN ANDERSON, GINNY REEFER, "RESIDENCE COUNCIL-S.CUNNINGHAM-D.BEASLEY"; KIMBALL, TIREY AND ST.JOHN IN THEIR CONCERTED ACTIVE CAPACITIES AS CONCERTED VIOLATORS OF FEDERAL CRIMINAL-CIVIL LAWS AND THE CONSTITUTION,THEREBY, KNOWN, jointly and separately, concerted violators composite contortfeasors,financial finaglers, organized conartists and retaliatory discriminating extortionists, and concerted hitpersons to harm Arunga and all other victims, similarly, situated. Collectively, Hank and Fisher Properties, Inc. et al are listed as Parties of InterestDefendants.

COMPLAINT

DEMAND FOR GRAND JURY AND JURY REQUESTED.

Arunga and other victims, similarly, situated are senior and or disabled citizen--75 years old, without civil violations nor criminal record(s); eligibly qualified and certifiedd for Federal Subsidized rent and tenant at Leisure Manor Senior Citizen Apartments, Hank Fisher Properties, Inc. Arunga's certificated Rental Agreement for 1-year became effective October, 2012 ending on August 31, 2013. Arunga has, timely, met his rental obligations, without any unpaid rent, concurrently and consecutively. Arunga and all other tenants at Leisure Manor rent their housing from Hank and Fisher et al, under Federal Laws and the Constitution of the United States Government, thereby, known. Hank and Fisher et al rent out their housing premises, pursuant to Federal Laws and the Constitution of the United States, thereby, known.

Hank Fisher et al operate Food Program at Leisure Manor at the flat rate of $189.00 a month, and said Program is subject to the required laws, regulations of United States Government: U.S. Food and Drug Administration; U.S.Department of Health and Human Services; U.S.Department of Housing and Urban Development.

However, since 1979, Hank and Fisher et al have continually concerted to serve unhealthy and not enough Food to their renters causing illness and not enough to the tenantts. Arunga and other victimtenants have been subjected to Hank and Fisher contortions' covenant, organized conartist extortions, concerted retaliatory threats, illegal rental agreement termination, and financial finagling, in violations of tenants' legal and constitutional rights.

To wit: In March, 2011, victim Arunga was served with Hank Fishercontaminated

THE HOLY SABBATH-TABERNACLE
OF
THE LORD

EXHIBIT A-3    Case 1:16-cv-00119   Document 1-1   Filed on 06/09/16 in TXSD   Page 5 of 55

(THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001)

THE ARK
THE HOLY
COVENANT

3 of 4

food causing Arunga to suffer from lifethreatening diarrehea. Hank and Fisher et al did not dispute and do not dispute that they serve contaminated and or not enough to their renters.          Hank and Fisher et all maintain that the state of California does not require  them to disclose the dates, compositions and the makeup or ingredients of the food they serve to their renters.  Hank and Fisher et al tell their renters that Arunga and other victims, similarly, situated can leave if  the said victims do not like the food that Hank and Fisher et al serve.

Hank and Fisher et al, also, talk to organized nonrenters and renters(members of bogus and illegal residence/resident council),the Protected Privacy of Arunga and other renting victims from the renting victims files, to harass Arunga and other victims that refuse but have been forced to pay for the contaminated food that Hank and Fisher et al serve.

Hank and Fisher et al are identical and similar to CountrywideBAnkofAmerica and NECC contortions, financial finagling, conartistextortions that are unhealthy and hurt(ing) innocent victims of concerted violators--Hank and Fisher et al, of Federal Laws and the Constitution.

Categorically, Arunga and other victims of violations of Federal Laws have legal rights and constitutional protections from being forced to pay for the contaminated Food Program that Hank and Fisher et al serve the said renting victimtenants. Further, Hank and Fisher et al do not have the authority to terminate Rental Agreement to  Arunga's Apartment-241, from Hank and Fisher Properties, Inc., Leisure Manor, at 2901 El Camino Avenue, Sacramento, CA 95821. Forcing Arunga to pay for contaminated, unhealthy Food Program that Hank Fisher et al, extortionally and financial finaglingly operate, under Hank Fisher's contortions., is unAmerican.

Arunga and other renting tenants-victims raise Federal Question(s), to the extent that it issues, against Hank and Fisher et al, collectively, named as Parties of InterestDefendants.  Title 18USC, Sections 1956-1957 et seq; Title 28USC, Section 1331; Title 42USC, Sections 3600-3620, "The Act" Section 818 and 42USC,Section 1983(2000).

CONCLUSION

United States Government and its listed authorities on page 1 are requested to delete Food Program from Hank and Fisher, Leisure Manor's Rental Agreement, and reimburse, retroactively, Leisure Manor's subsidized tenants their monies paid for contaminated Food Program, from 1979---, with penalties against Parties of Interest-




THE LORD

(THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001)

4 of 4

listed/named Defendants--Hank and Fisher et al. Id.  Conduct Grand and or Jury investigations and declare unlawful detainer null, void and immaterial for there is no monies owed to Hank and Fisher et al to the extent that the said Defendants failed to serve healthy and adequate Food Program to tenantsvictims, since 1979--, at which time Hank and Fisher et al continued to commit frauds by serving contaminated food repugnant to United States Executive-Legislative-FDA-HHS-HUD-DOJ requirements, Federal Laws and Regulations. Id.  Also, CountrywideBankofAmerica and NECC illegal businesses.

That, James A. Arunga and all other Leisure Manor's renters do not owe any monies for contaminated Food Program that is unhealthy and do not eat nor participate in it. Hank and Fisher cannot force Arunga to eat contaminated food of Defendants.

Therefore, Hank and Fisher et al, collectively, listed/named as Parties of Interest Defendants are barred/outlawed, effectively, 1979---, from operating any Food Program to the renting tenants at Hank and Fisher et al housing premises. Id.

Arunga and other tenants' Federal Question Complaint should be granted, forthwith to stop and prevent any obscure criminal and civil violations of Hank and Fisher and likes from endangaering innocent disabled senior citizens, who are likely to be killed by contaminated unchecked undisclosed Food/foodpoising. Id.  App.1 as attached.

Dated, and Respectfully submitted on 11/07/12

by:  JAMES A-K ARUNGA
TENANT VICTIM @
LEISURE MANOR,
SENIOR DISABLED
RENTALAPARTMENTS
2901 EL CAMINO AVENUE
SACRAMENTO, CA 95821
TEL. 916 833 0757

# Norovirus Illness: Key Facts



## Norovirus—the stomach bug

- Norovirus is a highly contagious illness caused by infection with a virus called norovirus. It is often called by other names, such as viral gastroenteritis, stomach flu, and food poisoning.

- Norovirus infection causes acute gastroenteritis (inflammation of the stomach and intestines); the most common symptoms are diarrhea, vomiting, and stomach pain.

- Anyone can get norovirus, and they can have the illness multiple times during their lifetime.

- Norovirus is the most common cause of acute gastroenteritis in the United States.

## Norovirus illness can be serious

- Norovirus can make people feel extremely ill and vomit or have diarrhea many times a day.

- Most people get better within 1 to 2 days.

- Dehydration can be a problem among some people with norovirus infection, especially the very young, the elderly, and people with other illnesses.

## Norovirus is highly contagious and spreads rapidly

- Noroviruses are highly contagious, and outbreaks are common due to the ease of transmission.

- People with norovirus are contagious from the moment they begin feeling ill to at least 3 days and perhaps for as long as 2 weeks after recovery, making control of this disease even more difficult.

- Norovirus can spread rapidly in closed environments like daycare centers and nursing homes.

## Many sources for norovirus infection

Noroviruses are found in the stool and vomit of infected people. People can become infected by

- Eating food or drinking liquids that are contaminated with norovirus.

- Touching surfaces or objects that are contaminated with norovirus, and then placing their hand in their mouth.

- Having direct contact with an infected person; for example, by exposure to the virus when caring for or when sharing food, drinks, or eating utensils with an infected person.

National Center for Immunization and Respiratory Diseases
Division of Viral Diseases

CS219325B



December 15, 2010



**PeaceHealth**

The *spirit* of healing®

D C I N S T

**ARUNGA, James A**
MRN# 01701131
Acct# 31844471

Discharge Date: 3/28/2013

EXHIBIT A-4(b).

# Your Discharge Instructions

**Surgery performed during your stay**
Laparoscopic appendectomy.

**Your home diet is**
You may resume your usual diet
Gradually progress to your usual diet as tolerated

**Your activity recommendations are**
Resume usual activity
Gradually increase activity
May lift up to 15 pounds

**Follow up appointments:**
A follow-up appointment has been scheduled for you. Please contact the provider's office at the phone number below if you need to reschedule.

Marvin McAllister PA-C **on Wednesday, April 10, 2013 at 1:15 PM.** (541) 868-9303, 3355 Riverbend Drive, Suite 300

**Other comment**
Please see the written SPA discharge instructions and the Anesthesia discharge instructions provided to you for additional information.

**Your home medications:**
Your home medications: Please see your patient discharge medication list. If you are unable to obtain your medications PLEASE notify your healthcare provider immediately.
- Take your medicines as ordered. They are listed on your patient discharge medication list.
- Get prescriptions filled right away. If you have concerns about doing this let your nurse know.
- Throw away any old lists and update your records with all medication providers or retail pharmacies.
- Take all medications as directed, even if you start feeling better.
- Re-order your medications when you have 3 weeks supply left.

**PeaceHealth Sacred Heart Medical Center at Riverbend**

Patient: James ARUNGA, Date: 05/16/2013 Time: 18:20     EXHIBIT A-4(c).

## Discharge Instructions

**Learning Needs Identified:** Illness, Medication, Follow-up Care
**Primary Language:** English
**Barriers Identified:** None
**Intervention for Barriers to Learning:** None
**Teaching Methods Used:** Printed patient instruction, Verbal Instruction and ,Interactive Discussion

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below**.

You were treated today by Heather Worthington, PA-C.

You were given the following medications while in the Emergency Department today. None

**THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE**
Call as soon as possible to make an appointment to see Clyde Byfield, MD. You can reach Clyde Byfield at (541) 686-9000, 2830 Crescent Ave, Eugene, OR, 97408. If you have any problems before this appointment, call the office.

Please return to the Emergency Department if your symptoms get worse or as needed.

**This Information Is About Your Illness and Diagnosis**

**DEPENDENT EDEMA**.
Your body has extra fluid in some of the tissues. This is called edema. In certain conditions, fluid from the blood leaks out into the skin and other tissues, especially in the legs and feet. That fluid causes your legs to swell.

**Follow these instructions:**
- Keep your legs propped up when you sit.
- Do not stand for long periods of time.
- Do not wear tight clothing around your groin, thighs, knees or ankles.
- Take your medicine as prescribed.
- Do not eat salty foods or add salt to your food.



MAKE CHECKS PAYABLE TO:

3355 RIVERBEND DR., STE. 300
SPRINGFIELD, OR 97477
(541) 868-9307

189106  189719
For billing inquiries, please call 541.868.9307

CARD NUMBER

SIGNATURE CODE:
(usually last 3 digits on back of card in signature)

SIGNATURE                    EXP. DATE

| | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 09/03/2013 | $253.04 | 5023256 |

ONLINE BILL
PAY AVAILABLE

AMOUNT
ENCLOSED $

ADDRESS SERVICE REQUESTED 10  1

James A Arunga
PO BOX 1344
SACRAMENTO, CA 95812-1344

REMIT TO:

**Northwest Surgical Specialists LLP**
3355 RiverBend Dr Ste 300
Springfield, OR 97477

☐ Please check box if above address is incorrect or has
changed, and indicate change(s) on reverse side.

**STATEMENT**

Please detach and return top portion with payment.

## PAY YOUR BILL ONLINE
## SEE BACK OF STATEMENT FOR DETAILS

ACCT. # 5023256

PAYMENTS/ADJUSTMENTS

| DATE | DESCRIPTION | TOTAL FEE | INSURANCE | PATIENT |
|---|---|---|---|---|
| JAMES A ARUNGA/189106/JOHN T DICKINSON MD | | | | |
| 03/19/13 | OFFICE OR OUTPT, NEW PATIENT | $313.00 | | |
| 04/05/13 | INS CONTRACTUAL WO ADJUSTMENT FROM MEDICARE | | $-208.69 | |
| 04/05/13 | TRANSFER FROM INSURANCE TO PATIENT | | | |
| | BALANCE: | | $.00 | $104.3 |
| JAMES A ARUNGA/189719/JOHN T DICKINSON MD | | | | |
| 03/26/13 | LAPAROSCOPIC APPENDECTOMY | $1734.00 | | |
| 04/12/13 | INS CONTRACTUAL WO ADJUSTMENT FROM MEDICARE | | $-1161.12 | |
| 04/12/13 | PAYMENT FROM MEDICARE | | $-424.15 | |
| 04/12/13 | TRANSFER FROM INSURANCE TO PATIENT | | | |
| | BALANCE: | | $.00 | $148.7 |

EXHIBIT A-4(d).

| For billing inquiries, please call 541.868.9307 | PAY THIS AMOUNT | $253.0 |
|---|---|---|
| **IMPORTANT MESSAGE**  REFLECTS TRANSACTIONS POSTED THROUGH 09/03/2013 | | |
| | INSURANCE PENDING | $.0 |
| | ACCOUNT BALANCE | $253.0 |



3355 RIVERBEND DR., STE. 300
SPRINGFIELD, OR 97477

Visit us at our website: www.NWSURGICALSPECIALISTS.com

Northwe
SPECIALTY CLIN

**PeaceHealth Sacred Heart Medical Center at Riverbend**

**Patient: James ARUNGA, Date: 05/16/2013 Time: 18:20**

- confusion.
- swelling in your legs and feet.                    EXHIBIT A-4(e).
- unusual bleeding or bruising.
- any new or severe symptoms.

**This Information Is About Procedures**

left upper arm doppler

**\*If you received pain medication or sedating medicines in the Emergency Department, do <u>NOT</u> take any narcotic pain medicine or other sedating medication for at least the next 4 hours.**

It is your responsibility to contact the doctor you are referred to for follow-up.  Tell the doctor's office staff that you were seen in the Emergency Department.  The referred doctor will not contact you.  It is best to call today or the next weekday to schedule your appointment.  Unless an appointment has been arranged for you with a date & time, you should not expect to be seen the same day that you call the follow-up referral doctor's office.  You may need to call your insurance company to ensure that your follow-up visit(s) will be paid for.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away.**If  you cannot reach your doctor, return to the Emergency Department.
If you feel worse, or develop new worrisome symptoms, return to the Emergency Department

**"Ihave  received this information and my questions have been answered.  Ihave  discussed any challenges I see with this plan with the nurse or physician."**

---

James ARUNGA or Responsible Person

**James ARUNGA or Responsible Person has received this information and tells me that all questions have been answered.**

---

RN Staff Signature

**Preventions is best for your health:** If you smoke, quit or ask your own doctor for help.  If you have a alcohol or drug problem, ask us or your doctor for information about help.  Seatbelts and helmets save

EXHIBIT A-4(f).

# ABRHAM TEKOLA M.D.INC
## 5740 Windmill Way #5 Carmichael CA 95608
## Phone :(916)480-0506        Fax:(916)480-0609

---

JAMES ARUNGA
4849 MANZANITA AVE P.O.BOX 1344
SACRAMENTO, CA 95812

Re: Notice of Breach of Patient Information

Dear Patient:

I regret to inform you about a privacy breach involving your personal health information. On May 27, 2014, I discovered that my office was burglarized and that your personal information, including your name, address, social security number, date of birth, diagnosis information, laboratory results, and other patient information, may have been compromised. The burglary occurred in the early morning hours of May 27, 2014, and computers were stolen from my office. The computers were password-protected, and the patient information and records saved on the computer were also password-protected. As of the date of this letter, I have not received any indication that any patient information has been accessed or used by any unauthorized individual, but there is a possibility of identity theft and fraud due to this security breach.

I recommend that you immediately take the following actions to protect yourself from potential harm due to this breach:

- Call the toll-free numbers of any of the three major credit bureaus (below) to place a fraud alert on your credit report. This can help prevent an identity thief from opening additional accounts in your name. As soon as the credit bureau confirms your fraud alert, the other two credit bureaus will automatically be notified to place alerts on your credit report, and all three bureaus will provide you a copy of your credit report free of charge.

    o Equifax:
        - Fraud: (888)766-0008; www.fraudalerts.equifax.com.
        - General: (800) 685-1111; www.equifax.com; P.O. Box 740241, Atlanta, GA 30374
    o Experian:
        - Fraud: (888) 397-3742; https://www.experian.com/fraud/center.html.

EXHIBIT A-4(g).

- General: (888) 397-3742; www.experian.com; 475 Anton Blvd., Costa Mesa, CA 92626
- ○ TransUnion:
  - Fraud: (800) 680-7289 (888-909-8872 for freeze); http://www.transunion.com/personal-credit/credit-disputes/fraud-alerts.page; TransUnion Fraud Victim Assistance Department, P.O. Box 2000, Chester, PA 19022-2000
  - General: (800) 680-7289; www.transunion.com; P.O. Box 2000, Chester, PA 19022-2000

- **Order your credit reports.** By establishing a fraud alert, you will receive a follow-up letter that will explain how you can receive a free copy of your credit report. When you receive your credit report, examine it closely and look for signs of fraud, such as credit accounts that are not yours.

- **Continue to monitor your credit reports.** Even though a fraud alert has been placed on your account, you should continue to monitor your credit reports to ensure an imposter has not opened an account with your personal information.

I have filed a police report, and I will continue to work with the police to investigate this breach of patient information. To protect against such breaches in the future, I have upgraded my security at the office, and I have encrypted all patient files.

I apologize for the stress and worry this situation has caused you. I am committed to keeping your information safe, and I assure you that I am doing everything possible to regain your trust in my practice.

Please do not hesitate to contact me at (916) 480-0506 with any questions about this incident or if you need additional information on what you should do as a result of the breach.

Sincerely,

6·12·2014

By: Dr. Abrham Tekola

Social Security Administration
# Supplemental Security Income
Notice of Planned Action

EXHIBIT A 4(h).

SOCIAL SECURITY
1730 NW HUGHWOOD AVE
ROSEBURG OR 97471

Date: May 11, 2015
Claim Number: 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 AI

```
#  000000583  I=000000  0504 10 T16
ıllıılılılı.ılllllılılı.ılılllıllılılılı.ılllll
581 2 MB 0.432
       939 15S1669C91424
       JAMES AGGREY ARUNGA
       PO BOX 11521
       EUGENE OR 97440-3721
```

We plan to lower your monthly Supplemental Security Income (SSI) payment from $379.40 to $112.00 beginning June 2015. The amount will change because your situation changed. You will continue to get the new amount each month unless there is a change in the information we use to figure your payment.

RECEIVED ON SATURDAY, MAY 09, 2015.

Reply Dated and Mailed on May 11, 2015.

From: James Aggrey Arunga, Plaintiff-Appellant
      Post Office Box 11521
      Eugene, OR 97440-3721

To:   SSA/SSI-Social Security
      1730 NW Hughwood Avenue
      Roseburg, OR 97471, Defendants-Appellees

Re:   Your Notice of Planned Action, Dated May 11, 2015.

Note: Arunga notices and appeals that your Action, as referenced above, lacks Subject Matter Jurisdiction to lower the appellant's SSI payment from current $379.40 to $112.00 beginning June 2015; and or effective, retroactively, from April 2013 to May. Bender Case, 475 U.S.534.

The Bases of the Defendants-Appellees' Decisional Findings are continuous and contortive orchestration founded on Misrepresentation of unfounded Probable Cause(s). Vicon Case, 657 F.2d 768; Johnson/"A" Case, 862 F.2d 975. FRCP, Rule 52(a)c.

Defendants-Appellees engaging imperial fortias calculated to heinously harm and destroy Appellant--Arunga,are questionable, in that not in the United States of America can any given DisabledSenior Citizen(at the age of 78)survive on an income of $530+$379.00 or on $530+$112.00, a month to sustain his/ her life. Accordingly, Defts-Applls have no case to reduce Appellant's current income. Lynch Case: 405 U.S. 538;Marquez Case: 339F.Supp 1364.

Appellant James Aggrey Arunga notices and appeals defts-Appellees' Planned Action to be declared meritless and moot; and Arunga requests a Jury Trial to expedite his Notice of and Appeal, reasonably. Case of Robert Norse v. Santa Cruz City Council, ____U.S.____(Monday, October 03,2011/The U.S. Supreme Court's 2011-2012 Term). Accordingly, Arunga submits as dated: May 11, 2015. NOTICED

IN THE MATTER OF:   JAMES A.ARUNGA V. SSADM. ET AL  CASE NO. REF.050-36-
9659.
EXHIBIT A-4(i)

APPLICATION FOR PEREMPTORY WRIT AGAINST DEFTS SSAD. ET AL TO ISSUE AS
FOLLOWS: Fact-1(see  exhibit E attached)--On May 4, 2015, Arunga prese-
nted to SSAD ET AL verification of his residential rent showing
the monthly rents he was, previously and cocurrently, paying;
at which time, Arunga requested verification of his monthly
income--SSA+SSI($530+$379.40), to verify the income required
for rental place(s) he was seeking to move into, rather than pre-
sent one.
Fact-2(see exhibit D attached)--Defts issued the said Arunga's
monthly income verification on same date(May 4, 2015), to him.
Fact-3(see exhibit C)--On May 9, 2015, Arunga received Defts'
Notice stating that said defts "plan to lower monthly SSI from
$379.40 to $112.00 beginning June 2015" for delutional reason
Defts gave.
Fact-4(see attachment B)--On May 21, 2015, said Defts issued
their reconsideration unfavorable to Arunga.
Fact-5(see exhibit A)--On July 2, 2015 said Defts wrote Arunga
about reducing his SSA($530.00) monthly "benefits," to raise this
Arunga's Emergency Application for peremptory Writ, before
this ALJ discretionary reasonableness that (a). during the month
of May 1, through June 31, 2015, Defts et al, individually and
collectively, knew that California State will nolonger pay both
Medicare Part B(Medical Insurance Premium) and Medicare Part A
(Hospital Insurance Premium). At the end of May, said Defts (b)
knew by law that during the months of May through June 30, 2015,
Arunga was entitled to 30 days notice served in May and before
the end of May 2015, which said State of California had intended
to stop paying Arunga's Premiums, effective June 2015; further,
in May 2015, Defts SSAD knew that as they delutionally chose to
reduce Arunga's SSI($379.40 to $112);said Defts knew that the law
requires them to increase Arunga's SSA($530.00), by $90.00, for
Arunga was paying rent living at Shamrock Village.  Exb. E!

WHEREOF, in witness, Peremptory Writ should issue against Defts
and their delutional actions, activities and activities that show
1. Untimely writing dated July 2, 2015,to reducing Arunga's SSA to
   $215 for July 2015 is moot and illegal. Facts and statements,
   supra; exhibits A-B(attached). Federal Rules of Civil Procedu-
   re, Rule 52(a) 1 et seq. 52(c) et seq. Vicon,657F.2d.768,John-
   son/A, 862 F.2d 975, Marquez, 339 F.Supp 1364, Lynch, 405 U.S.
   538. Holding is that said Defts SSAD et al lack both Constitu-
   tional Subject Matter on Fact and Constituional Merits at Law
   to engage in actions,acts and activities that are heinously
   illegal and immoral and violative of Arunga's benefits'for
   survival of his Life.  Id.  Title 18, Sections 241, 371,286-
   287, 1956-1957 et seq. Bender,475 U.S. 534.
2. ALJ is moved to vacate Defts all actions of reducing Arunga's
   SSA+SSI, by restoring Arunga's SSA$530.00, effective June 2015
   for  Defts' untimely Notice dated July 2, 2015 is moot and that
   Arunga is no longer enrolled nor interested to enroll inMedi
   care Programs, effective June 2015, which said programs he has
   cancelled.  And, that Arunga is entitled to SSA increase by $90
   to compensate the reduction in his SSI, for Arunga pays for
   his monthly rent. Id.  ARUNGA REQUEST COURT ACCEPT HIS APPLICA-
   TION ON EMEGENCY CIRCUMSTANCES AND ISSUE PEEEMPTORY WRIT FOR
   HIM AGAINST DEFT, IN THIS IMMEDIACY. HE SO PRAYS ON 7/22/2015.
   TO GRANT HIM HIS APPLICATIONAND ORDER RESTORATION OF HIS
SSA$530.00+$90.00INCREASE THAT ARUNGA IS ENTITLED   TO BE
RETROACTIVELY AND CONCURRENTLY RECEIVED IN FULL, WITHOUT ANY
RECDUCTIONS,BY AUGUST FIRST AND 3RD ,2015.

Dated July 22,2015, and  signed by James A.Arunga_____ AG _____

EXHIBIT A-5

WE THE PEOPLE--OURSELVES OURPOSTERITY--JAMES AGGREY-
KWEGGYIRR ARUNGA, DOREEN H. LEE AND ALL OTHERS SIMI-
LARLY SITUATED IN THIS CONSTITUTION--Petitioners

V.

BARACK HUSSEIN OBAMA, JOSEPH "JOE" BIDEN,OBAMA - BI-
DEN NINETY CABINETMEMBERS, SAKMI/PCACFOSOTFS ET AL
Respondents

1/ On Impeachment: to the 18-Previous and 6-Concurrent years of the
Clintons-Obama-Biden-Reid-Holder-et al Imperial Administrations and
the Respondents' contortive power-delutions of grandeur in their
individual-collective Cult-Ochlocracy Executive Capacities, to finagle
and finagling Article II, Section 1, Clause 7. Held:Respondents impea-
ched, sua spontely, from the United States Comity-Government,HabeasCor-
pus, Article I, Section 9, Clause 2--Doctrine of 1622-1791 Writ of
Manifest Regard Preamble-Bill of Rights, dehors, excluded 2/3rd Cla-
use, in 1791-Declaration and for "We the people" Government of Demo-
cracy.   November 2014 Electoral College, soundly.Footnote-2, Infra.


2/ On Comity-Government, of United States1787-1791Preamble-B'Rights

Jurisdictional Declaration by Convention and, respectively,Congress,sua spon-
te--a-c; I-II and IV-XIV Denotated,against Respondents***,Supra. To Wit:
Comity Government of the United States Democracy left intact: Speaker
and Senator Joni Ernst--Constitutional President-VicePresident,2015--

JURISDICTION UPON ORIGINAL QUESTION, DESIGNATED.

Habeas Corpus--Article I, Section 9, Clause 2: Peremptory jurisdictional
proceeding, against respondents and their violative capacities contrary
to the Doctrine of 1622-1791 Writ of Manifest Regard Preamble-Bill of
Rights, dehors.  Habeas Corpus is delegated and desined to send for and
impeach,expel,void and  end all said violators from Comity-Government.Id.

*Shah-Ayatolla Khomenei-Monies of Iran & Iranians Sponsoring World Terrorists,
Political ConArtists-Contortion Finaglers or stated Ochlocrats & Tortfeasors

**Sends for The Office body Of The United States Presidency Of We The People
that, in 18-Previous and 6-Concurrent years, has been and continue to
be detained, illegally,  by designated-Respondents, in their indivrual and
collective capacities to finagle and finagling Article II, Section I, Clause
7, for Respondents to operate imperial CultOchlocracy, unAmerican, selah!

1/ On Impeachment: Cite as Footnote-1.
2/ On Comity-Government: Cite as Footnote-2.

1

:T A-6•

### (a). IMPEACHMENT PURVIEW INTACT AND UNCOMPROMISED:

1. Hetero Pilgrims' Plymouth Colony Prophecy,,against Cult oppression(s), effective 1622A.D.--.
2. 13-hetero Union States,against Taxation-subjection(s) without Representation(s), effective July 1776--.
3. AdamEve--We The People Generational hetero-propagational States,,against Corrupt::Government, effective September 1787--.
4. Adam-Eve Generational hetero-propagational United States Comity-Government of/by/for We The People, in Capacities of Democracy of Ourselves...Our-Posterity Ordain And Establish This Constitution effective 1791--, against January 1977-1981, January 1993-2001 and January 2009-- designated defendants-Respondents (III, infra), and their imperial finagling delutions of grandeur cult Ochlocracy executive and unAmerican power. Footnotes 1-2, Supra.

### (b). FACTUAL-MERITORIOUS INEVITABLE SUA SPONTE IMPEACHMENT:

1. Designated--Respondents, in their own individual-collective volitional Capacities,knowingly,execute(d)imperialpower, under maundering voodoohood-Delutions of. grandeur;finagling Article II, Section 1, Clause 7, to surreptitiously and maliciously deliver The Comity-Government of Democracy of/by/for We The People to the world enemies--from Shah to concurrently ISIS/ISL/Yemen-Houthi/Putin. Accordingly, on Fact and Merits the designated-Respondents are impeached, sua spontely and inevitably. Footnotes 1-2,Supra.
2. Respondents, in their individual-collective official Capacities in the United States Comity-Government, contortively, continue to obstruct justice, to cover-up and covering-up their scandals known and continue to surface from: Iranian Bombings;Al Qaida-9/11; abandonment of United States Surge for Peace; enemies' swappings; Sanctions-sinking; Bengazi-IRS-Obamacare obstructions of Justice;C-E 3/Mail;Gruber-Kagan stupid-Eco. Human trafficking, illegally,for briberies, et cetera. On Fact and Merits, designated defendants-Respondents are impeached.Id

### (c). DESIGNATED RESPONDENTS IMPEACHED FOR MISREPRESENTATION(S).

1. Designated Respondents, retroactively-concurrently, in their own individual and collective administrations, contortively misrepresented themselves by continually executing imperial powers abusive of the functions of Exective, Legislative and Judiciary Branches--Comity-Government of the United States Democracy of/by/for WE THE PEOPLE.Accordingly, said respondents lack Constitutional Fact and Merits(Subject Matter Jurisdiction), to occupy the Office of the Presidency-VicePresidency of the United States of We The People.Footnotes 1-2, Supra.
2. Respondents, in their own volitional capacities, committed Treason-Actions, Bribery-Activities, heinous-Crimes and Obstructions of Justice, retroactively-concurrently, in violations of Article II,Section 1, Clause 7; categorically, are impeached by respondents own volitional Actions,Activities and Acts. Id.

3/. WilliamJeffersonClinton-HillaryRodhamClinton/HillaryClinton Rodham-ClintonsE-MailFoundation,Inc.:18U.S.A.Sec.1956-57Frds.

EXHIBIT A-7.

## I. SEPTEMBER 1787-DECEMBER 1791 PEREMPTORY JURISDICTION OF MANIFEST REGARD PREAMBLE-DOCTRINE FOR COMITY GOVERNMENT OF THE UNITED STATES.

Signed Per Curam, By 1787-Convention[***]
Thus, Permanently And Indefinitely,

Denoting:    We the People of the
United States, in Order
to form a more perfect
Union, establish Justice,
insure domestic Tranqui-
lity, provide for the Com-
mon Defense, promote the
general Welfare, and secu-
re the Blessings of Liberty
to ourselves and our Pos-
terity, do ordain and
establish this Constitution
for the United States of
America. 2/3rd Clause Excluded.

Denoted—Preamble-Bill Of Rights:Manifest Doctrine, By 1791 Congress,DEHORS.

## II.  WE, THE PEOPLE QUESTION PRESENTED.

Arunqa, Lee and We The People Similarly Situated present that:
fortior evidence of    Pilgrims' Plymouth Colony Prophecy of
1622 A.D. linears Magna Carta Grandeur Standing Peremptory Writ
of Indefinite Manifest Regard Preamble-Doctrine of Authority,
DEHORS, against Respondents and their capacities.that continue
committing,individually-collectively,their 18-years'Treason Actions.
Bribery Activities, Acts of Delutions of grandeur, Heinous
Crimes and Democrats executive- leadership Finaglings  of Cult-
Ochlocracy, and Obstructions of Justice.  United States Pre-
amble-Doctrine,Dehors, linears Peremptory Writ of Jurisdiction
accordingly, impeaching  Respondents and their cult-Ochlocracy—
Treason Actions, Bribery Activities, Acts of Delutions of
grandeur, Heinous Crimes, 18-previous and 6-concurrent years'
administrations and leadership of Democrats  made of crimi-
nal and tortfeasors' pathological liars, contortively and
continously, obstructing Justice.Id.Denotative Sources et seq.Infra
Held: Writ's Jurisdictional Authority tramples 2/3rd Clause. Id.
Held:  Dehors Writ of Manifest Regard Preamble-Doctrine issues
Impeachment against Respondents et seq. Id.  -

[***]:We The People/Our Constitution, Donald A. Ritchie &
Justice Learning (The Annenberg Foundation Trust) on
Preamble, The Heterosexual. Founding Manifest Regard Juris-
dictional Standing Writ of Grandeur and Linear of Hetero
Jus Ius--Dichotomy of Right in Nature and Law in Manner to
defunct Obama-Biden et al imperial fortias of Delutions of
grandeur and Respondents Cult-Ochlocracy's administration(s).

3

HIBIT A-8.   III.   DESIGNATED IMPEACHED RESPONDENTS [4]

Barack Hussein Obama, Joseph
"Joe" Biden, Hillary Rodham
Clinton, William Jefferson
Clinton, Eric Holder, Harry
Reid, Barbara Boxer, Elijah
Cummings, D.DurbinSheila J.
Lee, Ruth Ginsburg, Elena
Kagan, John Kerry, Loretta
Lynch/Yates,Bob Litt,D & B Matsui;DNC-PCACFOSOTFS--
Ninety Cabinetmembers;Gruber-Kagan-Holder-Reid of
the 6-years' administrations
of Obama-Biden and all si-
tuated administrations'Capacities in their joint
imperial Cult-Ochlocracy;R.Berry,SSAD.DOJ.DOT.DOG.;
and delutioned tortfeasors-D.B.Verrilli; UPS,LGHBT
of 18-Previous and 6-Concur-
rent years.   Shah-Khomenei-Monies of Iran;Clintons
Obama Democrats-Administrations and Officials--
Susan Rice,-Mullen,J.Johnson;SAKMIKingdom of South.

IV.   CITATIONS AND OR CAUSES OF IMPEACHMENT
18-Previous and 6-Concurrent years' administrations of Democrats,
United States Immigrants) from SAKMIkingdom of the South violated Common
Defense Provision of Manifest
Regard Preamble-Doctrine besto-
wed to the   . United States
Commander-In-Chief to keep the
National and International Sa-
fety and Secured Security,against world
enemies--Iran/Iranians, Somali/
Somalis/Sudan/Sudenes,Islamic
Terrorists and pathological
finaglers/delutioned tort-
feasors' members of Cult-
Ochlocracy; said immigrants invaded at-
tacking-threatening-and
destroying lives of "We,the
People," innocent as similar-
ly situated.  Denotatively, thus:
id Immigrants and or enemies are impeached for committing Treason Actions.

4/.Paneta, Hagel, Dumpsey, Gates, Petraeus,
Lynn, Brennan,Clinton's FBI Director, Cur-
rent Defense Secretary, not party respo-
ndents to this Impeachment Proceeding(s).

EXHIBIT A-9.

B.  18-Previous and 6-Concurrent years' administrations of Democrats,
    United States Democrat-President, William Jefferson Clinton and
    Hillary Rodham Clinton, collectively, abandoned Domestic Tranqui-
                                        lity, Common Defense, Gene-
                                        ral Welfare Provisions of
                                        Manifest Regard Preamble-
                                        Doctrine bestowed to them,
                                        individually and collecti-
                                        vely, as United States
                                        Commander-In-Chief; Congres-
                                        sperson and Secretary to
                                        keep National and Interna-
                                        tional Safety and Secured
                                        Security, against world enemies--
                                        /Iranians, Somali/Somalis,
                                        Sudan/Sudanese, Islamic
                                        Terrorists and pathological
                                        finaglers/delutioned tort-
                                        feasors' members of Cult-
                                        Ochlocracy; from invading-
                                        attacking-threatening-and
                                        destroying heterosexual
                                        lives of "We, the People,"
                                        innocent as similarly si-
                                        tuated. Denotatively, thus:
    William Jefferson Clinton and Hillary Rodham Clinton committed
    and contortively continue to commit convictable Treason Actions,
    Bribery Activities, Acts of Delutions of grandeur, Heinous Crimes,
    the within 18-Previous and 6-concurrent years' administrations
    and Democrats' Leaderships made of criminal and tortfeasors' patho-
    logical liars, contortively-scandalous composite continuous obstru-
    ctions of Justice. Accordingly, Respondents Clintons are impeached by Writ.
    Id.
C.  18-Previous and 6-Concurrent years' administration of Democrats,
    United States Democrat-President, Barack Hussein Obama-Vice Pre-
    sident, Joseph "Joe" Biden, Ninety Obama-Biden administration's
    Cabinetmembers (see above designated impeached-Respondents(III), Supra:
    1.  Abandoned 1622 A.D. Hetero...     Pilgrims' Plymouth Colony
                  Prophecy, the linear evidence of Magna Carta Gra-
                  deur Standing Peremptory Writ of Indefinite Ma-
                  nifest Regard Preamble-Doctrine of Authority, De-
                  hors, situated against Respondents and their

EXHIBIT A-10.   Capacities of committing and contortively continue to commit t convictable Treason Actions, Bribery Activities, Acts of De-lutions of grandeur, Heinous Crimes, the within 18-Previous and 6-concurrent years' administrations and Democrats' Lea-derships made of criminal and tortfeasors' pathological liars in their forever and daily, dungpit and dunghill contortive scandals and continuous-delutions of Obstructions of justi-ce. Denotatively, thus: Respondents are by Writ impeached. Id.

2. Abandoned 1774 A.D. Founding Fathers' Association of delegates and re-solutions Declaration of Rights of the People(sic), the linear evidence of Magna Carta Grandeur Standing Peremptory Writ of Indefinite Manifest Regard Preamble-Doctrine of Authority, Dehors, situated against Respondents and their Capacities of Committing and contortively continue to commit convictable Treason Actions, Bribery Activities, Acts of Delutions of grandeur, Heinous Crimes, the within 18-Pre-vious and 6-Concurrent years' administrations and Democrats' Leaderships made of criminal and tortfeasors' pathological liars in their best, forever and daily, dungpitting contort-ive scandals and continuous delutions of Obstructions of Justice. Denotatively, thus: Respondents are impeached. Id.

3. Abandoned 1775-1776 A.D. Founding Fathers' Second Congress for United States Military Forces on Safety and Security; Commander-In-Chief; Declaration of Independence; Articles of Confedera-tion(Union), the linear evidence of Magna Carta Grandeur Standing Peremptory Writ of Indefinite Manifest Regard Preamble-Doctrine of Authority, Dehors, situated against Respondents and their Capacities of Committing and contor-tively continue to commit convictable Treason Actions, Bribe-ry Activities, Acts of Delutions of grandeur, Heinous Cri-mes, the within 18-Previous and 6-Concurrent years' admini-strations and Democrats' Leaderships made of criminal and tortfeasors' pathological liars, forever continuing to feed "We, the people," similarly, situated, with dunghills of contortive scandals, continuous delutions of Obstructions of Justice. Denotatively, thus: Respondents are impeached. Id.

4. Abandoned 1787 A.D. Founding Fathers' National Convention that, per curam, met linear evidence to ordain and establish Magna Carta

EXHIBIT A-11. Grandeur Standing Peremptory Writ of Indefi-
nite Manifest Regard Preamble-Doctrine of
Authority, Dehors, situated without 2/3rd
Clause, to impeach the Designated Respond-
nts(III), SUA SPONTE! Id. Preamble,dehors, Holds:
designated Respondents abandoned the Prea-
mble, and continue, contortively, commit
convictable Treason Actions, Bribery Acti-
vities, Acts of Delutions of grandeur, Hei-
nous Crimes that, Respondents in their 18-Previous
and 6-Concurrent years' administrations,with
Democrats' Leaderships, have proven full of
criminal and tortfeasors' pathological
liars, scandalous administrations, conti-
nuous delutions of Obstructions of Justice;and
negotiating with enemies, adhering and aid-
ing enemies--Iran et al. Obama-Biden et al are
impeached, under Manifest Regard Preamble Writ.Id.

### V. SUA SPONTE JURISDICTIONAL AUTHORITY OF PREAMBLE-WRIT.

Mandatory Jurisdition of Manifest Regard Preamble-Doctrine, The
Grandeur Standing Writ of and by the Founding Fathers' Intentio
of Democracy, and for Intentio of ordaining, establishing,signing
and denotatively,declaring  to keep "this Constitution for  We,
the People...ourselves...our Posterity, and for Comity-Government
of the United States, is in linear evidence of heteresexual jus
Ius as right in nature and law in manner, and without 2/3rd, to
impeach designated Respondents,ipse-granted:impeached for abandon-
ing the Provisions of the Manifest Regard Preamble-Doctrine of
the United States Comity-Government of/by/for "We, the People..."Id.

### VI. DESIGNATED JURISDICTION(S)
### ...IN TOTO INTENTIO, DEHORS,DEVASTO.

1622-1787 Manifest Regard Preamble-Doctrine:
A. Designated Constitution Question Jurisdiction to the
United States, Judiciary Comity of the Highest
Court of the Land.  Denotatively,Designa-
ted by Writ of Preamble Provision--"to establish
Justice,"..in linear  of Hetero Jus Ius.I  ,Supra.
September 17,1787 -Convention, Per Curam. See also,
The People and Event..,Daniel Weidner, Ed.D., page28.

7

EXHIBIT A-12.

B. Designated Article IV, Section 3 Jurisdiction; denotatively, is designated by Writ of Preamble Provision--"insure domestic Tranquility..in linear of any claim of the United States" of "WE THE PEOPLE (by excluding a 2/3rd Vote-Clause). Id. Also see I,Footnote(***), Supra. Comity of Legislature Designated. Id.

C. Designated Jurisdiction of Article IV, Section 4;linear evidence of the Founding Fathers' Democracy composite Hetero Comity-Government --the "Union", signed and denotatively, designated by Writ of Preamble Provision--"to promote general Welfare" and protect.. "WE THE PEOPLE AND THIS CONSTITUTION",against our enemies.Id. Comity of Executive Power Designated. Id.

### VII. DENOTATIVE TOTO INTENTIO OF 1622-1787 MANIFEST REGARD PREAMBLE DOCTRINE, DEHORS.

A. WE, THE PEOPLE: Creation(God), Hetero Generation(Adam And Eve Created In God's Image),.Of The United States Of America. I-II & V-VI,Supra.

B. OURSELVES: Hetero-Human-Uniformity Unit---Marriage(Adam-Eve Heterogeneration/Ruth Ginsburg's Dad-Mom Heterogenerational evidence of Ruth Ginsburg/Linear Dichotomy Of Hetero Jus Ius). Id.

C. OUR POSTERITY: Hetero-Human-UniformityUnitgenerationalDescendants of "WE THE PEOPLE..."Thus,Dichotomy Of Hetero-Jus-Ius Is HeteroInheritance Right-Law

That,Toto Intentio Of 1622-1787 Manifest Regard Preamble Doctrine,Dehors, Signed(before ratification)...on September 17, 1787, By Per Curam Convention (Excluding a 2/3rdVtCls): Is Alpha And Omega Fortior Evidence Adapted By "UnionStates--13; Binds States admitted to the UnionStates of the United States of America. InterAlia:Pilgrims' Plymouth Colony Prophecy of 1622A.D.is linear evidence of HeteroGenerationalOrder: We,The People...Ourselves....Our Posterity...Ordain And Establish This Constitution; Form Perfect Union(Hetero Comity Government),Secure Blessings Of Liberty--Democracy(In The Image Of God/TenCommandements).Denotatively, thus:Respondents in their Cult-Ochlocracy's Delutions of grandeur are, collectively,impeached. Id.

### VIII. STATEMENT OF FACTS.

Denotative Compendiumed Fact(a):January 20, 1953-January 20, 1969 and August 9, 1974-January 20, 1977, The Administrations and Congress' Leaderships,

****2/3rdVtCls-- 2/3rd Vote-Clause.

8

the and then met all The Blessings Of Liberty(Democracy)Of Comity-Government
Of/By/For We The People...Of United States Of America; According To PerCuram
Convention(Excluding 2/3rd Vote-Clause), Signed And Denoting The Magna Carta
Writ Of Provisions Of 1622-1787 Manifest Regard Preamble Doctrine, Dehors.
I-II & V-VII, Supra. WorldBook Encyclopedia, P.15, Page60;Presidents,Pages46
-51 & 54. FoxNews, Five, Kelly's File, Justice/Judge Jeanine & OutNumbered.

Denotative Compendiumed Fact(b): January 20, 1981-January20,1993 and Janua-
ry 20, 2001-January 20, 2009, The Administrations and Congress' Leaderships,
the and then met all The Blessings Of Liberty(Democracy)Of Comity-Government
Of/By/For We The People...Of United States Of America, Accordingly. Id.

## IX. STATEMENT OF THE ISSUES

Denotative Compendiumed Issue(a):Samesex denotes ANDROGYNOUS(Webster's New
International Dictionary of the English Language, 2nd Edition).

Denotative Compendiumed Issue(b):Androgynous Sodomy denotes samesex(homo-
sexual) sodomy.  Id.

Denotative Compendiumed Issue(c): Marriage denotes Hetero is linear of Hete-
ro Jus Ius--Grandeur Standing Dichotomy of Right In Nature And Law In Man-
ner of AdamEveGenerationalHeteroPropagation(Web.Dic).Accordingly, samesex
claim of Marriage is defunct Gomorrean Sodom composite pathological delu-
tions of grandeur--androgynous-carnal mental abnormalities' behavior(s) of
Respondents--LGHB et al. Compendiumed Issues(a-b), Supra;Q(a-b)Issues,Infra.

## X. QUESTION AT ISSUE

Denotative Compendiumed Q(a)Issue:Respondents-Cult Courts' Legislated Abor-
tion and Sexual Orientation Laws    linear evidence of (i) Pathological De-
lutions; (ii) Want of Subject Matter Jurisdiction; (iii) Want of Hetero Jus
Ius of Humanity; (iv) Want of Designated Provisions' Constitution of the
United States Comity-Government of Founding Fathers' Democracy; and (v)Want
of September 17, 1787 Peremptory Jurisdiction Of Manifest Regard Preamble-
Doctrine Of We The People,..Ourselves...Our Posterity...and This Constitu-
tion. I-II, V-VIII & IX(c), Supra.

Denotative Compendiumed Q(b)Issue:Respondents-Cult Courts' Legislated Cult-
Ochlocracy, under Respondents Imperial Fortias and Tortfeasorings,aid
enemies, who have declared wars to attack and destroy We The People and our
Posterity, Nationally and Internationally.III-IVC(4),Supra.Denotative
Sources et seq.(XI), infra.

EXHIBIT A-13.

9

XI. DESIGNATED AUTHORITIES TO REMOVE/IMPEACH RESPONDENTS AND RESTORE U.S.
PRESIDENCY-VICEPRESIDENCY WITH SPEAKER JOHN BOEHNER AND SENATOR JONI ERNST, THEREOF.

DEFINED DENOTATIVE SOURCES-LIST. The Holy Bible
We The People/Our Const.
The Doctrine Of Preamble-
Bill Of Rights, Dehors.
Article II,Sec.1,Clause7. Article I, Sec.9 C1.1.
Article I, Sec. I; Sec. 3, Clause 7;Sec.8,Clauses10-11
Habeas Corpus--Article I,Sec.9,Clause 2.
Sept.1787-Dec.1791Jurisdiction/Comity-Govt.
2/3rd Excluded/The People and Event.
Denotative Preamble-BORDctm1787-1788 The People
Debate The Constitution. Article II,Sec.1,Cl.5.
Article IV,Sec.3 and Sec.4.ArticleII,Sec.2,Cls1-2
WorldBook Enc.Article III,Sec.2,Cls1-2;Sec.3,Cl.1.
Presidents. Amendment 25, Section 2;ArticleII,Sec.4.
New Web.Inter.Dict.
More Perfect Union./The FoxNews.

XII. TREASON-BRIBERY-CRIME-AND OBSTRUCTIONS OF JUSTICE STATEMENT.

A.  Respondents, individually and collectively, in their separate and joint
capacities violated Article II, Section 1, Clause 7-Provisions. In 7-
concurrent years of Obama-Biden and the 90-cabinetmembers of ObamaBiden
Administrations; and, retroactively, from January 1977-1981, January
1993-2001 and January 2009--,said Administrations have continuously
to adhere and aide,and or concurrently adhere and aide We The People's
denoted enemies-- Immigrants Shah-AyatollaKhomenei-Monies;IranMoney
Funding world-Terrorists;IranianGrandeurDelutions of
Kingdom of South(Iran)--Terrorists.Footnote-1,Supra.
Said Terrorists-respondents endanger We The People's SafetyAndSecurity.

B.  Respondents, in their individual-collective administrations, retroacti-
vely, from January 1977-1981, January 1993-2001 and January 2009 con-
currently, continue to violate Article II, Section 1, Clause 7-Provi-
sions of the September 1787-December 1791Peremptory Jurisdiction of
Manifest Regard Preamble-Bill of Rights Doctrine(U.S.Preamble-Bill of
Rights/U.S.Con. Article II, Section 1, Clause 7),to concurrently adhe-
ring and aiding We The People's denoted enemies/world terrorists--ISIS,
ISL, Somalis, Houthis, Shiites, Putins' fortias--Respondents-world-ter-
rorists. Accordingly, Designated-respondents, Obama-Biden et al, in
their own imperial political finaglings anddelutions' misrepresentations

*****Reasonableness Why Manifest Regard Preamble-Bill of Rights
sua spontely impeaches designatedRespondents and restores
Comity-Government of the United States to Constitutional Pre-
sident-VicePresident--               Joni Ernst, respectively:
Quotations, Supra.

10

EXHIBIT A-14.

of the United States Comity-Government of/by/for We The People, are im-
peached, sua spontely-individually-and-collectively.  Manifest Regard
Preamble-Bill of Rights--Article II, Section 4.  Footnote 1, Supra.

## XIII. REASONABLENESS FOR REQUESTED RELIEF(S), SUA SPONTE.

United States Comity-Government of/by/for We The People is Alpha-Omega
and This Constitution, Subject Matter of 1787-1791 Grandeur Standing
Manifest Regard Preamble-Bill Of Rights.  In witness, whereof, Hearing
(En Banc) has jurisdiction. granting We The People's  Petition For
Writ Of Certiorari for Comity Government onto Constitutional President
and Vice President: John Boehner, and Joni Ernst; Speaker of United Sta-
tes House of Representatives, and respectively, Senator, 2015-States of
The Union Speaker(Amendment 25,Section 2), effective January 2015--.
Footnotes 1-2, Supra.

## XIV. CONCLUSION.

Hearing(En Banc), In Witness Whereof, has jurisdiction to send
for The Office Of The Presidency-VicePresidency Of We The People
Of The United States, which said Body-Office Of The United States-
Presidency-VicePresidency has been, and continue to be illegally
detained by designated-Respondents:BARACK HUSSEIN OBAMA, JOSEPH
"JOE" BIDEN, OBAMA-BIDEN NINETY CABINETMEMBERS, SAKMI/PCACFOSOTFS
(Footnotes-*,**,Supra); individually-collectively  involved in
enemiesswappingTreasonAction(s);illegalhumantraffickingforBribery
Activities(Texas et al v. U.SBHO,5th U.S.Court of Appls.);Cli-
ntonsFoundation IncFrouds-E-Mail;and Obama-Biden Bengazi-IRS; Scndl; Surge
Abandonment;Delutionof political and imperial FortiorEvidencing
Obama-Clintons don't say-don't tell operations of CultOchlocracy
abusing Comity-Government of the United States.  Respondents are
impeached on FACT AND MERITS.  AFFIRMATION QUOTED:

Preamble-"The Constitution's opening words, 'We the People,' make clear that the new
      government  derives its powers from the whole people rather than from the indi-
      vidual states." (page 68, We The People Our Constitution, Donald A. Ritchie).

Petition For Writ Of Certiorari is,duly, granted, granting Comity-Goverment
      of the United States to Speaker John Boehner and Senator Joni Ernst(2015 Sta-
      tes of the Union Speaker), to the 2015 Office of the United States Presidency-
      VicePresidency, effective January 2015---.  2014 ElectionElectoral College.
      Footnotes 1-2, Supra. Obama-Biden and Obama-Biden adminstrations, effective
      January 2009--impeached for lack of Constitutional Subject Matter and the

EXHIBIT A-15.

11

Jurisdiction, for said individuals and administrations, retroactively and concurrently, from January 1977-1981, January 1993-2001 and January 2009--, committed and, contortively, continue to commit convictable heinous criminal Actions of Treason, BriberyActivities (payoffs, for illegalhumantrafficking criminals, the taxpayers' monies of Social Securities' Benefits); and, heinous Acts of Frauds-Tortfeasoring-political finagling, obstructions of Justice--uncovering fortlorcrimes about designated-Respondents' delutions of grandeur executed by the throne of Obama-Biden imperial CultOchlocracy, in force; aiding and adhering and or adheringAiding the United States enemies. Respondents, in their capacities of operating imperial CultOchlocracy that endanger the SafetyAndSecurity of We The People, are impeached. Id. That, United States Comity-Government, Executive Branch is restoredto and declared-passed onto The Constitutional President-VicePresident--Speaker John Boehner-Senator Joni Ernst, respectively, and accordingly.  Footnotes 1-2, Supra.

THEREFORE, PRO SE PETITIONERS move this Honorable Hearing

En Banc., to rule in favor of pro se petitioning litigants

on all counts and: (1). Enter Order granting Petition For

Writ Of Certiorari to issue, accordingly, against desig-

nated Respondents--BARACK HUSSEIN OBAMA, JOSEPH "JOE"BI-

DEN, OBAMA-BIDEN NINETY CABINETMEMBERS, SAKMI/PCACFPSOTFS

as, individually-collectively, Impeached from the United

States Comity-Government, Executive Branch; retroactively-

concurrently, from January 1977-1981, January 1993-2001

and January 2009--; in that said designated defendants-ap

pellees-Respondents violate(d) 1787-1791 Manifest Peremp-

tory Regard Preamble-Bill Of Rights AUTHORITY--Article II,

EXHIBIT A-16.

12

Section 1, Clause 7; and Article II, Section 2,
Clause 2.  Footnotes 1-2; a-c; I-II & IV-XIV De-
notated, against III, Supra.(2). Enter Order granting
Petition   REQUESTED RELIEF to restore and pass-upon
onto the Constitutional Speaker of the United States
House of Representatives, and respectively, the 2015-
States Of The Union addressing-Speaker, The Honorable
Senator Joni Ernst:  The Comity-Government, Office Of
The Presidency, President John Boehner-VicePresident
Joni Ernst, effective January 2015--.  Id.

To the extent that designated respondents committedcon-
victable Treason criminal Actions, Criminal Bribery
Activities, heinous criminal acts of scandals, oppre-
ssive crimes by political finaglings, cultochlocracy
imperial delutions of fortias to corrupt United States
Governmental functions, and endanger the United States
SafetyAndSecurity of petitioning-We The People, set the
Impeachment and expelling the said designated-Respondents
as impeached and expelled, without the 2/3 Clause,for
said appellees-respondents contortively committed pre-

EXHIBIT A-17.

13

meditated heinous crimes, during the WARTIME(S). Sadly, said defendants-appellees-respondents contortively continue to adhere aiding enemies, who are killing, destroying, attacking, and threatening innocent people and the allies of, and the United States of We The People. (3). Enter Order for Pro se Petitioners, by setting aside, reversing the lower Court judgment/decision, and remand this case to the trial Court, with instructions permitting litigants to file their Amended Complaint to update their pleading to meet their previous and the concurrent Jury Trial Monetary claimed-damages(inthe amount of or over $5.0Billion), against the defendants-appellees-respondents, in this proceeding(s). (4). Enter Order for Forfeiture=STATUTORY JUDGMENT, including E-Mail monies solicitated by Clintons/ClintonsFoundation.Inc received, treated as Petitioners' and the United States Government's Monies. ****** Texas et al v. U.S./Obama, 5thCtrAppls,Doct.No.15-40238; also, 2nd and 6thCir.CtrsAppls against respondents' delutions amounting to: immoral androgynous-carnal Sodomy; illegal human-

******Title 18U.S.Code, Sections 241, 371, 286-287, & 1956-1957 et seq.

14

EXHIBIT A-18.

**EXHIBIT A-19.**   trafficking bribery-shemes; heinous unconstitu-

tional    unauthorized practices of collecting, and

invading protected innocent people's privacy.

PETITIONERS PRAY  Grant-them-their requested-Hear-

ing-En Banc; Petition For Writ Of Certiorari, and

all enumerated requests--Counted 1-4. Id. <u>Norse v.</u>

<u>Santa Cruz City Council</u>, ____ U.S. _____ ( October

03, 2011/The Supreme Court of United States 2011-

2012 Term); <u>Haines v. Kerner</u>, 404 U.S. 519. Habeas

Corpus, Article 1, Section 9, Clause 2; also OBoTR, <u>Supra</u>.[5/]

Dated And Respectfully Submitted On __/__/____

By:  WE THE PEOPLE

James A-K Arunga And Doreen H. Lee

Arunga & Lee
Post Office Box 11521
Eugene, OR 97440-3721.  Telephone:
Pro se Petitioners

<u>5/.</u>  Origins of Bill of Rights, L.W. Levy.
Pages 44-67, The Writ of Habeas Corpus.

15

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 A                                        Page  2 of 2

EXHIBIT A-20

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet
to find general information about Social Security.  If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local Social
Security office at 866-592-2779.  We can answer most questions over the
phone.  If you are deaf or hard of hearing, you may call our TTY number,
1-800-325-0778.  You can also write or visit any Social Security office.  The
office that serves your area is located at:

SOCIAL SECURITY
2504 OAKMONT WAY
EUGENE OR 97401

If you do call or visit an office, please have this letter with you.  It will help
us answer your questions.  Also, if you plan to visit an office, you may call
ahead to make an appointment.  This will help us serve you more quickly
when you arrive at the office.

TEN DAYS NOTICE BEFORE A FEDERAL
LAWSUIT IS SERVED UPON YOU.

TO: Social Security Administration, AT
MARYLAND, NEW YORK AND OREGON
SOCIAL SECURITY OFFICES.

FROM: JAMES A. ARUNGA. P.O. BOX
11521, EUGENE, OR 97440-3721
NOTICE: I HAVE NEVER OWED $$ NOT OWE
YOU ANY MONEY IN SSI OVERPAY-
MENTS.

TO WIT, YOUR IMMORAL, INVIDIOUS AND INSIDIOUS
ACTIVITIES, YOUR ILLEGAL ACTS, AND YOUR IMPERIAL
ACTIONS PREMIDATATED TO DESTROY ME UNDER THE
PRETENSES— " CONGRESS PASSED A LAW THAT PERMITS
US TO COLLECT SSI OVERPAYMENTS BY WITHHOLDING
FROM YOUR SOCIAL SECURITY BENEFITS, ARE MOOT
AS ACTUAL FROUDS; INVOKING JUDICIAL JURY TRIAL
TO DECLARE YOUR ORGANIZED CRIMINAL ACTIONS
AGAINST ME MEET ARTICLE I, SECTION 9, CLAUSE 3
CHALLENGE AGAINST YOU. SEE U.S. V. LOVETT, 328
U.S. 303; LYNCH V. HOUSEHOLD FINANCE, 405 U.S. 538.
TITLE 18, SECTIONS 241, 1956 AND 1957 ET SEQ.
YOU ARE NOTICED AS DATED ON APRIL 29, 2016.
AMENDMENT SEVEN, U.S. CONST. JURISDICTIONAL
JUDICIAL FAIR TRIAL BY JURY IS MANDATORY.

# Federal judge strikes down subsidies for Obamacare

EXHIBIT A-21.

## Separation of powers at issue in Republicans' win; appeal expected

**Richard Wolf, Gregory Korte
and Jayne O'Donnell**
USA TODAY

**WASHINGTON** Republicans won the first round Thursday in a separation of powers battle against President Obama that once again focuses on his most prized achievement: Obamacare.

Federal district Judge Rosemary Collyer, a Republican appointee, ruled that the law did not provide for the funds insurers' need to make health insurance policies under the program affordable.

While the law provides for tax credits, she said, it does not authorize an appropriation for slashing deductibles and copayments. Without those reductions from insurers, many consumers could not afford to buy insurance.

"Congress authorized reduced cost-sharing but did not appropriate monies for it," Collyer said in her 38-page ruling. "Congress is the only source for such an appropriation, and no public money can be spent without one."

Collyer blocked her decision from taking effect while awaiting a likely appeal from the

*"Congress authorized reduced cost-sharing but did not appropriate monies for it."*

Federal district Judge **Rosemary Collyer**

administration.

Cost-sharing subsidies reduce consumers' insurance payments — an important feature of the Affordable Care Act, because deductibles are rising. Under the law, subsidies are available to people who earn between 100% and 250% of the federal poverty level. For a family of four, that's about $24,000 to $61,000.

The Commonwealth Fund estimated as many as 7 million people might have plans with cost-sharing reductions this year.

The ruling does not represent as big a threat to the health care law as two previous conservative challenges swatted down by the Supreme Court in 2012 and 2015. The first would have gutted the law; the second would have eliminated tax credits in many states.

"It's a setback, and it's a distraction ... but a lot of people think the administration will win on appeal," said Katherine Hempstead, who heads the insurance coverage team at the Robert Wood Johnson Foundation, a public health philanthropy.

House Speaker Paul Ryan heralded the decision as "an historic win for the Constitution. ... The executive branch is being held accountable."

The Republican-controlled House voted to sue Obama over his executive actions in July 2014. The health care lawsuit was initiated four months later.

Jonathan Turley, a George Washington University law professor who represented the House of Representatives in the lawsuit, called the opinion a historic ruling reaffirming Congress' power of the purse.

"Judge Collyer's opinion is a resounding victory not just for Congress but for our constitutional system as a whole," he said on his blog. "We remain a system based on the principle of the separation of powers and the guarantee that no branch or person can govern alone."



**President Obama signs the Affordable Health Care for America Act during a ceremony in the East Room of the White House on March 23, 2010.**

ALEX WONG, GETTY IMAGES

EXHIBIT A-22

# N.S.A. COLLECTION OF BULK CALL DATA IS RULED ILLEGAL

## Appeals Judges Say Patriot Act Does Not Cover Domestic Phone Records

By CHARLIE SAVAGE and JONATHAN WEISMAN

A P P E N D I X E S.



APPENDIX-1.

**Barack Obama**
in Kenya in 2006, before he was president.

SIMON MAINA, AFP/GETTY IMAGES

# Kenya witch doctor

BARACK HUSSEIN OBAMA--TALISMANICVODOOWITCHCRAFT AND IMPERIALCOMMANDER--IN-CHIEFOF CULTOCHLOCRACY.



The 'Taliban 5' (from left): Mohammad Nabi Omari, Abdul Haq Wasiq, Mullah Norullah Noori, Mullah Mohammad Fazl and Khirullah Said Wali Khairkhwa

NATIONAL INTERNATIONAL EVILLISH-DEVILLISH CRUEL HEINOUS MURDERERS

APPENDIX-2



 NewsHour

# African Embassy Bombings
An Online NewsHour Special Report

APPENDIX-3



Kenya

Tanzania

Click here for embassy bombing sites and statistics.

## Embassy Bombings
U.S. embassies in Kenya and Tanzania are leveled by near-simultaneous explosions.

### Total Devastation
A report on the bombings. (8/7/98)
Security and diplomacy experts on U.S. embassy security protocol. (8/7/98)

### U.S. Response
Asst. Secretary of State Susan Rice responds to the attacks. (8/7/98)

### Searching for Answers
Could the embassy bombings have been prevented? Three experts discuss. (8/10/98)

### The Investigation Begins
Undersecretary of State for Political Affairs Thomas Pickering discusses possible leads in the bombing case. (8/12/98)

### Embassy Bombers Sentenced to Life Without Parole
Update: Four alleged operatives of Osama bin Laden were sentenced today to life in prison without parole for planning and executing the 1998 bombings of two U.S. embassies in Africa. (10/18/01)

### Second Bomber Given Life Term
Update: A jury sentences the second of four men convicted in the African embassy bombings to a life term without parole. (7/10/01)
Update: One of the men convicted of executing the bombing of the U.S. embassy in Kenya is sentenced to life in prison without parole. (6/12/01)

### Taliban Won't Hand Over Osama bin Laden
Update: Afghanistan's ruling body says it will never hand over the exiled Saudi millionaire the U.S. believes is behind the embassy bombings. (5/30/01)

### Guilty On All Counts
Three experts discuss the conspiracy and murder convictions in the African embassy bombing trial. (5/29/01)
Court proceedings begin against four men accused of conspiring to bomb U.S. embassies in Kenya and Tanzania. (2/5/01)

### Panel Reports
Examining the findings of two panels looking into the bombings in Kenya and Tanzania. (1/8/99)

### The Search for Suspects
An international team continues its investigation into the African embassy bombings. (9/30/98)

### Who Is Osama bin Laden?
The Saudi millionaire is believed to be behind

1998 United States embassy bombings - Wikipedia, the free encyclopedia

# 1998 United States embassy bombings

From Wikipedia, the free encyclopedia

In the 1998 U.S. Embassy bombings (August 7, 1998) hundreds of people were killed in simultaneous truck bomb explosions at the United States embassies in the major East African cities of Dar es Salaam, Tanzania and Nairobi, Kenya. The attacks, linked to local members of the Egyptian Islamic Jihad brought Osama bin Laden and Ayman al-Zawahiri to American attention for the first time, and resulted in the U.S. Federal Bureau of Investigation placing bin Laden on its Ten Most Wanted list.

APPENDIX-4



Aftermath at the Nairobi embassy.

## Contents

- 1 Motivation and preparation
- 2 Attacks and casualties
- 3 Aftermath and international response
- 4 The indictment
- 5 Later developments
- 6 See also
- 7 References
- 8 External links

## Motivation and preparation

The bombings are widely (and falsely) believed to have been revenge for American involvement in the extradition, and alleged torture, of four members of Egyptian Islamic Jihad (EIJ) who had been arrested in Albania in the two months prior to the explosions and extradited to Egypt.[1] On June 28, Ahmed Ibrahim Assyed al-Najr, believed to be the militant group's commander in Albania, was arrested along with compatriot Majed Mustapha. With the help of the CIA, they were extradited to Egypt. In July, Mohammad Hassan, leader of the Foundation for Rebirth of Islamic Heritage, was arrested in Tirana and similarly extradited to Egypt. The following month, a communique was issued warning the United States that a "response" was being prepared to repay them for their interference.[2][3]. Given that preparations for the embassy bombings began before the albanian arrests (see later), this explanation can be discounted, however.



A Nissan Atlas truck, similar to that used in Dar es-Salaam

According to journalist Lawrence Wright, the Nairobi operation was named after the Holy Kaaba in Mecca; the Dar es Salaam bombing was called Operation al-Aqsa in Jerusalem, but "neither had an obvious connection to the American embassies in Africa. Bin Laden initially said that the sites had been targeted because of the "invasion" of Somalia; then he described an American plan to partition Sudan, which he said was hatched in the embassy in Nairobi. He also told his followers that the genocide in Rwanda had been planned inside the two American embassies."

Wright concludes that none of these claims made sense, and that bin Laden's actual goal was "to lure the

Perhaps to support this timeline, Berntsen also falsely claims that another bomber, Mohamed al-Owhali, is arrested on August 15 when in fact he is arrested three days earlier. (United States of America v. Usama Bin Laden, et al., Day 38 5/2/2001; Berntsen and Pezzullo 2005) Odeh's Confession and Other Al-Qaeda Evidence Kept Secret for Days - Publicly, the US does not link any evidence from the bombing to al-Qaeda until August 17, when Odeh's confession is finally mentioned in front page news stories. Even then, the story is based on accounts from Pakistani officials and US officials say they cannot confirm it. (Constable and Khan 8/17/1998) In fact, there is a wealth of information immediately tying al-Qaeda to the bombings that is kept secret, including wiretaps of many of the bombers (see April 1996 and May 1998), informants in the cell (see Before August 7, 1998), and even a statement of responsibility that was intercepted hours before the bombings had occurred (see August 5-7, 1998).

⌐ SHARE

**APPENDIX-5**

10:35-10:39 a.m., August 7, 1998: Al-Qaeda Bombs US Embassies in Kenya and Tanzania, Killing Over 200


Bombings of the Nairobi, Kenya, US embassy (left), and the Dar es Salaam, Tanzania, US embassy (right). *[Source: Associated Press]* (click image to enlarge)

Two US embassies in Africa are bombed within minutes of each other. At 10:35, local time, a suicide car bomb attack in Nairobi, Kenya, kills 213 people, including 12 US nationals, and injures more than 4,500. Mohamed al-Owhali and someone known only as Azzam are the suicide bombers, but al-Owhali runs away at the last minute and survives. Four minutes later, a suicide car bomb attack in Dar es Salaam, Tanzania, kills 11 and injures 85. The attacks are blamed on al-Qaeda. Hamden Khalif Allah Awad is the suicide bomber there. (PBS Frontline 2001; United States of America v. Usama Bin Laden, et al., Day 38 5/2/2001) The Tanzania death toll is low because, remarkably, the attack takes place on a national holiday so the US embassy there is closed. (Miller, Stone, and Mitchell 2002, pp. 195) The attack shows al-Qaeda has a capability for simultaneous attacks. The Tanzania bombing appears to have been a late addition, as one of the arrested bombers allegedly told US agents that it was added to the plot only 10 days in advance. (United State of America v. Usama bin Laden, et al., Day 14 3/7/2001) A third attack against the US embassy in Uganda does not take place due to a last minute delay (see August 7, 1998). (Associated Press 9/25/1998) August 7, 1998, is the eighth anniversary of the arrival of US troops in Saudi Arabia, and some speculate that is the reason for the date of the bombings. (Gunaratna 2003, pp. 46) In the 2002 book The Cell, reporters John Miller, Michael Stone, and Chris Miller will write, "What has become clear with time is that facets of the East Africa plot had been known beforehand to the FBI, the CIA, the State Department, and to Israeli and Kenyan intelligence services.... [N]o one can seriously argue that the horrors of August 7, 1998, couldn't have been prevented." They will also comment, "Inexplicable as the intelligence failure was, more baffling still was that al-Qaeda correctly presumed that a major attack could be carried out by a cell that US agents had already uncovered." (Miller, Stone, and Mitchell 2002, pp. 195, 206) After 9/11, it will come to light that three of the alleged hijackers, Khalid Almihdhar, Nawaf Alhazmi, and Salem Alhazmi, had some involvement in the bombings (see October 4, 2001, Late 1999, and 1993-1999) and that the US intelligence community was aware of this involvement by late 1999 (see December 15-31, 1999), if not before.

⌐ SHARE

After August 7, 1998: CIA Focuses on Yemeni Terror Group,
London Connection Found to Be 'Crucial'

United States into Afghanistan, which had long been called 'The Graveyard of Empires.'"[4] According to a 1998 memo authored by Mohammed Atef and seized by the FBI, around the time of the attacks, al-Qaeda had both an interest in and specific knowledge of negotiations between the Taliban and the American-led gas pipeline consortium CentGas.[5]

In May 1998 a villa in Nairobi was purchased by one of the bombers for the purpose of accommodating bomb building in the garage. Ahmad Salim Swedan purchased a beige Toyota Dyna truck in Nairobi, and a 1987 Nissan Atlas refrigeration truck in Dar es-Salaam. Six metal bars were used to form a "cage" on the back of the Atlas, to accommodate the bomb.[6]

In June 1998, KK Mohamed rented House 213 in the Illala district of Dar es Salaam, about four miles from the U.S. Embassy. A white Suzuki Samurai was used to haul bomb components hidden in rice sacks, from House 213.

In both Nairobi and Dar es Salaam, Mohammed Odeh supervised construction of two massive, 2,000-pound destructive devices. The Nairobi bomb was made of 400 to 500 cylinders of TNT (about the size of soda cans), aluminum nitrate, aluminum powder and detonating cord. The explosives were packed into some twenty specially designed wooden crates that were sealed and then placed in the bed of the trucks. Abdel Rahman ran a wire from the bomb to a set of batteries in the back of the truck cab and then to a detonator switch beneath the dashboard.[6] The Dar es Salaam bomb used a slightly different construction: the TNT was attached to fifteen oxygen tanks and gas canisters, and was surrounded with four bags of ammonium nitrate fertilizer and some sand bags to tamp and direct the blast.[7]

The bombings were scheduled for August 7, the eighth anniversary of the arrival of American troops in Saudi Arabia, ostensibly a deliberate choice by Osama bin Laden.[8]

## Attacks and casualties

APPENDIX-6

On August 7, between 10:30 am and 10:40 am local time (3:30–3:40 am Washington time), suicide bombers in trucks laden with explosives parked outside the embassies in Dar es Salaam and Nairobi, and almost simultaneously detonated.[9] In Nairobi, approximately 212 people were killed, and an estimated 4,000 wounded; in Dar es Salaam, the attack killed at least 11 and wounded 85.[10] Seismological readings analyzed after the bombs indicated energy of between 3–17 tons of high explosive material.[11] Although the attacks were directed at American facilities, the vast majority of casualties were local citizens; 12 Americans were killed:[12]



Wreckage from the Nairobi bombing.

| | |
|---|---|
| Marine Sgt. Jesse N. Aliganga | Marine Security Guard detachment |
| Julian Bartley | Consul General |
| Jay Bartley | son of Consul General Julian Bartley |
| Jean Dalizu | Defense Attache's Office |
| Molly Hardy | Administrative Office |



ABOVE PEOPLE ARE SHREWD CORPORATE CONARTIST DELUSIONED POPINJAYS, WHO CONTRACTED WITH EACH OTHER IN A CONCERTED WEDDING OCCASION TO DISRUPT THE REPUBLICAN PARTY AT THE GAIN OF HILLARY RODHAM CLINTON TO WIN WHITEHOUSE,2016. DONALD TRUMP NEEDS TO DISCLOSE HIS MONEYDONATIONS SOURCES, AND NOT TRYING TO FOOL THE AMERICAN PEOPLE THAT HE IS SO RICH AND FINANCING HIS PRESIDENTIAL BID BY HIS MONEY--THAT IS HOGWASH! DONALD TRUMP IS GOING NOWHERE AND HIS PARTNERS--THE CLINTONS ARE GOING NOWHERE. TRUMP-CLINTONS WROTE THEIR OWN CHAPTERS: HILLARY-DONALD ARE REMNANTS OF THE CLAN OF BELSHAZZAR'S, DANIEL 5:1-12; ARE REMNANTS OF THE CLAN OF HAMAN-ZERESH, ESTHER 1-10:1-3; ARE REMNANTS OF CLAN OF SATAN-CASTS-OUT-SATAN, MATTHEW 12:26; ARE REMNANTS OF CLAN OF RICH YOUNG RULER, MARK 10:17, 20, AND 22; ARE REMNANTS OF CLAN OF JUDAS,LUKE 22:48.THE BIBLE DOES NOT, HAS NEVER, AND WILL NEVER LIE!

APPENDIX-7.

APPENDIX-8.



Bill Clinton and Hillary Clinton

# Clinton turning over personal email server to feds

*The Justice Department is investigating her use of a private server as a Cabinet member*

**BY KEN DILANIAN**
*The Associated Press*

WASHINGTON — Hillary Clinton will turn over the personal email server she used while serving as secretary of state to the Justice Department, her campaign spokesman said Tuesday.

The decision advances the investigation into the Democratic presidential front-runner's use of a private email account as the nation's top diplomat, and whether classified information was stored improperly on her home-brew email server.

the server to a third party.

Spokesman Nick Merrill said Clinton has "pledged to cooperate with the government's security inquiry, and if there are more questions, we will continue to address them."

Also Tuesday, Clinton gave to the Justice Department thumb drives containing copies of emails sent to and from her personal email addresses via that server.

Clinton's lawyer, David Kendall, gave three thumb drives containing copies of roughly 30,000 emails to the FBI after the agency determined he could not remain in possession of



**Hillary Clinton**

emails, according to a U.S. official briefed on the matter who spoke on condition of anonymity.

The State Department previously had said it was comfortable with Kendall keeping the emails at his Washington law office.

The FBI is looking into the security of the Clinton email arrangement. There is no evidence she used encryption to shield the emails or her personal server from foreign intelligence services or other prying eyes.

Word that Clinton had relented on giving up possession of the server,

as Republican Sen. Chuck Grassley of Iowa said two emails that traversed Clinton's personal system were deemed "Top Secret, Sensitive Compartmented Information" — a rating that is among the government's highest classifications.

Grassley said the inspector general of the nation's intelligence community had reported the new details about the higher classification to Congress on Tuesday.

Those two emails were among four that had been determined by the inspector general of the intelligence community to have been classified at the time they were sent. The State Department disputes the emails were classified at that time.



**IN THE ARENA**

APPENDIX -9.

# The Danger of a Failed Iran Deal

THE REGISTER-GUARD

BRIEFLY

12/22/2015

**WORLD**

**Iran criticizes new U.S. visa rule**

TEHRAN, Iran — A new United States restriction on travel without visas targeting Europeans and others who have visited so-called high-risk countries has led to angry reactions in Iran, where some leaders say the decision is a violation of the nuclear agreement reached in July.

Mohammad Javad Zarif, Iran's foreign minister told state media on Monday that visa restriction

was an "obstacle, placed by some individuals," that he hoped would soon be resolved. Zarif referred to a letter sent by Secretary of State John Kerry on Saturday, asserting that the restriction would not affect the nuclear agreement.

The letter, obtained and leaked by the National Iranian American Council, an advocacy group based in Washington, hinted that President Obama would use his executive authority to exempt Iran from the visa restriction, which was passed almost unanimously in Congress. Obama signed it into law on Friday.

The restriction, a security step arising from the recent terrorist attacks, prohibits visa-free travel to the United States for anyone who has visited or holds citizenship in Syria, Iraq, Sudan and Iran.





JIMMY CARTER-SHAH-KHOMANEI--DIVINATIONSOF HERETIC-MINIGOLIATH
SOWER OF NATIONAL-INTERNATIONAL TERRORISTS,CONCURRING AS BEAR-
DED INSIDIOUS-INVIDIOUS EBOLA.

**APPENDIX-10.**



APPENDIX-11.

WILLIAM JEFFERSON CLINTON-HILLARYRODHAM-
CLINTONS-ARISTIDES'HODOOJUJU DELUSIONS O
GRANDEUR ONANISM OF HAMAN-ZERESH DON'TSA
DON'TTELLBUTE-MAIL BY ADUMBRATIONS,ON:P.S

_JEAN-BERTRAND ARISTIDE meeting Bill



LEGISLATORS OF "STUPID ECONOMY"EXPULSION BILL OF ATTAINDER/EX POST
FACTO-FUZE.





GRUBER-KAGAN:   AUTHORS OF "STUPID ECONOMY EXPULSION FUZE"
FOR JUDICIAL APPOINTMENT.

APPENDIX-12.

APPENDIX-13.

# The New York Times

U.S.

# Justice Anthony Kennedy's Tolerance Is Seen in His Sacramento Roots

By SHERYL GAY STOLBERG    JUNE 21, 2015

SACRAMENTO — In the fall of 1987, a package arrived on the desk of Laurence H. Tribe, a Harvard law professor who had just lost a Supreme Court case on gay rights. It contained the legal opinions of Anthony M. Kennedy, a strait-laced, conservative Republican jurist from Sacramento who hardly seemed sympathetic to that cause.

The package was sent by one of the most influential men in the California capital then, Gordon Schaber, a law school dean who had enlisted a young Mr. Kennedy to teach night classes and nurtured his career. Now Mr. Schaber was angling for President Ronald Reagan to elevate his friend to the Supreme Court — and he wanted the Harvard professor's support.

"Gordon Schaber said that Tony Kennedy was entirely comfortable with gay friends," said Professor Tribe, who later testified to urge the Senate to confirm Justice Kennedy. "He said he never regarded them as inferior in any way or as people who should be ostracized, and I did think that was a good signal of where he was on these matters."

Now, as the Supreme Court prepares to rule on whether to grant a constitutional right to same-sex marriage, Justice Kennedy, a onetime altar boy, has emerged as an unlikely gay rights icon. At 78, he has advanced legal equality for gays more than any other American jurist, making his friend Mr. Schaber, who died in 1997 — and who was, many who knew him believe, a closeted gay man — look prescient.

APPENDIX-14.

# Penis pump judge gets 4-year jail term

Posted 8/18/2006 2:50 PM ET



The Oklahoman file photo via AP

Former Oklahoma district judge Donald Thompson, shown in this June 29 photo, was found guilty on four counts of indecent exposure. The jury recommended a sentence of one year in prison and a $10,000 fine on each count.

BRISTOW, Okla. (AP) — A former judge convicted of exposing himself while presiding over jury trials by using a sexual device under his robe was sentenced Friday to four years in prison.

Donald Thompson had spent almost 23 years on the bench and had served as a state legislator before retiring from the court in 2004. He showed no reaction when he was sentenced.

At his trial this summer, his former court reporter, Lisa Foster, testified that she saw Thompson expose himself at least 15 times during trial between 2001 and 2003. Prosecutors said he also used a device known as a penis pump during at least four trials in the same period.

Thompson, 59, was convicted last month of four felony counts of indecent exposure for incidents that took place in his Creek County courtroom.

Thompson, a married father of three grown children, testified that the penis pump was given to him as a joke by a longtime hunting and fishing buddy.

"It wasn't something I was hiding," he said.

He said he may have absentmindedly squeezed the pump's handle during court cases but never used it to masturbate.

Foster told authorities that she saw Thompson use the device almost daily during the August 2003 murder trial of a man accused of shaking a toddler to death. A whooshing sound could be heard on Foster's audiotape of the trial. When jurors asked the judge about the sound, Thompson said he hadn't heard it but would listen for it.

Police built a case against the judge after a police officer testifying in a 2003 murder trial saw a piece of plastic tubing disappear under Thompson's robe. During a lunch break, officers took photographs of the pump under the desk.

Investigators later checked the carpet, Thompson's robes and the chair behind the bench and found semen, according to court records.

Alex Kozinski : USLaw.com's Celebrity Justice

- Home
- USLaw.com
- OJ Simpson
- Eliot Spitzer
- Shame Lists
- Reader Polls
- BOOKMARK

APPPENDIX-15.

SEARCH CELEBRITY JUSTICE:

[Search]



Search Advantage - Only Tool to Combine Enterprise
Search and Knowledge Management. www.LexisNexis.com

Ads by Google

# Justice Cowed: How "obscene" were the videos Kozinski's recused himself from the case over?

**13 Jun**

Filed Under Judge Alex Kozinski | Leave a Comment



With a one sentence explanation, one of the most respected judicial authorities on the First Amendment, Judge Alex Kozinski, removed himself from what will likely become a landmark obscenity case.

"In light of the public controversy surrounding my involvement in this case, I have concluded that there is a manifest necessity to declare a mistrial. I recuse myself from further participation in the case and will ask the chief judge of the district court to reassign it to another judge."

Did Judge Kozinski need to be *cowed* into this decision? How necessary was this recusal? Our opinion, as previously described, is that the judge's awareness of run-of-the-mill "viral humor" made him more likely to be an impartial magistrate than a judge too cloistered to have a practical sense of "contemporary community standards" even if the public perception of the whole website controversy might tend towards irrational umbrage.

How similar are the images discovered on the Kozinski family computer and images at issue in USA vs. Ira Isaacs? Judge for yourself. USLaw.com has compiled several still images form the videos contained in Isaacs indictment. (WARNING: Extremely graphic.)

# Judge halts obscenity trial

A newspaper report reveals his Web site contains explicit material, prompting his action.

**By Scott Glover**
*Los Angeles Times*

LOS ANGELES – A closely watched obscenity trial in federal court was suspended Wednesday after the judge acknowledged maintaining his own publicly accessible Web site featuring sexually explicit photos and videos.

Alex Kozinski, chief judge of the 9th U.S. Circuit Court of Appeals, granted a 48-hour stay in the obscenity trial of a Hollywood adult filmmaker after the prosecutor requested time to explore "a potential conflict of interest concerning the court having a ... sexually explicit Web site with similar material to what is on trial here."

In an interview Tuesday with the Los Angeles Times, Kozinski acknowledged posting sexual content on his Web site. He defended some of the adult content as "funny" but conceded that other-post-

ings were inappropriate.

Kozinski, 57, said he thought the site was for his private storage and that he was not aware the images could be seen by the public, although he also said he had shared some material on the site with friends. After the interview Tuesday evening, he blocked public access to the site.

Kozinski is one of the nation's highest-ranking judges and has been mentioned as a possible candidate for the U.S. Supreme Court. He was named chief judge of the 9th Circuit last year and is considered a judicial conservative on most issues.

Kozinski, who was appointed to the federal bench by President Reagan in 1985, has a reputation as a brilliant legal mind and is seen as a champion of First Amendment right to freedom of speech and expression.

Sen. Dianne Feinstein, D-Calif., a member of the Senate Judiciary Committee, expressed concern about Kozinski's Web site.

"If this is true, this is unacceptable behavior for a federal court judge," she said in a statement.

**ALEX KOZINSKI**

The chief judge of the 9th U.S. Circuit Court of Appeals said he thought the graphic material on his Web site couldn't be seen by the public. Public access was later blocked.

Stephen Gillers, a New York University law professor who specializes in legal ethics and has known Kozinski for years, called him "a treasure of the federal judiciary." Gillers said he took the judge at his word that he did not know the site was publicly available. But he said Kozinski was "seriously negligent" in allowing it to be discovered.

After publication of an latimes.com article about his Web site Wednesday morning, the judge offered another explanation for how the material might have been posted to the site. On Tuesday evening, he had told the Times that he had a clear recollection of some of the most objectionable material and that he was responsible for placing it on the Web. By Wednesday afternoon, as con-

troversy about the Web site spread, Kozinski was seeking to shift responsibility, at least in part, to his adult son, Yale.

"Yale called and said he's pretty sure he uploaded a bunch of it," Kozinski wrote in an e-mail to Abovethelaw.com, a legal news Web site. "I had no idea, but that sounds right because I sure don't remember putting some of that stuff there."

The judge told the Times it was strictly by chance that he wound up presiding over the trial of filmmaker Ira Isaacs in U.S. District Court in Los Angeles. Appellate judges occasionally hear criminal cases when they have free time on their calendars, and the Isaacs case was one of two he was given, the judge said.

Isaacs is on trial for distributing sexual fetish videos, featuring acts of bestiality and defecation. The material is considerably more vulgar than the content posted on Kozinski's Web site.

The judge said he didn't think any of the material he posted would qualify as obscene.

"Is it prurient? I don't know what to tell you," he said. "I think it's odd and interesting. It's part of life.

APPENDIX-17.



## Judge Peter McBrien found to violate the Judicial Code of Ethics on four counts

June 30, 10:17 AM · LA Family Courts Examiner · Laura Lynn

Comment    Print    Email    RSS    Subscribe          Previous    Next

The Commission on Judicial Performance Special Masters' Report found Judge Peter McBrien of Sacramento violated the Judicial Code of Ethics on four counts in regards to a family law matter.

A copy of the full report, 147 pages can be emailed by request to this reporter at Bohemian_books@yahoo.com or by contacting the CJP.

A summary of the charges included:

Judge McBrien terminated a trial in the middle of a parties case-in-chief, without giving the party a chance to complete the presentation of evidence or offer rebuttal evidence, and denied that party his constitutional  right  to due process and a fair trial.

Judge McBrien threatened an attorney with contempt if the client asserted his Fifth Ammendment rights and declined to produce evidence that was not relevant to the pending matter.

Judge McBrien became embroiled in the case, offering a partial transcript to a party's employer. The party lost his employment due to the acts which were presented. The judge did not tell the parties of his action, nor recuse himself.

Judge McBrien was discourteous and addressed an attorney in a derogatory manner.

Due to the length of the findings, this story will be presented as a series.

This is a WorldNetDaily printer-friendly version of the article which follows.
To view this item online, visit http://www.worldnetdaily.com/index.php?pageId=41887

**World   Daily**™

Monday, April 28, 2008

CRIMENETDAILY

# Former ACLU chief admits guilt

Sentenced to 8 years for having 'graphic and violent' child porn

Posted: June 01, 2007
5:55 pm Eastern

WorldNetDaily.com

A former executive for the American Civil Liberties Union of Virginia has been sentenced to eight years in prison after he admitted having "graphic and violent" child pornography.

The guilty plea was entered in court in Virginia by Charles Rust-Tierney, where he was immediately sentenced, according to a report today from WJLA television.

Rust-Tierney previously had served as the president of the Virginia chapter of the ACLU, and admitted his guilt under a plea bargain. He had been in jail since his arrest earlier this year, because two separate judges in pretrial hearings had rejected his request for freedom, describing the pornography as some of the most sickening they ever had encountered.

It was Rust-Tierney who, nearly 10 years ago, had argued before the Loudoun County Library Board against any Internet filters on the computers at the public facility.

The library, which had been using filters on its computers, was ordered to change its policy by a federal court.

"The ACLU of Virginia urges the board to carefully consider a new Internet Use Policy that allows for maximum Internet access...," he said at the time.

He encouraged the library board to recognize "that individuals will continue to behave responsibly and appropriately while in the library," so therefore "the default should be maximum, unrestricted access to ... the Internet."

Prosecutors said Rust-Tierney, who also served as a youth league sports coach in the area, actually downloaded the materials on a computer in his son's bedroom at home.

APPENDIX-19.

**ATIONAL & INTERNATIONAL** MONDAY, DECEMBER 21, 2015

# U.S. support of gay rights in Africa hurts the cause

*That's the message from activists dealing with a wary public*

**BY NORIMITSU ONISHI**
*The New York Times*

LAGOS, Nigeria — Suspicious neighbors and landlords pry into their private lives. Blackmailers hunt for victims on the social media sites they use to meet others of the same sex. Police officers routinely stop them to search for incriminating images and chats on their cellphones.

After an anti-gay law went into effect last year, many gay Nigerians say they have been subjected to new levels of harassment, even violence.

They blame the law, authorities and broad social intolerance for their troubles.

But they also blame an unwavering supporter whose commitment to their cause has been unquestioned and overt across Africa: the U.S. government.

"The U.S. support is making matters worse," said Mike, 24, a university student studying biology in Minna, a town in central Nigeria who asked that his full name not be used for safety reasons. "There's more resistance now. It's triggered people's defense mechanism."

Four years ago, the U.S. government embarked on an ambitious campaign to expand civil rights for gay people overseas by marshaling its diplomats, directing its foreign aid and deploying President Obama to speak before hostile audiences.

Since 2012, the U.S. government has put more than $700 million into supporting gay rights groups and causes globally. More than half of that money has focused on sub-Saharan Africa — just one indication of this continent's importance to the new policy.

America's money and public diplomacy have opened conversations and opportunities in societies where the subject was taboo just a few years ago. But they have also made gay men and lesbians more visible — and more vulnerable to harassment and violence, people on both sides of the gay rights issue contend.

The U.S. campaign has stirred misgivings among many African activists, who say they must rely on the West's support despite often disagreeing with its strategies.

In Nigeria, Africa's most populous nation, the final passage of the 2014 law against homosexuality — which made same-sex relationships punishable by 14 years in prison and made it a crime to organize or participate in any type of gay meeting — is widely regarded by both supporters and opponents of gay rights as a reaction to U.S. pressure on Nigeria and other African nations to embrace gay rights.

"The Nigerian law was blowback," said Chidi Odinkalu, chairman of Nigeria's National Human Rights Commission and the senior legal officer for the Africa Program of the Open Society Justice Initiative, which supports gay rights on the continent. "You now have situations of gay men being molested on the streets or taunted. That was all avoidable.

"I've said to U.S. diplomats privately as well — the risk is causing more harm than good," Odinkalu added. "You don't want an infusion of goodwill to actually do harm to the community that you think you're protecting."

Anti-gay sentiments are widespread across Africa. Same-sex relations remain illegal in most nations, the legacy of colonial laws that had been largely forgotten until the West's push to repeal them in recent years.

# Benghazi US consulate attack: Timeline    APPENDIX-20

16 November 2012    Africa

## US consulate attack



# Teenager at center of school drug bust

APPENDIX-22

*A 17-year-old at South Eugene High School is accused of selling LSD, cocaine and other drugs*

**By Chelsea Gorrow**
*The Register-Guard*

A 17-year-old South Eugene High School student is at the center of an investigation involving several students, an alleged sexual assault and drugs of all kinds, including LSD and cocaine.

The alleged drug buyers? Girls, some as young as 14.

The teenage boy was taken into custody and housed at the Serbu Juvenile Detention Center in Eugene but has since been released, Lane County spokesman Jason Davis said. He has been charged, but because of his age, authorities will not release details, Davis said.

The Register-Guard generally does not name juveniles.

It is not clear what grade the teenage boy is in. It's also unclear what school or schools all the alleged buyers attend, although some attend South Eugene High School. The search warrant affidavit outlining the allegations was written by the Eugene Police Department police officer who is stationed at South Eugene High School.

According to the affidavit, filed in Lane County Circuit Court last month, the Eugene police investigation began after a Eugene mother on May 2 went to police accusing the teenage boy of sexually assaulting her 16-year-old daughter, a student at South Eugene High School. The daughter told an interviewer later at the Kids' First center in Eugene for child abuse victims that she had bought marijuana from the 17-year-old boy on three different occasions and he gave her

---

# President Obama cuts prison sentences for 42 drug offenders

**The Associated Press**

WASHINGTON — President Obama shortened the sentences Friday of 42 people serving time for drug-related offenses, continuing a push for clemency that has ramped up in the final year of his administration.

Roughly half of the 42 receiving commutations Friday were serving life sentences. Most are nonviolent offenders, although a few were also charged with firearms violations. The White House said many of them would have already finished their sentences if they had been sentenced under current, less onerous sentencing guidelines.

The latest group of commutations brings to 348 the total number of inmates whose sentences

Obama has commuted — more than the past seven presidents combined, the White House said. The pace of commutations and the rarer use of pardons are expected to increase as the end of Obama's presidency nears.

"He remains committed to using his clemency power throughout the remainder of the administration to give more deserving individuals that same second chance," White House counsel Neil Eggleston wrote in a blog post.

Eggleston added that the offenders receiving commutations had "more than repaid their debt to society and earned this second chance."

One of the offenders, Douglas Ray Dunkins Jr., of Fort Worth, Texas, had been held up

by civil liberties groups as one of the most egregious examples of over-sentencing. Dunkins had only a minor shoplifting conviction on his prior record in 1993 when, at age 26, he was sentenced to life imprisonment for conspiracy to possess and distribute crack cocaine, the American Civil Liberties Union said in a report. No drugs were found, but prosecutors used testimony from co-conspirators who testified in exchange for lighter sentences, the ACLU said.

"Though there's wide bipartisan support for a criminal justice overhaul, what had looked like a promising legislative opportunity in Obama's final year has mostly lost steam. As with Obama's other priorities, the chaotic presidential campaign has increasingly made cooperation among Republicans and Democrats in Congress difficult

taking an even greater toll on me. "I wake up every day and pray in a cell that's white and grey with little room to move around in between me and my cellmate," Dunkins wrote in an opinion piece last year in The Guardian. "Clemency is something that I long for — not just for me, but for a lot of inmates who have served well over 20-plus years for crimes involving crack cocaine."

The ACLU said Dunkins had worked for nearly a decade as a paralegal helping other inmates with legal work and wanted to mentor youth if he ever got out. Dunkins is slated to be released in October.

"The day-to-day of prison is

to achieve this year.

Obama has long called for getting rid of strict sentences for drug offenses, arguing they lead to excessive punishment and sky-high incarceration rates. With Obama's support, the Justice Department in recent years has directed prosecutors to rein in the use of harsh mandatory minimums.

The Obama administration has also expanded criteria for inmates applying for clemency, targeting nonviolent offenders who have behaved well in prison and would have received shorter sentences if convicted of the same crime a few years later. Civil liberties groups hailed that move but have since raised concerns that too few are actually receiving clemency under the policy.

A3