PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY
# MAIL ★
★ ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

cia.com

071V00836953

PRIORITY MAIL 3-DAY

Mn Flat Rate Env

CommercialBasePrice          0004

Shipped using PostalMate®
Pkg:37424

James Aggrey-Kwegyirr Apunga
PO BOX 11521
EUGENE OR 97440

FROM:

POST OFFICE BO
EUGENE, OREGON

TO

SHIP TO:

Case-Related Contact to the Attention of the:
Honorable Christina Sustaeta, Case Manager
600 E HARRISON ST UNIT 10
UNITED STATES DISTRICTS CLERK'S OFFICE
BROWNSVILLE TX 78520-7176

USPS TRACKING #



9405 5102 0083 0188 7849 13

VISIT US AT USPS.COM®

UNITED STATES
POSTAL SERVICE

EP14F July 2013