United States District Court
Southern District of Texas
FILED

JUN 9 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES(U.S.)GOVERNMENT--THE COMITY-GOVERNMENT OF
DEMOCRACY OF/BY/FOR WE THE PEOPLE: JUS HETERO GENERATIO-
NALPROPAGATIONAL POSTERITY-CITIZENSHIPS;TEXAS AND 26-STA-
TES OF UNION; JAMES AGGREY-KWEGGYIRR ARUNGA, DOREEN H. LEE
AND ALL OTHER ALLIES OF THE UNITED STATES OF AMERICA, SIMI-
LARLY, SITUATED,

    Plaintiff(s)

V.

Case No.

B 16-119

BARACK HUSSEIN OBAMA, JOSEPH "JOE" BIDEN, 7+-YEARS IMPERIAL
ADMINISTRATIONS AND EXPULSION FUZES OF PRESIDENT BARACK HUSSEIN
OBAMA AND VICEPRESIDENT JOSEPH "JOE" BIDEN: SCOUTUS DICTUM
EXPULSION FAINAIGUING FUZES OF BREYER, S., GINSBURG, R. B.,
KAGAN, E., AND KENNEDY, A. M., AND AMERICAN CIVIL LIBERTY UNI-
UNION(ACLU), DONALD TRUMP,NY,NY;SSADMN.,BALTIMORE,MARYLAND,
COLLECTIVELY,Defendants


APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF

Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?                                Yes____        No XX__
   A. If you answered "Yes":
      (1) What is the name and address of your employer  N/A
      _____
      _____

      (2) How much do you earn per month?
          ___0_____

   B. If you answered "No"
      (1) Have you ever been employed?          Yes XX__        No____
          If yes, what was the last year and month you were   October, 1972, by
          employed?  __FILMORE RESIDENTS INC, SAN FRANCISCO, CA__
          How much did you earn a month? $2.75 an hour /about $400.00 A MONTH.

II. What is your marital status?
    Single____     Married____        Widowed_____        Divorced XX__
    A. If you answered "Married": N/A
       (1) Is your spouse employed?  Yes__N/A    No_N/A_
           If yes, how much does your spouse earn each month?
           $_0_____

III. Do you have any dependents?        Yes____     No XX
     If you answered "Yes" list each dependent's name (minor children should be identified only by their initials),
     relationship to you, and the amount you contribute to their support: N/A
     
     | Name | Relationship | Amount |
     |------|--------------|--------|
     |      |              |        |
     |      |              |        |
     |      |              |        |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?        Yes XX__      No____
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

    | Source | Amount | Source | Amount |
    |--------|--------|--------|--------|
    | SOCIALSECURITBNFTS | $ 530.00 A MONTH. *** | | $ |
    |  | $ |  | $ |
    |  | $ |  | $ |

-2-

***Income verification attached. Applicant will prove beyond reasonable doubt that he is a victim of Obama-Biden invidious imperial administrations, which targeted to destroy him(Arunga), since October, 2011, because victim refused to endorse some of said administrations' delusion's expulsion directive-Fuses   insimul |computassent linear of cult ochlocracy andor terroritish.

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes **XX**   No____

   A. If you answered "Yes", state the combined total amount:
   $ 2.17

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
   Yes____   No **XX**
   A. If you answered "Yes", describe each piece of property and state it's value: N/A

   | Property | Value | Property | Value |
   |---|---|---|---|
   | ~~None~~ | $ 0 | | $ |
   | | $ | | $ |
   | | $ | | $ |
   | | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

   | Creditor | Amount Owed | Creditor | Amount Owed |
   |---|---|---|---|
   | ~~CapitalOnrCreditCard~~ $~~591~~.02, Pay $16.00 (Each Month) | | | $ |
   | ShamRockRes.Rent | $ 504.00 A MONTH. | | $ |
   | | $ | | $ |
   | | $ | | $ |

VIII. State your address and telephone number where the Court can reach you.
   P.O. BOX 11521 EUGENE, OR 97440-3721
   ~~TELEPHONE-NONE.~~

I declare under penalty of perjury that the above information is true and correct.

_June 07, 2016_                _A-_
Date                           Signature of Applicant

SOCIAL SECURITY ADMINISTRATION

```
                                        Date: April 6, 2016
                                        Claim Number: XXX-XX-9659A
                                                      XXX-XX-9659AI
```

```
JAMES A ARUNGA
PO BOX 11521
EUGENE OR 97440-3721
```

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

    Beginning December 2014, the full monthly
    Social Security benefit before any deductions is......$ 530.10

    We deduct $0.00 for medical insurance premiums each month.

    The regular monthly Social Security payment is........$ 530.00
    (We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

    Beginning April 2016, the current
    Supplemental Security Income payment is...............$ 0.00

    This payment amount may change from month to month if income or living situation changes.

    Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

    There was no cost of living adjustment in Social Security benefits in December 2015. The benefit amount shown is current as of the date on this letter.

Type of Social Security Benefit Information

    You are entitled to monthly retirement benefits.

SUSPECT SOCIAL SECURITY FRAUD?

  Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
  Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet
to find general information about Social Security. If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local
office at 866-592-2779. We can answer most questions over the phone. If you are
deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can
also write or visit any Social Security office. The office that serves your
area is located at:

                        SOCIAL SECURITY
                        2504 OAKMONT WAY
                        EUGENE, OR 97401

If you do call or visit an office, please have this letter with you. It will
help us answer your questions. Also, if you plan to visit an office, you may
call ahead to make an appointment. This will help us serve you more quickly
when you arrive at the office.



                                        OFFICE MANAGER

## Shamrock RV & Mobile Home Park
### Receipt

Thu, May 26, 2016

4531 Franklin Blvd
Eugene, OR   97403

541-747-7473  /  fax 541-747-0242
Email: manager@shamrockvillagepark.com
Web: shamrockvillagepark.com

**Confirmation #: R000002987**

Site: **17**

First Night: **Wed, May 15, 2013**

Last Night: **Thu, May 31, 2018**

**James Arunga**
**4531 Franklin Bld #17**
**Eugene, OR   97403**

**Paid through: Tue, May 31, 2016**

### APPENDIX-22

| Date | Qty | Description | Each | Total |
|---|---|---|---|---|
| Tue, Mar 29, 2016 | 1 | Monthly Rate : 4/1/2016 to 4/30/2016 | $371.00 | $371.00 |
| Tue, Mar 29, 2016 | 1 | Misc Extras | $0.00 | $0.00 |
| Tue, Mar 29, 2016 | 1 | Electricity fee | $1.30 | $1.30 |
| Tue, Mar 29, 2016 | 654 | Electricity (9974 - 9320) | $0.0537 | $35.12 |
| Mon, Apr 25, 2016 | 1 | Monthly Rate : 5/1/2016 to 5/31/2016 | $371.00 | $371.00 |
| Mon, Apr 25, 2016 | 1 | Misc Extras | $0.00 | $0.00 |
| Mon, Apr 25, 2016 | 1 | Electricity fee | $1.30 | $1.30 |
| Mon, Apr 25, 2016 | 467 | Electricity (10441 - 9974) | $0.0537 | $25.08 |
| Thu, May 26, 2016 | 1 | Monthly Rate : 6/1/2016 to 6/30/2016 | $385.00 | $385.00 |
| Thu, May 26, 2016 | 1 | Misc Extras | $0.00 | $0.00 |
| Thu, May 26, 2016 | 1 | Electricity fee | $1.30 | $1.30 |
| Thu, May 26, 2016 | 404 | Electricity (845 - 441) | $0.0571 | $23.07 |
| | | | **Total Charges** | **$1214.17** |
| Wed, Apr 6, 2016 | | Payment: Check : # 246 | | $260.00 |
| Thu, Apr 7, 2016 | | Payment: Cash | | $40.00 |
| Mon, May 2, 2016 | | Payment: Check : # 280 | | $330.00 |
| | | | **Statement Total** | **$584.17** |
| | | | Previous Balance | $0.00 |
| | | | **Balance Due:** | **$584.17** |