UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOTICE OF CASE FILING

| | |
|---|---|
| Date Case filed: | **6/9/2016** |
| Style of Case: | **United States Government, et al.**<br>**v.**<br>**Barack Hussein Obama, et al.** |
| Case number: | **1:16–cv–00119** |
| District Judge assigned: | **Judge Rolando Olvera** |
| Magistrate Judge assigned: | **Magistrate Judge Ignacio Torteya, III** |
| Nature of Claim: | **Complaint NOS 690** |

**Your case has been filed as a Complaint.**

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

**United States District Clerk's Office**
**600 E. Harrison Street, Rm. 101**
**Brownsville, TX 78520**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: June 10, 2016

David J. Bradley, Clerk

By: Balvina Campos, Deputy Clerk