United States District Court
Southern District of Texas
FILED

JUL - 1 2016

David J. Bradley, Clerk of Court

No. _____

1:16Cv119

EXPARTE MOTION-PETITION FOR
ART.I, SEC.9, CLAUSE 3-PEREMPTORY WRIT
IN THE

SUPREME COURT OF THE UNITED STATES
DIRECT APPEALS DIVISION

JAMES A-K ARUNGA/INDISPENSABLE PARTY--
UNITED STATES GOVERNMENT ET AL — PETITIONER
(Your Name)

VS.

BARACK HUSSEIN OBAMA ET AL — RESPONDENT(S)

## PROOF OF SERVICE

I, JAMES AGGREY-KWEGGYIRR ARUNGA, do swear or declare that on this date, JUNE 28, 20 16, as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* and PETITION FOR ART.I, SEC.9, CLAUSE 3 WRIT to the above proceeding TO THE MAGISTRATE-ONE NAMED IGNACIO TORTEYA III served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

UNITED STATES MAGISTRATE ONE-NAMED IGNACIO TORTEYA THE THIRD

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVI

~~BROWNSVILLE DIVISION~~

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JUNE 28, 2016

_____
(Signature)

No. _____

**EXPARTE MOTION-PETITION FOR ARTICLE I, SECTION 9, CLAUSE 3-JURISDICTIONAL PEREMPTORY WRIT, DEHORS.**
IN THE

## SUPREME COURT OF THE UNITED STATES

### DIRECT APPEALS DIVISION

**JAMES AGGREY-KWEGGYIRR ARUNGA, INDISPENSABLE PARTY--UNITED STATES GOVERNMENT ETAL PETITIONER**
(Your Name)

vs.

**BARACK HUSSEIN OBAMA ET AL** — RESPONDENT(S)

ON PETITION FOR **ARTICLE I, SECTION 9, CLAUSE 3 WRIT, DEHORS**

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS**
(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR **ARTICLE I, SECTION 9, CLAUSE 3-PEREMPTORY WRIT, DEHORS.**

~~JAMES AGGREY-KWEGGYIRR ARUNGA, Legal~~ Scholar, Pro se
(Your Name)

**POST OFFICE BOX 11521,**
(Address)

**EUGENE, OREGON 97440-3721**
(City, State, Zip Code)

**NONE(POOR TO AFFORD ONE)**
(Phone Number)

THE QUESTION(S) PRESENTED INVOKE
ABSOLUTE DICHOTOMY OF IUSDEHORS
THAT:

(1) Constitutionality DEFINING Principal is Authority that accomplished, per curam, the September 1787-Manifest Regard PreambleProvisions of/by/forWE the people.

(2) Constitutionality DEFINING Ratification is the POWER that WE are all in this for ourselves and our POSTERITY in One Bill of Rights, in consistent with September 1787-WRIT enacting Grandeur Standing Rights effecting the 1791-Amendment I; Amendment VI; Amendment VII; and 1868-Amendment XIV of the Supreme Law of the Land--1787-1791--DichotomyWrit.

(3) Article I, Section 9, Clause3 protects WE-people of United States Government from vexatious imperial cultOchlocracy in that people's due process and equal Protection of the LAW are indefinite. 1791-Amendments I and 1868-Amendment XIV.

(4)(a) Pro se moves this honorable Jurist, Clarence Thomas, to vacate June 14, 2016 ORDER of the magistrate Ignacio Torteya, the third, as unjudicial proceeding and not active in the United States Government, the linearly found entity of Comity-Government of Democracy of/by/for WE, et al, Pro se petitioner and indispensable partypetitioners. Id.

(4)(b) Court is further moved to direct the United States District Court, Southern District of Texas, Magistrate Ignacio Torteya to issue SUMMONS to the filed Complaint, filed and docketed on June 10, 2016. Id.

(4)(c) Court is, also, prayed to issue ORDER for impenneling jury

Page-1

either for civil or criminal(magistrate seems to have found) jurisdictional criminal subject matter against this respected pro se Arunga who is ready for jury trial, right now, against designated defendants. 1791-Amendments I, VI and 1868-Amendment XIV. Court is requested to give the benefits of fairness to Obama's clan to agree to come and have an open hearing to show the jury and others, how pro se has owed and continue to owe Obama's imperial cultochracy some money in overpayments, delusional inhuman claim(s) and disrespecting 78-moralyears' of Pro se. Invidiousinsidious adumbrations' of Clintons involved in death-plot of an American innocent child, Bengazi ambassador, and Obama-Clintons obstructing justice are going nowhere, for they are found fully in their hands, mind, and their political-financial fina-glings. Pro se has a right to be heard on that note. Id. Pro se petitioner(s) request(s) the honorable assigned JURIST of the U.S.Supreme Court to grant pro se and indispensable partypetitioners their petition.Amendments I, VI, VII and XIV. Respectfully submitted on the Rights of the American Jurisprudence and on the MERITS: <u>The Documentary History of History of Ratification of the Constitutional Documents and Record 1776-1787</u>, Merill Jensen and John Kaminski;<u>Ratification, The People Debate the Constitution, 1787--1788</u>, Pauline Maier; <u>Origins of the Bill of Rights</u>, Leonard Levy; <u>MORE PERFECT UNION</u>, William Peter; <u>THE CITIZENS'S CONSTITUTION</u>, Seth Lipsky; <u>THE CONSTITUTION</u>, Joseph Welch;<u>The Constitution of United States of America</u>, Johnny H. Killian and Leland E. Beck(Edtrs). Also, <u>Norse v. Santa Cruz City Council</u>, U.S. ___; <u>U.S. v. Lovett</u>, 328 U.S. 303; <u>Lynch v. Household Finance</u>, 405 U.S. 538; <u>Dougall v. Sugarman</u>, 339F.Supp906/413 U.S. 643; <u>Bender</u> Case, 475 U.S. 534; <u>Marquez v Hrdin</u>, 339F.Supp 1364;

<u>Vico</u> Case , 657 F.2d 768; <u>Johnson "A"</u> Case, 862 F.2d 975; <u>James Aggrey-Kweggyirr Arunga Case</u> v. <u>New York City</u> _____ F.Supp_____. A.C. No. 71-CV-246

        Respectfully Submitted on June--,2016,

      by:_____*Aa*_____
        JAMES AGGREY-KWEGGYIRR ARUNGA
        LEGAL SCHOLAR, Pro se

        ARUNGA & LEE
        POST OFFICE BOX 11521
        EUGENE, OR 97440-3721

EXHIBIT A-23

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### NOTICE OF CASE FILING

Date Case filed: **6/9/2016**

Style of Case: **United States Government, et al.**
**v.**
**Barack Hussein Obama, et al.**

Case number: **1:16-cv-00119**

District Judge assigned: **Judge Rolando Olvera**

Magistrate Judge assigned: **Magistrate Judge Ignacio Torteya, III**

Nature of Claim: **Complaint NOS 690**

**Your case has been filed as a Complaint.**

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

**United States District Clerk's Office**
**600 E. Harrison Street, Rm. 101**
**Brownsville, TX 78520**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: June 10, 2016

David J. Bradley, Clerk

By: Balvina Campos, Deputy Clerk

EXHIBIT A-24
FRIDAY, JUNE 24, 2016

SUPREME COURT Delusioned Imperialwitchcraft

# Split vote a 'no' to Obama's immigration plans

*The 4-4 tie keeps in place a lower court ruling and effectively kills Obama's reform program*

**BY MARK SHERMAN**
*The Associated Press*

WASHINGTON — A short-handed and deeply divided Supreme Court deadlocked Thursday on President Obama's immigration plan to help millions living in the United States illegally, effectively killing the plan for the rest of his presidency and raising the stakes even further for the November elections.

The hotly debated direction of America's national immigration policy, as well as the balance of power on the high court, now will be determined in large part by the presidential and congressional elections. Immigration and the court vacancy created by Justice Antonin Scalia's death in February already were featuring in the campaign.

Scalia's vote most likely would have meant an outright ruling against Obama's immigration expansion rather than the 4-4 tie, a much more significant defeat for the president and immigrant advocates.

Democrat Hillary Clinton declared that as president she would work to restore the programs and go further. Republican Donald Trump said he would make sure Obama's "unconstitutional actions" never came back.

The tie is not likely to lead to an increase in deportations since the president retains ample discretion to decide whom to deport. But the ruling stymies his effort to bring people "out from the shadows" by giving them the right to work legally in the United States.

One of the Obama programs would have protected the parents of children who are in the country legally. The other was an expansion of a program that benefits people who were brought to the United States as children. Obama decided to move forward on his own after Republicans won control of the Senate in 2014 and the chances for an immigration overhaul, already remote, were further damaged.

Obama said Thursday's impasse "takes us further from the country we aspire to be."

The candidates vying to replace him split as plainly as the justices.

Clinton, the presumptive Democratic nominee, said that if she is elected she will defend the Obama programs "and do everything possible under the law to go further to protect families."

Republican Trump, on the other hand, said the court outcome "blocked one of the most unconstitutional actions ever undertaken by a president" and the split decision "makes clear what's at stake in November."

And the people directly affected?

Mexican immigrant Cristina Molina of New York City said she was frustrated and upset.

"I feel like I'm in limbo," Molina, 48, said through an interpreter. She has lived in the United States for 23 years and said she would have been eligible for one of the programs Obama announced in 2014.

A Supreme Court tie sets no national precedent but leaves in place a ruling by a lower court. The justices issued a one-sentence opinion, with no further comment.

A full nine-justice court agreed to hear the case in January, but by the time of the arguments in mid-April, Scalia had died. That left eight justices to decide the case, and the court presumably split along liberal-conservative lines, although no breakdown was announced.

United States District Court
Southern District of Texas
**ENTERED**
June 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, et. al., | § § § | APPENDIX-23 |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:16-cv-119 |
| BARACK HUSSEIN OBAMA, et al., Defendants. | § § § | |

## ORDER TO SHOW CAUSE

The Court is in receipt of Plaintiffs' complaint, which was filed by James Aggrey-Kweggyir Arunga (hereinafter "Mr. Arunga") on June 10, 2016.[1] On the face of the complaint, multiple grounds could exist for dismissal under Rule 12(b) of the Federal Rules of Civil Procedure for failing to comply with Rule 8 and 9 of the same. For example, Plaintiffs fail to articulate a justiciable claim in the complaint. Further, there exists no reason to believe that the Court has subject matter or personal jurisdiction to entertain the allegations contained within the complaint. Plaintiffs are hereby given NOTICE that the Court has identified issues fatal to the cause of action and are ORDERED to show cause within 21 days as to why the complaint should not be dismissed and summons be issued.

Signed on this 14th day of June, 2016.

Ignacio Torteya, III
United States Magistrate Judge

---

[1] The complaint includes multiple government entity plaintiffs whom are reportedly represented by Mr. Arunga. Mr. Arunga seemingly is neither a lawyer nor affiliated with the government in any capacity. The Court advises Mr. Arunga that impersonating an officer or employee of the United States government, as well as the unauthorized practice of law, are punishable offenses.

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE LORD IN THE WORD OF THE HOLY TRINITY; AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT. MZEE KAGWA ARUNGANGOTA SAKWASAKWA AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN --- A SERVANT OF THE LORD KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT TO SERVE HIS CONCERNED-MINISTRY-CALL TO INNOCENT POSTERITY, IN THEIR NEEDS. THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD • KENYA BENEVOLENT HUMANITARIAN POST OFFICE BOX 11521, EUGENE, OR 97440 - 3721.

<u>D.C. CASE NO. 1:16-cv-119</u>

IN THE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

---

UNITED STATES GOVERNMENT ET AL
Plaintiffs-Appellants

v.

BARACK HUSSEIN OBAMA ET AL
Defendants-Appellees

---

1/
NOTICE FOR THE

DIRECT APPEAL FROM UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

---

JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR, Pro se
ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

---

1/. To be filed before July 5, 2016.

ARUNGA & LEE
PO Box 11521
EUGENE, OR 97440-3721

RECEIVED
JUL - 1 2016
David J. Bradley, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
REYNALDO G. GARZA - FILEMON B. VELA
UNITED STATES COURTHOUSE
600 E. HARRISON STREET #101
BROWNSVILLE, TEXAS 78520-7114




1000
78520


U.S. POSTAGE
PAID
EUGENE, OR
97401
JUN 28, 16
AMOUNT
$1.36
R2303S101814-04