D.C. CASE NO. 1:16-cv-119
NOTICE FOR DIRECT APPEAL,USCA 28:2101(b)/SUPREME COURT RULE 18
_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES GOVERNMENT ET AL
Plaintiffs

United States District Court
Southern District of Texas
FILED

JUL - 5 2016

David J. Bradley, Clerk of Court

v.

BARACK HUSSEIN OBAMA ET AL
Defendants
_____

ARUNGA'S LEGAL INSTRUMENT IMPARTING SPECIFIC
STATUTORY AND CONSTITUTIONAL
AFFIRMATIVE DEFENSES FOR CAUSE ON MERITS
PLEADS,

(a) In consistent with required JURISDICTION of defined Federal Rules of Civil Procedure, Rule 8(a)(1)--Pro se Complaint: Pages i-ii; Pages 1-2. Exhibits, Pages A, A-1, A-2, A-3, A-4, A-4(a),A-4(b), A-4(c), A-4(d), A-4(e), A-4(f), A-4(g), A-4(h) and A-4(i); also, Exhibits A-20, A-21, A-22 and A-23--Court's waiverORDER in linear of Pro se'S Complaint filed as granted. Inter alia, vexatious maundering Appendix 23 is moot as delusional: lacking prudence on merits and **precedents**,ipso, selah.

(b) Pro se's Complaint with legal existence, in consistent with required JURISDICTIONS of defined Federal Rules of Civil Procedure, Rules 9(a)(1)(C), 9(b)-(g) and 10(c) at Law and Fact, deems justified litigation against designated defendants-- Barack Hussein Obama et al and Obama-Biden Imperial Administrations' Expulsion Directives'-Fuzes. Id.

(c) About, denying issuance of SUMMONS to pro se's filed Complaint based on maundering delusions and Footnote-1 of Appendix-23, amounts to heinous vexations fabricated by magistatelawyer.Thus June 14,2016 ORDER is rejected emphatically by Arunga - a well educated Legal Scholar. To wit, Appendixes 1,2, 8, 9, 12,

13, 14, 15, 16, 17, 18; and APPENDIXES 23(a)-23(c) forum dipict magistrate's lawyers; and, that neither said nihilists nor Torteya will intimidate Pro se Arunga from exercising his afforded due-equal Rights of AmericanJurisprudence. A single magistratejudge now has mysterious "punishable offenses" upon which said magistrate has jurisdiction against Arunga. Nobody is preventing Torteya from empanelling criminal jury trial to proceed against James Aggrey-Kweggyirr Arunga--naturally born gifted special CHILD of KenyaHebrews; SabbathianChristian; does not believe in criming/crimes; civil violations nor believes in liars; will not be intimidated by organized criminals nor "Defendants delusional "Don't-Say-Don'tTell finaglings". Pro se does not believe in immoralities and toxics buddybodies-- Appndx0 to re-operate another onanist bagnio of CarnalBehaviorAndrogynous mental abnormalities for con-OBAMACARELEGACY.

(d) I, James Aggrey-Kweggyirr Arunga and pro se in D.C.Case No. 1:16-cv-119, declare under penalty of perjury that I am executing this instrument in deemed honesty, according to the best and truthfully defined--the Rights of AmericanJurisprudence--a-c, Supra; and, in consistent with Federal Rules of Civil Procedure designated, id; in consistent with USCA18:241 1956-57; USCA28:2101(b)/Spm.Court Rule18; Amendments I, VII, IX, XIV(1); Article I Section 8, Clause 10, Section 9, Clause 3; Article III, Section 2-3; Article VI--Supreme Law of the Land/September 1787-December 1791 Di-Writ Arunga v. NYC, \_\_\_FedSupp\_\_\_(Pro se is Legal Scholar on MERITS). Peruse The Constitution of United States of America, Johnny H. Killian and Leland E. Beck(edtrs)/Library of Congress-U.S.Govt. Prtng 1987, Pages 1-915 et seq; Complaint, Pages i-ii, 1-2; 9-10; 13-18; Exhibits A, A-4(h), A-4(i), A-5 through A-20 and A-23.

(e) Denying Pro se issuance of SUMMONS to his filed Complaint, said DENIAL impanels dichotomus **vexations**, U.S. V.Lovett, 328U.S.303:

1. denies the Constitutionality--PrincipalAuthority, per curam, September 1787-Convention's Manifest intactRegard PreambleProvisions, Dehors;

2. denies the Constitutionality--RatificationPower, per December 1791--Bill of Rights Convention. See Grandeur Standing in jointenactment of 1791-Amendment I, Judicial Right to be heard, Amendment VI, Judicial Speedy Trial; $20.00+ Right for Judicial Jurisdiction in consistent with FRCP, Rule 8(a)(1)(Complaint:Exhibits A, A-4(h), A-4(i), A-20, Amendment VII, 1868-Amendment XIV Due Process and Equa Equal Protection of Law(DichotomyWrit/Supreme Law of the Land). Complaint, Pages 13-18. Norse v. SCCC, __U S.__. Accordingly, Magistrate's ORDER of June 14, 2016 is cult Ochlocracy in consistent with Imperial Expulsion Judicial Fainaiguings-Fuzes rejected as unAmerican and banned attainder targeting to destroy Pro se Arunga and indispensable partyPlaintiffs, similarly, situated. Complaint, Page 4. CATEGORICALLY, Appeal from United States District Court, Southern District of Texas, Brownsville Division, is NOTICED in consistent with required statutory USCA28: 2101(b) causality and as per Supreme Court Rule 18, Article III, Sections 1-2, Clauses 2-3 and Section 2,Clause3 et seq.- Article VI, Clause 2; also, Article I, Section 8,Clause 10 and Section 9, Clause 3, against Designated Defendants. Marquez v. Hardin, 339 F.Supp 1364; DOUGALL V. Sugarman 339 F.Supp 906/413 U.S.643(1973); Arunga v.NYC, __F.Supp-- Viçon Case, 657 F.2d 768; Johnson Case, 862 F.2d 975; Lynch Case, 405U.S.538; Bender Case, 475 U.S.534. U.S. v.Lovetts, 328 u.s. 303, Norse v. SCCC, U.S.

DCCASENO.1:16-cv-119.

WHEREFOR, Pro se and indispensable partyPlaintiffs are entitled to JUDICIAL HEARING, under Article III Jurisdiction and in consistent with Supreme Law of the Land(DichotomyWrit--Septmber 1787-December 1791--Dehors). That, NOTICE FOR DIRECT APPEAL TO U.S.Supreme Court, is hereby,filed in the United States District Court, Southern District of Texas,timely, the within 30-days; and that complete D.C. File-Case No. 1:16-cv-119,including Docket sheet and all other communications in variegated forms pertaining to plaintiffs' filed Complaint of above designated D.C number are designated to be perfected /forwarded to the United States Supreme Court, Office of the Clerk, Washington, D.C. 20543.

DIRECT APPEAL IS SO NOTICED AND DOCUMENTS FOR DIRECT APPEAL ARE DESIGNATED TO THE CLERK'S OFFICE, U.S.Supreme Court.

Respectfully noticedon June 2016,by:

JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR, Pro se**

ARUNGA AND LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721.

---

**Note; Barack Hussein Obama, William Jefferson-Hillary D.Rodham Clintons and Obama-Biden Imperial Administrations do not have Lawyers in the United States to defend them in this; heard,by jury either as civil or criminal case,by a singlemagistrate Ignacio Torteya, the III, appearing for the Designated Defendants.The Bible does not lie--Romans 8:13-39.Mr.Magistrate, don't backoff from filing a criminal Action, based on your"idenified issues fatal. punishable offenses(fine-1)'".

---

Distributed--CIADirector,Hon.Brennan;FBIDirector,Hon.James Comey; Hon.Charles Grassley,Chair SenateJudcry Committee;Hon.Michael McCaul, House Chair on Intgnc.;Hon.Lindsey Graham, Great Senator for S.C.;Hon.Chief Justice, State of Texas;Rev.Billy Graham(long time Friend and greatSpiritualLeader), we met in Shaurimoyo Park to hear the SPOKEN WORD, in Nairobi,Kenya, in 50 s;U.N.Human Rights Commission; OAU; ICC;Kelly's FILE; Register Guard for National NewsMedia;Kenya National; BBC;AND THE BUSH FAMILY.

DCCASENO.1:16-cv-119.                                  CS-1of1.
<u>CERTIFICATE OF SERVICE</u>

Case Name:  <u>United States Government et al</u> - Plaintifs
                v.
                <u>Barack Hussein Obama et al</u>   - Defendants

Case No.: <u>D.C.1:16-cv-119</u>

I certify that I **served plaintiffs'** copy of NOTICE for Direct Appeal from U.S.District Court,Southern District of Texas, Brownsville Division, and           D.C.waiverORDER--Exhibit A-23, for Filing Fees and other costs; and, magistrate's ORDER and NOTICE--Appendix-23, denying issuance of SUMMONS against Plaintiffs.That in consistent with Supreme Court Rule 18, said instruments were served , by U.S.FirstClassMail on Designated-Defendants listed below, on 7/02 , 2016, by:      A̶
                                    JAMES AGGREY-KWEGGYIRR ARUNGA,Pro se.

| NAME | ADDRESS | DATE |
|---|---|---|
| Barack Hussein Obama | 1600 Pennsylvania Avenue,N.W. White House,Washington,D.C.20502 | |
| Joseph "Joe" Robinette Biden | 1600 Pennsylvania Avenue,N.W. White House,Washington,D.C.20502 | |
| Susan Rice | 1600 Pennsylvania Avenue,N.W. White House,Washington,D.C.20502 | |
| Loretta Lynch | U.S.Justice Department, 950 Pennsylvania Avenue,N.W.,Washington D.C.20530 | |
| John Kerry | U.S.State Department, C StreetNW Washington,D.C.20520 | |
| Hillary D.Rodham Clinton;William Jefferson Clinton; Clinton Foundation Inc | 1271 Sixth Avenue,New York,NY, 10020 | |
| Eric Holder | Covington & Burling LLP, One City Center, 850 Tenth Street,N.W. Washington,D.C.20001-4956 | |
| Harry Reid,D-NV | 522 Hart Senate Office Building Washington,D.C.20510 | |
| S.Breyer;R.B.Ginsburg E.Kagan;Anthony Kenndy | SCOUTUS Forum, 1 First Street,N.E. Washington, D.C. 20543 | |
| Donald Trump | Trumpe Tower 725 5th Avenue New York, NY 10022 | |
| EugeneCityMayorCouncillros,BoardMembers, EugePublicLibrary;Con J.Bennett,EugenePubLi | 100 West 10th Avenue,Eugene OR 97401 | |
| Eugene-Springfield Medic-Unit | 1320 Willamette Street,Eugene OR 97401 | |
| LTD/Hopkins T.Miller | LTDBoard,P.O.BOx 7070,Springfield OR 97475 | |
| SocialSecurity Office | 1730 NW Hughwood Avenue,,Roseburg OR 97471 | |
| DHH Sylvia Burwell | 200Indepence AvenueSW Washington,D.C. 20201 | |

APPENDIX -14.

# Penis pump judge gets 4-year jail term

Posted 8/18/2006 2:50 PM ET



The Oklahoman file photo via AP

Former Oklahoma district judge Donald Thompson, shown in this June 29 photo, was found guilty on four counts of indecent exposure. The jury recommended a sentence of one year in prison and a $10,000 fine on each count.

BRISTOW, Okla. (AP) — A former judge convicted of exposing himself while presiding over jury trials by using a sexual device under his robe was sentenced Friday to four years in prison.

Donald Thompson had spent almost 23 years on the bench and had served as a state legislator before retiring from the court in 2004. He showed no reaction when he was sentenced.

At his trial this summer, his former court reporter, Lisa Foster, testified that she saw Thompson expose himself at least 15 times during trial between 2001 and 2003. Prosecutors said he also used a device known as a penis pump during at least four trials in the same period.

Thompson, 59, was convicted last month of four felony counts of indecent exposure for incidents that took place in his Creek County courtroom.

Thompson, a married father of three grown children, testified that the penis pump was given to him as a joke by a longtime hunting and fishing buddy.

"It wasn't something I was hiding," he said.

He said he may have absentmindedly squeezed the pump's handle during court cases but never used it to masturbate.

Foster told authorities that she saw Thompson use the device almost daily during the August 2003 murder trial of a man accused of shaking a toddler to death. A whooshing sound could be heard on Foster's audiotape of the trial. When jurors asked the judge about the sound, Thompson said he hadn't heard it but would listen for it.

Police built a case against the judge after a police officer testifying in a 2003 murder trial saw a piece of plastic tubing disappear under Thompson's robe. During a lunch break, officers took photographs of the pump under the desk.

Investigators later checked the carpet, Thompson's robes and the chair behind the bench and found semen, according to court records.

APPENDIX — 23(a)

Accessorial suspects of Christopher's death-plot



# Civil rights hero caught in corruption probe to begin serving sentence

APPENDIX -23(b)

By Wayne Drash, CNN
January 4, 2010 9:56 a.m. EST



Bobby DeLaughter won fame as the prosecutor in the Medgar Evers case, but later was convicted of obstruction of justice.

STORY HIGHLIGHTS

- Bobby DeLaughter was hailed as hero after convicting the killer of Medgar Evers
- DeLaughter is headed to prison after pleading guilty in a corruption probe
- "The man has now been destroyed," says Medgar Evers' brother
- DeLaughter's attorney: "The penalty he's paying is enormous"

APPENDIX -23(c)

The notion that judges are immune from criminal prosecution is frivolous. (See *Slade v. United States*, 85 F.2d 786 (CA10 1936) (Judge bribed juror to acquit a defendant, judge convicted of bribery); *United States v. Manton*, 107 F.2d 834 (CA2 1939) (Court of Appeals judge involved in bribes to influence decisions); *United States v. Kahaner*, 317 F.2d 459 (CA2 1963) (State judge and former AUSAs, *McDonald v. Alabama*, 57 Ala. App. 529, 329 So.2d 583 (1975), sex for leniency); *United States v. Hastings*, 681 F.2d 706 (CA11 1982) (This was pre-trial appeal, and later Alcee won criminal case); *United States v. Campbell*, 684 F.2d 141 (D.C. Cir. 1982) (traffic tickets, judge and gratuity); *United States v. Claiborne*, 765 F.2d 784 (CA9 1985) (see Harry's vindication, *State Bar of Nevada v. Claiborne*, 756 P.2d 464 (Nev. 1988)); *United States v. Murphy*, 768 F.2d 1518 (7th Cir. 1985) (Greylord); *United States v. Conn*, 769 F.2d 420 (CA7 1985) (Greylord); *United States v. Hollaway*, 778 F.2d 653 (11th Cir. 1985) (Two Mobile state court judges); *United States v. Devine*, 787 F.2d 1086 (CA7 1986) (Greylord); *United States v. LeFevour*, 798 F.2d 977 (7th Cir. 1986) (Greylord); *United States v. Nixon*, 816 F.2d 1022 (CA5 1987) (habe at 881 F.2d 1305 (5th Cir. 1989) U.S. District Judge convicted of bribery); *United States v. Holzer*, 816 F.2d 304 (CA7 1987) (Greylord); *United States v. Reynolds*, 821 F.2d 427 (CA7 1987) (Greylord); *United States v. Glecier*, 923 F.2d 496 (CA7 1991) (Greylord); *U.S. v. Lanier*, 520 U.S. 259 (1997); *Archie, et al., v. Lanier*, No.94-5836 (CA6 1996) (constitutional rights are violated when state judge repeatedly rapes a number of women in chambers, 18 USC § 242 conviction); *State of Oklahoma v. Thompson*, Creek County #CF-2005-016 (May, Aug., Sept. of 2003, three counts indecent exposure, judge Donald D. Thompson attached "a penis pump and operated the pump causing air pumping sounds" according to witness, Lisa Foster, court reporter).

# THE HOLY SABBATH TABERNACLE
## OF
## THE LORD

(THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001)


THE DOCTRINE OF SABBATH IS SALTED AND EVANS, IE "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY, AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH AND BELIEVE IN IT. MZEE KAGWA ARUNGANGOTA SARWASARWA AKA JAMES AGGREY KWEGGYIRR ARUNGA, SABBATHIAN — A SERVANT OF THE LORD. KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1927 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT TO SERVE HIS CONCURRENT MINISTRY CALL TO INNOCENT POSTERITY, IN THEIR NEEDS. THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD • KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 11521, EUGENE, OR 97440 - 3721.

### D.C. CASE NO. 1:16-cv-119

IN THE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

---

UNITED STATES GOVERNMENT ET AL
Plaintiffs-Appellants

v.

BARACK HUSSEIN OBAMA ET AL
Defendants-Appellees

---

NOTICE FOR THE

DIRECT APPEAL FROM UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

---

JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR, Pro se
ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

**FROM :** JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR
ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

**To**

OFFICE OF CLERK
HON. DAVID J. BRADLEY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
600 EAST HARRISON STREET, RM101
BROWNSVILLE, TX 78520

JUL -5 2016

RECEIVED
David J. Bradley, Clerk of Court