<u>D.C. CASE NO. 1:16-cv-119</u>

IN THE

United States District Court
Southern District of Texas
FILED

JUL 1 8 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

<u>THE DESIGNATED DOCUMENTS TO THE FIFTH CIRCUIT COURT OF APPEALS REQUESTED, TO INCLUDE COMPLETE DOCKET SHEET FILE OF FILED COMPLAINT, AND ALL COMMUNICATED INSTRUMENTS TO/FROM..., COMMUNICATED BY EMAIL, TELEPHONE, AIRLINES TO BE PERFECTED AND FORWARDED TO THE UNITED STATES COURT OF APPEALS.</u>

UNITED STATES GOVERNMENT ET AL
Plaintiffs-Appellants

v.

BARACK HUSSEIN OBAMA ET AL
Defendants-Appellees

<u>1/</u>
NOTICE FOR THE

DIRECT APPEAL FROM UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

07/11/2016

JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR, Pro se
ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

---

<u>1/</u> Original filed before July 5, 2016.

**FROM :** JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR, PRO SE

ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

**To**

HON. DAVID J. BRADLEY, CLERK
U.S. DICTRICT COURT
SOUTHERN DISTRICT OF TEXAS
U.S. COURTHOUSE
600 E. HARRISON STREET-101
BROWNSVILLE, TEXAS
78520-7114

9744D$E3721



JUL 18 2016



RECEIVED
David J. Bradley, Clerk of Court

U.S. POSTAGE PAID
SPRINGFIELD, OR
97477
JUL 12 16
AMOUNT
$0.47
R2304N117543-12

1000
78520