No. _____

**MOTION FOR WAIVERORDER**

IN THE

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
RECEIVED
JUL 14 2016
FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED
JUL 14 2016
David J. Bradley, Clerk of Court

UNITED STATES GOVERMENT ETAL PETITIONER
(Your Name)

VS.

BARACK HUSEIN OBAMA ET AL — RESPONDENT(S)    1-16-CV-119

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached EXPARTE MOTION-PETITION, without prepayment of costs and to proceed *in forma pauperis*.

Please check the appropriate boxes:

☒ Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

United States District Court, Southern District of Texas

Brownsville Division

☐ Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

☒ Petitioner's affidavit or declaration in support of this motion is attached hereto.

☐ Petitioner's affidavit or declaration is **not** attached because the court below appointed counsel in the current proceeding, and:

☐ The appointment was made under the following provision of law: _____
_____, or

☐ a copy of the order of appointment is appended.

_____
(Signature)

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, __JAMES A-K ARUNGA__, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 530.00 | $ N/A | $ 477.00 | $ N/A |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| **Total monthly income:** | $ 530.00 | $ N/A | $ 477.00 | $ N/A |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | N/A | N/A | $0 |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.) **No Spose**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | -ditto- | -ditto- | $ -ditto |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $0. 66cents
Below, state any money you or your spouse have in bank accounts or in any other financial institution. 0.66cents

| Financial Institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| CapitalOne | Savings | $ .5.00 | $ N/A -0- |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home  **None**
Value  **N/A**

☐ Other real estate
Value  **None & N/A**

☐ Motor Vehicle #1  **None**
Year, make & model _____
Value -0- None N/A

☐ Motor Vehicle #2  **None**
Year, make & model _____
Value -0- None N/A

☐ Other assets
Description  None (Poorest-78Years'SeniorCitizen)
Value  000

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Obama's HHS & SSAdmn. | $Over10,000.00 in 18 previous and concurrent years. | $ N/A |
| United Pael Serc. | | $ N/A |
| unduecharges authorized by Obamaadministrations | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None and N/A | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)   MonthlyRnt. Are real estate taxes included N/A ☐ Yes ☒ No Is property insurance included N/A ☐ Yes ☒ No | $385.00 64.00Storage | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 25.00 Burgettomake it survive | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A-0- | $ N/A |
| Food | $ 20.00 | $ N/A/ |
| Clothing | $ 5.00 Nomoney for clothing | $ N/A |
| Laundry and dry-cleaning | $-0-Wash by hands | $ N/A |
| Medical and dental expenses  Only Plan A, available for me.No ObamacarePlanB, See ExhibitA-21:Pro se, am one of the Obamacare restart victims.That is not the way to treat seniorcitizens, when I put my life in sammers collecting information for civil rights, working for Senator Hubert Horatio Humphrey.I quit DemocraticParty, when Blacks in South Carolina,Georgia,NorthCarolina were paid from voting for Humphrey-Musk Ticket in November National Election.I invented fmls which have been used to build military equipment that found Alqd and eliminate sidewalk and roadbombing against American in IRAQ.I DO NOT KNOW WHAT OBAMA AND HIS APPOINTEES TRYING TO DO AGAINSTGOD'S SONS! | $ Paid for | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☒ Yes   ☐ No   If yes, describe on an attached sheet.

   Emergency Jury Trial will reimburse me all the monies that Obama administrations has and continue to take from my Social Security Benefits without probable cause, for I do not owe Obama nor Democrats endorsement for my monies I worked for.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? _0_ N/A

    If yes, state the attorney's name, address, and telephone number:  None and N/A

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?   No.

    ☐ Yes   ☒ No

    If yes, how much? N/A

    If yes, state the person's name, address, and telephone number:  None and N/A

12. Provide any other information that will help explain why you cannot pay the costs of this case.

    Income verification that is below my least monthly expenses. I am also disabled senior citizen and am unable to work because of my disability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___ July 11, _____, 2016_

(Signature)

SOCIAL SECURITY ADMINISTRATION

```
                                        Date: April 6, 2016
                                        Claim Number: XXX-XX-9659A
                                                      XXX-XX-9659AI
```

JAMES A ARUNGA
PO BOX 11521
EUGENE, OR 97440-3721


You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2014, the full monthly
   Social Security benefit before any deductions is......$ 530.10

   We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 530.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

   Beginning April 2016, the current
   Supplemental Security Income payment is...............$ 0.00

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

   There was no cost of living adjustment in Social Security benefits in December 2015. The benefit amount shown is current as of the date on this letter.

Type of Social Security Benefit Information

   You are entitled to monthly retirement benefits.

