

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY; AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT.
MZEE KAGWA ARUNGANGOTA SAKWASAKWA AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN - - - A SERVANT OF THE LORD
KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT
TO SERVE HIS CONCERNED-MINISTRY-CALL TO INNOCENT POSTERITY, IN THEIR NEEDS.
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD • KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 11521, EUGENE, OR 97440 - 3721

United States District Court
Southern District of Texas
FILED
JUL 14 2016
David J. Bradley, Clerk of Court

.C. CASE NO. 1:16-cv-119

U.S. COURT OF APPEALS
RECEIVED
JUL 14 2016
FIFTH CIRCUIT

IN THE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

THE DESIGNATED DOCUMENTS TO THE FIFTH CIRCUIT COURT OF APPEALS REQUESTED, TO INCLUDE COMPLETE DOCKET SHEET, FILE OF FILED COMPLAINT, AND ALL COMMUNICATED INSTRUMENTS TO/FROM..., COMMUNICATED BY EMAIL, TELEPHONE, AIRLINES TO BE PERFECTED AND FORWARDED TO THE UNITED STATES COURT OF APPEALS.

UNITED STATES GOVERNMENT ET AL
Plaintiffs-Appellants

v.

BARACK HUSSEIN OBAMA ET AL
Defendants-Appellees

---

1/ NOTICE FOR THE

DIRECT APPEAL FROM UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

---

JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR, Pro se
ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

---

1/ Originals filed before July 5, 2016.

D.C. CASE NO. 1:16-cv-119
NOTICE FOR DIRECT APPEAL, USCA 28:2101(b); SUPREME COURT RULE 18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES GOVERNMENT ET AL
Plaintiffs

v.

BARACK HUSSEIN OBAMA ET AL
Defendants

ARUNGA'S LEGAL INSTRUMENT IMPARTING SPECIFIC STATUTORY AND CONSTITUTIONAL AFFIRMATIVE DEFENSES FOR CAUSE ON MERITS PLEADS

(a) In consistent with required JURISDICTION of defined Federal Rules of Civil Procedure, Rule 8(a)(1)--Pro se Complaint: Pages i-ii; Pages 1-2. Exhibits, Pages A, A-1, A-2, A-3, A-4, A-4(a), A-4(b), A-4(c), A-4(d), A-4(e), A-4(f), A-4(g), A-4(h) and A-4(i); also Exhibits A-20, A-21, A-22 and A-23--Court's waiverORDER in linear of Pro se'S Complaint filed as granted. Inter alia, vexatious maundering Appendix 23 is moot as delusional: lacking prudence on merits and precedents, ipso, sedan.

(b) Pro se's Complaint with legal existence, in consistent with required JURISDICTIONS of defined Federal Rules of Civil Procedure, Rules 9(a)(1)(C), 9(b)-(g) and 10(c) at Law and Fact, deems justified litigation against designated defendants--Barack Hussein Obama et al and Obama-Biden Imperial Administrations' Expulsion Directives'-Fuzes. Id.

(c) About, denying issuance of SUMMONS to pro se's filed Complaint based on maundering delusions and Footnote-1 of Appendix-23, amounts to heinous vexations fabricated by magistatelawyer.Thus June 14, 2016 ORDER is, rejected emphatically by Arunga, well educated Legal Scholar. To wit, Appendixes 1,2, 8, 9, 12,

13, 14, 15, 16, 17, 18, and APPENDIXES 23(a)-23(e) forum dipict magistrate's lawyers; and, that neither said nihilists nor Torteya will intimidate Pro se Arunga from exercising his afforded due-equal Rights of AmericanJurisprudence. A single magistratejudge now has mysterious "punishable offenses" upon which said magistrate has jurisdiction against Arunga. Nobody is preventing Torteya from impanelling criminal jury trial to proceed against James Aggrey-Kweggyirr Arunga--naturally born gifted special CHILD of KenyaHebrews; SabbathianChristian; do not believe in criming/crimes; civil violations nor believes in liars; will not be intimidated by Organized criminals nor "Defendants delusional "Don't-Say-Don't Tell finaglings". Pro se does not believe in immoralities and toxics buddybodies--Agenda to re-operate another onanist bagnio of CarnalBehaviorAndrogynous mental abnormalities for con-OBAMACARELEGACY.

(d) I, James Aggrey-Kweggyirr Arunga and pro se in D.C.Case No. 1:16-cv-119, declare under penalty of perjury that I am executing this instrument in deemed honesty, according to the best and truthfully defined--the Rights of AmericanJurisprudence--a-c, Supra; and, in consistent with Federal Rules of Civil Procedure designated, id; in consistent with USCA18:241 1956-57; USCA28:2101(b)/Spm.Court Rule18; Amendments I, VII, IX, XIV(1); Article I Section 8, Clause 10, Section 9, Clause 3; Article III, Section 2-3; Article VI--Supreme Law of the Land/September 1787-December 1791 Di-West v. Arunga v. NYC, ___FedSupp____(Pro se is Legal Scholar on MERITS). Peruse The Constitution of United States of America, Johnny H. Killian and Leland E. Beck(edtrs)/Library of Congress-U.S.Govt. Prtng 1987, Pages 1-915 et seq; Complaint, Pages i-ii, 1-2; 9-10; 13-18; Exhibits A, A-4(h), A-4(i), A-5 through A-20 and A-23.

(e) Denying Pro se issuance of SUMMONS to his filed Complaint, said DENIAL impanels dichotomus vexatiens, U.S. V.Lovett, 328U.S.303:

1. denies the Constitutionality--PrincipalAuthority, per curam, September 1787-Convention's Manifest intactRegard PreambleProvisions, Dehors;

2. denies the Constitutionality--RatificationPower, per December 1791--Bill of Rights Convention.See Grandeur Standing in jointenactment of 1791-Amendment I; Judicial [illegible]ent VI, Judicial Speedy Trial; $20,00+ Right for Judicial Jurisdiction in consistent with FRCP, Rule 8(a)(1)(Complaint:Exhibits A, A-4(h), A-4(i), A-20; Amendment VII; 1868-Amendment XIV Due Process and Equa Equal Protection of Law(DichotomyWrit/Supreme Law of the Land). Complaint, Pages 13-18. Norse v. SCCC, __U S.__. Accordingly, Magistrate's ORDER of June 14, 2016 is cult Ochlocracy in consistent with Imperial Expulsion Judicial Fainaiguings-Fuzes rejected as unAmerican and banned at-tainder targeting to destroy Pro se Arunga and indispensable partyPlaintiffs, similarly, situated. Complaint, Page 4. CATEGORICALLY, Appeal from United States District Court, Southern District of Texas, Brownsville Division, LAUNCHED in consistent with required statutory USCA28: 2101(b) causality and as per Supreme Court Rule 18, Article III, Sections 1-2, Clauses 2-3 and Section 2, Clause3 et seq.-Article VI, Clause 2; also, Article I, Section 8, Clause 10 and Section 9, Clause 3, against Designated Defendants. Marquez v. Hardin, 339 F.Supp 1364; DOUGALL V. Sugarman, 339 F.Supp 906/413 U.S.643(1973); Arunga v.NYC, ___F.Supp-- Vicon Case, 657 F.2d 768; Johnson Case, 862 F.2d 975; Lynch Case, 405U.S.538; Bender Case, 475 U.S.534. U.S. v.Lovetts, 328 u.s. 303, Norse v. SCCC, __U.S.___ .

DCCASENO.1:16-cv-119.

WHEREFOR, Pro se and indispensable partyPlaintiffs are entitled to JUDICIAL HEARING, under Article III Jurisdiction and consistent with Supreme Law of the Land(DichotomyWrit--Septmber 1787-December 1791--Dehors). That, NOTICE FOR DIRECT APPEAL TO U.S.Court of Appeals,5thCr. is hereby,filed in the United States District Court, Southern District of Texas,timely, the within 30-days; and that complete D.C. Case No. 1:16-cv-119,including Docket sheet and all other communications in variegated forms pertaining to plaintiffs' filed Complaint of above designated D.C number are designated to be perfected /forwarded to the United States Court of Appeals, Fifth Circuit,New Orleans,LA.

DIRECT APPEAL IS SO NOTICED AND DOCUMENTS FOR DIRECT APPEAL ARE DESIGNATED TO THE CLERK'S OFFICE.

Respectfully noticed on June 30,2016,by:

JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR, Pro se**

ARUNGA AND LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721.

**Note: Barack Hussein Obama, William Jefferson-Hillary D.Rodham Clintons and Obama-Biden Imperial Administrations do not have Lawyers in the United States to defend them in this; heard, by jury either as civil, or criminal case, by a single magistrate Ignacio Torteya, the III, appearing for the Designated Defendants.The Bible does not lie--Romans 8:13-39.Mr.Magistrate, don't backoff from filing a criminal Action, based on your"idenified issues fatal..punishable offenses(the-1)'".

Distributed--CIADirector,Hon.Brennan;FBIDirector,Hon.James Comey; Hon.Charles Grassley,Chair SenateJudcry Committee;Hon.Michael McCaul, House Chair on Intgnc.;Hon.Lindsey Graham, Great Senator for S.C;Hon.Chief Justice, State of Texas;Rev.Billy Graham(long time Friend and greatSpiritualLeader), we met in Shaurimoyo Park to hear the SPOKEN WORD, in Nairobi,Kenya, in 50's;U.N.Human Rights Commission; OAU; ICC;Kelly's FILE; Register Guard for National NewsMedia;Kenya National; BBC; AND THE BUSH FAMILY.

**APPENDIX -23(a)**

**Accessorial suspects of Christopher'S death plot**

Hillary Clinton Pictures - President Obama Spea...

View more

# Civil rights hero caught in corruption probe to begin serving sentence

APPENDIX - 23(b)

By Wayne Drash, CNN
January 4, 2010 9:58 a.m. EST




Bobby DeLaughter won fame as the prosecutor in the Medgar Evers case, but later was convicted of obstruction of justice.

**STORY HIGHLIGHTS**

- Bobby DeLaughter was hailed as hero after convicting the killer of Medgar Evers
- DeLaughter is headed to prison after pleading guilty in a corruption probe
- "The man has now been destroyed," says Medgar Evers' brother
- DeLaughter's attorney: "The penalty he's paying is enormous"

APPENDIX -23(c)

The notion that judges are immune from criminal prosecution is frivolous. (See *Slade v. United States*, 85 F.2d 786 (CA10 1936) (Judge bribed juror to acquit a defendant, judge convicted of bribery); *United States v. Manton*, 107 F.2d 834 (CA2 1939) (Court of Appeals judge involved in bribes to influence decisions); *United States v. Kahaner*, 317 F.2d 459 (CA2 1963) (State judge and former AUSAs, *McDonald v. Alabama*, 57 Ala. App. 529, 329 So.2d 583 (1975), sex for leniency); *United States v. Hastings*, 681 F.2d 706 (CA11 1982) (This was pre-trial appeal, and later Alcee won criminal case); *United States v. Campbell*, 684 F.2d 141 (D.C. Cir. 1982) (traffic tickets, judge and gratuity); *United States v. Claiborne*, 765 F.2d 784 (CA9 1985) (see Harry's vindication, *State Bar of Nevada v. Claiborne*, 756 P.2d 464 (Nev. 1988)); *United States v. Murphy*, 768 F.2d 1518 (7th Cir. 1985) (Greylord); *United States v. Conn*, 769 F.2d 420 (CA7 1985) (Greylord); *United States v. Hollaway*, 778 F.2d 653 (11th Cir. 1985) (Two Mobile state court judges); *United States v. Devine*, 787 F.2d 1086 (CA7 1986) (Greylord); *United States v. LeFevour*, 798 F.2d 977 (7th Cir. 1986) (Greylord); *United States v. Nixon*, 816 F.2d 1022 (CA5 1987) (habe at 881 F.2d 1305 (5th Cir. 1989) U.S. District Judge convicted of bribery); *United States v. Holzer*, 816 F.2d 304 (CA7 1987) (Greylord); *United States v. Reynolds*, 821 F.2d 427 (CA7 1987) (Greylord); *United States v. Glecier*, 923 F.2d 496 (CA7 1991) (Greylord); *U.S. v. Lanier*, 520 U.S. 259 (1997); *Archie, et al., v. Lanier*, No.94-5836 (CA6 1996) (constitutional rights are violated when state judge repeatedly rapes a number of women in chambers, 18 USC § 242 conviction); *State of Oklahoma v. Thompson*, Creek County #CF-2005-016 (May, Aug., Sept. of 2003, three counts indecent exposure, judge Donald D. Thompson attached "a penis pump and operated the pump causing air pumping sounds" according to witness, Lisa Foster, court reporter).

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

July 7, 2016




James Aggrey-Kweggyir Arunga
P.O. Box 11521
Eugene, OR 97440-3721

Dear Mr. Arunga:

The various papers were received on July 6, 2016. These papers fail to comply with the Rules of this Court and are herewith returned.

You may seek review of a decision only by filing a timely petition for writ of certiorari. The papers you submitted are not construed to be a petition for writ of certiorari. Should you choose to file a petition for writ of certiorari, you must submit the petition within the 90 day time limit allowed under Rule 13 of the Rules of this Court. A Copy of the Rules of this Court and a sample petition for a writ of certiorari are enclosed.

Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
Scott S. Harris, Clerk
By:
Jacob C. Travers
(202) 479-3039

Enclosures

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 22, 2016

Mr. David J. Bradley
Southern District of Texas, Brownsville
United States District Court
600 E. Harrison Street
Room 1158
Brownsville, TX 78520

United States Government et al v. Obama et al
USDC no. 1:16-cv-00119

I am forwarding a notice of appeal erroneously sent to us. We have noted the date received here. When you file the notice of appeal, please use that date, see FED R. APP. P. 4(d).

Also enclosed, please find pro se's application for leave to proceed in forma pauperis which was sent to this court. Please notify us once you've acted on the application.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Donna L. Mendez, Deputy Clerk
504-310-7677