United States District Court
Southern District of Texas
**ENTERED**
June 14, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES GOVERNMENT, et. al., § § § Plaintiffs, § § v. § § BARACK HUSSEIN OBAMA, et al., § Defendants. § § | Case No. 1:16-cv-119 |

ORDER TO SHOW CAUSE

The Court is in receipt of Plaintiffs' complaint, which was filed by James Aggrey-Kweggyir Arunga (hereinafter "Mr. Arunga") on June 10, 2016.[1] On the face of the complaint, multiple grounds could exist for dismissal under Rule 12(b) of the Federal Rules of Civil Procedure for failing to comply with Rule 8 and 9 of the same. For example, Plaintiffs fail to articulate a justiciable claim in the complaint. Further, there exists no reason to believe that the Court has subject matter or personal jurisdiction to entertain the allegations contained within the complaint. Plaintiffs are hereby given NOTICE that the Court has identified issues fatal to the cause of action and are ORDERED to show cause within 21 days as to why the complaint should not be dismissed and summons be issued.

Signed on this 14th day of June, 2016.

**Ignacio Torteya, III
United States Magistrate Judge**

---

[1] The complaint includes multiple government entity plaintiffs whom are reportedly represented by Mr. Arunga. Mr. Arunga seemingly is neither a lawyer nor affiliated with the government in any capacity. The Court advises Mr. Arunga that impersonating an officer or employee of the United States government, as well as the unauthorized practice of law, are punishable offenses.