APPEAL,APPEAL_NAT

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Brownsville)
# CIVIL DOCKET FOR CASE #: 1:16-cv-00119
# Internal Use Only

United States Government et al v. Obama et al
Assigned to: Judge Rolando Olvera
Referred to: Magistrate Judge Ignacio Torteya, III
Related Case: 1:14-cv-00254
Cause: 18:241 Conspiracy Against Citizen Rights

Date Filed: 06/09/2016
Jury Demand: Plaintiff
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Defendant

## Plaintiff

**United States Government**
*The Comity-Government of Democracy of/by/for We the People*

represented by **United States Government**
James A-K Arunga
Arunga & Lee
Post Office Box 11521
Eugene, OR 97440-3721
PRO SE

## Plaintiff

**Jus Hetero Generational-Propagational Posterity-Citizenships**

represented by **Jus Hetero Generational-Propagational Posterity-Citizenships**
James A-K Arunga
Arunga & Lee
Post Office Box 11521
Eugene, OR 97440-3721
PRO SE

## Plaintiff

**Texas and 26-States of**  represented by **Texas and 26-States of**

**Union**

**Union**
James A-K Arunga
Arunga & Lee
Post Office Box 11521
Eugene, OR 97440-3721
PRO SE

**Plaintiff**

**James Aggrey-Kweggyir Arunga**
*and all Other Allies of the United States of America, Similarly Situated*

represented by **James Aggrey-Kweggyir Arunga**
Arunga & Lee
Post Office Box 11521
Eugene, OR 97440-3721
PRO SE

**Plaintiff**

**Doreen H Lee**
*and all Other Allies of the United States of America, Similarly Situated*

represented by **Doreen H Lee**
James A-K Arunga
Arunga & Lee
Post Office Box 11521
Eugene, OR 97440-3721
PRO SE

V.

**Defendant**

**Barack Hussein Obama**
*7+years Imperial Administrations and Expulsions Fuzes of President Barack Hussein Obama and VicePresident Joseph "Joe" Biden*

**Defendant**

**Joseph "Joe" Biden**
*7+years Imperial*

*Administrations and Expulsions Fuzes of President Barack Hussein Obama and VicePresident Joseph "Joe" Biden*

### Defendant

**S. Breyer**

*Scoutus Dictum Expulsion Fainaiguing Fuzes of*

### Defendant

**R. B. Ginsburg**

*Scoutus Dictum Expulsion Fainaiguing Fuzes of*

### Defendant

**E. Kagan**

*Scoutus Dictum Expulsion Fainaiguing Fuzes of*

### Defendant

**A. M. Kennedy**

*Scoutus Dictum Expulsion Fainaiguing Fuzes of*

### Defendant

**American Civil Liberty Union (ACLU) / Lynch & Gupta**

*Special Counsel*

### Defendant

**Bagnio of LgbtHomosexual State-Clan**

### Defendant

# C. Colvin
*Comm. SS Admn*

**Defendant**

# Donald Trump
*Populous Presidential Primary Paid Off Election-Expulsions/Stateswide Wins as Moot, Null and Void Fuzes*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2016 | 1 | 21st Century Impeachment-Forfeiture Class Action Lawsuit Against Barack Hussein Obama, Joseph "Joe" Robinette Biden & Against 7+Years of Obama-Biden Imperial Administrations against All Defendants (Filing fee $ 400) filed by United States Government, Jus Hetero Generational-Propagational Posterity-Citizenships, Texas and 26-States of Union, James Aggrey-Kweggyir Arunga, Doreen H Lee. (Attachments: # 1 Exhibits, # 2 Civil Cover Sheet, # 3 Envelope)(bcampos, 1) Modified on 6/10/2016 (bcampos, 1). (Entered: 06/10/2016) |
| 06/09/2016 | 2 | MOTION/APPLICATION to Proceed In Forma PauperisMotions referred to Ignacio Torteya, III. by Plaintiffs, filed. Motion Docket Date 6/30/2016. (bcampos, 1) (Entered: 06/10/2016) |
| 06/10/2016 | 3 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (bcampos, 1) (Entered: 06/10/2016) |
| 06/14/2016 | 5 | ORDER entered. Plaintiffs are hereby given NOTICE that the Court has identified issues fatal to the cause of action and are ORDERED to show cause within 21 days as to why the complaint should not be dismissed and summons be issued.(Signed by Magistrate Judge |

| | | |
|---|---|---|
| | | Ignacio Torteya, III) Parties notified.(jtabares, 1) (Entered: 06/14/2016) |
| 06/21/2016 | 🔒 7 | Certified Mail Receipt Returned re: 4 Document(s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (jtabares, 1) (Entered: 06/21/2016) |
| 06/23/2016 | 🔒 8 | Certified Mail Receipt Returned re: 6 Document(s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (jtabares, 1) (Entered: 06/23/2016) |
| 07/01/2016 | 9 | MOTION/APPLICATION to Proceed In Forma PauperisMotions referred to Ignacio Torteya, III. by James Aggrey-Kweggyir Arunga, filed. Motion Docket Date 7/22/2016. (dnoriega, 1) (Entered: 07/01/2016) |
| 07/05/2016 | 10 | RESPONSE TO 5 ORDER TO SHOW CAUSE, filed by James Aggrey-Kweggyir Arunga. (Attachments: # 1 Continuation)(dnoriega, 1) (Entered: 07/05/2016) |
| 07/14/2016 | 12 | MOTION/APPLICATION to Proceed In Forma PauperisMotions referred to Ignacio Torteya, III. by James Aggrey-Kweggyir Arunga, filed. Motion Docket Date 8/4/2016. (dnoriega, 1) (Entered: 07/22/2016) |
| 07/14/2016 | 13 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 5 Order, by James Aggrey-Kweggyir Arunga, filed.(dnoriega, 1) (Entered: 07/22/2016) |
| 07/18/2016 | 11 | NOTICE by James Aggrey-Kweggyir Arunga, filed. (dnoriega, 1) (Entered: 07/18/2016) |