United States District Court
Southern District of Texas
**ENTERED**
July 25, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES GOVERNMENT, et. al., § § §<br>  Plaintiffs, § §<br>v. § § §<br>BARACK HUSSEIN OBAMA, et al., § §<br>  Defendants. § | Case No. 1:16-cv-119 |

ORDER

The Court is in receipt of Plaintiff James Aggrey-Kweggyir Arunga's "Application/Motion to Proceed Without Prepayment of Fees (In Forma Pauperis)" (hereinafter, the "Motion") (Dkt. No. 2). The Court notes that Mr. Arunga appears to have appealed the Order to Show Cause (Dkt. No. 5) to the United States Court of Appeals for the Fifth Circuit, and that the Motion must be considered before they may proceed. The Motion is **GRANTED**.

Signed on this 25th day of July, 2016.

_____
**Ignacio Torteya, III
United States Magistrate Judge**