No. C.A. 16-41077

EXPARTE MOTION-PETITION FOR
ARTICLE I, SECTION 9,
CLAUSE 3-JURISDICTIONAL
PEREMPTORY WRIT, DEHORS.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

DIRECT APPEALS DIVISION

UNITED STATES GOVERNMENT ET AL
Petitioners-Plaintiffs

V.

BARACK HUSSEIN OBAMA ET AL
Respondents-Defendants

United States District Court
Northern District of Texas
FILED
SEP 2 2 2016
David J. Bradley, Clerk of Court

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY
AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS. KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT..
MZEE KAGWA ARUNGANGOTA SAKWASAKWA AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN---A SERVANT OF THE LORD
KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT
TO SERVE HIS CONCERNED-MINISTRY-CALL TO INNOCENT POSTERITY, IN THEIR NEEDS.
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD - KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 11521, EUGENE, OR 97440 - 3721.

NOTICE OF AND PETITIONING PLAINTIFFS' OBJECTION
TO APPENDIX A-25--REPORT AND RECOMMENDATION, BY
ONE SINGLE, DEFTS' SPECIALCOUNSEL IGNACIO TORTEYA.

RE: EXHIBIT A-23: must be perused as Notice of case filing of D.C.No.1:16-C-119 acknowledging proceeding without filing fees and other costs of 21stCenturyClass ActionLawsuit,D.C.1:16-cv-00119,dated 06/09/2016.

RE: APPENDIX A-23: is ORDER TO SHOW CAUSE as obstruction of justice expulsion fuse, by magistrate-SpecialCounsel, TORTEYA,III, for Obama et al, dated June 14, 2016; lacking educated judicial merits except to intimidate petitioning VICTIMS.

RE: APPENDIX A-25: is rejected-objected to as nothing but by a 1974-born obstructionist of jusctice lawyer for illegally organized criminals that occupy United States Government et al property bycorrupt-delusional-imperial usurpatory-political-financial FINAGLINGS dated 08/31/2016,Ref. A-25, by Tortoya et al.

WHEREFORE,PETITIONING Plaintiffs amend and delete Donald Trump, from this proceeding as previously listed partydefendant;and list Ignacio Tortoya,III as amended partydefendant in D.C.No.1:16-cv-119 C.A.No.16-41077 to issue EQUITABLE ESTOPPEL QUESTION FOR WRIT OF NONDELEGABILITY-JURISDICTIONPOWER BESTOWED UPON UNITED STATES GOVERNMENT LEGISLATURE,TO EXPEL,BY MAJORITYVOTE,OBAMA AND HIS IMPERIAL-USURPATORY CULT OCHLOCRACY-CLAN FROM THE PROPERTY OF UNITED STATES COMITY-GOVERNMENT OF DEMOCRACY OF/BY/FOR WE ET AL,VICTIMS.

Dated September 19,2016, by        A
                                    JAMES AGGREY-KWEGGYIRR ARUNGA

JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR
ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

U.S. POSTAGE PAID
SPRINGFIELD, OR
97477
SEP 19 16
AMOUNT
$0.47
R2303S104657-03

1000   78520

7852087275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE XXXXXXXXX DIVISION
600 E. HARRISON STREET-NC. 101
BROWNSVILLE, TEXAS 78520-7114

MAIL
United States District Court
Southern District of Texas

SEP 22 2016

RECEIVED
David J. Bradley, Clerk of Court