IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES GOVERNMENT ET AL
Petitioners-Plaintiffs

V.

BARACK HUSSEIN OBAMA ET AL.
Respondents-Defendants



United States District Court
Southern District of Texas
FILED

SEP 2 6 2016

David J. Bradley, Clerk of Court

---

AFFIDAVIT ON EQUITABLE ESTOPPEL JURISDICTION SUPPORTING 21ST CENTURY
CLASS ACTION LAWSUIT THE C.A.16-41077/D.C.1:16-cv-00119 OF PETITION-
ING VICTIMS--UNITED STATES GOVERNMENT,COMITY GOVERNMENT OF/BY/FOR WE

ON AFFIDAVIT: a). Arunga declares that a 10-page maundering gibbirish
marked and herein attached,Appendix A-25,is rejected
as moot and objected to as nothing;imparting contor-
tively concerted designed perjury, judicial finagling
in some form of spurious actions--threats and intimi-
dations employed by partydefendants and partyhired
SPECIALCOUNSEL, IGNACIO TORTEYA,III as amended deft
herein, to obtruct justice in this proceeding.

b). Thus,defendants-appellees are now on NOTICE that they,
retroactively,in 18-yearsof partydemocractsadministra-
tions and within 7+current years of Barack Hussein
Obama-Joseph Robenette Biden-Hillary Rodham/Rodham-
Clintons imperial administration(s), premeditated and
carried and continue to carry out Treasons'Actions,
national-international political-financial finaglings
in bribes,moneylaunderingschemes;corruptions,by illegally
operating businesses of corrupt conflicts;polltax/bri-
bing partydemocractsSUPERDELEGATES;nationalrigged
elections by primary fixed corruptions-electors;email/
damnemails scandals;private/privateserverscandals;
SCOTUScorrupting dictum expulsionjudiciaryfinagling-
fuzes;Obama-Biden-Clintons delusionallegislative/impe-
rial-directives-fuzes. That, individually and colle-
ctively, separately and jointly, defendants and appe-
llees; and, joinder and mandatory joinder, intheir
premeditated capacities to carry-out and carried-out;
as currently-concurrently,continue carryingout CRIMINAL
ACTS,WHEREFORE, RICO-18:Sections 2-4; Sections16(a)-
(b);Section 18; Section 21; Sections 24(a)-25, Sections
33(a)-34; Sections 35(a)-(b); Sections37(a)-(b);Sec-
tions 201-203; Sections 205(a)(1)-2et seq.; including
Section 208(a); Section 209(a): Sections210-211;
and Section 216; ISSUE AND EXPEL Barack Hussein Obama
and his clandefendants-appellees, joint joinder and
collective mandatoryjoinder from the property and
from all functions of the United States Government and
the United States citizens and their friends--allies.
SEE ALSO RICO-Title 18: Section 5; Section 7(1) etseq;
Section 8;Sections 9(A) and 9(B); Sections24(b); Sec-
tions 241-242; Rights of petitioning PlaintiffsVictims
for their judicial reliefs. Id ClassAction,Appendixes.

Cont.Page 2.
NO.C.A.16-41077/AFFIDAVIT ON
EQUITABLE ESTOPPEL JURISDICTION
IN SUPPORT OF PETITIONERS' CLASSACTION

c). Arunga, further declares that defendants William Jef-
ferson Clinton, Hillary Rodham and Hillary Rodham-
Clintons premeditated deathplots to be carried out in
the most heinous ways against VICTIMSof. the Clintons'
criminal businessACTIONS AND ACTS.. a & b, Supra;The
Kelly File,FXNEWS.

d). Similarly, Arunga declares that 18 previous and 7+cur-
rent years of Carter-Clintons-Obama-Biden partydemocra-
tic administrations; partydemocratic SCOUTUS forum of
Ginsburg-Breyer-Kegan engaged and contortively conti-
nue to engage in unAmerican Government of Executive-
Judicial-and-ReidPoliticalLegislative and Financial
Fainatguings. That,by defts -imperial-dictum-corrupt
legislative expulsion FUZES, said defendants-appellees
have vexatiouslly managed to usurpate the United States
Government, The Comity-Government of Democracy of/by/for
We The People..Ourselves..OurPosterity.As Ordained Esta-
blished The CONSTITUTION",held:  criminal acts ac-
tions activities  treasons, against Petitioning Plain-
tiffsVictims--UNITED STATES GOVERNMENT ET AL,are banned
as CULT-IMPERIAL-OCHLOCRACY; and that partydefts- party-
democracts in their imperial usurpations,againstVICTIMS,
are moot,for defts -appellees abandoned United States
Military SURGE SECURITY AND SAFETY--Common Defense, bes-
towed upon United States President,confirmed byUnited
States MajorityVote of the Legislature,Legal Estoppel
holds,defts Appells abandoned the OATHOBLIGATION that is
required to support The CONSTITUTION of United States
Government et al, Said defendants-appellees committed
and continue to commit heinous crimes against the United
States Government et al, to issue EQUITABLE ESTOPPEL
WRIT  against defendants and against defendants' CRIMES.Id.
Acknowledging that they retain-possess-use unsecure(d)
PRIVATESERVER(S), in their corrupt businesses;  as
employees and their associates working fulltime in
the  Bill-Hillary  Clintons Foundation Inc,as well
as in the United States Government Departments and Agency
as corrupt AGENTS, they as  at appointedtime,Bill,Hil-
lary Clintons and their associates realized that Chris,
Sean,Charles stumbled into corrupt-businesses of  Bill-
Hillary and ClintonsFoundation composite multiSCANDALS.THAT
THE SAID TRIO  (Chris-Sean-Charles--THE INNOCENT AMERI-
CAN CHILDREN), wanted out of the Clintons'Foundation;for
TRIO  hardly BELIEVED had been entrapped into HillaryBillCli-
ntons (Secretary of State-ex-United States President)
PRIVATESERVER FINAGLINGSCORRUPTIONS. aiding worldwide
terrorists, to threaten,invade,attack and kill, heinously,
citizens and the allied friends of  United States Gover-
nment. Id.

e). Denied U.S.Military Security that protects  United States
Diplomats; denied access to the United States MadamSecretary,
intentionally;Led to the brutalterroristspathwaysand tunnels;

Cont.--Page-3
NO.C.A.16-41077/AFFIDAVIT ON
EQUITABLE ESTOPPEL JURISDICTION
IN SUPPORT OF PETITIONERS'CLASSACTIO

TRIO'S REQUESTS FOR HELPFROMMADAMSECRETARY, WERE PUT ON HOLD UN-
ANSWERED; THEN, WERE DIRECTED TO SOME CYBER'S AGAENCY'S AGENTS
WITH INSTRUCTIONS TO RETAIN THEM IN THEIR MOST HIDDENWAYS, SUB-
JECT TO BE DESTROYED, BY ORDER FROM William Jefferson,Hillary
Rodham Clintons and Clintons' associates, who bymonitoring UN-
SECURE(D) PRIVATESERVER'S TECHS, SAID DEFENDANTS-APPELLEES LET
THE TERRORISTS HACK AND LISTEN TO THE ENTIRE BENGHAZI DEATHS-
PLOTS AGAINST CHRIS-SEAN-CHARLES TO TRIO HEINOUSEXECUTIONS,BY
TERRORISTS-HACKERS, INHERENTLY SUSPECTED AS "MOSLEM BROTHERS"
AND THEIR WORLDWIDE CONNECTED TERRORISTS. ID.

f). Meantime. Chris, Sean, Charles--"TRIO", were moved around,un-
    aware of the pathways and tunnels occupied by Moslem Bro-
    thers and their associates, around and onto Benghazi,until,the
    innocent American CHILDREN--Chris-Sean, and Charles met their
    death in FLAMES. DEFENDANTS-APPELLEES THE CLINTONS AND
    THEIR ASSOCIATES,CORDINATED AND ORCHESTRATED, to making sure
    all the property the TRIO had on them or carrying with them,
    including cellphones,computers,laptops,official and unoffi-
    cial documents,phonecalls,emeils and damnemail messages to/from
    the defendants were destroyed to ashes,leaving behind impos-
    sible traceable evidence to salvage--unretievable! See
    ClassAction, Appendixes; Kelly File(very reliable Compendium
    kept by Megyn Kelly),FXNEWS.
g). Defendants-Appellees were aware of the Clintons,Clintons'asso-
    ciates and their capable capacities of plans to destroy innoce-
    nt people they disagree with or are not in support of the cor-
    rupt delusional political and financial finaglings of William
    Jefferson-Hillary Clintons/Rodham-Clinton associated CLAN com-
    posite hate,contortive extortions,perjuries,justice Obstruction
    and herecy. Thus, defendants- appelles are trapped into their
    CORRUPTIONS ,emailscandals,polltax-Sperdelegates' primaryfixed
    elections scandal,DNC and partydemocrats hackers associated with
    MadamSecretary an 140+foreign TRIPS for foregnset-up bribes-bri-
    berySCANDALS,don'tsay--don'ttellORAL-CLEAR BHGLOBALINTVE into
    innocentwomenLOINS,WETTINGCIGARSFOR Bill-Hillary Clintons and
    their associated defendants delusions' beliefs in inhuman CAR-
    NALBEHAVIORISHANDROGYNOUS MENTAL ABNORMALITIES--homosexual
    SODOMYLEAKS/CULTIMPERIALOCHLOCRACY,A PLANABORTIONPARENTHOOD. Thus,
    Defendants-Appellees, their corrupt-cult-usurpatory imperial
    OCHLOCRACYAS UnAmerican do,/ would not issue in the United
    States Government. The Comity-Government of Democracy of/by/for
    We The people..Ourselves..OurPosterity and the Allies of the
    United States of America. Peruse ORIGINAL JURISDICTION SUA SPONTE
    OF NONDELEGABILITYPOWER BESTOWED UPON LEGISLATURE OF UNITED
    STATES TO EXPEL DEFENDANTS-APPELLEES,IN THEIR OFFICIAL INVOLVE-
    MENT OF IMPERIAL USURPATION AGAINST            COMMANDER IN CHIEF
    MILITARY SURGE SECURITY AND SAFETY AND BY ABANDONING OATHOBLI-
    GATION REQUIREMENT FOR SUPPORTING THIS CONSTITUTION." Congres-

Cont--Page-4
NO.C.A.16-41077/AFFIDAVIT ON EQUITABLE ESTOPPEL JURISDICTION
EQUITABLE ESTOPPEL JURISDICTION
IN SUPPORT OF PETITIONERS' CLASSACTION

sional Quarterly's Guide To Congress,Fourth Edition, N.W.Wash-
ington, D.C. 20037, Pages 693-696--Vare.Corruption, expelled by
simple required vote of Congress. NONDELEGABILITY POWER OF LEG-
ISLATURE, for Original JURISDICTION, SUA SPONT, AGAINST DEFENDA-
NTSAPPELLEES, their cult ochlocracy and in their usurpatory IMPE-
RIALISM. CONSTITUTION OF THE UNITED STATES OF AMERICA, U.S.GOVER-
NMENT PRINTING OFFICE, WASHINGTON, D.C. 1987, Pages 69-71. To wit,
HouseSpeaker Ryan-President Pro Temp Hatch,on Original 2016-
DECLARED AND ESTABLISHED "NONDELEGABILITYPOWER JURISDICTION,clo-
thed with and bestowed upon the United States Legislature, are
authorized to impanel the 2016-Congress, within this instant time
of defendants-appellees chaotic partydemocrats usurpatory IMPE-
RIALISM OF CARTER-BILLCLINTONS-OBAMA-BIDEN-HILLARYCLINTONS-DNC
PARTYDEMOCRATIC CORRUPTIONS AND RESPONSIBLE OF FLOODING TERRORISTS,
TREASONS' ACTIONS,CRIMINAL MONEYLAUNDERINGSBRIBES-BRIBERY ACTIVI-
TIES, TERRORISTS FINANCING,ATTACKS,THREATENING AND KILLING INNO-
CENT. PEOPLE, PARTYDEMOCRATS'INHUMAN, IMMORAL AND ILLEGAL PLAN-
ABORTIONS' PARENTHOOD; and, declare partydemocrats primary elec-
tors for partydemocrats running for November 8, 2016 House and Se-
nateseats, partydemocrats'Presidential presumptive and Preside-
ntial ticket NOMINEES,MOOT; AS THEIR CORRUPT PRIMARY ELECTIONS,PRE-
PAID-PREPLEDGED ELECTORS--SUPERDELEGATES, TO THEIR PREBIBED(POLL-
TAX) ELECTORAL COLLEGE, IN NATIONAL ELECTION, ARISE, COLLECTIVELY,
TO AMOUNT TO ACTUAL FRAUDS AND FORTIOR EVIDENCE EXISTING, THEN
AND, CONCURRENTLY CORRUPTIONS OF DEFENDANTS' plotted, perpetua
ted, orchestrated to undo the UNITED STATES GOVERMENT THE COMITY-
GOVERNMENT OF DEMOCRACY OF/BY/FOR WE ET AL INDISPENSABLE PARTYPE-
TITIONING PLAINTIFFS-APPELLANTS, similarly,situated as citizens
and allied friends of the United States of America.Affidavit a-g,
Supra; Notice of Petitioning Plaintiffs' Objectionto Appendix A-
25(Reptr & Recm. by one Ignacio Torteya,III, amendeddeft and
appearimg as SPECIALCOUNSEL for defendants-respondents-appellees
herein, this proceedings.Id.


In SUMMARY: United States Government et al United States indispe-
nsable petitioning partyPlaintiffs-Appellants, and their 21ST CE-
NTURY CLASSACTION LAWSUIT AND IN CONSISTENT BY THE PRINCIPALS OF
THEIR PRINCIPLES OF 1620-The Mayflower Compact; 1774-First Conti-
nental Delegation-Congress; 1775-Second Continental Delegation
Congress; 1776-The Declaration of Independence; 1787-1788-The Fe-
deralist Papers; 1787-The Constitution of The United States and
1791-The Bill of Rights, perfected their Said Legal Document on
licence.available,existing and verifiedly verified fortior evi-
dence(Complaint attachments), establishing the partyplaintiffs,
in their assertive impartation prepared in quasi indigentPETITION
FORM, met JURISDICTONS AGAINST STATUTORY BRIBES-BRIBERYSCANDALS-
$400.0+Millions/$1.3Billion; including defendants'swindling $104
three times and $112 due monthly to Arunga without one single
probable cause, except indispensable plaintiff Arunga disagrees
with Obama-Biden usurpatory imperial cultOchlocracy that has
divided every family, relative,citizen,allied friend and Demo-
cratic NATIONS, BY OBAMA-BIDEN-BILL AND HILLARY CLINTONS-CLINTONS

Cont--Page-5
NO.C.A.16-41077/AFFIDAVIT ON
EQUITABLE ESTOPPEL JURISDICTION
IN SUPPORT OF PETITIONERS' CLASSACTION


Foundation/Bill-Hillary Global Initiative, composite corrup-
tions,immoralhomosexualCarnalBehaviorishAndrogynous Gomo-
rreanSodomy, under the pretenses ofHIV solutions, except
promoting EBOLA-ZIKASZAK, by defendants: ORAL-CIGAR'S FOR-
NICATIONS.

THIS HONORABLE COURT IS REQUESTED TO GRANT MOTION-PETITION
filed in good faith, by and for Petitioning Plaintiffs,
with accompanied         RELIEFS that Petitioners-Appellants
Plaintiffs requested.   Id. Citizen's Almanac,Unuted States
Government Printing Office, Washington,D.C.20402-0001, Pages
45-65.

Affidavit is executed in good faith, by United States
Government et al indispensable partyplaintiffs-
appellants, thereof, listed.

That said Affidavit's copy was mailed to one Ignacio Torteya,
III, deft and SPECIAL COUNSEL of deftsrespondents.


Dated:  September 20, 2016, by:

                                JAMES AGGREY-KWEGGYIRR ARUNGA

                                ARUNGA & LEE
                                P.O.BOX 11521
                                EUGENE, OR 97440-3721

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY
AND THE WORD OF GOD TO ALL YE PEOPLE OF ALL NATIONS; KEEP THE SABBATH, KEEP THE SABBATH' AND BELIEVE IN IT.
MZEE KAGWA ARUNGANGOTA SAKWASAKWA AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN ... A SERVANT OF THE LORD
KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT
TO SERVE HIS CONCERNED MINISTRY-CALL TO INNOCENT POSTERITY, IN THEIR NEEDS.
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD · KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 11-521, EUGENE, OR 97440 - 3721.

No. C.A. 16-41077

EXPARTE MOTION-PETITION FOR
ARTICLE I, SECTION 19 ,
CLAUSE 3-JURISDICTIONAL
PEREMPTORY WRIT,DEHORS.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

DIRECT APPEALS DIVISION

UNITED STATES GOVERNMENT ET AL
Petitioners-Plaintiffs

V.

BARACK HUSSEIN OBAMA ET AL
Respondents-Defendants

NOTICE OF AND PETITIONING PLAINTIFFS' OBJECTION
TO APPENDIX A-25--REPORT AND RECOMMENDATION, BY
ONE SINGLE ,DEFTS'SPECIALCOUNSEL, IGNACIO TORTEYA.

RE: EXHIBIT A-23: As attached must be perused as Notice of case
filing of D.C.No.1:16-C-119 acknowledging proceeding
without filing fees and other costs of 21stCenturyClas-
s-ActionLawsuit,D.C.1:16-cv-00119,dated 06/09/2016.

RE: APPENDIX A-23: As attached is ORDER TO SHOW CAUSE as obstru-
ction of justice expulsion fuse, by magistrate-SpecialCounsel,
TORTEYA,III, for Obama et al, dated June 14, 2016; lacking edu-
cated judicial merits except to intimidate petitioning VICTIMS.

RE: APPENDIX A-25:As attached is rejected-objected to as nothing but
by a 1974-born obstructionist of justice;lawyer for illegally
organized criminals that occupy United States Government et al
property bycorrupt-delusional-imperial usurpatory-political-fi-
nancial FINAGLINGS dated 08/31/2016,Ref. A-25, by Tortoya et al.

WHEREFORE,PETITIONING Plaintiffs amend and delete Donald Trump,
from this proceeding as previously listed partydefendant;and list
Ignacio Tortoya,III as amended partydefendant in D.C.No.1:16-cv-119
C.A.No.16-41077 to issue EQUITABLE ESTOPPEL QUESTION FOR WRIT OF
NONDELEGABILITY-JURISDICTIONPOWER BESTOWED UPON UNITED STATES GO-
VERNMENT LEGISLATURE,TO EXPEL,BY MAJORITYVOTE,OBAMA AND HIS IMPE-
RIAL USURPATORY CULT OCHLOCRACY-CLAN FROM THE PROPERTY OF UNITED
STATES COMITY-GOVERNMENT OF DEMOCRACY OF/BY/FOR WE ET AL,VICTIMS.

Dated September 19 ,2016, by                    A5
                                 JAMES AGGREY-KWEGGYIRR ARUNGA



EXHIBIT A-23

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## NOTICE OF CASE FILING

Date Case filed:     **6/9/2016**

Style of Case:     **United States Government, et al.**
**v.**
**Barack Hussein Obama, et al.**

Case number:     **1:16−cv−00119**

District Judge assigned:     **Judge Rolando Olvera**

Magistrate Judge assigned:     **Magistrate Judge Ignacio Torteya, III**

Nature of Claim:     **Complaint NOS 690**

**Your case has been filed as a Complaint.**

*Please write or type the civil action number on the front of all letters and documents.*
*Address all mail to:*

**United States District Clerk's Office**
**600 E. Harrison Street, Rm. 101**
**Brownsville, TX 78520**

*The case will be handled in the ordinary course of the Court's work. Writing to the*
*Court to ask about your case will only SLOW the process.*

Date: June 10, 2016

David J. Bradley, Clerk

By: Balvina Campos, Deputy Clerk

United States District Court
Southern District of Texas
**ENTERED**
June 14, 2016
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, et. al., | § § § | APPENDIX-23 |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:16-cv-119 |
| BARACK HUSSEIN OBAMA, et al., Defendants. | § § § | |

### ORDER TO SHOW CAUSE

The Court is in receipt of Plaintiffs' complaint, which was filed by James Aggrey-Kweggyir Arunga (hereinafter "Mr. Arunga") on June 10, 2016.[1] On the face of the complaint, multiple grounds could exist for dismissal under Rule 12(b) of the Federal Rules of Civil Procedure for failing to comply with Rule 8 and 9 of the same. For example, Plaintiffs fail to articulate a justiciable claim in the complaint. Further, there exists no reason to believe that the Court has subject matter or personal jurisdiction to entertain the allegations contained within the complaint. Plaintiffs are hereby given NOTICE that the Court has identified issues fatal to the cause of action and are ORDERED to show cause within 21 days as to why the complaint should not be dismissed and summons be issued.

Signed on this 14th day of June, 2016.

_____
Ignacio Torteya, III
United States Magistrate Judge

---

[1] The complaint includes multiple government entity plaintiffs whom are reportedly represented by Mr. Arunga. Mr. Arunga seemingly is neither a lawyer nor affiliated with the government in any capacity. The Court advises Mr. Arunga that impersonating an officer or employee of the United States government, as well as the unauthorized practice of law, are punishable offenses.

APPENDIX A·25

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, et. al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Case No. 1:16-cv-119 |
| BARACK HUSSEIN OBAMA, et al., | § § | |
| Defendants. | § | |

## MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Plaintiffs' Complaint titled "21st-Century Impeachment-Forfeiture Class Action Lawsuit Against Barak Hussein Obama,Joseph"Joe" Robinette Biden & Against 7+-Years of Obama-Biden Imperial Administrations" filed by James A-K Arunga (hereinafter the "Complaint"). Dkt. No. 1 (errors in original). For the reasons stated herein, it is recommended that the Complaint be dismissed.

## I.     Background

On June 9, 2016, James A-K Arunga filed the instant Complaint, which is largely unintelligible but appears to allege that President Barak Obama, Vice-President Joseph Biden and the other defendants (collectively, the "Defendants") committed fraud, and other injustices against the citizens of the United States and their respective States. *See generally* Dkt. No. 1. The Complaint appears to request impeachment proceedings be brought against Defendants. *See id.* at 23-24. The

James Arunga
PO Box 11521
Eugene, OR 97440-3721



TO THE:



1000

78620





U.S. POSTAGE
PAID
SPRINGFIELD, OR
97477
SEP 21, 16
AMOUNT
$1.15
R2304N117543-12

SEP 2 3 2016

RECEIVED