NO. C.A. 16-41077

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES GOVERNMENT ET AL indispensable
Plaintiffs, similarly, situated--,
    Petitioners-Appellants

V.

BARACK HUSSEIN OBAMA ET AL onenamedjoinderTor-
teya,III,twonamedmandatoryjoinderOlvera--Defts,
similarly, situated--,
    Respondents-Appellees

1:16-CV-119





NOTICE FOR AND APPELLUM DE FELONIA-AGAINST-
RESPONDENTS-APPELLEES,SIMILARLY, SITUATED

There is self delusioned imperial content assumed by
deftsrespondentsAppellees that they have the authority
to set-up purjurjurious vexations and spurious criminal
acts and activities to intimidate, and contortively, to
tamper and shut off PLAINTIFFS from exercising PETITIONERS'
RIGHTS to litigate APPELLANTS'21ST CENTURY CLASSACTION
LAWSUIT that is viewed met/meets all required JURISDICTIONS,
including linear fortior evidence ofSUBJECT MATTER imparted
against defendants and their corrupt-criminal ACTIVITIES AND
ACTS, THEREBY, CITED BY ARTICLE I, SECTION 9, CLAUSE 3(in
consistent with ordained and established NONDELEGABILITY
POWER JURISDICTION OF THE UNITED STATES LEGISLATURE--)and by
RICO AS BANNED, IMPERIAL, IMMORAL AND UNAMERICAN--VERA, case.
Also Appendix A-26(heinous criminal obstruction of justice);
Appendix A-23 et seq., collectively, amounting as concerted
actual frauds' proceedings by onenamedIgnacio and twonamed
Rolando Olvera, jointly, defendantsRespondents and SPECIAL
COUNSEL FOR BARACK HUSSEIN OBAMA JOSEPH ROBINETTE BIDEN-
WILLIAM JEFFERSON CLINTON-HILLARY RODAM/HILLARY RODHAMCLI-
NTONS-PARTYDEMOCRATS SUPERDELEGATES FOR RIGGED 2016-ELECTION
FIXED BY MISSING EMAIL/PRIVATE UNSECURE(D) SERVER,CLINTONS
foundation scandals et al!

WHEREFORE, Petitioning Plaintiffs-Appellants declare they
met their obligation answering and filing their litigations
in this proceedings, timely, and that said litigants are
ready for jurytrial, to present and prove their case 100%
beyond preponderance of evidence; and, 1.0milliontime,times,
to prove beyond reasonable doubts that defendants are ORGANIZED
CRIMINALS ENGAGED INTO IMPERIAL USURPATIONS OF CULT OCHLOCRACY
TO UNDO THE UNITED STATES GOVERNMENT ET AL indispensable
Plaintifs-Appellants--innocent citizens and alliedFriends of
United States of America.Affidavit, on file; Complaint on file;
Exhibits A-23 through Exhibit(s) A-27--The Rights of American
Jurisprudence.

THE NOTICE AND FOR APPELUM DE FELONIA IS EXECUTED IN GOOD FAITH
AND SAME IS DISTRIBUTED TO 2016-NONDELEGABILITYPOWER JURISDI-
CTION OF U.S.CONGRESS, in that electors-superdelegates,primary
presumptive and presidential nomineesticket of Clinton-Kaine
ineligible and moot,instantly-concurrently, for their Email
scandalous corruptions and heinous obstructions of JUSTICE.
Dated and signed by:JAMES A-K ARUNGA _____ on 09/28/2016

### Part VII. Practice and Procedure

**Rule 29. Filing and Service of Documents; Special Notifications; Corporate Listing**

1. Any document required or permitted to be presented to the Court or to a Justice shall be filed with the Clerk.

2. A document is timely filed if it is received by the Clerk within the time specified for filing; or if it is sent to the Clerk through the United States Postal Service by first-class mail (including express or priority mail), postage prepaid, and bears a postmark, other than a commercial postage meter label, showing that the document was mailed on or before the last day for filing; or if it is delivered on or before the last day for filing to a third-party commercial carrier for delivery to the Clerk within 3 calendar days. If submitted by an inmate confined in an institution, a document is timely filed if it is deposited in the institution's internal mail system on or before the last day for filing and is accompanied by a notarized statement or declaration in compliance with 28 U. S. C. § 1746 setting out the date of deposit and stating that first-class postage has been prepaid. If the postmark is missing or not legible, or if the third-party commercial carrier does not provide the date the document was received by the carrier, the Clerk will require the person who sent the document to submit a notarized statement or declaration in compliance with 28 U. S. C. § 1746 setting out the details of the filing and stating that the filing took place on a particular date within the permitted time.

**Rule 30. Computation and Extension of Time**

1. In the computation of any period of time prescribed or allowed by these Rules, by order of the Court, or by an applicable statute, the day of the act, event, or default from which the designated period begins to run is not included. The last day of the period shall be included, unless it is a Saturday, Sunday, federal legal holiday listed in 5 U. S. C. § 6103, or day on which the Court building is closed by order of the Court or the Chief Justice, in which event the period shall extend until the end of the next day that is not a Saturday,

EXHIBIT A-26

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| _____ | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: _____     _____
                                  *Signature of Clerk or Deputy Clerk*

No. C.A. 16-41077   EXHIBIT A-25

EXPARTE MOTION-PETITION FOR
ARTICLE I, SECTION 9,
CLAUSE 3-JURISDICTIONAL
PEREMPTORY WRIT, DEHORS.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

DIRECT APPEALS DIVISION

UNITED STATES GOVERNMENT ET AL
Petitioners-Plaintiffs

V.

BARACK HUSSEIN OBAMA ET AL
Respondents-Defendants

NOTICE OF AND PETITIONING PLAINTIFFS' OBJECTION
TO APPENDIX A-25--REPORT AND RECOMMENDATION, BY
ONE SINGLE, DEFTS' SPECIALCOUNSEL IGNACIO TORTEYA.

RE: EXHIBIT A-23: As attached must be perused as Notice of case filing of D.C.No.1:16-C-119 acknowledging proceeding without filing fees and other costs of 21stCenturyClass ActionLawsuit, D.C.1:16-cv-00119, dated 06/09/2016.

RE: APPENDIX A-23: As attached is ORDER TO SHOW CAUSE as obstruction of justice expulsion fuse, by magistrate-SpecialCounsel, TORTEYA,III, for Obama et al, dated June 14, 2016; lacking educated judicial merits except to intimidate petitioning VICTIMS.

RE: APPENDIX A-25:As attached is rejected-objected to as nothing but by a 1974-born obstructionist of jusctice; lawyer for illegally organized criminals that occupy United States Government et al property by corrupt-delusional-imperial usurpatory-political-financial FINAGLINGS dated 08/31/2016, Ref. A-25, by Tortoya et al.

WHEREFORE, PETITIONING Plaintiffs amend and delete Donald Trump, from this proceeding as previously listed partydefendant; and list Ignacio Tortoya,III as amended partydefendant in D.C.No.1:16-cv-119 C.A.No.16-41077 to issue EQUITABLE ESTOPPEL QUESTION FOR WRIT OF NONDELEGABILITY-JURISDICTIONPOWER BESTOWED UPON UNITED STATES GOVERNMENT LEGISLATURE, TO EXPEL, BY MAJORITYVOTE, OBAMA AND HIS IMPERIAL USURPATORY CULT OCHLOCRACY-CLAN FROM THE PROPERTY OF UNITED STATES COMITY-GOVERNMENT OF DEMOCRACY OF/BY/FOR WE ET AL, VICTIMS.

Dated September 19, 2016, by                    A's
                                         JAMES AGGREY-KWEGGYIRR ARUNGA

(margin text:) THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT. MZEE KAGWA ARUNGANGOTA SAKWASAKWA AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN--A SERVANT OF THE LORD KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT TO SERVE HIS CONCERNED-MINISTRY-CALL TO INNOCENT POSTERITY, IN THEIR NEEDS. THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD • KENYA BENEVOLENT HUMANITARIAN POST OFFICE BOX 11521, EUGENE, OR 97440 - 3721.

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

exhi

EXHIBIT A-24

July 7, 2016

James Aggrey-Kweggyir Arunga
P.O. Box 11521
Eugene, OR 97440-3721

Dear Mr. Arunga:

You may seek review of a decision only by filing a timely petition for writ of certiorari. The papers you submitted are not construed to be a petition for writ of certiorari. Should you choose to file a petition for writ of certiorari, you must submit the petition within the 90 day time limit allowed under Rule 13 of the Rules of this Court. A Copy of the Rules of this Court and a sample petition for a writ of certiorari are enclosed.

Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
Scott S. Harris, Clerk
By:
Jacob C. Travers
(202) 479-3039

Enclosures

EXHIBIT A-23

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

## NOTICE OF CASE FILING

Date Case filed: **6/9/2016**

Style of Case: **United States Government, et al.**
**v.**
**Barack Hussein Obama, et al.**

Case number: **1:16-cv-00119**

District Judge assigned: **Judge Rolando Olvera**

Magistrate Judge assigned: **Magistrate Judge Ignacio Torteya, III**

Nature of Claim: **Complaint NOS 690**

**Your case has been filed as a Complaint.**

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

**United States District Clerk's Office**
**600 E. Harrison Street, Rm. 101**
**Brownsville, TX 78520**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: June 10, 2016

David J. Bradley, Clerk

By: Balvina Campos, Deputy Clerk

APPENDIX A-26

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES GOVERNMENT, et al., § § § Plaintiffs, § § v. § § BARACK HUSSEIN OBAMA, et al., § § Defendants. § § | Civil Action No. 1:16-cv-119 |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Complaint is **DISMISSED** with prejudice for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1), and for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

Signed on this 19th day of September, 2016

Rolando Olvera
United States District Judge

File Format: Microsoft Word
... judge Donald D. Thompson attached "a penis pump and operated the pu causing air pumping sounds" according to witness, Lisa Foster, court repor
*www.jurisinformatics.com/judges.../judges_criminal_code_annotation.doc*

APPENDIX 23(c)(i)

The notion that judges are immune from criminal prosecution is frivolous. *Slade v. United States*, 85 F.2d 786 (CA10 1936) (Judge bribed juror to acqu defendant, judge convicted of bribery); *United States v. Manton*, 107 F.2d 834 (( 1939) (Court of Appeals judge involved in bribes to influence decisions); *United Stat Kahaner*, 317 F.2d 459 (CA2 1963) (State judge and former AUSAs, *McDonal Alabama*, 57 Ala. App. 529, 329 So.2d 583 (1975), sex for leniency); *United State Hastings*, 681 F.2d 706 (CA11 1982) (This was pre-trial appeal, and later Alcee criminal case); *United States v. Campbell*, 684 F.2d 141 (D.C. Cir. 1982) (traffic tick judge and gratuity); *United States v. Claiborne*, 765 F.2d 784 (CA9 1985) (see Har vindication, *State Bar of Nevada v. Claiborne*, 756 P.2d 464 (Nev. 1988)); *United St v. Murphy*, 768 F.2d 1518 (7th Cir. 1985) (Greylord); *United States v. Conn*, 769 F 420 (CA7 1985) (Greylord); *United States v. Hollaway*, 778 F.2d 653 (11th Cir. 19 (Two Mobile state court judges); *United States v. Devine*, 787 F.2d 1086 (CA7 19 (Greylord); *United States v. LeFevour*, 798 F.2d 977 (7th Cir. 1986) (Greylord); *Uni States v. Nixon*, 816 F.2d 1022 (CA5 1987) (habe at 881 F.2d 1305 (5th Cir. 1989) U District Judge convicted of bribery); *United States v. Holzer*, 816 F.2d 304 (CA7 19. (Greylord); *United States v. Reynolds*, 821 F.2d 427 (CA7 1987) (Greylord); *Uni States v. Glecier*, 923 F.2d 496 (CA7 1991) (Greylord); *U.S. v. Lanier*, 520 U.S. 2 (1997); *Archie, et al., v. Lanier*, No.94-5836 (CA6 1996) (constitutional rights violated when state judge repeatedly rapes a number of women in chambers, 18 USC 242 conviction); *State of Oklahoma v. Thompson*, Creek County #CF-2005-016 (M Aug., Sept. of 2003, three counts indecent exposure, judge Donald D. Thompson attach "a penis pump and operated the pump causing air pumping sounds" according to witne Lisa Foster, court reporter).

## FBI gave Clinton aide limited immunity to see la]

**TRIBUNE NEWS SERVICE**

WASHINGTON — A former top de to Hillary Clinton was given mited immunity as part of the BI's investigation into the use of a rivate email system so investigators uld get access to the staffer's lap- p, agency Director James Comey ld a Senate committee.

The Justice Department gave eryl Mills what's known as "ac- e production immunity" as part of investigation into whether classi- d information was compromised Clinton's use of private email, mey said Tuesday at a hearing the Senate Homeland Security d Governmental Affairs Commit- e. Mills served as chief of staff to linton when she was secretary of ate and continued to represent her a lawyer during the investigation.

Under the agreement, nothing in- vestigators obtained from the laptop could be used against Mills. Ulti- mately, the FBI found no evidence that Mills committed a crime.

"The FBI's judgment was we need to get that laptop," Comey said of the latest dispute in the email con- troversy that has dogged Democrat Clinton's presidential campaign for more than a year.

Republicans led by Rep. Jason Chaffetz, chairman of the House Oversight and Government Reform Committee, have seized on the im- munity deal for Mills as a sign the FBI failed to carry out a thorough investigation.

Chaffetz, a Utah Republican, has said "the FBI was handing out im- munity agreements like candy" and that he has "lost confidence" in its investigation.

During his debate with Clinton on Monday, Trump invoked the FBI's immunity agreeme ing, "When you have your ing the Fifth Amendmen the Fifth so they're not pr when you have the man th the illegal server taking th think it's disgraceful."

Clinton said in the de her use of the private ema "was a mistake, and I tak sibility for it."

Republicans at Tuesday' questioned whether anyone for Clinton sought to des dence. An employee of Pla Networks, which managed email server after her d from the State Department deleted an archive of emai House committee issued a ordering evidence to be p

Comey said the FBI fou idence that anyone obstru investigation.

# 3 arrested in robbery of man in his apartment

APPENDIX A-23(c)(ii)

*A Eugene resident answered his front door and was allegedly overpowered by a male assailant*

**By Chelsea Gorrow**
*The Register-Guard*

Eugene police have arrested three people in connection with the Sept. 9 robbery and assault of a man in his own apartment.

Now, a search warrant affidavit filed in Lane County Circuit Court outlines how detectives were led to the three people who initially fled after the alleged attack.

Dalton Anthony Colwell, 24, of Eugene was arrested Sunday on charges of first-degree burglary, unlawful use of a weapon, menacing, first-degree robbery, second-degree robbery, coercion and second-degree assault.


**Dalton Colwell**

Jasmine Monique Moreno, 21, of Eugene was arrested Sept. 15 on charges of first-degree robbery and first-degree burglary.

Kinsey Elaine Hart, 20, of Springfield was arrested Sept. 14 on charges of first-degree robbery, first-degree burglary and second-degree robbery.


**Kinsey Hart**

The robbery allegedly occurred at the Stadium Park apartments.


**Jasmine Moreno**

According to the affidavit, the victim told police he had used heroin the day of the alleged robbery, a couple of hours before Hart arrived at his apartment; he reportedly asked her to leave.

Moments later, Moreno allegedly knocked on his door, and when he opened the door for her, the victim told detectives that a male he didn't know — later identified as Colwell — forced his way inside the apartment, held him at gunpoint, hit him on the head with the gun and forced him to lie on his stomach.

The affidavit stated that while Colwell kept the gun trained on the victim, Hart and Moreno rummaged through the apartment, stole cash and left.

Five days later, on Sept. 14, while detectives were searching for Hart, an officer spotted her car at an apartment complex on 17th Street in Springfield, the affidavit noted.

As the officer watched the car, Hart walked toward her vehicle with her 3-year-old son, Colwell, and another woman, who was not a part of the robbery, police said. The four people, including the child, got into the car and drove away. Colwell was carrying a backpack.

Police pulled the car over; Hart was behind the wheel, and an officer asked her to step out so he could speak with her privately. The affidavit stated that the officer noticed several pieces of folded tinfoil in the driver's side door slot that resembled the kind used to smoke heroin.

According to the affidavit, Hart told the officer that her passenger, Colwell, was "her man," and that the foils were his. She reportedly stated that she is a regular user of methamphetamine and had smoked within the



# Robbery: Police spot suspects in robbery 5 days later

Continued from Page B1

The affidavit noted that Colwell was not cooperative, denying that the backpack was his. He was allowed to leave, but police obtained a search warrant for the backpack that Colwell had left behind, noting in court documents seeking the warrant that the backpack was suspected of containing the gun used in the robbery.

Police said they found a pistol in the backpack, as well as Lane County Sheriff's alternative programs paperwork and mail addressed to Colwell, according to court records.

Colwell has since pleaded not guilty to all charges, according to court records. His next scheduled court appearance is a pretrial conference set for Oct. 31.

It does not appear that Hart has entered any pleas to the charges against her. Hart's pretrial conference is scheduled for Oct. 24.

Moreno entered not guilty pleas to the charges against her, court records show. Her next court appearance also is scheduled for Oct. 24.



James A-K Arunga Arunga & Lee
Post Office Box 11521
Eugene, OR 97440-3721

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
REYNALDO G. GARZA - FILEMON B. VELA
UNITED STATES COURTHOUSE
600 E. HARRISON STREET #101
BROWNSVILLE, TEXAS 78520-7114



1000
78520

U.S. POSTAGE
PAID
SPRINGFIELD, OR
97477
SEP 28, 16
AMOUNT
$0.68
R2305M148144-11



OCT 04 2016
RECEIVED
David J. Bradley, Clerk of Court