United States District Court
Southern District of Texas
**ENTERED**
October 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:16-cv-119 |
| | § | |
| BARACK HUSSEIN OBAMA, et al., | § | |
| Defendants. | § | |

## ORDER

On August 31, 2016, the Magistrate Judge entered his "Report and Recommendation" (Docket No. 18), recommending that Plaintiffs' Complaint be dismissed. On September 19, 2016, this Court entered an "Order Adopting Magistrate Judge's Report and Recommendation" (Docket No. 29), dismissing Plaintiffs' Complaint and closing the case. On September 22, 2016, Plaintiffs filed a "NOTICE OF AND PETITIONING PLAINTIFFS' OBJECTION TO APPENDIX A-25--REPORT AND RECOMMENDATION, BY ONE SINGLE ,DEFTS' SPECIALCOUNSELIGNACIO TORTEYA" (Docket No. 31, errors in original), which appears to be an objection to the Magistrate Judge's Report and Recommendation, but states as follows:

> "WHEREFORE, PETITIONING Plaintiffs amend and delete Donald Trump, from this proceeding as previously listed partydefendant; and list Ignacio Tortoya, III as amended partydefendant in D.C. No. 1:16-cv-119 C.A. No. 16-41077 to issue EQUITABLE ESTOPPEL QUESTION FOR WRIT OF NONDELEGABILITY--JURISDICTIONPOWER BESTOWED UPON UNITED STATES GOVERNMENT LEGISLATURE, TO EXPEL, BY MAJORITYVOTE, OBAMA AND HIS IMPERIAL USURPATORY CULT OCHLOCRACY-CLAN FROM THE PROPERTY OF UNITED STATES COMITY-GOVERNMENT OF DEMOCRACY OF/BY/FOR WE ET AL., VICTIMS" (Docket 31, errors in original).

Plaintiffs' filing does not alter this Court's decision to adopt the Magistrate Judge's Report and Recommendation. Therefore, the "Order Adopting Magistrate Judge's Report and Recommendation" (Docket No. 29) remains in place.

Signed on this 12th day of October, 2016

Rolando Olvera
United States District Judge