


# THE HOLY SABBATH-TABERNACLE OF THE LORD

(THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001)



United States District Court
Southern District of Texas
FILED
NOV 21 2016
David J. Bradley, Clerk of Court

the honorable david j. bradley
clerk u.s.district court
southern texas

May I have a copy of docketsheet in the matter of UNITED STATES GOVERNMENT ET AL INDISPENSABLE PARTIES v. obama et al, D.C.CASE NO. 1:16-cv-00119

THIS IS ARUNGA & LEE, Dated Novemeber 17, 2016.

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE LORD IN THE WORD OF THE HOLY TRINITY; AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT. MZEE KAGWA ARUNGANGOTA SAKWASAKWA AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN --- A SERVANT OF THE LORD. KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT TO SERVE HIS CONCERNED-MINISTRY-CALL TO INNOCENT POSTERITY, IN THEIR NEEDS. THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD .KENYA BENEVOLENT HUMANITARIAN POST OFFICE BOX 11521, EUGENE, OR. 97440-3721

Jus Hetero Generational-Propagational
Posterity-Citizenships
James A-K Arunga Arunga & Lee
Post Office Box 11521
Eugene, OR 97440-3721

NOV 21 2016

7852087273

EUGENE OR 974
17 NOV 2016 PM 2 L

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
REYNALDO G. GARZA - FILEMON B. VELA
UNITED STATES COURTHOUSE
600 E. HARRISON STREET #101
BROWNSVILLE, TEXAS 78520-7114