IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

1:16-CV-119

No. 16-41077

United States District Court
Southern District of Texas
FILED

JAN 1 8 2017

David J. Bradley, Clerk of Court

JAMES AGGREY-KWEGGYIR ARUNGA, and all Other Allies of the United States of America, Similarly Situated,

       Plaintiff - Appellant

v.

BARACK HUSSEIN OBAMA, 7+years Imperial Administrations and Expulsions Fuzes of President Barack Hussein Obama and Vice President "Joe" Biden; JOSEPH "JOE" BIDEN, 7+years Imperial Administrations and Expulsions Fuzes of President Barack Hussein Obama and Vice President Joseph "Joe" Biden; S. BREYER, Scoutus Dictum Expulsion Fainaiguing Fuzes; R. B. GINSBURG, Scoutus Dictum Expulsion Fainaiguing Fuzes; E. KAGAN, Scoutus Dictum Expulsion Fainaiguing Fuzes; A. M. KENNEDY, Scoutus Dictum Expulsion Fainaiguing Fuzes; AMERICAN CIVIL LIBERTY UNION (ACLU)/LYNCH & GUPTA, Special Counsel; BAGNIO OF LGBT HOMOSEXUAL STATE-CLAN; CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY; Donald Trump, Populous Presidential Primary Paid Off Election-Expulsion/Stateswide Wins as Moot, Null and Void Fuzes,

       Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

CLERK'S OFFICE:

       Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 18, 2017, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



A True Copy
Certified order issued Jan 18, 2017

Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 18, 2017

Mr. David J. Bradley
Southern District of Texas, Brownsville
United States District Court
600 E. Harrison Street
Room 1158
Brownsville, TX 78520

No. 16-41077   United States Government v. Barack Obama, et al
               USDC No. 1:16-CV-119

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: /s/
                              J. deMontluzin, Deputy Clerk

cc w/encl:
    Mr. James Aggrey-Kweggyir Arunga