1:16 CV 119

No. _____

RE-FILED

APR 08 2017

CHAMBERS OF
Rolando Olvera

IN THE

SUPREME COURT OF THE UNITED STATES

United States District Court
Southern District of Texas
FILED

APR 0 3 2017

David J. Bradley, Clerk of Court

JAMES AGGREY-KWEGGYIRR ARUNGA — PETITIONER
(Your Name)

vs.

BARACK HUSSEIN OBAMA ET AI  — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

UNITED STATES  COURT OF APPEALS FIFTH  CIRCUIT
(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

JAMES AGGREY-KWEGGYIRR ARUNGA, PRO SE
(Your Name)

POST OFFICE BOX 11521
(Address)

EUGENE,  OR  97440  -  3721
(City, State, Zip Code)

HAVE NONE
(Phone Number)

COURT BELOW OPINIONS ATTACHED.

## QUESTION(S) PRESENTED

WHETHER, A:  Appellants, collectively, are entitled
to be had under advisement, in their
Exparte Petition Motion in the form of
MOTION OF APPELLANTS, upon the D.C.perfected  docketed  record, dated between
June 07, 2016 and July 07, 2017.

WHETHER, B:  Plaintiffs, collectively, imparted, assertively, in their 21st-century Class-s Action Lawsuit, concise perused cited
Statutory Short Statements presenting
Federal Subject Matter and or Federal
Questions' Juridiction.

WHETHER, C:  20+-Years of Carter-Clintons-Obama;
Breyer-Ginsburg-Kagan-A.M.Kennedy-
ScoutusUSCircuitUSDistrictCrtsDicta;
Reid-Cumming(s)-DncUranium-Russian-
PoliticaFinancialFinaglings;Unsecure-
PrivateServer-NationalInternational
ClintonsMoneyLaunderingBillHillaryCins-
FoundationInc;PartyDemocratsPolitical-
PaidoffSuperdelegatesFraudulentPopulous-
PresidentialPrimaryNationalElectionsby-
Minus230tishsomething;Criminals'harbhr-
ingcitycountstatesanctuaryStates;Bagnios
ofLGBTHOMQQusState-Clan;ACLUHolderLynch-
GuptaYatesPreedBSSAdColvin-ACLUNihilism;
and, ACLUAndersonC-GeorgeTDavidMDNCBraSue

Obstructions of Justice vexatiousspurious
grievinglostMOBS, separately individually
jointly collectively,representingparty
named respondentsAppelleesDefendants
PRESENT SHADOW GOVERNMENT EXPULSIONS-FUZES OF CULT-OCHLO-
CRACY THREATENING NATIONAL SECURITY OF UNITED STATES AND
ALLIES OF UNITED STATES OF AMERICA.

ii

## LIST OF PARTIES

[ ] All parties appear in the caption of the case on the cover page.

)(x)( All parties **do not** appear in the caption of the case on the cover page.   A list of
all parties to the proceeding in the court whose judgment is the subject of this
petition is as follows: U.S.GOVERNMENT COMITY-GOVERNMENT OF DEMOCRACY OF/BY/
FOR WE THE PEOPLE OURPOSTERITY; ISAAC LIBY; J.A-K.ARUNGA,D.H.LEE vs.

Barack Hussein Obama; Joseph "Joe" Robinette Biden;
Susan Rice; Loretta Lynch; John Kerry; Hillary D.
Rodham Clinton, William Jefferson Clinton; Bill
Hillary Clintons Foundation,Inc.; Eric Holder;Harry
Reid;ElijahCumming(s);DNCUraniumRussianPolitica-
FinancialFinaglings; UnecurePrivateServer-National
International-120ClintonsMoneyLaunderingsBillHillary-
CinsFoundationInc;PartyDemocratsPoliticalPaidoffSu-
perdelegatesFraudulentPopulousPresidentialPrimary-
NationalElectionsbyMinus230tishsomething Eloctoral
College;Criminals'Hbringcitycountystatesanctuary-Mrkl-
States,BagniosofLGBTHQusStates-Clan; ACLUNihilism;R.Wdn;
ACLUAndersonCooperNewsmedia;ACLUGeorgeTNewsmedia
Prop.;ACLUGuptaLynchYatesPreedB;SSAdmC.Colvin;HumaW;
DavidMuirNewsmediaPropgndDNCBrazlSue Obstructions
of JusticevexatiousspuriousgrievinglostMOBS;Soma-
lisLibyiansIraniansSyrianset alACLUWAHICA ILOrMD;
S.Breyer;R.B.Ginsburg;E.Kagan;A.M.Kennedy;Eugene
MayorCounclsandBoardmembrsPublicLib-Con J.Bennett;
SpringfieldPub.LibBobEver.JenniferGrant; LtdHop-
kinsT.Miller;EugeneSSOffice;SylviaBurwell; Chelsea
Manning,ACLUAliN;BarbaraBox;DianeFeistein;M.Albright;
DorothyMatsui;So-Obamacabinetmembers;JimmyCarterJ.Lws;
IgnacioTorteya,III;RolandoOlvera;CatherineCortezMasto
KamalaHarris;MaggieHassan;ChrisVanHollen;Bug.Cong.
Office;ObamKenysWitchBillHillaryAristideHaitian
VoodooHoodoo;MaxineWaltersHoodooHaitianVoodoo;
ShahKhomeniFailedIranDealKerryMJZarif;KaganGriber
StupidEconomy;CherylMillsJamesClapperBillHillary.
DNCDemEmail;
RESPONDENTSAppelleesDefendants

iii

# TABLE OF CONTENTS

OPINIONS BELOW ............................................................................... 1

JURISDICTION ..................................................................................... 2

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED ............................. 3

STATEMENT OF THE CASE ................................................................ 4-5

REASONS FOR GRANTING THE WRIT .................................................. 6-7
DESIGNATED REFERENCES AND AUTHORS ON MERITS.................... 8
CONCLUSION ...................................................................................... 8

# INDEX TO APPENDICES

APPENDIX A :   C.A.

APPENDIX B :   C.A

APPENDIX C :   C.A.

APPENDIX A:   D.C.

APPENDIX E:   PLAINTIFFS/APPELLANTS/Petitioners JURISDICTION & EVIDENCE

APPENDIX F:   DEFTS, IN THEIR USURPATORY CAPACITY OF CULT-OCHLOCRACY
OF SHADOWGOVERNMENT EXPULSIONS-FUXES; CONSPIRE(D) TO
OVERTHROW DIMINISH PERPETUATE-THREATS TO USURPATE THE
EXISTENCE OF COMITY-GOVERNMENT OF DEMOCRACY OF/BY/FOR
WE  THE PEOPLE,OURPOSTERITY,AND ALLIES OF THE UNITED
STATES OF AMERICA.

iv.

## TABLE OF AUTHORITIES CITED

CASES                                                        PAGE NUMBER
   Arunga v. NYC,--FedSupp--(LegalScholar on Merits)..........8
   Bender case,475 U.S.534;Dougall v, Sugarman,413 U.S.643....8
   Johnson case,862 F.2d 975;Ciralsky v. CIA,355 F.3d 661----..8
   Haines v.Kerner, 404 U.S. 519 ...........................8
   Idlewild v, CIA, 370 U.S. 713.............................8
   Norse v.Santa Cruz City Council...........................8
   Vico case, 657 F.2d 756;and US v. Lovett,328 U.S. 303......8

   Vare Doctrine,Congressional Quarterly's Guide,Pgs695-696...8


Writs of NonDelegabilityJurisdictionsPower...................3

STATUTES AND RULES

   Title18: Sections 2-5; 7(1)-9(A) & (B); 16(a); 21.........3
          Sections 24(a)-25(a); 33(a)-34; 35(a)-(b);.......3
          Sections 37(a)-(b); 201-203; 205(a)(1)...........3
          Sections 210-211; 216; 241242; 1956-1957---------3

   Title28: Sections 2101(a) and 2101(b)....................3

    FRCP: Rules 8(a)(1); 9(a)(1)(C)-9(b)-(g) and 10(c)....3

REFERENCETEXTS ON MERITS
   Citizen's Almanac,U.S.GovtPrntg;Congress Quarterly'sGuide.8
   Constitution of the United States,U.S,GovtPrnt..........;..8
   The Citizens's Constitution;The Constitution;............8
   The Constitution of U.S.A(Killian & Beck)--..............8
   The Documntry Hist. of Hist. of Ratif. of the Const.Docmnts
    and Record(Jensen and Kaminiski);More Perfect Union(Peter)
   Origins of the Bill of Rights(Levy);The People Debate the
OTHConstitution(Maier);Ratification.....WRITS OF NONDELEGABILITY JURISDICTIONSPOWER.........3.8

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

**OPINIONS BELOW**

[X] For cases from **federal courts**:

The opinion of the United States court of appeals appears at Appendix A B C to the petition and is A-Mandate Order; B-Denied Order; C To be had Order.

[ ] reported at _____; or,

[ ] has been designated for publication but is not yet reported; or,

[X] is unpublished.

The opinion of the United States district court appears at Appendix A to the petition and is

[ ] reported at _____; or,

[ ] has been designated for publication but is not yet reported; or,

[X] is unpublished.

[ ] For cases from **state courts**:

The opinion of the highest state court to review the merits appears at Appendix _____ to the petition and is

[ ] reported at _____; or,

[ ] has been designated for publication but is not yet reported; or,

[ ] is unpublished.

The opinion of the _____ court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,

[ ] has been designated for publication but is not yet reported; or,

[ ] is unpublished.

1.

## JURISDICTION

[XX] For cases from **federal courts**:

The date on which the United States Court of Appeals decided my case was <u>January 18, 2017</u>.

[ ] No petition for rehearing was timely filed in my case.

[XX] A timely petition for rehearing was denied by the United States Court of Appeals on the following date: ~~January 5, 2017~~ and a copy of the order denying rehearing appears at Appendix A . :SupremeCourt Rule11,
Rule14.1(a) and 1(e)(i), also Rule 18etseq. 28USC:2101(b) & (c).

[ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___ A _____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1254(1).

[ ] For cases from **state courts**:

The date on which the highest state court decided my case was _____.
A copy of that decision appears at Appendix _____.

[ ] A timely petition for rehearing was thereafter denied on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

[ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___ A _____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1257(a).

2.

A: BINDING NONDELEGABILITY-JURISDICTIONS'WRITPOWER

B: **CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED**

A. WRITS OF NONDELEGABILITY-JURISDICTIONS POWER,DEHORS:

1. Principals of Principles of 1620-Mayflower Compact:APX_E
2. 1774-First Continental Delegation Congress.........:Apx-E
3. 1775-Second Continental Delegation Congress.......:Apx-E
4. 1776-Action of Second Continental Congress........:Apx-E
5. 1787-1788-The FEDERALIST Papers...................:Apx-E
6. 1787-The Constitution of the United States........:Apx-E
7. 1791-The Bill of Rights...........................:Apx-E

Bar against defendants and defendantsAppelleesResponde-nts'Cult-Ochlocracy shadow government usurpatory expul-sions FUZES, similarly, as banned outlawed in the United States of America.

B. CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED,DEHORS:

1. Legislative-Executive-Judiciary Comity-Government of Demo-cracy of/by/for We the People..Our Posterity...Our Allies: Cause(s) of Class Action againstdefendants,in their capa-city. Id.Also, Articles I, II, & III; Unst.Const.,Article I, Section 8, Clause 10; Article I, Section 9, Clause 3; Article VI, Sec.2, against defendants and their unAmerican Acts,Activities,Actions--Crimes and CivilViolations,pgs ii-iii, supra,

2. Amendmendments I, VI, VII, and XIV--Plaintiffs' Rights to be had, for speedy and Jury Trials;for equal and due Process of Law.

3(a). Title18:2-5; 7(1)--9(B);16(a); 21; 24(a)-25; 33(a)-34; 35(a)-(b); 37(a)-(b); 201-203; 205(a)(1); 210-211; 216; 241-242 and 1956-1957 et seq.--for alleged Subject Matter,Jurisdiction and Reliefs sought in favor of PetitionersAppellantsPlaintiffs.

3(b). Title28:21 01(a) and 2101(b)-Imperative Jurisdiction's hearing. FRCP: Rules 8(a)(1); 9(a)(1)(C)-9(b)-(g) and 10(c)--Class Action alleged short jurisdictional Staments for Federa Re-liefs against defendants Obama et al. FRCP, Rule 23--Plaintiffs' 21st-Century Class ActionLawsuit V. Obama et al and their Cult-Ochlocracyusurpatory shadow govern-ment expulsions-fuzes.

APPENDIXES: C OF CA &E VS. A,B OF CA & A OF DC & F.

3

## STATEMENT OF THE CASE

THE CONCURRENT 20 YEARS OF THEIR WELL NOTED CULT-OCHLOCRACY, THE DEEENDANTS USURPATORY SHADOW GOVERNMENT EXPULSIONS-FUZES, ARE THUS ILLEGAL ACTS, ACTIONS, ACTIVITIES THE THEN AND CONTINUING TO THE EXTENT COMPOSITE:

(a) 4 years(1977-1981) of Jimmy Carter the self-proclaimed partyDemocratpresident of GOD of WashingtonDCwhitehouse of heresy; treasonous criminalcommitted Abandonments; political financial BGKKscoutus finaglings;partyDemocrats suprdelegates mobs--HB,IKings13:1-33, 14:1-12/Apdxs A,B of CA; A of DC & F; CONTRARY TO--
United States Government the Comity-Government of Democracy of/by/for WE the people...ourPosterity, James Aggrey-Kweggyirr Arunga, Doreen H. Lee and all Allies of the United States of America--HB, Exodus20:1-26;Writs of nonDelegability-JurisdictionsPower, Constitutional and Statutory Provisions Involved, dehors, page-3;ApdxsC of CA and Apdx E.

(b) 8 years(1993-2001) of William Jefferson Clinton the self-proclaimed partyDemocratpriestpresident of WashingtonDC Bagnioovaloffice of LGBHT and Oral-cigarQueers and BGKK-scoutusforum for don't ask-don't tell sexual orientation dicta expulsions; treasonous abandonment committed acts actions and activities of androgynous liars--HB,IKings13: 1-33, 14:1-12/Apdxs A,B of CA; A of DC & F; CONTRARY TO-- Genesis 18:1-33,19:1-38(distinguished explanation about Sodom and SodomandrogynousCarnaLings.Exodus20:1-26;Writs of nonDelegability-JurisdictionsPower,Constitutional and Statutory Provisions, dehors, for United States the Comity Government of Democracy of/by/for We et al as all Allies of the United States of America. page-3; Apdxs C of CA, Apdx-E.

4.

CONTIN. STATEMENT OF THE CASE

(C) 8 years(2009-2017)and beyond-- of Barack Hussein Obama;
Obama-Joseph "Joe" Robinette Biden; Obama-Biden 90 Cabi
netmembers; ObamaBiden-HillaryD? Rodham;ObamaBiden-Rodham
Clinton;  ObamaBidenRodham-William Jefferson Clinton;Obama
Biden90CabinetmembersRodhamClintons-John Kerry; ObamaBiden
90CmRodhamClintonsKerry-Eric Holder Loretta LynchGuptaYates
Preet BhararaJames Clapper James Comey Huma Weiner Morell;
ObamaBidenRodhamClinton90CmDNC Harry Reid Elijah Cumming(s)
Tom Schiff Al Franken Susan Rice Dian Feistein BarbaraBoxer;
ObamaBidenDNCBrazilSchultzaMuirDebateSabotage;ObamaBiden90
CmReidDurbinunSecurePrivateClintonsServerJamesComeymensrea
 FinaglingInvestigationsC.MillsObstructions of Justice;
ObamBidenClintonsUraniumRussiaKerryIranNuclearRansomsCli-
 ntonsFoundationhabouringBribes/Briberies/KickbacksMoney
 LaunderingObamaBidenIRS-MissingEmailandHillaryDemEmail
 JamesComeyClapperMorellpartDemocratsSuperDelegatesPayoffs
 SCANDALS;ObamaBidenClintonsCarterDNCpartyDemocratesNational
 InternationalPoliticalFinancialand BGKK-TorteyOlveraRobot
 USDistrictScoutusDicta Expulsionstresonous-FUZES as,sepa-
 rately individually collectively jointly, defts contotive
 and imperially executed CRIMES-AND-CIVILVIOLATIONS as thus
 equally IMMORAL--HB, Haman-Zeresh-Esther3:1,~5:10-14, 6:13;
 Naves Topical Bible, pages-527 & 1374;Sodom-and-Gomorrah-
 HB, Genesis13:13,18:20,19:4-13;Naves Topical Bible,pages
 508 and 1200;also, HB, IKings13:1-33, 14:1-12/Apdxs A, B
 of CA; A of DC & Apdx F; CONTRARAY TO--
 United States Government the Comity-Government of Democracy
 of/by/for We the people...ourPOSTERITY, James Aggrey-
 Kweggyirr Arunga, Doreen H. Lee, Christopher-Charles-Sean
 and all Allies of the United States of America--HB,20:1-26;
 Writs of nonDelegabilty-JurisdictionsPower,Constitutional
 and Statutory Provisions Involved, dehors, page-3;ApdxC of
 CA and Apdx E.

## REASONS FOR GRANTING THE PETITION

In perusing the record on appeal in the United States Court of
Appeals, Fortior Evidence shows:

PART:A-1. Appellants, jointly collectively,and timely, not
only filed by petitioning the said Court, to hear
plaintiffs' MOTION under advisement, and, also,
therefor designated the DCdocketed instruments as
perfected as not later than the July 11, 2016 to the
proceeding for nonDelegabilityPower--United States
Constitution, Article I, Section 9, Clause 3; Apdxs-
E:1-10, AT WHICH TIME---

2. The 5th circuit Court not only confirmed, direc-
tly,the receipt of said perfected Evidentiary Doc-
uments supporting appellants' MOTION on appeal, as
well as confirming the said MOTION to be had under
advisement, by Court's order docketed on October 27,
2016--CAApdx-C ACCORDINGLY---

3. Notice-order dated January 5, 2017--Apdx-B-B(1);
mandate-order dated January 18, are, collectively,
moot as harmless orders, id. Writs of nonDelegabi-
lity-JurisdictionsPower, United States Constitution
and Statutes, Page-3, supra.

PART:B-1. Appellants, United States Government Comity-Government
of Democracy of/by/for We the people...ourposterity,James
Aggrey-Kweggyirr Arunga, Doreen H. Lee and all Allies of
the United States of America, filed their Class Action
in their CAPACITY consistent to nonDelegabilityWrits-
Power,Ordained... Established This Constitution and the
STATUTES' NATURE OF SUIT in concise short statement(s)
legislated delegating Class of Plaintiffs to cite CAUSES
for Subject Matter and present Federal Question(s) Ju-
risdictions against Defendants in their treasonous Capa-
city of operating and executing Cult Ochlocracy imperial
BGKKOLVFTRTYRBTScoutusFainaguings-Shadowgovernment USUR-
PATORYEXPULSIONSFUZES. TO WIT---

2. PlaintiffsAppellantsPetitioners imparted imperative the
required concise short Statutory and undisputable Subject
Matter for Federal Court Jurisdictions--Title18:241,1956-
1957 et-seq.; Title 28:2001 et seq;Apdx-E:1(page 1 of 40).

3. That, Ignacio-Roland, partyDemocratsSuperdelegates as ants'
eater's tongues full of hynas vexatious and spurious actions
acts and activities, by their own and in behalf of the Defe-
ndants, became,volitionally, SPECIAL COUNSEL for respondents
AppeleesDefendants, by communicating the Petitioners' 21st-
Century Class Action with DEFTS in Arizona stateAirport,SAID
discussed filing THREATS with political-financialtreasonous
finagling intentions to destroy plaintiffs with false accu-
sations and thereby obstruct Justice against plaintiffs.

CONTIN. **REASONS FOR GRANTING THE PETITION**

NONTHELESS, PLAINTIFFS IN THEIR COLLECTIVE LITIGATION ASSERT
THAT---

4   Barack Hussein Obama-Joseph "Joe" Robinette Biden et al are
agents of worldwide terrorists, aiding Iran and Iranians,
worldwide and national financing terrorists' attacks at
killings--Chris-Charles-Sean.
APPENDIXES-E:1-40 vs. APPENDIXES-F:1-26. THAT---

5.   Defendants Carter-Clintons-Obama-Biden;imperial cult party
Democratssuperdelegates treasonous acts actions activities
abandoned NationalCommonDefense--United States Military Surge,
United States RedlineAgreement,United States vetopower to the
Security Council of United Nations;for Existense of state of
Israel and all Allies of the United States of America;Id.

6.   Said defendants abandoned the Oaths Obligation that supports
the United States Comity-Government of Democracy of/by/for We;

7.   Said defts legislate their past immoral and illegal andro-
gynous sodomcarnalmental abnormalities' behaviors, under the
pretense of 1791-Bill of Rights;for same sex(androygynous)
marriagefinagling that Tribe-Schaber-Brown-Kennedy-Ginsburg,
and LGBHTQueers on wining for love finaglings;fitting Cltns'
oral-cigar onanism's--the absolute lacking of hetero-
sexual world of Adam-and-Eve the-We heterogenerational-propa
gational United States and all Allies of the United States of
America. Apdxs-E-1-40 vs. Appendixs-F:1-26.

8.   The Obama-Biden,90-obama-Bidencabinetmembers and partydemo-
cratssuperdelegates paidof by clintonsFoundation schemes
of kickbacks,bribesbriberies;foreignandnational money launder-
ings,under the pretenses of Clintons' unsecure private server,
emails and speechscandals, carried out by secretary of State
and secretaries of state recognized as Bill and Huma weiner
(In the United States Government's property, without officially,
government official duties'per se) are treasonous crimes that
plaintiffs raised in their Class Action against defendants.

9.   Said Defendants--- Obama-Biden-Reid-Cummings-Schiff-Feistein-
ClintonsDNCBrazSue-Clapper-Comey-Tortey-Olvera-and Scoutus,
do operate their personal businesses of Cult Ochlocracy;imperial
expulsions made of shadow government usurpatory-fuzes, CONTRARY
TO THE NONDELEGABILITY-JURISDICTIONSPOWER OF PRINCIPALS- OF PRI-
NCIPLES OF (a) 1620-Mayflower Compact; (b) 1774-First Contine-
ntal Delegation Congress;(c)---1775-Second Continental Delega-
tion;CgntheDeclaration OF INDEPENDENCE of 1776-Action of 2nd
Continental Congress; (e) 1787-1788 Federalist Prs,;(f) 1787-The
Constitution of the United States and (g) 1791-The Bill of Rights.

10.   PlaintiffsAppellants'PETITION FOR WRIT OF CERTIORARI should issue
11,   ISSUED
12.   AGAINST DEFENDANTSAPPELLEESRESPONDENTS AND THEIR CULT-OCHLOCRACY
TREASONOUS SHADOW GOVERNMENT COMPOSITE USURPATORY EXPULSIONS
FUZES OF THEIR PAST AND CONCURRENT 20+YEARS, AIMED AT OVERTHROWING
AND DIMINISHING UNITED STATES GOVERNMENT OF DEMOCRACY OF/BY/FOR

CONTIN· REASONS FOR GRANTING THE PETITION

WE THE PEOPLE...OURPOSTERITY,JAMES AGGREY-KWEGGYIRR ARUNGA
DOREEN H. LEE AND ALL ALLIES OF THE UNITED STATES OF
AMERICA.Questions presented,page-ii;supra;PartyPlaintiffs,
The Doctrine of Dougal$_1$v. NYC(for PlntffsClassAction);Party-
Defendants,The Doctrines of Ciralsky/Idlewildcases;pages iii
& v,supra--class of defts sued.ENUMERATING RELIEFS,ACCORDINGLY--

4-1:Petitioners move this Court to grant them their PETITION FOR WRIT
OF CERTIORARI. AND VACATE DC AND CA OPINION(S) AND ORDERS BELOW.
  2:Petitioners request this Court to remand case  for JURYTRIALS
with permission to amend to include partydefendants that have
surfaced in their deftstreasonous capacities of said usurpa-
tory expulsions-fuzes against United States Government et al.
Petitioners rquest this Court to remand their LITIGATION to
be presided by the Hon.Andrew  Hanen, the DCJudge in 5th Circuit.
***3:That Court acquired Jurisdiction declare superdelegates C.Cortez,
Masto, K.Harris,M.Hassan,Chris van Hollen partDemocrats are in-
eligible  for  U.S.Congressional Seats.    To wit,December
2016-U.S.Congress set aside 230-ElectoralCollege'sSperdelages.

CONCLUSION

WHEREFOR, ON MERITS PERUSED IN CONSISTENT WITH (a)Pages i-8 of the
Petition for Certiorari;(b)Appendixes-CAC;E:1-40 vs. Appendixes-CAA-
CAB & B(1);  F:1-26; Writs of nonDelegabilityJurisdictionsPower,
Constitution,Statutes,Cases involved--Pages iv-v,3,supra;Appendixes-
E:1 of 40;E:3-5,E:8-10,E:13,E:15-40 of 40,PlaintiffsPetitioners pray
The petition for a writ of certiorari should be granted· AGAINST DefendantsRespondents
accordingly,id.Arunga v.NYC,--FedSupp--;Bender case,475 U.S.534;Dougall
v.Sugarma,413 U.S.643;Johnson case,862 F.2d 975;Ciralsky v. CIA 355 F.3d
661;Haines v. Kerner,404 U.S. 519;Idlewild v.CIA, 370 U.S. 713;Robert
Norse v. SantaCruzCityCouncil--U.S.---;Vicocase,657F.2d756;U.S. v. Lo
vett, 328 U.S. 303;Vare Doctrine,Congressional Quarterly's Guide Pgs
695-696.CA,MASS,WA,HI and 9thCA lack nonDelegabilityJurisdictionsWrits
Power to deny U.S.CommonDefense National Security bestowed upon U.S.
Commander-in-Chief--Donal Trump,from making U.S.Comity-GovernmntSAFE,IA.

Respectfully submitted as dated on the 27th day of March,2017

-----------  As  -----------
JAMES AGGREY-KWEGGYIRR ARUNGA
Pro se

ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

----------------------------------------------------
***PartyDemocratsSuperdelegates aspartDemocrats paidoffElectors
to massout fraudulentpopulous contortively voting turn-out for
ElectoralCollege's Count, were set aside as ACTUAL FRAUDS that
are under Congessional Justice and this 21st-Century Judicial
Scrutiny that Vare Doctrine FINDS,RETROACTIVELY, INEDIGIBLE the
partydefts who in November 2016 ran for Congressional seats in
the House and Senate

8.

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 16-41077

---

JAMES AGGREY-KWEGGYIR ARUNGA, and all Other Allies of the United States of America, Similarly Situated,

        Plaintiff - Appellant

v.

BARACK HUSSEIN OBAMA, 7+years Imperial Administrations and Expulsions Fuzes of President Barack Hussein Obama and Vice President "Joe" Biden; JOSEPH "JOE" BIDEN, 7+years Imperial Administrations and Expulsions Fuzes of President Barack Hussein Obama and Vice President Joseph "Joe" Biden; S. BREYER, Scoutus Dictum Expulsion Fainaiguing Fuzes; R. B. GINSBURG, Scoutus Dictum Expulsion Fainaiguing Fuzes; E. KAGAN, Scoutus Dictum Expulsion Fainaiguing Fuzes; A. M. KENNEDY, Scoutus Dictum Expulsion Fainaiguing Fuzes; AMERICAN CIVIL LIBERTY UNION (ACLU)/LYNCH & GUPTA, Special Counsel; BAGNIO OF LGBT HOMOSEXUAL STATE-CLAN; CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY; RodhamClinton Populous Presidential Primary Paid Off Election-Expulsion/Stateswide Wins as Moot, Null and Void Fuzes,

        Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

      Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 18, 2017, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

                               CAAppendix-A.

We received your letter dated 12/28/16 _____  16-41077 . We will not return your letter.

☐ You must send your document to the Clerk of the U.S. District   Court.

☐ You must send your document to the Clerk of the U.S. Supreme   Court.

☐ A copy of the court rules requires a self-addressed stamped envelope with $_____ postage attached.

☒ Pursuant to the 11/28/16 "briefing" notice, Status appellant's brief is due 1/9/17. This appeal is not dismissed at this time. Please comply with the briefing notice. Also, all filings by you can not be handwritten, they must be typed.

/gw/ 1/5/17

CAAppendix-B

No. _____

RECEIVED

APR 09 2017

CHAMBERS OF
Rolando Olvera

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

JAMES AGGREY-KWEYGGIRR ARUNGA—PETITIONER
(Your Name)

VS.

BARACK HUSSEIN OBAMA ET AL — RESPONDENT(S)

**PROOF OF SERVICE**

I, _____James A-K Arunga_____, do swear or declare that on this date,
_____th day of March____, 20___, as required by Supreme Court Rule 29 I have
served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding
or that party's counsel, and on every other person required to be served, by depositing
an envelope containing the above documents in the United States mail properly addressed
to each of them and with first-class postage prepaid, or by delivery to a third-party
commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:
Rolando Olvera, Ignacio Torteya,III, Olvera & Torteya,III Chambers
U.S.D.C.BUILDING, 600 E.Harrison Street, Rm. 101,Brownsville, TX
78520;

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 27 th day of March_____, 20___

_____
(Signature)

1 of 1

No. _____

IN THE

SUPREME COURT OF THE UNITED STATES

JAMES AGGREY-KWEGGYIRR ARUNGA — PETITIONER
(Your Name)

VS.

BARACK HUSSEIN OBAMA ET AL — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

Please check the appropriate boxes:

☒ Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

United States Court of Appeals,Fifth Circuit; United States District Court, For The Southern District Of Texas,Brownsvillage Division

☐ Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

☒ Petitioner's affidavit or declaration in support of this motion is attached hereto.

☐ Petitioner's affidavit or declaration is **not** attached because the court below appointed counsel in the current proceeding, and:

☐ The appointment was made under the following provision of law: _____
_____, or

☐ a copy of the order of appointment is appended.

_____
(Signature)

UNITED STATES POSTAGE
PITNEY BOWES

$ 00.34⁰
02 1R
0002098670    JAN 06 2017
MAILED FROM ZIP CODE 70130

CLERK
NEW ORLEANS
U.S. Court of Appeals
600 S. Maestri Place JAN 17
New Orleans, LA 70130

Mr. James Aggrey-Kwegyir Arunga
P.O. Box 11521
Eugene, OR 97440-3721

CCAppendix-B(1)

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 27, 2016

Mr. James Aggrey-Kweggyir Arunga
P.O. Box 11521
Eugene, OR 97440-3721

No. 16-41077   United States Government v. Barack Obama, et al
              USDC No. 1:16-CV-119

Dear Mr. Arunga,

We have docketed your appeal.  You should use the number listed above on all future correspondence.

**You should carefully read the following sections**

Filings in this court are governed strictly by the Federal Rules of Appellate Procedure, <u>**NOT**</u> the Federal Rules of Civil Procedure. We cannot accept motions submitted under the Federal Rules of Civil Procedure.  We can address only those documents the court directs you to file, or motion filed under the FED R. APP. P.  in support of the appeal.  See FED R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

Your motion to proceed IFP is pending in the district court.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By:  /s/_____
                          J. deMontluzin, Deputy Clerk

cc:  Mr. David J. Bradley

                    *C*A Appendix-C

NO-----------------------------

IN THE UNITED STATES SUPREME COURT/SUP.COURT
OF THE UNITED STATES,WASHINGTON D.C.   20543


ARUNGA,ET.AL,PETITIONER(S)
VS.
OBAMA-BIDEN ET AL,RESPNDTS

----------------------------

------------------


APPENDIXES-E:1-40.

APPENDIXES-F:1-26.

United States District Court
Southern District of Texas

**ENTERED**

June 14, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, et. al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:16-cv-119 |
| BARACK HUSSEIN OBAMA, et al., Defendants. | § § § § | |

## ORDER TO SHOW CAUSE

The Court is in receipt of Plaintiffs' complaint, which was filed by James Aggrey-Kweggyir Arunga (hereinafter "Mr. Arunga") on June 10, 2016.[1] On the face of the complaint, multiple grounds could exist for dismissal under Rule 12(b) of the Federal Rules of Civil Procedure for failing to comply with Rule 8 and 9 of the same. For example, Plaintiffs fail to articulate a justiciable claim in the complaint. Further, there exists no reason to believe that the Court has subject matter or personal jurisdiction to entertain the allegations contained within the complaint. Plaintiffs are hereby given NOTICE that the Court has identified issues fatal to the cause of action and are ORDERED to show cause within 21 days as to why the complaint should not be dismissed and summons be issued.

Signed on this 14th day of June, 2016.

Ignacio Torteya, III
United States Magistrate Judge

DCAppendix-A

---

[1] The complaint includes multiple government entity plaintiffs whom are reportedly represented by Mr. Arunga. Mr. Arunga seemingly is neither a lawyer nor affiliated with the government in any capacity. The Court advises Mr. Arunga that impersonating an officer or employee of the United States government, as well as the unauthorized practice of law, are punishable offenses.

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS : U.S.GOVERNMENT--THE COMITY GOVERNMENT OF DEMOCRACY OF/BY/FOR WE THE PEOPLE:JUS HETERO GENERATIONAL POSTERITY-JAMES A-K ARUNGA ET AL.

**DEFENDANTS :** BARACK HUSSEIN OBAMA,JOSEPH "JOE" BIDEN & IMPERIAL ADMINISTRATIONS; AND, SCOTUS EXPULSION FUZES OF BREYER, GINSBURG,KAGAN,KENNEDY ET AL.

(b) County of Residence of First Listed Plaintiff

County of Residence of First Listed Defendant  WASHINGTON,D.C

*(EXCEPT IN U.S. PLAINTIFF CASES)*

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE :  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

JAMES AGGREY-KWEGGYIRR ARUNGA PRO SE, ARUNGA & LEE, POST OFFICE BOX 11521, EUGENE, OR 97440-3721

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question *(U.S. Government Not a Party)*

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
☐ 625 Drug Related Seizure of Property 21 USC 881
☒ 690 Other

U.S.Const., Article III,U.S.Supreme Court Rule 18/R.C.P.,28: 2101 etseq.U.S.C.A.18,RICOForfeiture:

18:241,1956-57 et seq.

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☒ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* PREAMBLEPROVISIONS-BILL OF RIGHTS GRANDEUR STANDING PEREMPTORY-WRIT,DEHORS:U.S.CONST.,ARTICLE III;AMENDMENTS I,VII,IX&XI;U.S.SUPREME COURT RULE 18,USCA28:2101 etseq.R.C.P., RULES 9, 19, 23,55(14).

Brief description of cause: B.H.Obama-J.R.Biden,Agents of Worldwide Terrorists & Obama-Biden Imperial Administrations,Agencies,aiding enemies WHO;

Declared WARS against United States Government and American Allies.  Title18:241,1956-

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $150.00+Billion:ClintonInc ForeignBribes & Kerry-Iran NuclearDealBriberySanctions.

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE  U.S.CA,5THCIRCUIT   DOCKET NO.15-40238

HONORABLE ANDREW S. HANEN,U.S.DCJDG,S.D.TX.

DATE  June 07, 2016

SIGNATURE OF ATTORNEY OF RECORD

APDX-E:1 OF40.

FOR OFFICE USE ONLY

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOTICE OF CASE FILING

Date Case filed:     6/9/2016

Style of Case:     United States Government, et al.
v.
Barack Hussein Obama, et al.

Case number:     1:16−cv−00119

District Judge assigned:     Judge Rolando Olvera

Magistrate Judge assigned:     Magistrate Judge Ignacio Torteya, III

Nature of Claim:     Complaint NOS 690

**Your case has been filed as a Complaint.**

*Please write or type the civil action number on the front of all letters and documents.
Address all mail to:*

United States District Clerk's Office
600 E. Harrison Street, Rm. 101
Brownsville, TX 78520

*The case will be handled in the ordinary course of the Court's work. Writing to the
Court to ask about your case will only SLOW the process.*

Date: June 10, 2016

David J. Bradley, Clerk

By: Balvina Campos, Deputy Clerk

APPENDIX-E: 2 OF 40.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES GOVERNMENT ET AL
Plaintiffs

v.

BARACK HUSSEIN OBAMA ET AL
Defendants

ARUNGA'S LEGAL INSTRUMENT IMPARTING SPECIFIC
STATUTORY AND CONSTITUTIONAL
AFFIRMATIVE DEFENSES FOR CAUSE ON MERITS
PLEADS,

(a) In consistent with required JURISDICTION of defined Federal

Rules of Civil Procedure, Rule 8(a)(1)--Pro se Complaint: Pa-

ges i-ii; Pages 1-2.   Exhibits, Pages A, A-1, A-2, A-3, A-4,

A-4(a),A-4(b), A-4(c), A-4(d), A-4(e), A-4(f), A-4(g), A-4(h)

and A-4(i); also Exhibits A-20, A-21, A-22 and A-23--Court's

waiverORDER in linear of Pro se'S Complaint filed as granted.

Inter alia, vexatious maundering Appendix 23 is moot as delu-

sional:lacking prudence on merits and precedents,ipso-selah.

(b) Pro se's Complaint with legal existence,   in consistent with

required JURISDICTIONS of defined Federal Rules of Civil Pro-

cedure, Rules 9(a)(1)(C), 9(b)-(g) and 10(c) at Law and Fact,

deems justified litigation against designated defendants--

Barack Hussein Obama et al and Obama-Biden Imperial Admini-

strations' Expulsion Directives'-Fuzes. Id.

(c) About,denying issuance of SUMMONS to pro se's filed Complaint

based on maundering delusions and Footnote-1 of Appendix-23,

amounts   to  heinous vexations fabricated by magistatelawyer.Thus

June 14,2016 ORDER is rejected emphatically by Arunga--a well

educated Legal Scholar.   To wit, Appendixes 1,2, 8, 9, 12,

13, 14, 15,16, 17, 18; and APPENDIXES 23(a)-23(c) forum dipict magistrate's lawyers; and,that neither said nihilists nor Torteya will intimidate Pro se Arunga from exercising his afforded due-equal Rights of AmericanJurisprudence.A single magistratejudge now has mysterious "punishable offenses"upon which said magistrate has jurisdiction against Arunga.Nobody is preventing Torteya from empanelling criminal jury trial to proceed against James Aggrey-Kweggyirr Arunga--naturally born gifted special CHILD of KenyaHebrews; SabbathianChristian; do not believe in criming/crimes,civil violations nor believes in liars;will not be intimidated by organized-criminals nor "Defendants delusional "Don't-Say-Don'tTell finaglings". Pro se does not believe in immoralities and toxics buddybodies-- Appndx-to re-operate another onanist bagnio of CarnalBeha-viorAndrogynous mental abnormalities for con-OBAMACARELEGACY.

(d) I, James Aggrey-Kweggyirr Arunga and pro se in D.C.Case No. 1:16-cv-119, declare under penalty of perjury that I am exe-cuting this instrument in deemed honesty,according to the best and truthfully defined the Rights of AmericanJurispru-dence--a-c, Supra; and,in consistent with Federal Rules of Civil Procedure designated, id; in consistent with USCA18:241 1956-57; USCA28:2101(b)/Spm.Court Rule18; Amendments I, VII, IX,XIV(1); Article I Section 8, Clause 10; Section 9, Clause 3; Article III, Section 2-3; Article VI--Supreme Law of the Land/September 1787-December 1791 Di-Writ Arunga v. NYC, ___FedSupp___(Pro se is Legal Scholar on MERITS).Peruse The Constitution of United States of America, Johnny H. Killian and Leland E. Beck(edtrs)/Library of Congress-U.S.Govt. Prtng 1987, Pages 1-915 et seq; Complaint, Pages i-ii, 1-2; 9-10; 13-18;Exhibits A, A-4(R), A-4(i), A-5 through A-20 and A-21.

APPENDIX-E: 4 OF 40.

(e) Denying Pro se issuance of SUMMONS to his filed Complaint,

said DENIAL empanels dichotomus **vexations**, U.S. V.Lovett, 328U.S.303 :

1. denies the Constitutionality--PrincipalAuthority, per

curam,September 1787-Convention's Manifest intactRegard

PreambleProvisions, Dehors;

2. denies the Constitutionality--RatificationPower, per

December 1791--Bill of Rights Convention.See Grandeur

Standing in jointenactment of 1791-Amendment I,Judicial

Right to be Heard; Amendment VI, Judicial Speedy Trial;

$20.00+ Right for Judicial Jurisdiction in consistent with

FRCP, Rule 8(a)(1)(Complaint:Exhibits A, A-4(h), A-4(i),

A-20,Amendment VII,1868-Amendment XIV Due Process and Equa

Equal Protection of Law(DichotomyWrit/Supreme Law of the

Land).Complaint, Pages 13-18.Norse v. SCCC,__U S.__.

Accordingly, Magistrate's ORDER of June 14, 2016 is cult

Ochlocracy in consistent with Imperial Expulsion Judicial

Fainaiguings-Fuzes rejected as unAmerican and banned at-

tainder targeting to destroy Pro se Arunga and indispensa-

ble partyPlaintiffs, similarly, situated.Complaint, Page 4.

CATEGORICALLY, Appeal from United States District Court,

Southern District of Texas, Brownsville Division,is NOTICED

in consistent with required statutory USCA28: 2101(b)

causality and as per Supreme Court Rule 18, Article III,

Sections 1-2, Clauses 2-3 and Section 2,Clause3 et seq--

Article VI, Clause 2; also, Article I, Section 8,Clause

10 and Section 9, Clause 3, against Designated Defendants.

Marquez v. Hardin, 339 F.Supp 1364; DOUGALL V. Sugarman

339 F.Supp 906/413 U.S.643(1973); Arunga v.NYC, ___F.Supp--

Vigon Case, 657 F.2d 768; Johnson Case, 862 F.2d 975;

Lynch Case, 405U.S.538; Bender Case, 475 U.S.534.

U.S. v.Lovetts, 328 u.s. 303, Norse v. SCCC, __U.S.

WHEREFOR, Pro se and indispensable party Plaintiffs are entitled to JUDICIAL HEARING, under Article III Jurisdiction and consistent with Supreme Law of the Land(DichotomyWrit--Septmber 1787-December 1791--Dehors). That, NOTICE FOR DIRECT APPEAL TO U.S.Court of Appeals,5thCr. is hereby,filed in the United States District Court, Southern District of Texas,timely, the within 30-days; and that complete D.C. File--Case No. 1:16-cv-119,inclu-ding Docket sheet and all other communications in variegated forms pertaining to plaintiffs' filed Complaint of above designated D.C number are designated to be perfected /forwarded to the United States Court of Appeals, Fifth Circuit,New Orleans,LA.

DIRECT APPEAL IS SO NOTICED AND DOCUMENTS FOR DIRECT APPEAL ARE DESIGNATED TO THE CLERK'S OFFICE.

Respectfully noticed on June 20,2016,by:

JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR, Pro se**

ARUNGA AND LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721.

---

**Note; Barack Hussein Obama, William Jefferson-Hillary D.Rodham Clinton, and Obama-Biden Imperial Administrations do not have Lawyers in the United States to defend them in this; heard by jury either as civil or criminal case,by single magistrate Ignacio Torteya, the whim, appearing for the Designated Defendants.The Bible does not lie--Romans 8:13-39.Mr.Magistrate, don't backoff from filing a criminal Action, based on your"idenified issues fatal, punisha-ble offenses(that-1)'".

Distributed--CIADirector,Hon.Brennan;FBIDirector,Hon.James Comey; Hon.Charles Grassley,Chair SenateJudcry Committee;Hon.Michael McCaul, House Chair on Intgnc.;Hon.Lindsey Graham, Great Senator for S.C;Hon.Chief Justice, State of Texas;Rev.Billy Graham(long time Friend and greatSpiritualLeader), we met in Shaurimoyo Park to hear the SPOKEN WORD, in Nairobi,Kenya, in 50's;U.N.Human Rights Commission; OAU; ICC;Kelly's FILE; Register Guard for National NewsMedia,Kenya National; BBC; AND THE BUSH FAMILY.

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINIT T
AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS; KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT.
MZEE KAGWA ARUNGANGOTA SAKWASAKWA-AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN --- A SERVANT OF THE LORD
KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT
TO SERVE HIS CONCERNED MINISTRY, CALL TO INNOCENT POSTERITY, IN THEIR NEEDS.
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD - KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 11521, EUGENE, OR 97440 - 3721.

D.C. CASE NO. 1:16-cv-119

IN THE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

THE DESIGNATED DOCUMENTS TO THE FIFTH CIRCUIT
COURT OF APPEALS REQUESTED, TO INCLUDE COMPLE-
TE DOCKET SHEET FILE OF FILED COMPLAINT, AND ALL
COMMUNICATED INSTRUMENTS TO/FROM..., COMMUNICATED
BY EMAIL, TELEPHONE, AIRLINES TO BE PERFECTED AND
FORWARDED TO THE UNITED STATES COURT OF APPEALS.

UNITED STATES GOVERNMENT ET AL
Plaintiffs-Appellants

v.

BARACK HUSSEIN OBAMA ET AL
Defendants-Appellees

1/
NOTICE FOR THE

DIRECT APPEAL FROM UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

JAMES AGGREY-KWEGGYIRR ARUNGA
LEGAL SCHOLAR, Pro se
ARUNGA & LEE
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

1/ Original filed before July 5, 2016.

THE QUESTION(S) PRESENTED INVOKE
ABSOLUTE DICHOTOMY OF IUSDEHORS
THAT:

(1) Constitutionality DEFINING Principal is Authority that
accomplished, per curam, the September 1787-Manifest
Regard PreamblePrevisions of/by/forWE the people.

(2) Constitutionality DEFINING Ratification is the POWER that
WE are all in this for ourselves and our POSTERITY in
One Bill of Rights, in consistent with September 1787-WRIT
enacting Grandeur Standing Rights effecting the 1791-
Amendment I; Amendment VI; Amendment VII; and 1868-Amendment
XIV of the Supreme Law of the Land--1787-1791--DichotomyWrit.

(3) Article I, Section 9, Clause3 protects WE-people of United
States Government from vexatious imperial cultOchlocracy in
that people's due process and equal Protection of the LAW
are indefinite. 1791-Amendments I and 1868-Amendment XIV.

(4)(a) Pro se moves this Fifth Circuit Court of appeals, to vacate
June 14, 2016 ORDER of the magistrate Ignacio Torteya, the
third, as unjudicial proceeding and not active in the
United States Government, the linearly found entity of
Comity-Government of Democracy of/by/for WE, et al, Pro se
petitioner and indispensable partypetitioners. Id.

(4)(b) Court is further moved to direct the United States District
Court, Southern District of Texas, Magistrate Ignacio Torteya
to issue SUMMONS to the filed Complaint, filed and docketed
on June 10,2016. Id.

(4)(c) Court is, also, prayed to issue ORDER for impenneling jury

either for civil or criminal(magistrate seems to have found)
jurisdictional         subject matter against this respected
pro se Arunga who is ready for  jury trial, right now, against
designated defendants. 1791-Amendments I, VIand 1868-Amendment XIV
4)(d) Court is requested to give the benefits of fairness to Obama's clan
to agree to come and have an open hearing to show the jury and
others, how  pro se has owed and continue to owe Obama's
imperial cultochracy some money in overpayments, delusional
inhuman claim(s) and disrespecting 78-moralyears' of Pro se.
Invidiousinsidious adumbrations' of Clintons involved in death-
plot of an American innocent child, Bengazi ambassador, and Obama-
Clintons obstructing  justice are going nowhere, for they are found
guilt in their hands,mind, and their political-financial fina-
glings.  Pro se has a right to be heard on that note. Id.

Pro se petitioner(s) request(s) the honorable assigned Appeals Court
For the Fifth Circuit,      to grant pro se and indispensable
partypetitioners their petition.Amendments I, VI, VII and XIV.
Respectfully submitted on the Rights of the American Jurisprudence
and on the MERITS:  The Documentary History of History of Ratific-
cation of the Constitutional Documents and Record 1776-1787, Merill
Jensen and John Kaminski;Ratification, The People Debate the Consti-
tution, 1787--1788, Pauline Maier; Origins of the Bill of Rights,
Leonard Levy; MORE PERFECT UNION, William Peter; THE CITIZENS'S
CONSTITUTION, Seth Lipsky; THE CONSTITUTION, Joseph Welch;The Con-
stitution of  United States of America, Johnny H. Killian and Le-
land E. Beck(Edtrs) .  Also, Norse v. Santa Cruz City Council,
U.S. _____ ; U.S. v. Lovett, 328 U.S. 303; Lynch v. Household
Finance, 405 U.S. 538; Dougall v. Sugarman, 339F.Supp906/413 U.S.
643; Bender Case, 475 U.S. 534; Marquez v Hrdin, 339F.Supp 364;

<u>Vico</u> Case , 657 F.2d 768; <u>Johnson "A"</u> Case, 862 F.2d 975;

<u>James Aggrey-Kweggyirr Arunga Case</u> v. <u>New York City</u> _____

F.Supp_____.

                 Respectfully Submitted on July 11, 2016.

                 by:_____
                   JAMES AGGREY-KWEGGYIRR ARUNGA
                   LEGAL SCHOLAR, Pro se

                   ARUNGA & LEE
                   POST OFFICE BOX 11521
                   EUGENE, OR 97440-3721

APPENDIX-E: 10 OF 40

No. C.A.16-41077

EXPARTE MOTION-PETITION FOR
ARTICLE I, SECTION 9 ,
CLAUSE 3-JURISDICTIONAL
PEREMPTORY WRIT,DEHORS.
IN THE

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

DIRECT APPEALS DIVISION

JAMES AGGREY-KWEGGYIRR ARUNGA,INDISPENSABLE PARTY--
UNITED STATES GOVERNMENTETALPETITIONER
(Your Name)

vs.

BARACK HUSSEIN OBAMA ET AL — RESPONDENT(S)

ON PETITION FOR ARTICLE I, SECTION 9,
CLAUSE 3 WRIT,DEHORS

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS
(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR ARTICLE I, SECTION 9,
CLAUSE 3-PEREMPTORY WRIT, DEHORS.

JAMES AGGREY-KWEGGYIRR ARUNGA, Legal Scholar, Pro se
(Your Name)

POST OFFICE BOX 11521,
(Address)

EUGENE, OREGON 97440-3721
(City, State, Zip Code)

NONE(POOR TO AFFORD ONE)
(Phone Number)

APPENDIX-E: 11 OF 40

No. C.A. 16-41077

EXPARTE MOTION-PETITION FOR
ARTICLE-I, SECTION-19 ,
CLAUSE-3-JURISDICTIONAL
PEREMPTORY WRIT,DEHORS.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

DIRECT APPEALS DIVISION

UNITED STATES GOVERNMENT ET AL
Petitioners-Plaintiffs

V.

BARACK HUSSEIN OBAMA ET AL
Respondents-Defendants

NOTICE OF AND PETITIONING PLAINTIFFS' OBJECTION
TO APPENDIX A-25--REPORT AND RECOMMENDATION, BY
ONE SINGLE DEFTS'SPECIALCOUNSEL,IGNACIO TORTEYA.

RE: EXHIBIT A-23: As attached must be perused as Notice of case
filing of D.C.No.1:16-C-119 acknowledging proceeding
without filing fees and other costs of 21stCenturyClas-
s ActionLawsuit,D.C.1:16-cv-00119,dated 06/09/2016.

RE: APPENDIX A-23: As attached is ORDER TO SHOW CAUSE as obstru-
ction of justice expulsion fuse, by magistrate-SpecialCounsel,
TORTEYA,III, for Obama et al, dated June 14, 2016; lacking edu-
cated judicial merits except to intimidate petitioning VICTIMS.

RE: APPENDIX A-25'As attached is rejected-objected to asnothing but
by a 1974-born obstructionist of jusctice, lawyer for illegally
organized criminals that occupy United States Government et al
property bycorrupt-delusional-imperial usurpatory-political-fi-
nancial FINAGLINGS dated 08/31/2016,Ref. A-25, by Tortoya et al.

WHEREFORE,PETITIONING Plaintiffs amend and delete Donald Trump,
from this proceeding as previously listed partydefendant;and list
Ignacio Tortoya,III as amended partydefendant in D.C.No.1:16-cv-119
C.A.No.16-41077 to issue EQUITABLE ESTOPPEL QUESTION FOR WRIT OF
NONDELEGABILITY-JURISDICTIONPOWER BESTOWED UPON UNITED STATES GO-
VERNMENT LEGISLATURE,TO EXPEL,BY MAJORITYVOTE,OBAMA AND HIS IMPE-
RIAL USURPATORY-CULT OCHLOCRACY-CLAN FROM THE PROPERTY OF UNITED
STATES COMITY-GOVERNMENT OF DEMOCRACY OF/BY/FOR WE ET AL,VICTIMS.

Dated September 19, 2016, by
JAMES AGGREY-KWEGGYIRR ARUNGA

APPENDIX-E: 12 OF 40

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE HOLY TRIN AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS; KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT. MZEE KAGWA ARUNGANGOTA SAKWASAKWA, AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN — A SERVANT OF THE LC KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT TO SERVE HIS CONCERNED MINISTRY CALL TO INNOCENT POSTERITY, IN THEIR NEEDS. THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD · KENYA BENEVOLENT HUMANITARIAN POST OFFICE BOX · 11521, EUGENE, OR 97440 - 3721.

NO. C.A. 16-41077

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES GOVERNMENT ET AL
Petitioners-Plaintiffs

V.

BARACK HUSSEIN OBAMA ET AL.
Respondents-Defendants

AFFIDAVIT ON EQUITABLE ESTOPPEL JURISDICTION SUPPORTING 21ST CENTURY
CLASS ACTION LAWSUIT THE C.A.16-41077/D.C.1:16-cv-00119 OF PETITION-
ING VICTIMS--UNITED STATES GOVERNMENT,COMITY GOVERNMENT OF/BY/FOR WE

ON AFFIDAVIT: a). Arunga declares that a 10-page maundering gibbirish
marked and herein attached,Appendix A-25,is rejected
as moot and objected to as nothing;imparting contor-
tively concerted designed purjury, judicial finagling
in some form of spurious actions--threats and intimi-
dations employed by partydefendants and partyhired
SPECIALCOUNSEL, IGNACIO TORTEYA,III as amended deft
herein, to obstruct justice in this proceeding.

b). Thus,defendants-appellees are now on NOTICE that they,
retroactively,in 18-yearsof partydemocractsadministra-
tions and within 7+current years of Barack Hussein
Obama-Joseph Robenette Biden-Hillary Rodham/Rodham-
Clintons imperial administration(s), premeditated and
carried and continue to carry out Treasons'Actions,
national-international political-financial finaglings
in bribes,moneylaunderingschemes;corruptions,by illegally
operating businesses of corrupt conflicts;polltax/bri-
bing partydemocractsSUPERDELEGATES;nationalrigged
elections by primary fixed corruptions-elections;email/
damnemails scandals;private/privateserverscandals;
SCOUTUScorrupting dictum expulsionjudiciaryfinagling-
fuzes;Obama-Biden-Clintons delusionallegislative/impe-
rial-directives-fuzes. That, individually and colle-
ctively, separately and jointly, defendants and appe-
llees;and, joinder and mandatory joinder, intheir
premeditated capacities to carry-out and carried-out;
as currently-concurrently,continue carryingout GRIMINAL
ACTS;WHEREFORE, RICO-18;Sections 2-4; Sections16(a)-
(b);Section 18; Section 21; Sections 24(a)-25, Sections
33(a)-34; Sections 35(a)-(b); Sections37(a)-(b);Sec-
tions 201-203; Sections 205(a)(1)-2et seq.; including
Section 208(a); Section 209(a); Sections210-211;
and Section 216: ISSUE AND EXPEL Barack Hussein Obama
and his clandefendants-appellees, joint joinder and
collective mandatoryjoinder from the property and
from all functions of the United States Government and
the United States citizens and their friends--allies.
SEE ALSO RICO-Title 18: Section 5; Section 7(1) etseq;
Section 8;Sections 9(A) and 9(B); Sections24(b); Sec-
tions 241-242: Rights of petitioning PlaintiffsVictims
for their judicial reliefs. Id. ClassAction,Appendixes.

Cont-Page 2;
NO.C.A.16-41077/AFFIDAVIT ON
EQUITABLE ESTOPPEL JURISDICTION
IN SUPPORT OF PETITIONERS'CLASSACTION

c). Arunga, further declares that defendants William Jef-
ferson Clinton,Hillary Rodham and Hillary Rodham-
Clintons premeditated deathplots to be carried out in
the most heinous ways against VICTIMSof the Clintons'
criminal businessACTIONS AND ACTS a & b, Supra;The
Kelly File,FXNEWS.

d). Similarly, Arunga declares that 18 previous and 7+cur-
rent years of Carter-Clintons-Obama-Biden partydemocra-
tic administrations; partydemocratic SCOUTUS forum of
Ginsburg-Breyer-Kegan engaged and contortively conti-
nue to engage in unAmerican Government of Executive-
Judicial-and-ReidPoliticalLegislative and Financial
Fainalguings That,by defts imperial-dictum-corrupt
legislative expulsion FUZES, said defendants-appellees
have vexatiously managed to usurpate the United States
Government;The Comity-Government of Democracy of/by/for
We The People..Ourselves..OurPosterity;As Ordained Esta
blished The CONSTITUTION,held: criminal acts,ac-
tions activities treasons, against Petitioning Plain-
tiffsVictims--UNITED STATES GOVERNMENT ET AL,are banned
as CULT-IMPERIAL-OCHLOCRACY; and that partydefts- party-
democracts in their imperial usurpations,againstVICTIMS,
are moot,for defts -appellees abandoned United States
Military SURGE SECURITY AND SAFETY--Common Defense, bes-
towed upon United States President confirmed byUnited
States MajorityVote of the Legislature; Legal Estoppel
holds,defts Appells abandoned the OATHOBLIGATION that is
required to support The CONSTITUTION of United States
Government et al, Said defendants-appellees committed
and continue to commit heinous crimes against the United
States Government et al, to issue EQUITABLE ESTOPPEL
WRIT against defendants and against defendants' CRIMES.Id.
Acknowledging that they retain-possess-use unsecure(d).
PRIVATESERVER(S), in their corrupt businesses; as
employees and their associates working fulltime in
the Bill-Hillary Clintons'Foundation,Inc,as well
as in the United States Government Departments and Agency
as corrupt AGENTS,they as at appointedtime,Bill,Hil-
lary Clintons and their associates realized that Chris,
Sean,Charles stumbled into corrupt-businesses of Bill-
Hillary and ClintonsFoundation composite multiSCANDALS.THAT
THE SAID TRIO (Chris-Sean-Charles--THE INNOCENT AMERI-
CAN CHILDREN), wanted out of the Clintons'Foundation, for
TRIO hardly BELIEVED had been entrapped into HillaryBillCli-
ntons (Secretary of State-ex-United States President)
PRIVATESERVER FINAGLINGSCORRUPTIONS aiding worldwide
terrorists,to threaten,invade,attack and kill, heinously,
citizens and the allied friends of United States Gover-
nment. Id.

e). Denied U.S.Military Security that protects United States
Diplomats; denied access to the United States MadamSecretary,
intentionally;Led to the brutalterroristspathwaysand tunnels;

APPENDIX-E: 14 OF 40

Cont.--Page-3
NO.C.A.16-41077/AFFIDAVIT ON
EQUITABLE ESTOPPEL JURISDICTION
IN SUPPORT OF PETITIONERS'CLASSACTIO

TRIO'S REQUESTS FOR HELPFROMMADAMSECRETARY, WERE PUT ON HOLD UN-
ANSWERED; THEN, WERE DIRECTED TO SOME CYBER'S AGAENCY'S AGENTS
WITH INSTRUCTIONS TO RETAIN THEM IN THEIR MOST HIDDENWAYS, SUB-
JECT TO BE DESTROYED, BY ORDER FROM William Jefferson,Hillary
Rodham Clintons and Clintons' associates, who bymonitoring UN-
SECURE(D) PRIVATESERVER'S TECHS, SAID DEFENDANTS-APPELLEES LET
THE TERRORISTS HACK AND LISTEN TO THE ENTIRE BENGHAZI DEATHS-
PLOTS AGAINST CHRIS-SEAN-CHARLES TO TRIO HEINOUSEXECUTIONS,BY
TERRORISTS-HACKERS, INHERENTLY SUSPECTED AS "MOSLEM BROTHERS"
AND THEIR WORLDWIDE CONNECTED TERRORISTS. ID.

f). Meantime, Chris, Sean, Charles--"TRIO", were moved around,un-
aware of the pathways and tunnels occupied by Moslem Bro-
thers and their associates, around and onto Benghazi,until,the
innocent American CHILDREN--Chris-Sean, and Charles met their
death in FLAMES. DEFENDANTS-APPELLEES_THE CLINTONS AND
THEIR ASSOCIATES,CORDINATED AND ORCHESTRATED, to making sure
all the property the TRIO had on them or carrying with them,
including cellphones,computers,laptops;official and unoffi-
cial documents,phonecalls,emeils and damnemail messages to/from
the defendants were destroyed to ashes,leaving behind impos-
sible traceable evidence to salvage, unretievable! See
ClassAction, Appendixes; Kelly File(very reliable Compendium
kept by Megyn Kelly),FXNEWS.

g). Defendants-Appellees were aware of the Clintons,Clintons' asso-
ciates and their capable capacities of plans to destroy innoce-
nt people they disagree with or are not in support of the cor-
rupt delusional political and financial finaglings of William
Jefferson-Hillary Clintons/Rodham-Clinton associated CLAN com-
posite hate,contortive extortions,parjuries,justice Obstruction
and herecy. Thus, defendants- appelles are trapped into their
CORRUPTIONS...,emailscandals,polltax-Sperdelegates' primaryfixed
elections scandal,DNC and partydemocrats hackers associated with
MadamSecretary an 140+ foreignTRIPS for foregnset-up bribes-bri-
berySCANDALS,don'tsay-don'tTELLORAL-CIGAR BJGLOBALINTVE into
innocentwomenLOINS,WETTINGCIGARSFOR Bill-Hillary Clintons and
their associated defendants delussions' beliefs in inhuman CAR-
NALBEHAVIORISHANDROGYNOUS MENTAL ABNORMALITIES--homosexual
SODOMLEAKS/CULTIMPERIALOCHLOCRACY,A-PLANABORTIONPARENTHOOD. Thus,
Defendants-Appellees, in their corrupt-cult-usurpatory imperial
OCHLOCRACYAS UnAmerican do/would not issue in the United
States Government, The Comity-Government of Democracy of/by/for
We The people..Ourselves..OurPosterity and the Allies of the
United States of America. Peruse ORIGINAL JURISDICTION SUA SPONTE
OF NONDELEGABILITYPOWER BESTOWED UPON LEGISLATURE OF UNITED
STATES TO EXPEL DEFENDANTS-APPELLEES,IN THEIR OFFICIAL INVOLVE-
MENT OF IMPERIAL USURPATION AGAINST           COMMANDER IN CHIEF
MILITARY SURGE SECURITY AND SAFETY AND BY ABANDONING OATHOBLI-
GATION REQUIREMENT FOR SUPPORTING"THIS CONSTITUTION." Congres-

Cont- Page-4
NO.C.A.16-41077/AFFIDAViT ON EQUITABLE ESTOPPEL JURISDICTION
EQUITABLE ESTOPPEL JURISDICTION
IN SUPPORT OF PETITIONERS' CLASSACTION


-sional Quarterly's Guide To Congress,Fourth Edition, N.W.Wash-
ington, D.C. 20037, Pages 693-696--Vare.Corruption, expelled by
simple required vote of Congress. NONDELEGABILITY POWER OF LEG-
ISLATURE, for Original JURISDICTION, SUA SPONT, AGAINST DEFENDA-
NTSAPPELLEES, their cult ochlocracy and in their usurpatory IMPE-
RIALISM. CONSTITUTION OF THE UNITED STATES OF AMERICA, U.S.GOVER-
NMENT PRINTING OFFICE, WASHINGTON, D.C. 1987, Pages 69-71. To wit,
HouseSpeaker Ryan-President Pro Temp Hatch,on Original 2016-
DECLARED AND ESTABLISHED "NONDELEGABILITYPOWER JURISDICTION,clo-
thed with and bestowed upon the United States Legislature, are
authorized to impanel the 2016-Congress, within this instant time
of defendants-appellees chaotic partydemocrats usurpatory IMPE-
RIALISM OF CARTER-BILLCLINTONS-OBAMA-BIDEN-HILLARYCLINTONS-DNC
PARTYDEMOCRATIC CORRUPTIONS AND RESPONSIBLE OF FUNDING TERRORISTS,
TREASONS' ACTIONS,CRIMINAL MONEYLAUNDERINGSBRIBES-BRIBERY ACTIVI-
TIES, TERRORISTS' FINANCING,ATTACKS,THREATENING AND KILLING INNO-
CENT. PEOPLE, PARTYDEMOCRATS'INHUMAN, IMMORAL AND ILLEGAL PLAN-
ABORTIONS' PARENTHOOD; and, declare partydemocrats primary elec-
tors for partydemocrats running for November 8, 2016 House and Se-
nateseats, partydemocrats'Presidential presumptive and Presiden-
tial ticket NOMINEES,MOOT;AS THEIR CORRUPT PRIMARY ELECTIONS,PRE-
PAID-PREPLEDGED ELECTORS--SUPERDELEGATES, TO THEIR PREBIBED(POLL-
TAX) ELECTORAL COLLEGE, IN NATIONAL ELECTION, ARISE, COLLECTIVELY,
TO AMOUNTTO ACTUAL FRAUDS AND FORTIOR EVIDENCE EXISTING, THEN
AND, CONCURRENTLY CORRUPTIONS OF DEFENDANTS' plotted, perpetua
ted, orchestrated to undo the UNITED STATES GOVERMENT THE COMITY-
GOVERNMENT OF DEMOCRACY OF/BY/FOR WE ET AL INDISPENSABLE PARTYPE-
TITIONING PLAINTIFFS-APPELLANTS, similarly,situated as citizens
and allied friends of the United States of America.Affidavit a-g,
Supra; Notice of Petitioning Plaintiffs' Objectionto Appendix A-
25(Reptr & Recm. by one Ignacio Torteya,III, amendeddeft and
appearimg as SPECIALCOUNSEL for defendants-respondents-appellees
herein, this proceedings.Id.


In SUMMARY: United States Government et al United States indispe-
nsable petitioning partyPlaintiffs-Appellants, and their 21ST CE-
NTURY CLASSACTION LAWSUIT AND IN CONSISTENT BY THE PRINCIPALS OF
THEIR PRINCIPLES OF 1620-The Mayflower Compact; 1774-First Conti-
nental Delegation-Congress; 1775-Second Continental Delegation
Congress; 1776-The Declaration of Independence; 1787-1788-The Fe-
deralist Papers; 1787-The Constitution of The United States and
1791-The Bill of Rights, perfected their Said Legal Document on
every, available,existing and verifiedly verified fortior evi-
dence(Complaint attachments), establishing the partyplaintiffs,
in their assertive impartation prepared in quasi indigentPETITION
FORM, met JURISDICTIONS AGAINST STATUTORY BRIBES-BRIBERYSCANDALS-
$400.0+Millions/$1.3Billion; including defendants'swindling $104
three times and $112 due monthly to Arunga without one single
probable cause, except indispensable plaintiff Arunga disagrees
with Obama-Biden usurpatory imperial cultOchlocracy that has
divided every family, relative,citizen,allied friend and Demo-
cratic NATIONS, BY OBAMA-BIDEN-BILL AND HILLARY CLINTONS-CLINTONS

Cont.-Page-5
NO.C.A.16-41077/AFFIDAVIT ON
EQUITABLE ESTOPPEL JURISDICTION
IN SUPPORT OF PETITIONERS' CLASSACTION


Foundation/Bill-Hillary Global Initiative, composite corruptions, immoral homosexual Carnal Behaviorish Androgynous Gomorrean Sodomy, under the pretenses of HIV solutions, except promoting EBOLA-ZIKASZAK, by defendants; ORAL-CIGAR'S FORNICATIONS.

THIS HONORABLE COURT IS REQUESTED TO GRANT MOTION-PETITION filed in good faith, by and for Petitioning Plaintiffs, with accompanied RELIEFS that Petitioners-Appellants Plaintiffs requested. Id. Citizen's Almanac, United States Government Printing Office, Washington, D.C. 20402-0001, Pages 45-65.


Affidavit is executed in good faith, by United States Government et al indispensable partyplaintiffs-appellants, thereof, listed.

That said Affidavit's copy was mailed to one Ignacio Torteya, III, deft and SPECIAL COUNSEL of deftsrespondents.


Dated:  September 20, 2016, by: _____
                           JAMES AGGREY-KWEGGYIRR ARUNGA

                           ARUNGA & LEE
                           P.O.BOX 11521
                           EUGENE, OR 97440-3721


APPENDIX-E: 17 OF 40

USGETALICVPbOF12.    NONDELEGABILITY POWER INDICTMENT

THE TWENTY FIRST CENTURY
FROM THE JANUARY 2014-JANUARY 2017 UNITED STATES CONGRESS
NONDELEGABILITY POWER FOR SUA SPONTE JURISDICTION BESTOWED
UPON THE
UNITED STATES CONGRESS IN CONSISTENT WITH ACTION OF SECOND
CONTINENTAL CONGRESS, JULY 04, 1776, FOR U.S. OE AMERICA

```
(  ===============================================================  )
( UNITED STATES GOVERNMENT ET AL INDISPENSABLE CITIZENS AND     )
( ALLIED NATIONAL FRIENDS OF THE UNITED STATES OF AMERICA--     )
( CorrespondentsVictims                                         )
( versus                                                        )
( William Jefferson Clinton,Barack Hussein Obama,Hillary        )
( Rodham/RodhamClinton,Tim Kaine,Obama-Biden-Rodham-Clintons    )
( Harry Reid,DNC-PartyDemocrats-prepledged-prepaid SUPERDELE-   )
( GATES,PARTYDemocrats running for re-elections and or elect-   )
( ions for House and Senate SEATS;AND; REMNANTS OFTHE THEN.     )
( IMPERIAL TYRANNY OVER, AND USURPATION AGAINST THE UNITED STA- )
( TES COMITY-GOVERNMENT,BY CORRUPTIONS IN VARIEGATED FORMS OF   )
( CRIMES,RIGGING THE ELECTIONS,INCLUDING PARTYDEMOCRATS' INVES- )
( TIMENTS IN HAITIAN-JUJUVOODOO-OBAMASKENYANWITCHRAFTS AND PARTY)
( DEMOCRATS HAMAN-ZERESH TERRORISTS THREATS--                   )
( Respondents-UnsecurePrivateServerOfficialCorruptFinaglers.    )
(  ===============================================================  )
```

Designating instruments for this NONDELEGABILITY POWER SUA SPONT
JURISDICTION:
            A. WIKILEAKS Political-Financial Finaglings on ClintonsCrpts.
            B. The House, The Senate Hearings--Committees--
               On Ethics; Financial; Foreign Affairs; Ho-
               meland Security; Judiciary; Oversight and
               Government Reform(s);Rule and all others.

Dated, October 25, 2016, by: United States Government et al
                             indispensable citizens and all-
                             ied friends of the United States
                             of America--,Correspondents-Victims.

JAMES AGGREY-KWEGGYIRR ARUNGA&DOREEN H.LEE(GRANDDAUGHTERS)

JAMES A-K ARUNGA  A-K  ,ARUNGA & LEE
                       POST OFFICE BOX 11521
                       EUGENE, OR 97440-3721

APPENDIX-E: 18 OF 40



USGETALICVP:b OF 12    cont.i

THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001)

THE SEAL SABBATH-APPENDIX I.E.
OF
THE LORD

PROCEEDING NOTICE OF AND SUA SPONTE JURISDICTION
FOR WRIT OF NONDELEGABILITY POWER
BESTOWED UPON THE
JANUARY 2014-JANUARY2017  UNITED STATES HOUSE-SENATE CONGRESS
THE TWENTY FIRST CENTURY

CONSTITUTION'S DESIGNATED PRESIDING OFFICIALS:
HON.  UNITED STATES HOUSESPEAKER--PAUL RYAN
HON.  UNITED STATES SENATE PRO TEM--ORRIN HATCH

VERDICT BY:  MAJORITY(SUM OF HOUSE AND SENATE COUNTED VOTES)
CONSISTENT WITH CONSTITUTIONALITY OF VARE DOCT-
RINE,  Congressional Quarterly's Guide Congress,
Fourth Edition, Washington, D.C. 20037, Pages 695-
696.  To wit, PartyDemocrats, officials and or non
officials, who ran for re-election for presidential
and vicepresidential office(s) in November, 2012;Or,
PartyDemocrats, officials and or non-officials, who
ran for House  and Senate election/re-election seats
in November 2012-2014; Or, PartyDemocracts presump-
tive presidential nominee and partydemocrats presiden-
tial and vicepresidential nominees' Ticket of Hil-
lary Rodham/RodhamClinton and Tim Kaine, who are cur-
rently running, on November 08, 2016, for the of-
fice(s) of the United States Government, Executive
Branch, are declared, retroactively-concurrently and
currently-indefinitely, ineligible; that, PartyDemo-
crats the then, their elections-re-elections for of-
ficial presidential vicepresidential office(s) or,
their election-re-election for House and Senate are
declared invalid, retroactively-concurrently and
currently-indefinitely; further that, PartyDemocrats
in their current, concurrently, primary election's
electors, electoral prepledged delegates'count,or
electoral prepledged SUPERDELEGATES(POLLTAXED)fixed
count for  Hillary D. Rodham/Rodham-Clinton and Tim
Kaine presidencyvicepresidency and president-elect,
similarly, vicepresident-elect are,collectively, de-
clared  moot as invalid as are found ineligible,FOR:



OBAMA-CLINTONS sold USNationalsecurity to USEnemies--Russia,Iran:
Thus, "delegata potestas non potest delegari", "applicable to the
Constitution,"the comity-government"bestowed upon the "Congress"
authorizes the "Nondelegability power" against crruptions,against
concertingClan of contortive and corrupt partydemocrats, from being
sworn in the United States Government offices, because said Demo-
crats' involvements in found corruptions of variegated criminal
forms, partyrespondentsdemocrats committed against the United States
Government.  Id.  Constitution of the United States,U.S.Govt.Prnt.
Office, Washington, D.C.1987, Pages 69-71; Citizen"s Almanac,U.S.
Govt.Prnt., Washington, D.C.1620-The May Flower Compact, Pages 46-
47; 1776-The Declaration of Independence, Page 48-54; 1787-1788-
The Federalist Papers, Pages 55-57; 1787-The Constitution of The
United States , Pages 58-59; and, 1791-The Bill of Rights, Page 60.
SEE THE ATTACHED EXHIBIT A & B.

NO. C.A. 16-41077

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES GOVERNMENT ET AL indispensable
Plaintiffs, similarly, situated--,
Petitioners-Appellants

V.

BARACK HUSSEIN OBAMA ET AL onenamedjoinderTor-
teya,等等, twonamedmandatoryjoinderOlvera--Defts,
similarly, situated--,
Respondents-Appellees

NOTICE FOR AND APPELLUM DE FELONIA-AGAINST-
RESPONDENTS-APPELLEES,SIMILARLY, _ SITUATED

There is self delusioned imperial content assumed by
deftsrespondentsAppellees that they have the authority
to set-up purjurious vexations and spurious criminal
acts and activities to intimidate, and contortively, to
tamper and shut off PLAINTIFFS from exercising PETITIONERS'
RIGHTS to litigate APPELLANTS'21ST CENTURY CLASSACTION
LAWSUIT that is viewed met/meets all required JURISDICTIONS,
including linear fortior evidence ofSUBJECT MATTER imparted
against defendants and their corrupt-criminal ACTIVITIES AND
ACTS, THEREBY, CITED BY ARTICLE I, SECTION 9, CLAUSE 3(in
consistent with ordained and established NONDELEGABILITY
POWER JURISDICTION OF THE UNITED STATES LEGISLATURE--)and by
RICO AS BANNED, IMPERIAL, IMMORAL AND UNAMERICAN--VERA case.
Also Appendix A-26(heinous criminal obstruction of justice);
Appendix A-23 et seq., collectively, amounting as concerted
actual frauds' proceedings by onenamedIgnacio and twonamed
Rolando Olvera, jointly, defendantsRespondents and SPECIAL
COUNSEL FOR BARACK HUSSEIN OBAMA JOSEPH ROBINETTE BIDEN-
WILLIAM JEFFERSON CLINTON-HILLARY RODAM/HILLARY RODHAMCLI-
NTONS-PARTYDEMOCRATS SUPERDELEGATES FOR RIGGED 2016-ELECTION
FIXED BY MISSING EMAIL/PRIVATE UNSECURE(D) SERVER,CLINTONS
foundation scandals et al!

WHEREFORE, Petitioning Plaintiffs-Appellants declare they
met their obligation answering and filing their litigations
in this proceedings, timely, and that said litigants are
ready for jurytrial, to present and prove their case 100%
beyond preponderance of evidence; and, 1.0milliontime,times,
to prove beyond reasonable doubts that defendants are ORGANIZED
CRIMINALS ENGAGED INTO IMPERIAL USURPATIONS OF CULT OCHLOCRACY
TO UNDO THE UNITED STATES GOVERNMENT ET AL indispensable
Plaintifs-Appellants--innocent citizens and alliedFriends of
United States of America.Affidavit, on file; Complaint on file;
Exhibits A-23 through Exhibit(s) A-27--The Rights of American
Jurisprudence.              APPENDIX-E: 20 OF 40

THE NOTICE AND FOR APPELLUMDE FELONIA IS EXECUTED IN GOOD FAITH
AND SAME IS DISTRIBUTED TO 2016-NONDELEGABILITYPOWER JURISDI-
CTION OF U.S.CONGRESS, in that electors-superdelegates,primary
presumptive and presidential nomineesticket of Clinton-Kaine are
ineligible and moot,instantly-concurrently, for their Email
scandalous corruptions and heinous obstructions of JUSTICE.



THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC 'T SURRENDER ALT PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY;
AND THE WORD OF GOD TO 'ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH* AND BELIEVE IN IT.
MZEE KAGWA ARUNGANCODIA SAKWASAKWA AKA JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHAN----A SERVANT OF THE LORD;
KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT
TO SERVE HIS CONCERNED MINISTRY CALL TO INNOCENT POSTERITY, IN THEIR NEEDS,
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD · KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX

# THE HOLY SABBATH-TABERNACLE
## OF
## THE LORD

(THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001)



THE ARK OF THE HOLY COVENANT

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY; AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS; KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT.
MZEE KAGWA ARUNGANGOTA SAKWASAKWA AKA JAMES AGGREYKWEGGYIRR ARUNGA, SABBATHIAN... A SERVANT OF THE LORD.
KAGWA WAS BORN PREMATURELY AT DAWN DECEMBER 25, 1937 WITH UNMATCHED UNWAVERING STUBBORN MORAL GIFT
TO SERVE HIS CONCERNED-MINISTRY-CALL TO INNOCENT POSTERITY, IN THEIR NEEDS.
THE ELDER JAMES: PRAYERBAND PRESIDENT FOR THE HOLY HUMANITARIAN
POST OFFICE BOX 11521, EUGENE, OR 97440-3721

```
From:   James Aggrey-Kweggyirr Arunga
        Post Office Box 11521
        Eugene, OR 97440-3721

To:     Hillary Rodham/Rodham-Clinton
        William Jefferson Clintons
        The 50+-Years' Haman-Zeresh
        SYNDROMEremnants--RODHAM-CLINTONS
        AND YourCorruptions,Inc.
        Clinton(s) Foundation
        1271 Avenue of the Americas
        42nd Floor
        New York, NY 10020
```

***Re:  YOURREARENDRATTLING orgycigarsmellyPoliticalHOGWASH!

NOTE:   The Honorable James Comey,FBI Director, is legally and
        politically, right to announce that "THE CLINTONS'EMAIL
        INVESTIGATION(S)" is, on discovered material subject
        matter, opened as said "Hillary damnemails pertain to
        the Rodham-Clintons political finagling(s).

        Moreover, the Hillary damnemails and Rodham-Clintons'
        other political meterial documents were requested by
        United States Congress'Committees; either to clear you
        from whatever your political business you had not to
        conflict with the United States business of the Secre-
        tary of State)yet, you resisted,twisted and abused the
        immunities given to your associates, by hiding and or
        shreading the information you were asked to produce,
        time and time again!

        Am troubled that you claim you are college-bred;read at
        professional schools, yet to this day of November 01,
        2016, you and your other organized criminal, Harry Reid,
        cannot produce one single evidence that either Huma nor
        Weiner, was appointed by Obama-Biden; had before Senate
        Judicial Committee; and,confirmed by the United States
        Senate to serve as government officer in the State
        Department, and concurrently, as Bill, Hillary Clinton
        Foundation's executive.Instead, you were involved in
        selling U.S.NationalSecurity,under unsecurePrSev,toENEMIES
        Crime against the United States Government was committed
        When HumaWeiner were in possessions of Emails pertaining
        to the Clintons; which,said emails were under official OR-
        DER; should havebeen disclosed to either FBITeam's in-
        vestigators or to the United States House-Senate Commit-
        tees conducting the Bill and Hillary Clintons'emails'
        POLITICAL-FINANCIAL FINAGLINGS AND SCANDALS.

        CLINTONS' DON'T SAY...DON'T TELL IS YOUR invented idola-
        try doctrine you came up with, between yourselves, while
        you were in Arkansas; in lieu of taking 5th Amendment.

***Distributed to DirectorComey;House-Senate RepublicanMembers of Congress;
BillyGraham for National-International Christians Standing-Up forJesus;
```

CLINTON-RODHAM/RODHAM-CLINTON(WILLIAMJEFFERSONCLINTON-HILLARY D.RODHAM/
RODHAM-CLINTON) DON'T SAY...DON'T TELL DOCTRINE you designed, covers your
immoral and illegal Haman-Zeresh vicious ways of your life; your vexatious
contortive corruptions;your rearends rattling carnalbehaviourish oral ONA-
NISM;orgyCIGARSMELLY clan composite Alicia, you hired to continue to
destroy American young women and their grand parents, who now question
you and Alia: who asked Alia to enter MsUniverse...? did she know the
requirements to maintain MsUniverse business;Clintons, youpaidoffAlicia, with
CIGAR stuck in her fatloins, to intetionallyhumiliate TRUMP'S DAUGHTERS!.For
you Bil,Hillary Rodham-Clinton/Clinton-Rodham hardly operated success-
ful businesses True AmericanprovidesAN the American people with jobs; provides
womenindependentbusinesses;goodwife;goodmother;caring their siblings;
caring daughter of her parents;say, Clintons, you depend on kickbacks;preyon
United States monies for traveling,securityexpenses, spreading your rear-
ends rattling-raisingfundsto finance nonUnited StatesCitizens and illegals
to harass and illegally participate in the AmericanElections;you ARE
loaded with political-financial finaglings;that, the world readsabout you
and Barack Hussein Obama-Joseph Robinette-HarryReid-TimKaine as HAMAN-ZERESH
USURPATIONcompositeLifethreats to deaths:of Chris-Sean-Charles that you were
involved. THETRUTH:2012-OBAMARE-ELECTION AND YOUR 2016-ELECTION arenot about
American Politics but, OBSTRUCTIONS OF JUSTICE-COVERupsyourcommitted HCRIMES.
Few months ago, you hired another terrorist idiot to tell American people
that he knows how to read the United States Constitution.Question,when did
Bill, Hillaryand their siblings read the United States constitutionality AS
related to mandatory military draft, and or voluntary military draft.At the
age of 22years old Ivanka's Dad, the then, constitutionally responded to
the United States Mandatory Military Draft, and at no time did he run/hide;
except, according to the Military coderequirements, United States will not
keep an American child active in the Military if said draftee,naturally,
has other health problem; thus,is not blameable,selah!Donald was discharged
from themilitary,Honorably.I,toorespondedtomandatorydraft, willingly,to
train any,for Airforce, only to be told that I hadpassedtheage, and that I
was a foregn student from Kenya, still pursuing my education in the United.
When Khon'sson chose to join the United States Military, he did not tell his
parents all the verbiage that we have heard.He knew he was joining a United
States Military;GHOLCEDhis life to defend his country and the innocents.
He was 100%going to fight for the PEACEagainst terrorists and the United
States'ENEMIES. COUNT BILL,HILLARY CLINTONS'BRIBES,IMMORALCORRUPTIONS;MILI-
TARY-OF-MONEY-LAUNDERINGINTO BILL, HILLARY Clinton'sFoundation;DNC for your
personal use and at the expenses of the United States Government.

Hillary, you have rattled hoaringto the American blacks that you are for
them; stood to deliver heresy toblacks podium, in North Carolina;your
delusions' heresy,theHaitianJUJU caught up with them!To wit,in 1968,when
Democrats best Ticket of Humphrey-Muskie was on the match in consistent
with Thurgood-King-Brookes-LBJ-JFK-RFK, you were a Democrat among others,
traveling in hired Trailways Buses in the states of Virginia,North Carolina,
South Calina, Georgia and others, accompanied with bribed young blacks, went
on, knocking doors orhomes of every blackfamily in those states,telling
them not to go vote for the Humphrey-Muskie Democratic Ticket...a Civil
Rights Ticket. Hillary, I was hoping that when you took a podium in black
Church, in North Carolina, the other day, you will tell those black people
you deceived betrayed blacksin 1968-Presidential election.AlsoAS
converted Democrats, you betrayed the Humphrey-Muskie from being elected.
YoucontinuetocoverupsasTohowmuchasthey have been deceived byyour
snakingPolitics.Proof: besides,from betraying Humphrey-Muskies elected.
SAY, BILL,HILLARY CLINTON/THE CLINTONS AND YOUR ASSOCIATES AND CLINTONS'
CORRUPTIONS/30+ YEARS CORRUPT BUSINESSES,OBAMA-BIDEN IMPERIAL EXPULSION
FUZES,PREPLEDGEDPOLLTAXSUPERDELEGATES CARTERDNCDEMOCRATS HAVE COMMITTED
HEINOUS CRIMES,INCLUDING USURPATION AGAINST THE UNITED STATES GOVERNMENT
ET AL INDISPENSABLE CITIZENS AND ALLIED FRIENDS OF THE UNITED STATES THAT

NOTE:   I have known Hillary D. Rodham/RodhamClinton, for over 50 years
        through High Schoolers, who were participating inschool inte-
        gration in Boston Schools, in consistent with Brown v. Board of
        Education and CivilRights Enactment of 1964.  The Massachusetts
        Attorney General,incharge of facilitating schools be integrated
        by busing,was Edward Brook(s),who was doing mostrespectable jobs
        that were acceptable by both Democrats(including the trio of Rose-
        Joe--late JFKFamilymembers,RFK and EMKennedy Families, as well as
        the Kennedy Spiritual Leader--Cardinal Cushing and his Spiritual
        Constituency of Boston,Massachusetts.  Hillary D. Rodham was opo-
        sed to Edward Brook(s) because, like Thurgood Marshall,was black,
        who championed for Education Integration that Rodhams  opposed;Hil-
        lary was opposed to white blackmarriages;she was opposed to black
        graduates--Martin Luther King Jr. and Edward Brook(s) from Boston
        University working for civilrights goals for all American peoplelive
        a one integrated life, regardless of skin,fatorthin,tallorshort,
        ethnicities etc;Hillary was raised Protestant Republicanwhite,oppo-
        sed to Edward Brooks raised CatholicRepublicanblack with white-
        wife;Hillary wished theBrookes were CatholicDemocratblackandwhite
        F.A.M.I.L.Y.; Hillary at schoolers from Roxbury,EastBoston,Doche-
        ster et al, participating in school integration),rejected school bus-
        sing integration at Wellesley College, Hillary D. Rodham discrimina-
        tory politics in Massachusetts, from 1965--,aimed atBLACKS--/HER
        discrimination against Edward Brooks(when he was running for U.S.
        Senateseat);When she lost her political finaglings to stop him from
        being elected as blackSenator from Massachusetts, to Washington,
        D.C., in 1968, Hillary switched to be a Democrat, to use Martin
        Luther King Jr. to rehabilitate herself for civilrights couse,pre-
        tending(!),HILLARYHATED Senator Brooks;Hillary,in 1969 in her graduation
        speech at Wellesley College, She attacked Senator Brooks that
        citizens of Massachusetts CURSED HER OUT!!!; Hillary, in Barack-
        Hillary partyDemocrats primaryelection, previouslv, still showed
        HOW CLINTONS ARE HAMAN-ZERESH DELUSIONED REFLNAGLERS THAT CALL ALL
        blacks as superpredators;call  others,unredeemers; yet,Bill and Hil-
        lary hide silently under their "Don'ttell-Don'tsay"actuallytheyare
        bisexualorationists; THEY ARE CARNALFornicating with fingery CIGAR
        to leaking the  deposited orgies from the CIGAR;Hillary knows
        that for it is that  Carnalbehaviorishqueerishandrogynous bise-
        xualcustoms that led them to convert THE AMERICANWHITEHOUSERESIDE-
        NCE-AND-AMERICANOVALOFFICE, Bill and Hillary Clinton's Bagnio of bi-
        sexualimmoralcarnalbehaviourishqueerishandrogynousmentalabnormali-
        ties, whose followers are LGBHTQUEERS on weed and toxicliquids that
        when they high,they sing their song very clearly--"LOVEYOURNEIGH-
        BOR AS YOU LOVEYOURSELF...I DON'T THINK AM 100% SOBER"IN DEEP
        DREAMS;SHE ADMITS,AM 100%UNSOBERLEZLOVESAMESEX ANDROGYNOUS SOLO
        CLINTONS  AND OBAMAS PRACTICES OF THEIR HAITIANKENYANVOODOO WON'TWORK!
DONALD J. TRUMP CLAIM THAT(2012 AND)2016 NATIONAL ELECTIONS--RIGGED! YES,
HE IS RIGHT. For Obama-Clintons corruptions in variegated forms led them
setup plotts to kill Chris,Sean,Charles, and other innocent people.
INTER ALIA, Case No.1:16-cv-00119 led James Comey close investigations to
cover-up CRIMINAL CORRUPTIONS THAT CORRESPONDENTSVICTIMS--U.S.GOVT. ET
AL INDISPENSABLE CITIZENS AND ALLIED FRIENDS CASE EXPOSED.Accordingly,
NONDelegabilityPower of sua sponte Jurisdiction bestowed on U.S.Con-
gress cannotsurrender nor give up United States"Legislative Power andor
     transfer to the(partydemocrats)Presidents--(Clintons-Obama-Biden-
     RodhamClintons-TimKaine;)and, partydemocratselectors/prepledge
     superdelegates;partydemocrats running for HouseSenateseats for
     elections and re-elections in month of November,2016, BECAUSE
     Obama and DEMOS ARE ineligble,invalid,moot as corrupt criminals.in
     EXHIBITS A-F HOUSE-SANATE DESIGANATEDCOMMITTEES/REORDS.

APPENDIX-E: 23 OF 40

 Judge Peter McBrien found to violate the
Judicial Code of Ethics on four counts

June 30, 10:17 AM · LA Family Courts Examiner   Laura Lynn

Comment     Print     Email     RSS     Subscribe              Previous   Next     §

The Commission on Judicial Performance Special Masters' Report found Judge Peter McBrien of
Sacramento violated the Judicial Code of Ethics on four counts in regards to a family law matter.

A copy of the full report, 147 pages can be emailed by request to this reporter at
Bohemian_books@yahoo.com or by contacting the CJP.

A summary of the charges included:

Judge McBrien terminated a trial in the middle of a parties case-in-chief, without giving the party a
chance to complete the presentation of evidence or offer rebuttal evidence, and denied that party his
constitutional right to due process and a fair trial.

Judge McBrien threatened an attorney with contempt if the client asserted his Fifth Ammendment
rights and declined to produce evidence that was not relevant to the pending matter.

Judge McBrien became embroiled in the case, offering a partial transcript to a party's employer. The
party lost his employment due to the acts which were presented. The judge did not tell the parties of
his action, nor recuse himself.

Judge McBrien was discourteous and addressed an attorney in a derogatory manner.

Due to the length of the findings, this story will be presented as a series.

APPENDIX-E: 24 OF 40

# N.S.A. COLLECTION OF BULK CALL DATA IS RULED ILLEGAL

## Appeals Judges Say Patriot Act Does Not Cover Domestic Phone Records

By CHARLIE SAVAGE and JONATHAN WEISMAN

FRIDAY, JUNE 24, 2016

SUPREME COURT   Delusioned Imperialwitchcraft

# Split vote a 'no' to Obama's immigration plans

*The 4-4 tie keeps in place a lower court ruling that effectively kills Obama's reform program*

**By Mark Sherman**
*The Associated Press*

WASHINGTON — A short-handed and deeply divided Supreme Court deadlocked Thursday on President Obama's immigration plan to help millions living in the United States illegally, effectively killing the plan for the rest of his presidency and raising the stakes even further for the November elections.

The hotly debated direction of America's national immigration policy, as well as the balance of power on the high court, now will be determined in large part by the presidential and congressional elections.

Scalia's vote most likely would have meant an outright ruling against Obama's immigration expansion rather than the 4-4 tie, a much more significant defeat for the president and immigrant advocates.

Democrat Hillary Clinton declared that as president she would work to restore the programs and go further. Republican Donald Trump said he would make sure Obama's "unconstitutional actions" never came back.

The tie is not likely to lead to an increase in deportations since the president retains ample discretion to decide whom to deport. But the ruling stymies his effort to bring people "out from the shadows" by giving them the right to work legally in the United States.

One of the Obama programs would have protected the parents of children who are in the country legally. The other was an expansion of a program that benefits people who were brought to the United States as children. Obama decided to move forward on his own after Republicans won control of the Senate in 2014 and the chances for an immigration overhaul, already remote, were further damaged.

Obama said Thursday's impasse "takes us further from the country we aspire to be."

The candidates vying to replace him split as plainly as the justices.

Clinton, the presumptive Democratic nominee, said that if she is elected she will defend the Obama programs "and do everything possible under the law to go further to protect families."

Republican Trump, on the other hand, said the court outcome "blocked one of the most unconstitutional actions ever undertaken by a president" and the split decision "makes clear what's at stake in November."

And the people directly affected?

Mexican immigrant Cristina Molina of New York City said she was frustrated and upset.

"I feel like I'm in limbo," Molina, 48, said through an interpreter.

She has lived in the United States for 23 years and said she would have been eligible for one of the programs Obama announced in 2014.

A Supreme Court tie sets no national precedent but leaves in place a ruling by a lower court. The justices issued a one-sentence opinion, with no further comment.

A full nine-justice court agreed to hear the case in January, but by the time of the arguments in April, Scalia had died. That left eight justices to decide the case, and they presumably split along liberal-conservative lines, although no breakdown was announced.

*President Obama*

APPENDIX-E: 26 OF 40

# Civil rights hero caught in corruption probe to begin serving sentence

APPENDIX —23.(b)

By Wayne Drash, CNN
January 4, 2010 9:56 a.m. EST



COURTESY THE CLARION-LEDGER

Bobby DeLaughter won fame as the prosecutor in the Medgar Evers case, but later was convicted of obstruction of justice.

STORY HIGHLIGHTS

- Bobby DeLaughter was hailed as hero after convicting the killer of Medgar Evers
- DeLaughter is headed to prison after pleading guilty in a corruption probe
- "The man has now been destroyed," says Medgar Evers' brother
- DeLaughter's attorney: "The penalty he's paying is enormous"

Accessorial suspects of Christopher's death-plot

APPENDIX-E: 28 OF 40

# Penis pump judge gets 4-year jail term

Posted 8/18/2006 2:50 PM ET



The Oklahoman file photo via AP

Former Oklahoma district judge Donald Thompson, shown in this June 29 photo, was found guilty on four counts of indecent exposure. The jury recommended a sentence of one year in prison and a $10,000 fine on each count.

BRISTOW, Okla. (AP) — A former judge convicted of exposing himself while presiding over jury trials by using a sexual device under his robe was sentenced Friday to four years in prison.

Donald Thompson had spent almost 23 years on the bench and had served as a state legislator before retiring from the court in 2004. He showed no reaction when he was sentenced.

At his trial this summer, his former court reporter, Lisa Foster, testified that she saw Thompson expose himself at least 15 times during trial between 2001 and 2003. Prosecutors said he also used a device known as a penis pump during at least four trials in the same period.

Thompson, 59, was convicted last month of four felony counts of indecent exposure for incidents that took place in his Creek County courtroom.

Thompson, a married father of three grown children, testified that the penis pump was given to him as a joke by a longtime hunting and fishing buddy.

"It wasn't something I was hiding," he said.

He said he may have absentmindedly squeezed the pump's handle during court cases but never used it to masturbate.

Foster told authorities that she saw Thompson use the device almost daily during the August 2003 murder trial of a man accused of shaking a toddler to death. A whooshing sound could be heard on Foster's audiotape of the trial. When jurors asked the judge about the sound, Thompson said he hadn't heard it but would listen for it.

Police built a case against the judge after a police officer testifying in a 2003 murder trial saw a piece of plastic tubing disappear under Thompson's robe. During a lunch break, officers took photographs of the pump under the desk.

Investigators later checked the carpet, Thompson's robes and the chair behind the bench and found semen, according to court records.

This is a WorldNetDaily printer-friendly version of the article which follows.
To view this item online, visit http://www.worldnetdaily.com/index.php?pageId=41887

World    Daily

Monday, April 28, 2008

CRIMENETDAILY

# Former ACLU chief admits guilt
## Sentenced to 8 years for having 'graphic and violent' child porn

Posted: June 01, 2007
5:55 pm Eastern

WorldNetDaily.com

A former executive for the American Civil Liberties Union of Virginia has been sentenced to eight years in prison after he admitted having "graphic and violent" child pornography.

The guilty plea was entered in court in Virginia by Charles Rust-Tierney, where he was immediately sentenced, according to a report today from WJLA television.

Rust-Tierney previously had served as the president of the Virginia chapter of the ACLU, and admitted his guilt under a plea bargain. He had been in jail since his arrest earlier this year, because two separate judges in pretrial hearings had rejected his request for freedom, describing the pornography as some of the most sickening they ever had encountered.

It was Rust-Tierney who, nearly 10 years ago, had argued before the Loudoun County Library Board against any Internet filters on the computers at the public facility.

The library, which had been using filters on its computers, was ordered to change its policy by a federal court.

"The ACLU of Virginia urges the board to carefully consider a new Internet Use Policy that allows for maximum Internet access...," he said at the time.

He encouraged the library board to recognize "that individuals will continue to behave responsibly and appropriately while in the library," so therefore "the default should be maximum, unrestricted access to ... the Internet."

Prosecutors said Rust-Tierney, who also served as a youth league sports coach in the area, actually downloaded the materials on a computer in his son's bedroom at home.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 27, 2016

Mr. James Aggrey-Kweggyir Arunga
P.O. Box 11521
Eugene, OR 97440-3721

No. 16-41077    United States Government v. Barack Obama, et al
                USDC No. 1:16-CV-119

Dear Mr. Arunga,

We have docketed your appeal.  You should use the number listed
above on all future correspondence.

**You should carefully read the following sections**

Filings in this court are governed strictly by the Federal Rules
of Appellate Procedure, **NOT** the Federal Rules of Civil Procedure.
We cannot accept motions submitted under the Federal Rules of Civil
Procedure.  We can address only those documents the court directs
you to file, or motion filed under the FED R. APP. P.  in support
of the appeal.  See FED R. APP. P. and 5ᵀᴴ CIR. R. 27 for guidance.
Documents not authorized by these rules will not be acknowledged
or acted upon.

Your motion to proceed IFP is pending in the district court.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: /s/ _____
                        J. deMontluzin, Deputy Clerk

cc:  Mr. David J. Bradley

                    𝒞𝒜 Appendix-C

                APPENDIX-E: 31 OF 40

IN THE
SUPREME COURT
NO:

NOTICE OF FILING PETITION FOR THE
WRIT OF CERTIORARI SEEKING REVIEW
OF DECISION OF U.S. COURT OF APPEALS DATED
JANUARY 18, 2017 AGAINST U.S. GOVT ET AL

APPELLANTS-PLAINTIFFS ARE ENTITLED TO
BE TREATED FAIRLY EQUAL AT LAW BY APPLICABLE
SUFFICIENT 60-DAYS NOTICE TO FILE
THEIR BRIEF WITH U.S. COURT OF APPEALS
THE FIFTH CIRCUIT, DOCKETED C.A. NO. 16-40077,
WHEREFOR, APPELLANTS-PLAINTIFFS BY
APPLICABILITY OF U.S. CONST. ART I SECTON IX CLAUSE III
SEEK A REVIEW AGAINST DEFENDANTS-
APPELLEES: IMPERIAL EXPULSIONS-FUZES;
SCOTUS DICTUM EXPULSION FINAIGUING
FUZES; ACLU/LYNCH,GUPTA,CLINTONS,DNC
SUPERDELEGATES POPULOUS PAIR OFF, AND
FRAUDULENT EXPULSIONS FUZES, AND
UNAUTHORIZED CULT OCHLOCRACY USURPA-
TORY SANCTUARY STATES (FOR WANT
OF RATIFICATION POWER) WHICH SAID
SANCTUARY STATES ARE PERPETUATED BY
POLITICAL AND SCOTUS FINAGLERS,
(IN) STATES WIDE, TO HARBOR HEINOUS
ENEMIES AND FOREIGN TERRORISTS IN/OR
OF UNITED STATES GOVT AND U.S.
ALLIED FRIENDS AND/OR FRIENDLY NATIONS.

APPELLANTS-PLAINTIFFS REQUEST
TO FILE THEIR PETITION AS INDIGENT
PARTY IN HANDWRITING FOR INDIGENT
PARTY HAD ON 12/15/2016, SERIOUS ACCIDE-
NT THAT REQUIRED HOSPITALIZATION AND
SURGERY SUCH THAT APPELLTS ARE
75% PHYSICALLY IMMOBILE, LODGED IN
BED WITH LITTLE MOVEMENT THAT
APPELLANTS (PETITIONER(S) IS PHYSICALLY
UNABLE TO USE TYPEWRITER AND
INABILITY TO PAY FOR TYPIST SERVICE.

RECEIVED
FEB 15 2017
OFFICE OF THE CLERK
SUPREME COURT, U.S.

APPELLANT PETITIONER(S) REQUEST
A GUIDE FOR INDIGENT PETITIONERS AND
ANY UP-TO-DATE SCRULES.

DATED: 02/10/2017

BY: _____
JAMES A-K ARUNGA
P.O. BOX 11521
EUGENE, OR 97440-3721
APPELLANTS-PETITIONER(S) PRO SE

-1-

NOTICE FOR, AND NONDE-
LEGABILITY JURISDICTIONAL
POWER BESTOWED
UPON UNITED STATES
JANUARY 2014 - JANUARY
2017 CONGRESS.

DECLARING:

1. PARTY DEMOCRATS CONCERTED
WITH EACH OTHER TO FORM,
AND FORMING POLITICAL FINA-
GLING SUPERDELEGATES(a)
TO FIX BY SELECTED NEWS MEDIA
AGENTS/AGENCIES, DELUSIONALLY
TO PROPAGANDAZE PARTY DEMO-
CRATS FRAUDULENT POPULOUS
VOTES; FOR DNC PREFIXED PRE-
SUMPTIVE NOMINEE -- HILLARY
J. RODHAM CLINTON; AND,

-2-

PARTY DEMOCRATS PREFIXED
CLINTON - KAINE PRESIDENTIAL
TICKET FOR NOVEMBER 8,
2016 - PREMEDITATE A VICTORY
RESULTED: MOOT AS SOUNDLY
SHOCKING AND HUMILIATING
LOSS AGAINST ALL PARTY-
DNC DEMOCRATS INVOL-
VED, INCLUDING CON-
CERTED DNC PARTY DEMOCRATS
ATTACHED SUPERDELEGATES.

(b) TO THE EXTENT THAT PARTY-
DEMOCRATS DNC POLI-
TICAL FINAGLING
SUPERDELEGATES --
AS ATTACHED -- C.C. MAST, KAMA-
LA HARRIS, M. HASSAN AND C. VAN HOLLEN,
VOLITIONALLY, OPERATED
AND WERE INVOLVED
IN THEIR OWN SELF-
AFFLICTED POLITICAL
HACKING FINAGLINGS;
MONEY LAUNDERINGS;
TREASONOUS FOREIGN
BRIBERY FOR PRISONERS

APPENDIX-E: 33 OF 40

-3-

SWAPPINGS; FOREIGN
PREPAID KICKBACKS,
BY U.S. KNOWN ENEMIES-
RUSSIA AND IRAN WHO
FINANCE(d) WORLD-
WIDE TERRORISTS,
THREATENING THE UNITED
STATES AND THE ALLIED
NATIONS OF AMERICA;
AND, (c) TO THE EXTENT
THAT U.S. COURTS OF
APPEALS (JUDICIAL
ARE NOW
SCRUTINY) INVESTIGA-
TING "UNSECURE(d)
PRIVATE SERVER, THE
BILL- HILLARY - CLINTONS'
AND CLINTONS' E-MAILS
SCANDALS; (d) TO THE
EXTENT THAT JAMES
COMEY FBI IS STILL GOING
ON INVESTIGATING MONEY
LAUNDERING CLINTONS'
FOUNDATION SCANDALOUS
EXPULSION INC-FUZES;
(e) TO THE EXTENT THAT

-4-

AND POLITICAL HACKING CLAIM
IS UNDER INVESTIGATION BY
U.S. HOUSE INTELLIGENCE - U.S.
SENATE ARMS COMMITTEES;
(F) TO THE EXTENT THAT
OBAMA-BIDEN-CLINTONS,
                ABANDONED
KERRY-CARTER, IMPERIALLY,
REDLINE AGREEMENT AGAINST
JEWISH STATE OF ISRAEL;
ABANDONED U.S. MILITARY
SURGE SET FOR WORLDWIDE
PEACE; ABANDONED SANCTIONS
LEFT INTACT TO DETER IRAN
FROM DEVELOPING, DANGEROUSLY,
NUCLEAR POWER CAPABLE TO
THREATEN WORLD NATIONS'.
HUMANITIES AND PEACE;
(g) TO THE EXTENT THAT
OBAMA-BIDEN-JAMES
                    NATIONAL
CLAPPER INTELLIGENCE TEAM
ENGAGED, IMPERIALLY, TO
NOT ONLY HACK INTO
PRIVACY, CONSTITUTIONALLY
PROTECTED, OF INDIVIDUAL
INNOCENT AMERICAN PEOPLE,
PARTY REPUBLICANS, AND
TEA PARTY MEMBERS, WORLD
WIDE ALLIED NATIONS.)

-5-

INCLUDING INTERCEPTING
MY SOCIAL SECURITY
BENEFITS AS WELL AS
COARCELY ENROLLING ME IN
KAGAN-GRUBER AUTHORED
"STUPID ECONOMY"/
OBAMA-BIDEN OBAMACARE
SCANDALOUS HEALTHCARE,
OVER MY OBJECTIONS MEANT
TO COVER CULTOCHLOCRATS
THAT HARDLY WORKED
BUT SUFFER FROM
MARIJUANA-CRACKCO
TOXICS; (H) TO THE
EXTENT THAT OBAMA-
BIDEN IMPERIAL
ADMINISTRATIONS OF
8-YEARS COMPOSITE
CORRUPTIONS, OBSTRU-
CTIONS OF JUSTICE
ARE TRYING TO COVER-UP
DEATHPLOTS INVOLVING
BILL, HILLARY CLINTON,
CLINTONS' ASSOCIATES,
DNC SELF INFLICTED
POLITICAL HACKINGS

-6-

CLAIMS' FINAGLINGS AIMED
TO UNDERMINE UN-
ANSWERED QUESTION
ABOUT HEINOUS
DISTURBING BENGAZI
DEATHPLOTS IN WHICH
AMERICAN INNOCENT
CHILDREN -- CHRIS, SEAN
CHARLES AND OTHERS
LOST THEIR LIVES KILLED
IN FLAMES IN BENGAZI
WHY? AND WHY LATE?
JAMES CLAPPER-NATIONAL
INTELLIGENCE AGENTS,
OF OBAMA-BIDEN,
ERIC HOLDER-LYNETTE
LYNCH, DNC PARTYDE.
MOCRATS SUPERDELEGATES
INCLUDING, REID-MASTO
KAMALA-BOXER-WARREN-
HASSAN-HOLLEN-DNC
CHAIRPERSONS-ELIJAH
CUMMINGS-MAXINE
WATERS-BILL CLINTON,
HILLY CLINTON,
MADELINE B.--KERRY

APPENDIX-E: 35 OF 40

-7-

SAMANTHA POWERS - SUSAN RICE - TORTEI - OL VERA - NAACP - TOMKA - NE - JIMMY CARTER - MOSLEM BROTHERS, RUSSIA, IRAN LED CHRIS, SEAN CHARLES BE KILE

OTE: MAKE AMERICA GREAT AGAIN, BEAT YOU, DNC PARTY (DEMOCRATS, BY 306+ ELECTORAL COLLEGE MAJORITY VOTE INVOKING VERA DOCTRINE, TO DECLARE DNC PARTY DEMOCRATS' SUPER DE- LEGATES/SUPER ELECTORS TO RODHAM CLINTON- TIM KAINE ELECTORAL COLLEGE SET ASIDE, VERA, SUPRA ; ALSO ATTACHMENTS.

* CATHERINE CORTEZ MASTO; KAMALA HARRIS; MAGGIE HASSAN, CHRIS VAN HOLLEN

WHEREFORE:

INELIGIBLE TO RUN FOR U.S. SENATE SEATS, DNC PARTY DEMOCRATS SUPER DELE- GATES - C.C. MASTO, KAMALA HARRIS, M. HASSAN, AND C. VAN HOLLEN ARE, RETROACTIVELY CURRENTLY AND CONCURRENTLY DENIED TO BE SWORN IN OR TAKE OATH TO BE SEATED IN THE U.S. SENATE, EFFECTIVE JANUARY 2017. U.S. DELEGABILITY JURISDICTIONAL POWER WRIT (SEE ATTACHMENTS); VERA DOCTRINE, ID.

RESPECTFULLY SUBMITTED AND DATED JANUARY 7, 2017 BY:

JAMES A-K ARUNGA ARUNGA AND LEE P.O. BOX 11521 EUGENE, OR 97440-

cc. JUDICIARY. 3721 TRUMP - PENCE ADMINISTRATION.

APPENDIX-E: 36 OF 40

# Declaration of Independence

Action of Second Continental Congress, July 4, 1776

IN CONGRESS, JULY 4, 1776.

THE UNANIMOUS DECLARATION of the thirteen united STATES OF AMERICA,

WHEN in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.—That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,—That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.—Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.—He has refused his Assent to Laws, the most wholesome and necessary for the public good.—He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them.—He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only.—He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures.—He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people.—He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large

Exhibit B.

for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within.—He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands.—He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers.—He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries.—He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people, and eat out their substance.—He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures.—He has affected to render the Military independent of and superior to the Civil power.—He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:—For Quartering large bodies of armed troops among us:—For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States:—For cutting off our Trade with all parts of the world:—For imposing Taxes on us without our Consent:—For depriving us in many cases, of the benefits of Trial by Jury:—For transporting us beyond Seas to be tried for pretended offences:—For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:—For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:—For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever.—He has abdicated Government here, by declaring us out of his Protection and waging War against us.—He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people.—He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation.—He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands.—He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions.—In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people.—Nor have We been wanting in attentions to our British brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends.

We, THEREFORE, the Representatives of the UNITED STATES OF AMERICA, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be FREE AND INDEPENDENT STATES; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent

Exhibit C.

DECLARATION OF INDEPENDENCE          3

States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.

*The 56 signatures on the Declaration appear in the positions indicated:*

**Column 1**

*Georgia:*
  Button Gwinnett
  Lyman Hall
  George Walton

**Column 2**

*North Carolina:*
  William Hooper
  Joseph Hewes
  John Penn

*South Carolina:*
  Edward Rutledge
  Thomas Heyward, Jr.
  Thomas Lynch, Jr.
  Arthur Middleton

**Column 3**

*Massachusetts:*
  John Hancock

*Maryland:*
  Samuel Chase
  William Paca
  Thomas Stone
  Charles Carroll of
  Carrollton

*Virginia:*
  George Wythe
  Richard Henry Lee
  Thomas Jefferson
  Benjamin Harrison
  Thomas Nelson, Jr.
  Francis Lightfoot Lee
  Carter Braxton

**Column 4**

*Pennsylvania:*
  Robert Morris
  Benjamin Rush
  Benjamin Franklin
  John Morton
  George Clymer
  James Smith
  George Taylor
  James Wilson
  George Ross

*Delaware:*
  Caesar Rodney
  George Read
  Thomas McKean

**Column 5**

*New York:*
  William Floyd
  Philip Livingston
  Francis Lewis
  Lewis Morris

*New Jersey:*
  Richard Stockton
  John Witherspoon
  Francis Hopkinson
  John Hart
  Abraham Clark

**Column 6**

*New Hampshire:*
  Josiah Bartlett
  William Whipple

*Massachusetts:*
  Samuel Adams
  John Adams
  Robert Treat Paine
  Elbridge Gerry

*Rhode Island:*
  Stephen Hopkins
  William Ellery

*Connecticut:*
  Roger Sherman
  Samuel Huntington
  William Williams
  Oliver Wolcott

*New Hampshire:*
  Matthew Thornton

---

For more information on the Declaration of Independence and the Charters of Freedom, see http://archives.gov/exhibits/charters/declaration.html

APPENDIX-E: 39 OF 40

The notion that judges are immune from criminal prosecution is frivolous. (See *Slade v. United States*, 85 F.2d 786 (CA10 1936)   (Judge bribed juror to acquit a defendant, judge convicted of bribery); *United States v. Manton*, 107 F.2d 834 (CA2 1939) (Court of Appeals judge involved in bribes to influence decisions); *United States v. Kahaner*, 317 F.2d 459 (CA2 1963) (State judge and former AUSAs, *McDonald v. Alabama*, 57 Ala. App. 529, 329 So.2d 583 (1975), sex for leniency); *United States v. Hastings*, 681 F.2d 706 (CA11 1982) (This was pre-trial appeal, and later Alcee won criminal case); *United States v. Campbell*, 684 F.2d 141 (D.C. Cir. 1982) (traffic tickets, judge and gratuity); *United States v. Claiborne*, 765 F.2d 784 (CA9 1985) (see Harry's vindication, *State Bar of Nevada v. Claiborne*, 756 P.2d 464 (Nev. 1988)); *United States v. Murphy*, 768 F.2d 1518 (7th Cir. 1985) (Greylord); *United States v. Conn*, 769 F.2d 420 (CA7 1985) (Greylord); *United States v. Hollaway*, 778 F.2d 653 (11th Cir. 1985) (Two Mobile state court judges); *United States v. Devine*, 787 F.2d 1086 (CA7 1986) (Greylord); *United States v. LeFevour*, 798 F.2d 977 (7th Cir. 1986) (Greylord); *United States v. Nixon*, 816 F.2d 1022 (CA5 1987) (habe at 881 F.2d 1305 (5th Cir. 1989) U.S. District Judge convicted of bribery); *United States v. Holzer*, 816 F.2d 304 (CA7 1987) (Greylord); *United States v. Reynolds*, 821 F.2d 427 (CA7 1987) (Greylord); *United States v. Glecier*, 923 F.2d 496 (CA7 1991) (Greylord); *U.S. v. Lanier*, 520 U.S. 259 (1997); *Archie, et al., v. Lanier*, No.94-5836 (CA6 1996) (constitutional rights are violated when state judge repeatedly rapes a number of women in chambers, 18 USC § 242 conviction); *State of Oklahoma v. Thompson*, Creek County #CF-2005-016 (May, Aug., Sept. of 2003, three counts indecent exposure, judge Donald D. Thompson attached "a penis pump and operated the pump causing air pumping sounds" according to witness, Lisa Foster, court reporter).

APPENDIX-E: 40 OF 40

APPENDIX-F:1-26.

United States District Court
Southern District of Texas

**ENTERED**

June 14, 2016

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, et. al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:16-cv-119 |
| BARACK HUSSEIN OBAMA, et al., Defendants. | § § § | |

## ORDER TO SHOW CAUSE

The Court is in receipt of Plaintiffs' complaint, which was filed by James Aggrey-Kweggyir Arunga (hereinafter "Mr. Arunga") on June 10, 2016.[1] On the face of the complaint, multiple grounds could exist for dismissal under Rule 12(b) of the Federal Rules of Civil Procedure for failing to comply with Rule 8 and 9 of the same. For example, Plaintiffs fail to articulate a justiciable claim in the complaint. Further, there exists no reason to believe that the Court has subject matter or personal jurisdiction to entertain the allegations contained within the complaint. Plaintiffs are hereby given NOTICE that the Court has identified issues fatal to the cause of action and are ORDERED to show cause within 21 days as to why the complaint should not be dismissed and summons be issued.

Signed on this 14th day of June, 2016.

Ignacio Torteya, III
United States Magistrate Judge

DCAppendix-A

---

[1] The complaint includes multiple government entity plaintiffs whom are reportedly represented by Mr. Arunga. Mr. Arunga seemingly is neither a lawyer nor affiliated with the government in any capacity. The Court advises Mr. Arunga that impersonating an officer or employee of the United States government, as well as the unauthorized practice of law, are punishable offenses.

16-41077

We received your letter dated 12/28/16 _____. We will not return your letter.

☐ You must send your document to the Clerk of the U.S. District Court.

☐ You must send your document to the Clerk of the U.S. Supreme Court.

☐ A copy of the court rules requires a self-addressed stamped envelope with $ _____ postage attached.

☒ Pursuant to the 11/29/16 briefing notice, Status appellant's brief is due 1/9/17. This appeal is not dismissed at this time. Please comply with the briefing notice. OR, all filings by you can not be kept until this stay music is/ typed.

/gw/ 1/5/17

ₑₐAppendix-B

APPENDIX-F: 2 OF 26

UNITED STATES POSTAGE

0.2 1R
000209870
MAILED FROM ZIP CODE 70130

$ 00.34⁰
JAN 06 2017

PITNEY BOWES

CLERK
NEW ORLEANS
U.S. Court of Appeals
600 S. Maestri Place RM 157
New Orleans, LA 70130

Mr. James Aggrey-Kwegyir Arunga
P.O. Box 11521
Eugene, OR 97440-3721

APPENDIX-F:  3  OF  26

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

### No. 16-41077

---

JAMES AGGREY-KWEGGYIR ARUNGA, and all Other Allies of the United
States of America, Similarly Situated,

> Plaintiff - Appellant

v.

BARACK HUSSEIN OBAMA, 7+years Imperial Administrations and
Expulsions Fuzes of President Barack Hussein Obama and Vice President
"Joe" Biden; JOSEPH "JOE" BIDEN, 7+years Imperial Administrations and
Expulsions Fuzes of President Barack Hussein Obama and Vice President
Joseph "Joe" Biden; S. BREYER, Scoutus Dictum Expulsion Fainaiguing
Fuzes; R. B. GINSBURG, Scoutus Dictum Expulsion Fainaiguing Fuzes; E.
KAGAN, Scoutus Dictum Expulsion Fainaiguing Fuzes; A. M. KENNEDY,
Scoutus Dictum Expulsion Fainaiguing Fuzes; AMERICAN CIVIL LIBERTY
UNION (ACLU)/LYNCH & GUPTA, Special Counsel; BAGNIO OF LGBT
HOMOSEXUAL STATE-CLAN; CAROLYN W. COLVIN, COMMISSIONER
OF SOCIAL SECURITY; RodhamClinton Populous Presidential Primary Paid
Off Election-Expulsion/Stateswide Wins as Moot, Null and Void Fuzes,

> Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of January 18, 2017,
for want of prosecution. The appellant failed to timely file appellant's brief and
record excerpts.



**OREGON MEDICAL GROUP**
1580 Valley River Drive, Suite 150
Eugene, OR 97401

For billing inquiries: 541-687-4905

Save Time, Pay Online. Bill Pay Code: TLi02V
www.oregonmedicalgroup.com

| IF PAYING BY CREDIT CARD, FILL OUT HERE | ☐ VISA ☐ ☐ ☐ |
|---|---|
| CARD NUMBER | *AUTHORIZATION Code: (Either 3 or 4 digits on back or front of card) |
| SIGNATURE | EXP. DATE |
| PAY THIS AMOUNT $4,967.00 | ACCOUNT # 317457 |

**REMIT TO:**

**ADDRESSEE:**

FORWARDING SERVICE REQUESTED     1     1

JAMES ARUNGA
4531 FRANKLIN BLVD
EUGENE, OR 97403-2480

OREGON MEDICAL GROUP
PO BOX 742785  *1580 VALLEY RIV. DRIVE*
LOS ANGELES CA  90074-2785  *SUITE 150*
*EUGENE OR 97401*

☐ Please check box if above address is incorrect or you would like to add your email address. Indicate on reverse side.

**STATEMENT** PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| STATEMENT DATE | ACCOUNT # | PAYMENT DUE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| 03/02/2017 | 317457 | UPON RECEIPT | $4,967.00 |

| DATE | DESCRIPTION | CHARGES | INSURANCE PMTS./ADJ. | PATIENT RESPONSIBILITY |
|---|---|---|---|---|
| | James A Arunga/Nicholas Tedesco DO | | | |
| | Location: McKenzie Willamette Hospital | | | |
| 12/16/2016 | TREAT TIBIAL FX OPEN | 2589.00 | | |
| 12/16/2016 | ARTHROSCOPY KNEE W/REPAIR | 1011.00 | | |
| 12/15/2016 | Hospital H&P Level 2 | 387.00 | | |
| | PATIENT BALANCE: | | | 3987.00 |
| | James A Arunga/Richard D Cunliffe PA | | | |
| | Location: McKenzie Willamette Hospital | | | |
| 12/16/2016 | TREAT TIBIAL FX OPEN | 518.00 | | |
| | PATIENT BALANCE: | | | 518.00 |
| | James A Arunga/Marissa Simard MD | | | |
| | Location: Imaging Xray | | | |
| 01/02/2017 | X-Ray, knee; one or two views | 87.00 | | |
| | PATIENT BALANCE: | | | 87.00 |
| | James A Arunga/Nicholas Tedesco DO | | | |
| | Location: Orthopedics & Sports Medicine | | | |
| 01/02/2017 | Knee brace T-Scope post-op PacMed | 201.00 | | |
| 01/02/2017 | Postoperative follow up visit No Charge | 0.00 | | |
| | PATIENT BALANCE: | | | 201.00 |
| | James A Arunga/James L Manwill MD | | | |
| | Location: Imaging Xray | | | |
| 01/30/2017 | X-Ray, knee; one or two views | 87.00 | | |
| | PATIENT BALANCE: | | | 87.00 |
| | James A Arunga/Jeffrey P Wensel MD | | | |
| | Location: Imaging Xray | | | |
| 02/13/2017 | X-Ray, knee; one or two views | 87.00 | | |
| | PATIENT BALANCE: | | | 87.00 |

APPENDIX-F: 5 of 26

*THIS BILLING IS REJECTED IN ITS ENTIRE FACE UNLESS IT BEARS PATIENT MAILING, POST OFFICE BOX ADDRESS, AND SAID BILLING MUST BEAR OREGON MEDICAL GROUP ONLY AND NOT CALIFORNIA FOR I DO NOT CARE ANYTHING CONNECTED WITH CALIFORNIA FRAUDULENT SHARKS. THE BILLING MUST BE DIRECTED TO THE ATTENTION OF MY CASE WORKER AT HER GIVEN ADDRESS IN EUGENE OR 97440*



**OREGON MEDICAL GROUP**
1580 Valley River Drive, Suite 150
Eugene, OR 97401

For billing inquiries:
541-687-4905
8am-4:45pm Mon.-Fri.

PLEASE PAY THIS AMOUNT  $4,967.00

www.oregonmedicalgroup.com

Page 1 of 1



LEGISLATORS OF "STUPID ECONOMY"EXPULSION BILL OF ATTAINDER/EX POST FACTO-FUZE.





GRUBER-KAGAN:  AUTHORS OF "STUPID ECONOMY EXPULSION FUZE" FOR JUDICIAL APPOINTMENT.

APPENDIX-F: 6 OF 26



Barack Obama

SIMON MAINA, AFP/GETTY IMAGE

in Kenya in 2006, before he was president.

# Kenya witch doctor

BARACK HUSSEIN OBAMA--TALISMANICVODOOWITCHCRAFT AND IMPERIALCOMMANDER-
IN-CHIEFOF CULTOCHLOCRACY.



**IN THE ARENA**

# The Danger of a Failed Iran Deal

BRIEFLY

THE REGISTER-GUARD   12/22/2015

**WORLD**

### Iran criticizes new U.S. visa rule

TEHRAN, Iran — A new United States restriction on travel without visas targeting Europeans and others who have visited so-called high-risk countries has led to angry reactions in Iran, where some leaders say the decision is a violation of the nuclear agreement reached in July.

Mohammad Javad Zarif, Iran's foreign minister, told state media on Monday that visa restriction was an "obstacle, placed by some individuals," that he hoped would soon be resolved. Zarif referred to a letter sent by Secretary of State John Kerry on Saturday, asserting that the restriction would not affect the nuclear agreement.

The letter, obtained and leaked by the National Iranian American Council, an advocacy group based in Washington, hinted that President Obama would use his executive authority to exempt Iran from the visa restriction, which was passed almost unanimously in Congress. Obama signed it into law on Friday.

The restriction, a security step arising from the recent terrorist attacks, prohibits visa-free travel to the United States for anyone who has visited or holds citizenship in Syria, Iraq, Sudan and Iran.



The 'Taliban 5' (from left): Mohammad Nabi Omari, Abdul Haq Wasiq, Mullah Norullah Noori, Mullah Mohammad Fazl and Khirullah Said Wali Khairkhwa .

APPENDIX-F: 9 OF 26

IRANIAN-TERRORISTS FRIENDS OF THE CLINTONS



 NewsHour

# African Embassy Bombings
*An Online NewsHour Special Report*



Kenya

Tanzania

Click here for embassy bombing sites and statistics.

## Embassy Bombings
*U.S. embassies in Kenya and Tanzania are leveled by near-simultaneous explosions.*

### Total Devastation
A report on the bombings. (8/7/98)
Security and diplomacy experts on U.S. embassy security protocol. (8/7/98)

### U.S. Response
Asst. Secretary of State Susan Rice responds to the attacks. (8/7/98)

### Searching for Answers
Could the embassy bombings have been prevented? Three experts discuss. (8/10/98)

### The Investigation Begins
Undersecretary of State for Political Affairs Thomas Pickering discusses possible leads in the bombing case. (8/12/98)

## Embassy Bombers Sentenced to Life Without Parole
Update: Four alleged operatives of Osama bin Laden were sentenced today to life in prison without parole for planning and executing the 1998 bombings of two U.S. embassies in Africa. (10/18/01)

## Second Bomber Given Life Term
Update: A jury sentences the second of men convicted in the African embassy bombings to a life term without parole. (7/10/01)
Update: One of the men convicted of executing the bombing of the U.S. embassy in Kenya is sentenced to life in prison without parole. (6/12/01)

## Taliban Won't Hand Over Osama bin Laden
Update: Afghanistan's ruling body says it will never hand over the exiled Saudi millionaire the U.S. believes is behind the embassy bombings. (5/30/01)

## Guilty On All Counts
Three experts discuss the conspiracy and murder convictions in the African embassy bombing trial. (5/29/01)
Court proceedings begin against four men accused of conspiring to bomb U.S. embassies in Kenya and Tanzania. (2/5/01)

## Panel Reports
Examining the findings of two panels looking into the bombings in Kenya and Tanzania. (1/8/99)

## The Search for Suspects
An international team continues its investigation into the African embassy bombings. (9/30/98)

## Who Is Osama bin Laden?
The Saudi millionaire is believed to be behind

APPENDIX-F: 10 OF 26

1998 United States embassy bombings - Wikipedia, the free encyclopedia

IRANIAN TERRORISTS

# 1998 United States embassy bombings

From Wikipedia, the free encyclopedia

In the 1998 U.S. Embassy bombings (August 7, 1998) hundreds of people were killed in simultaneous truck bomb explosions at the United States embassies in the major East African cities of Dar es Salaam, Tanzania and Nairobi, Kenya. The attacks, linked to local members of the Egyptian Islamic Jihad brought Osama bin Laden and Ayman al-Zawahiri to American attention for the first time, and resulted in the U.S. Federal Bureau of Investigation placing bin Laden on its Ten Most Wanted list.

## Contents

- 1 Motivation and preparation
- 2 Attacks and casualties
- 3 Aftermath and international response
- 4 The indictment
- 5 Later developments
- 6 See also
- 7 References
- 8 External links



Aftermath at the Nairobi embassy.

## Motivation and preparation

The bombings are widely (and falsely) believed to have been revenge for American involvement in the extradition, and alleged torture, of four members of Egyptian Islamic Jihad (EIJ) who had been arrested in Albania in the two months prior to the explosions and extradited to Egypt.[1] On June 28, Ahmed Ibrahim Assyed al-Najr, believed to be the militant group's commander in Albania, was arrested along with compatriot Majed Mustapha. With the help of the CIA, they were extradited to Egypt. In July, Mohammad Hassan, leader of the foundation for Rebirth of Islamic Heritage, was arrested in Tirana and similarly extradited to Egypt. The following month, a communique was issued warning the United States that a "response" was being prepared



A Nissan Atlas truck, similar to that used in Dar es-Salaam

to repay them for their interference.[2][3] Given that preparations for the embassy bombings began before the albanian arrests (see later), this explanation can be discounted, however.

According to journalist Lawrence Wright, the Nairobi operation was named after the Holy Kaaba in Mecca; the Dar es Salaam bombing was called Operation al-Aqsa in Jerusalem, but "neither had an obvious connection to the American embassies in Africa. Bin Laden initially said that the sites had been targeted because of the "invasion" of Somalia; then he described an American plan to partition Sudan, which he said was hatched in the embassy in Nairobi. He also told his followers that the genocide in Rwanda had been planned inside the two American embassies."

Wright concludes that none of these claims made sense, and that bin Laden's actual goal was "to lure the

Perhaps to support this timeline, Berntsen also falsely claims that another bomber, Mohamed al-Owhali, is arrested on August 15 when in fact he is arrested three days earlier. (United States of America v. Usama Bin Laden, et al., Day 38 5/2/2001; Berntsen and Pezzullo 2005)

Odeh's Confession and Other Al-Qaeda Evidence Kept Secret for Days - Publicly, the US does not link any evidence from the bombing to al-Qaeda until August 17, when Odeh's confession is finally mentioned in front page news stories. Even then, the story is based on accounts from Pakistani officials and US officials say they cannot confirm it. (Constable and Khan 8/17/1998) In fact, there is a wealth of information immediately tying al-Qaeda to the bombings that is kept secret, including wiretaps of many of the bombers (see April 1996 and May 1998), informants in the cell (see Before August 7, 1998), and even a statement of responsibility that was intercepted hours before the bombings had occurred (see August 5-7, 1998).

🔲 SHARE

## IRANIANTERRORISTS

10:35-10:39 a.m., August 7, 1998: Al-Qaeda Bombs US Embassies in Kenya and Tanzania, Killing Over 200



Two US embassies in Africa are bombed within minutes of each other. At 10:35, local time, a suicide car bomb attack in Nairobi, Kenya, kills 213 people, including 12 US nationals, and injures more than 4,500. Mohamed al-Owhali and someone known only as Azzam are the suicide bombers, but al-Owhali runs away at the last minute and survives. Four minutes later, a suicide car bomb

Bombings of the Nairobi, Kenya, US embassy (left) and the Dar es Salaam, Tanzania, US embassy (right). *[Source: Associated Press]* (click image to enlarge)

attack in Dar es Salaam, Tanzania, kills 11 and injures 85. The attacks are blamed on al-Qaeda. Hamden Khalif Allah Awad is the suicide bomber there. (PBS Frontline 2001; United States of America v. Usama Bin Laden, et al., Day 38 5/2/2001) The Tanzania death toll is low because, remarkably, the attack takes place on a national holiday so the US embassy there is closed. (Miller, Stone, and Mitchell 2002, pp. 195) The attack shows al-Qaeda has a capability for simultaneous attacks. The Tanzania bombing appears to have been a late addition, as one of the arrested bombers allegedly told US agents that it was added to the plot only about 10 days in advance. (United State of America v. Usama bin Laden, et al., Day 14 3/7/2001) A third attack against the US embassy in Uganda does not take place due to a last minute delay (see August 7, 1998). (Associated Press 9/25/1998) August 7, 1998, is the eighth anniversary of the arrival of US troops in Saudi Arabia, and some speculate that is the reason for the date of the bombings. (Gunaratna 2003, pp. 46) In the 2002 book The Cell, reporters John Miller, Michael Stone, and Chris Miller will write, "What has become clear with time is that facets of the East Africa plot had been known beforehand to the FBI, the CIA, the State Department, and to Israeli and Kenyan intelligence services... [N]o one can seriously argue that the horrors of August 7, 1998, couldn't have been prevented." They will also comment, "Inexplicable as the intelligence failure was, more baffling still was that al-Qaeda correctly presumed that a major attack could be carried out by a cell that US agents had already uncovered." (Miller, Stone, and Mitchell 2002, pp. 195, 206) After 9/11, it will come to light that three of the alleged hijackers, Khalid Almihdhar, Nawaf Alhazmi, and Salem Alhazmi, had some involvement in the bombings (see October 4, 2001, Late 1999, and 1993-1999) and that the US intelligence community was aware of this involvement by late 1999 (see December 15-31, 1999), if not before.

🔲 SHARE

After August 7, 1998: CIA Focuses on Yemeni Terror Group, London Connection Found to Be 'Crucial'

IRANIAN TERRORISTS

United States into Afghanistan, which had long been called 'The Graveyard of Empires.'"[4] According to a 1998 memo authored by Mohammed Atef and seized by the FBI, around the time of the attacks, al-Qaeda had both an interest in and specific knowledge of negotiations between the Taliban and the planned gas pipeline consortium CentGas.[5]

In May 1998 a villa in Nairobi was purchased by one of the bombers for the purpose of accommodating bomb-building in the garage. Ahmad Salim Swedan purchased a beige Toyota Dyna truck in Nairobi, and a 1987 Nissan Atlas refrigeration truck in Dar es-Salaam. Six metal bars were used to form a "cage" on the back of the Atlas, to accommodate the bomb.[6]

In June 1998, KK Mohamed rented House 213 in the Illala district of Dar es Salaam, about four miles from the U.S. Embassy. A white Suzuki Samurai was used to haul bomb components hidden in rice casks from House 213.

In both Nairobi and Dar es Salaam, Mohammed Odeh supervised construction of two massive, 2,000-pound destructive devices. The Nairobi bomb was made of 400 to 500 cylinders of TNT (about the size of soda cans), aluminum nitrate, aluminum powder and detonating cord. The explosives were packed into some twenty specially designed wooden crates that were sealed and then placed in the bed of the trucks. Abdel Rahman ran a wire from the bomb to a set of batteries in the back of the truck cab and then to a detonator switch beneath the dashboard.[6] The Dar es Salaam bomb used a slightly different construction: the TNT was attached to fifteen oxygen tanks and gas canisters, and was surrounded with four bags of ammonium nitrate fertilizer and some sand bags to tamp and direct the blast.[7]

The bombings were scheduled for August 7, the eighth anniversary of the arrival of American troops in Saudi Arabia, ostensibly a deliberate choice by Osama bin Laden.[8]

# Attacks and casualties

On August 7, between 10:30 am and 10:40 am local time (3:30–3:40 am Washington time), suicide bombers in trucks laden with explosives parked outside the embassies in Dar es Salaam and Nairobi, and almost simultaneously detonated.[9] In Nairobi, approximately 212 people were killed, and an estimated 4,000 wounded; in Dar es Salaam, the attack killed at least 11 and wounded 85.[10] Seismological readings analyzed after the bombs indicated energy of between 9–17 tons of high explosive material.[11] Although the attacks were directed at American facilities, the vast majority of casualties were local citizens; 12 Americans were killed.[12]



Wreckage from the Nairobi bombing.

| Marine Sgt. Jesse N. Aliganga | Marine Security Guard detachment |
| Julian Bartley | Consul General |
| Jay Bartley | son of Consul General Julian Bartley |
| Jean Dalizu | Defense Attache's Office |
| Molly Hardy | Administrative Office |

APPENDIX-F: 13 OF 26



HAITIAN VOODOOHOODOOINVESTERS

WILLIAM JEFFERSON CLINTON-HILLARYRODHAM-
CLINTONS-ARISTIDES;HODOOJUJU DELUSIONS O
GRANDEUR ONANISM OF HAMAN-ZERESH DON'TSA
DON'TTEELBUTE-MAIL BY ADUMBRATIONS;ON:P.S

_JEAN-BERTRAUD ARISTIDE meeting Bill



hillaryclinton

APPENDIX-F: 14 OF 26

BENGHAZI UNSECUREEMSILDEATHPLOTTERS
AND IMPERIAL OBSTRUCTION OF JUSTICE
PARTYDEMOCRATSSUPERDELEGATES SCANDALS'AGENTS

Accessorial suspects of Christopher's death-plot



APPENDIX-F: 15 OF 26

SHARE THIS STORY

partydemocratssuperdelegates ineligible
to run for GvtOfc-scandalous agents
VerdeDoctrine.

Pin
(//www.pinterest.com/pin/create/button/?
url=http%3A//usat.ly/2fhrX5Q&media=http%3A%2F%2Fwww.gannett-
cdn.com%2F-
mm-
%2Fef644b9bacb3c2d8c9431826cag9a27eb18b01fc%2Fc%3D0-
265-
4842-
3000%26r%3Dx324%26c%3D600x321%2Flocal%2F-
%2Fmedia%2F2016%2F11%2F10%2FUSATODAY%2FUSATODAY%2F636143689695071942
AP-
2016-
Election-
Congress.jpg&description=A
raucous
election
cycles
ended
with
very
little
change
in the
U.S.
Senate,
as
most
of the
endangered
Republicans
managed
to
hold
on to

6,514
(http://www.facebook.com/share.php?
u=http%3A//www.usatoday.com/story/news/politics/elections/2016/11/10/new-
senator-
profiles-
2017-     Tweet     Share     Share
freshman-          (https://twitter.com/intent/tweet?(mailto:?linkedin.com/shareArticle?
class/93061136url=http%3A//urbtl.ly//2fhrX5Q&te×ttext××%20Party%20Dnx%20US,%20senators&u=usatoday)

A raucous election cycle ended with very little change in the U.S. Senate
(https://elections16.usatoday.com/results/senate), as most of the endangered Republicans
managed to hold on to their seats. Here are the six newly elected senators — with one more
to be added to the 2017 freshman class after Louisiana's runoff in December.

PARTY ACMOS SUPERDELEGATES ARE NAMED
INELIGIBLE  U.S. SENATE SEATS

As = ① Catherine Cortez Masto

NEVADA DEMOCRAT

APPENDIX-F:  16 OF 26

Democrat Catherine Cortez Masto's victory in the Nevada Senate race is groundbreaking for
the Silver State.

She is the first woman to represent Nevada in the Senate and the first Latino woman in the
chamber's history. Her paternal grandfather immigrated to Nevada from Chihuahua, Mexico.

The former two-term attorney general replaces retiring Senate Democratic leader Harry
Reid. Losing the seat would have been a devastating blow for Democrats, though even with
this win they did not take control of the Senate.

Cortez Masto, 52, ran an aggressive campaign based on foundational Democratic policy
proposals — raising the minimum wage, protecting Social Security and Medicare, and
passing comprehensive immigration reform.

attorney general she is perhaps best known for negotiating the settlement with bankers over illegal mortgage practices that brought billions to underwater California homeowners. She is also known as an expert on tackling recidivism — she wrote *a book, Smart on Crime*, about it — and making parents responsible for truant children. As district attorney of San Francisco city and county, she was known for antagonizing local police when she declined to seek the death penalty for a cop killer in 2004, her first year in office.

Harris is also known to have a good relationship with departing President Obama, who once described her as "by far the best-looking attorney general in the country."



Kamala Harris greets supporters at a election night rally on Nov. 8, 2016 in Los Angeles.
*(Photo: Chris Carlson, AP)*

Unlike the outspoken Boxer she's replacing, Harris has been called cautious. Asked at the only general election debate last month what committee assignments she'll seek, for example, she said she was concentrating on the election and wouldn't look beyond it.

INELIGIBLE FOR GVT OFFICE, VARDEDOCTRINE
*Berthoud/New Sullivan*



# Maggie Hassan

### NEW HAMPSHIRE DEMOCRAT

Democrat Maggie Hassan eked out a win to unseat incumbent Republican Kelly Ayotte in one of the tightest races in the country.

Hassan, 58, has been governor of New Hampshire since 2013, and before that, she was a state senator for six years, including a stint as majority leader before losing re-election in 2010.

APPENDIX-F: 17 OF 26

During her tenure as governor, Hassan maintained high job approval ratings, with a Morning Consult poll earlier this year gauging her support 56% favorable and only 33% unfavorable.

She campaigned for Senate on a pledge to work across the aisle to make Washington work better for middle-class Americans and touted her prior record in New Hampshire, where she froze tuition at state universities and lowered it at community colleges and passed two budgets without raising sales or income taxes.

A lawyer by trade, Hassan started in public service as an advocate for special-needs children after the eldest of her two children, Ben, now 28, was born with cerebral palsy. Her campaign said she was driven to "ensure that children like her son Ben, who experiences severe disabilities, would be fully included in their communities and have the same opportunities that all parents want for their children."

— Donovan Slack



Maggie Hassan waves to supporters during an election night rally in Manchester, N.H., on Nov. 9, 2016.
*(Photo: Charles Krupa, AP)*

INELIGIBLE FOR GVTOFFICE, VARDEDOCTRINE



## ⑤ Chris Van Hollen

### MARYLAND DEMOCRAT

Sooner or later, Chris Van Hollen was going to be a U.S. senator.

The six-term congressman from Maryland literally grew up in government. Van Hollen was born in Pakistan, where his father was serving in the foreign service, and lived in several foreign outposts as a child. His father ultimately served as U.S. ambassador to Sri Lanka and the Maldives. Van Hollen did his graduate studies at Harvard's Kennedy School of Government, where he met his wife, Katherine, and they both wound up with jobs on Capitol Hill.

APPENDIX-F: 18 OF 26

First elected to Congress on his own in 2002, Van Hollen quickly moved up the ladder of leadership among House Democrats. He led the Democrats' House campaign operation for the 2008 and 2010 election cycles.

# Clinton claims collapse under FBI probe

*A fact-check analysis of the candidate's previous arguments finds fault with some of her statements*

### The Associated Press

WASHINGTON — Key assertions by Hillary Clinton in defense of her email practices have collapsed under FBI scrutiny.

The agency's yearlong investigation found that she did not, as she claimed, turn over all her work-related messages for release. It found that her private email server did carry classified emails, also contrary to her past statements. And it made clear that Clinton used many devices to send and receive email despite her statements that she set up her email system so that she only needed to carry one.

FBI Director James Comey's announcement Tuesday that he will not refer criminal charges to the Justice Department against Clinton spared her from prosecution and a devastating political predicament. But it left much of her account in tatters and may have aggravated questions of trust swirling around her Democratic presidential candidacy.

A look at Clinton's claims since questions about her email practices as secretary of state surfaced and how they compare with facts established in the FBI probe:

**CLINTON:** "I did not email any classified material to anyone on my email. There is no classified material." News conference, March 2015.

**THE FACTS:** Actually, the FBI identified at least 113 emails that passed through Clinton's server and contained materials that were classified at the time they were sent, including some that were Top Secret

less in their handling of very sensitive, highly classified information," he said.

**CLINTON:** "I never received nor sent any material that was marked classified." NBC interview, July 2016.

**THE FACTS:** Clinton has separately clung to her rationale that there were no classification markings on her emails that would have warned her and others not to transmit the sensitive material. But the private system did, in fact, handle emails that bore markings indicating they contained classified information, Comey said.

He said the marked emails were "a very small number." But that's not the only standard for judging how officials handle sensitive material, he added. "Even if information is not marked classified in an email, participants who know, or should know, that the subject matter is classified are still obligated to protect it."

**CLINTON:** "I responded right away and provided all my emails that could possibly be work related" to the State Department. News conference, March 2015.

**THE FACTS:** Not so, the FBI found.

breach, a less categorical statement than Clinton herself made last year, when she said there was no breach. The FBI did not uncover a breach but made clear that that possibility cannot be ruled out.

"We assess it is possible that hostile actors gained access to Secretary Clinton's personal email account," Comey said.

He said evidence would be hard to find because hackers are sophisticated and can cover their tracks. Comey said his investigators learned that Clinton's security lapses included using "her personal email extensively while outside the United States, including sending and receiving work-related emails in the territory of sophisticated adversaries." Comey also noted that hackers breached the email accounts of several outsiders who messaged with Clinton.

Comey did not mention names, but a Romanian hacker who called himself Guccifer accessed and later leaked emails from Sidney Blumenthal, an outside adviser to Clinton who regularly communicated with her.

**CLINTON:** "I opted for convenience to use my personal email account, which was allowed by the State Department." News conference, March 2015.

**THE FACTS:** Comey did not address Clinton's reason for using a private server instead of a government one, but he highlighted the perils in routing sensitive information through a home server.

The FBI found that Clinton's personal server was "not even supported by full-time security staff like those found at agencies and departments of the United States government or even with a commercial email service like Gmail," the director said.

A May 2016 audit by the State

investigations'finaglers for bogus
illegal conclusions obstructing justice

scandalousandterrosists partydemocratstresonousdefts



# Clinton turning over personal email server to feds

*The Justice Department is investigating her use of a private server as a Cabinet member*

**By Ken Dilanian**
*The Associated Press*

WASHINGTON — Hillary Clinton will turn over the personal email server she used while serving as secretary of state to the Justice Department, her campaign spokesman said Tuesday.

The decision advances the investigation into the Democratic presidential front-runner's use of a private email account as the nation's top diplomat, and whether classified information was stored improperly on her home-brew email server.

the server to a third party.

Spokesman Nick Merrill said Clinton has "pledged to cooperate with the government's security inquiry, and if there are more questions, we will continue to address them."

Also Tuesday, Clinton gave to the Justice Department thumb drives containing copies of emails sent to and from her personal email addresses via that server.

Clinton's lawyer, David Kendall, gave three thumb drives containing copies of roughly 30,000 emails to the FBI after the agency determined he could not remain in possession of



**Hillary Clinton**

emails, according to a U.S. official briefed on the matter who spoke on condition of anonymity.

The State Department previously had said it was comfortable with Kendall keeping the emails at his Washington law office.

The FBI is looking into the security of the Clinton email arrangement. There is no evidence she used encryption to shield the emails or her personal server from foreign intelligence services or other prying eyes.

Word that Clinton had relented on giving up possession of the server,

as Republican Sen. Chuck Grassley of Iowa said two emails that traversed Clinton's personal system were deemed "'Top Secret, Sensitive Compartmented Information" — a rating that is among the government's highest classifications.

Grassley said the inspector general of the nation's intelligence community had reported the new details about the higher classification to Congress on Tuesday.

Those two emails were among four that had been determined by the inspector general of the intelligence community to have been classified at the time they were sent. The State Department disputes the emails were classified at that time.





JIMMY CARTER-SHAH-KHOMANEI--DIVINATIONSOF HERETIC-MINIGOLIATH
SOWER OF NATIONAL-INTERNATIONAL TERRORISTS,CONCURRING

APPENDIX-F: 21 OF 26

CARTER--MAN OF GOD OF JUDAH:FAILED
SHAH-KING OF SOUTHERN KINGDOM-JEROBOAM VOODOOIMPERIALIST
KHOMANEI- PRIEST OF BETHEL-LIAR CORRUPT CLAN = PARTYDEMOS
POLITICAL-FINANCIAL FINAGLERS WITCHRAFTS.

BGKKTSLBGHTGSSMFSCOUTUSForum androgynoussodomcarnaling
mentalabnormalities/gomorreans

*(handwritten annotations): IMMORAL TERRORISTS ... DANGEROUS ... ACTORS*

# U.S. support of gay rights in Africa hurts the cause

### That's the message from activists dealing with a wary public

By Norimitsu Onishi
*The New York Times*

LAGOS, Nigeria — Suspicious neighbors and landlords pry into their private lives. Blackmailers hunt for victims on the social media sites they use to meet others of the same sex. Police officers routinely stop them to search for incriminating images and chats on their cellphones.

After an anti-gay law went into effect last year, many gay Nigerians say they have been subjected to new levels of harassment, even violence.

They blame the law, authorities and broad social intolerance for their troubles.

But they also blame an unwavering supporter whose commitment to their cause has been unquestioned and overt across Africa: the U.S. government.

"The U.S. support is making matters worse," said Mike, 24, a university student studying biology in Minna, a town in central Nigeria who asked that his full name not be used for safety reasons. "There's more resistance now. It's triggered people's defense mechanism."

Four years ago, the U.S. government embarked on an ambitious campaign to expand civil rights for gay people overseas by marshaling its diplomats, directing its foreign aid and deploying President Obama to speak before hostile audiences.

Since 2012, the U.S. government has put more than $700 million into supporting gay rights groups and causes globally. More than half of that money has focused on sub-Saharan Africa — just one indication of this continent's importance to the new policy.

America's money and public diplomacy have opened conversations and opportunities in societies where the subject was taboo just a few years ago. But they have also made gay men and lesbians more visible — and more vulnerable to harassment and violence, people on both sides of the gay rights issue contend.

The U.S. campaign has stirred misgivings among many African activists, who say they must rely on the West's support despite often disagreeing with its strategies.

In Nigeria, Africa's most populous nation, the final passage of the 2014 law against homosexuality — which made same-sex relationships punishable by 14 years in prison and made it a crime to organize or participate in any type of gay meeting — is widely regarded by both supporters and opponents of gay rights as a reaction to U.S. pressure on Nigeria and other African nations to embrace gay rights.

"The Nigerian law was blowback," said Chidi Odinkalu, chairman of Nigeria's National Human Rights Commission and the senior legal officer for the Africa Program of the Open Society Justice Initiative, which supports gay rights on the continent. "You now have situations of gay men being molested on the streets or taunted. That was all avoidable.

"I've said to U.S. diplomats privately as well — the risk is causing more harm than good," Odinkalu added. "You don't want an infusion of goodwill to actually do harm to the community that you think you're protecting."

Anti-gay sentiments are widespread across Africa. Same-sex relations remain illegal in most nations, the legacy of colonial laws that had been largely forgotten until the West's push to repeal them in recent years.

Alex Kozinski : USLaw.com's Celebrity Justice

- Home
- USLaw.com
- OJ Simpson
- Eliot Spitzer
- Shame Lists    SEE APDX-F: 22 of 26!
- Reader Polls

BOOKMARK

SEARCH CELEBRITY JUSTICE: _____

[ Search ]



Search Advantage - Only Tool to Combine Enterprise
Search and Knowledge Management. www.LexisNexis.com

Ads by Google

# Justice Cowed: How "obscene" were the videos Kozinski's recused himself from the case over?

13 Jun

Filed Under Judge Alex Kozinski | Leave a Comment



With a one sentence explanation, one of the most respected judicial authorities on the First Amendment, Judge Alex Kozinski, removed himself from what will likely become a landmark obscenity case.

"In light of the public controversy surrounding my involvement in this case, I have concluded that there is a manifest necessity to declare a mistrial. I recuse myself from further participation in the case and will ask the chief judge of the district court to reassign it to another judge."

Did Judge Kozinski need to be *cowed* into this decision? How necessary was this recusal? Our opinion, as previously described, is that the judge's awareness of run-of-the-mill "viral humor" made him more likely to be an impartial magistrate than a judge too cloistered to have a practical sense of "contemporary community standards" even if the public perception of the whole website controversy might tend towards irrational umbrage.

How similar are the images discovered on the Kozinski family computer and images at issue in USA vs. Ira Isaacs? □ Judge for yourself. □ USLaw.com has compiled several still images form the videos contained in Isaacs indictment.□ (WARNING: Extremely graphic.)

# Judge halts obscenity trial

A newspaper report reveals his Web site contains explicit material, prompting his action.

**By Scott Glover**
*Los Angeles Times*

LOS ANGELES – A closely watched obscenity trial in federal court was suspended Wednesday after the judge acknowledged maintaining his own publicly accessible Web site featuring sexually explicit photos and videos.

Alex Kozinski, chief judge of the 9th U.S. Circuit Court of Appeals, granted a 48-hour stay in the obscenity trial of a Hollywood adult filmmaker after the prosecutor requested time to explore "a potential conflict of interest concerning the court having a ... sexually explicit Web site with similar material to what is on trial here."

In an interview Tuesday with the Los Angeles Times, Kozinski acknowledged posting sexual content on his Web site. He defended some of the adult content as "funny" but conceded that others postings were inappropriate.

Kozinski, 57, said he thought the site was for his private storage and that he was not aware the images could be seen by the public, although he also said he had shared some material on the site with friends. After the interview Tuesday evening, he blocked public access to the site.

Kozinski is one of the nation's highest-ranking judges and has been mentioned as a possible candidate for the U.S. Supreme Court. He was named chief judge of the 9th Circuit last year and is considered a judicial conservative on most issues.

Kozinski, who was appointed to the federal bench by President Reagan in 1985, has a reputation as a brilliant legal mind and is seen as a champion of the First Amendment right to freedom of speech and expression.

Sen. Dianne Feinstein, D-Calif., a member of the Senate Judiciary Committee, expressed concern about Kozinski's Web site.

"If this is true, this is unacceptable behavior for a federal court judge," she said in a statement.

## ALEX KOZINSKI

The chief judge of the 9th U.S. Circuit Court of Appeals said he thought the graphic material on his Web site couldn't be seen by the public. Public access was later blocked.

Stephen Gillers, a New York University law professor who specializes in legal ethics and has known Kozinski for years, called him "a treasure of the federal judiciary." Gillers said he took the judge at his word that he did not know the site was publicly available. But he said Kozinski was "seriously negligent" in allowing it to be discovered.

After publication of an latimes.com article about his Web site Wednesday morning, the judge offered another explanation for how the material might have been posted to the site. On Tuesday evening, he had told the Times that he had a clear recollection of some of the most objectionable material and that he was responsible for placing it on the Web. By Wednesday afternoon, as controversy about the Web site spread, Kozinski was seeking to shift responsibility, at least in part, to his adult son, Yale.

"Yale called and said he's pretty sure he uploaded a bunch of it," Kozinski wrote in an e-mail to AbovetheLaw.com, a legal news Web site. "I had no idea, but that sounds right because I sure don't remember putting some of that stuff there."

The judge told the Times it was strictly by chance that he wound up presiding over the trial of filmmaker Ira Isaacs in U.S. District Court in Los Angeles. Appellate judges occasionally hear criminal cases when they have free time on their calendars, and the Isaacs case was one of two he was given, the judge said.

Isaacs is on trial for distributing sexual fetish videos, featuring acts of bestiality and defecation. The material is considerably more vulgar than the content posted on Kozinski's Web site.

The judge said he didn't think any of the material he posted would qualify as obscene.

"Is it prurient? I don't know what to tell you," he said. "I think it's odd and interesting. It's part of life."

SEE APDXS-F: 22 & 23 OF 26

SEE APPDXS-F: 20,22-24 OF 26; APDXS-E: 24,25-30 7 40  OF 4o

# The New York Times

U.S.

# Justice Anthony Kennedy's Tolerance Is Seen in His Sacramento Roots

By SHERYL GAY STOLBERG   JUNE 21, 2015

SACRAMENTO — In the fall of 1987, a package arrived on the desk of Laurence H. Tribe, a Harvard law professor who had just lost a Supreme Court case on gay rights. It contained the legal opinions of Anthony M. Kennedy, a strait-laced, conservative Republican jurist from Sacramento who hardly seemed sympathetic to that cause.

The package was sent by one of the most influential men in the California capital then, Gordon Schaber, a law school dean who had enlisted a young Mr. Kennedy to teach night classes and nurtured his career. Now Mr. Schaber was angling for President Ronald Reagan to elevate his friend to the Supreme Court — and he wanted the Harvard professor's support.

"Gordon Schaber said that Tony Kennedy was entirely comfortable with gay friends," said Professor Tribe, who later testified to urge the Senate to confirm Justice Kennedy. "He said he never regarded them as inferior in any way or as people who should be ostracized, and I did think that was a good signal of where he was on these matters."

Now, as the Supreme Court prepares to rule on whether to grant a constitutional right to same-sex marriage, Justice Kennedy, a onetime altar boy, has emerged as an unlikely gay rights icon. At 78, he has advanced legal equality for gays more than any other American jurist, making his friend Mr. Schaber, who died in 1997 — and who was, many who knew him believe, a closeted gay man — look prescient.

APPENDIX-F: 25 OF 26

In 1976, he supported the firing of a federal employee for "homosexual conduct." In 1980, he affirmed the right of the Navy to dismiss gay sailors. In 1982, he upheld the deportation of an Australian man who was in a same-sex relationship with an American.

But the 1980 case, Beller v. Middendorf, contained an important caveat. In dense legal language, Judge Kennedy noted "substantial academic comment which argues that the choice to engage in homosexual conduct is a personal decision entitled, at least in some instances, to recognition as a fundamental right and to full protection as an aspect of the individual's right to privacy."

The language surprised Judge Stephen Reinhardt, a Ninth Circuit liberal who joined the court that year. "I always thought of Tony as someone who never really got out of Sacramento, who was very provincial," Judge Reinhardt said. "He was a very traditional, straight person, very moralistic."

Sometime in the 1980s, a gay couple moved a few doors down from the Kennedys in Land Park; Mr. Genshlea recalls their arrival as "not a big deal." Judge Kennedy took Mr. Meese and his wife to a housewarming party at the male couple's home, according to a 1987 article in The Los Angeles Times, which quoted a friend expressing the future justice's attitude: "If they can tolerate me, I can sure tolerate them."

When Justice Lewis Powell announced his retirement from the court in 1987, many in Sacramento thought Judge Kennedy was the obvious pick. Instead, Reagan nominated another federal appeals court judge, Robert H. Bork, an ultraconservative who was rejected by the Senate. A second candidate, Judge Douglas H. Ginsburg, withdrew amid controversy over past marijuana use. Judge Kennedy, viewed as conservative yet more likely than Judge Bork to win bipartisan support, was the third choice.

Mr. Meese, in an interview, said legal equality for gays was not discussed as an issue in the Kennedy evaluation. "That subject never came up," Mr. Meese said, "and there was nothing in his background one way or another."

When the Bork nomination imploded, Mr. Schaber and Professor Tribe — who had met then-Judge Kennedy while receiving an honorary doctorate from McGeorge — began talking. The previous year, Mr. Tribe had tried to persuade the Supreme Court to declare Georgia's ban on sodomy unconstitutional. He lost that case, Bowers v. Hardwick, 5 to 4.

APPENDIX-F: 26 OF 26

# PRIORITY ★ MAIL ★®



📅 DATE OF DELIVERY SPECIFIED*

📶 USPS TRACKING™ INCLUDED*

💲 INSURANCE INCLUDED*

📦 PICKUP AVAILABLE

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FP14F July 2013

APR 03 2017

FRO

## USPS TRACKING NUMBER

9505 5131 9181 7090 0987 68

**FROM** JAMES AGGREY-KWEGGYIRR ARUNGA,
POST OFFICE BOX 11521
EUGENE OR 97440-3721

United States District Court
Southern District of Texas

APR - 3 2017

RECEIVED
David J. Bradley, Clerk of Court

**To** ROLANDO OLVERA & IGNACIO TORTEYA
OLVERA & TORTEYA,USDCFED BLDG
600 E.HARRISON STREET,RM 101
BROWNSVILLE,TX 78520

VISIT US AT USPS.COM®

UNITED STA...