## Supreme Court of the United States

United States District Court
Southern District of Texas
FILED

APR 2 5 2017

David J. Bradley, Clerk of Court

James Aggrey-Kweggyir Arunga
(Petitioner)

v.

Barack Hussein Obama, et al.
(Respondent)

No. 16-8629

B-16- CV-119

To AZArPrtClntnsL.LnchGptR.OlvrI.Trty=S Counsel for Respondent:

    **NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on February 10, 2017, and placed on the docket April 7, 2017.  Pursuant to Rule 15.3, the due date for a brief in opposition is Monday, May 8, 2017.  If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

    Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

    Only counsel of record will receive notification of the Court's action in this case.  Counsel of record must be a member of the Bar of this Court.

Mr. James Aggrey-Kweggyirr Arunga
P.O. Box 11521
Eugene, OR 97440-3721
(916) 424-2715

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# WAIVER

## Supreme Court of the United States

No. 16-8629

| James Aggrey-Kweggyir Arunga | v. | Barack Hussein Obama, et al. |
|---|---|---|
| (Petitioner) | | (Respondents) |

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check the appropriate boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☐ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

_____

_____

☐ I am a member of the Bar of the Supreme Court of the United States.

☐ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member.

Signature _____

Date: _____

(Type or print) Name _____
☐ Mr.    ☐ Ms.    ☐ Mrs.    ☐ Miss

Firm _____

Address _____

City & State _____ Zip _____

Phone _____

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc:

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.

JAMES AGGREY-KWEGGYIRR ARUNGA
POST OFFICE BOX 11521
City of EUGENE, OR 97440-3721

PORTLAND OR 970
22 APR 2017 PM 1 L

78520-727326

ROLANDO OLVERA, IGNACIO TORTEYA, III
OLVERA & TORTEYA, III CHAMBERS
U.S. DISTRICT COURT BUILDING
600 E. HARRISON STREET, RM 101
BROWNSVILLE, TX 78520