No: 16 - 8629

IN THE

B16CV119

SUPREME COURT OF THE UNITED STATES

United States District Court
Southern District of Texas
FILED

JUN 1 2 2017

David J. Bradley, Clerk of Court

JAMES AGGREY-KWEGGYIRR ARUNGA —PETITIONER

vs.

BARACK HUSSEIN OBAMA ET AL. —RESPONDENT(S)

AN EXPARTE APPLICATION FOR SUPPLEMENTAL BRIEF

1. WAIVER FOR GRANTING: Filed on May 08, 2017 justifies Trump-Pence; their presidency's Administration; their Executive Office; and their cabinetmembers as not partyDemocrats-Respondents+20-years, retroactively; consecutively concurrent. Miscappendixes-1-5.

2. NIHIL DICIT-------: Of partyDemocrats-Respondents is and or should be noted recurring in this proceeding(s). Miscappendixes, supra.

3. REASON(S) GRANTING--: (a) Unavailble/unknown appearing and or emerging in their vexatious acts, spurious actions, and Indonesianlike delusioned Macaques--contortive vexatious finaglers; evelish farfetched effectlessness '(cvfefe), are party DemocratsRespondents, U.S. House Senate members: Id.
(b) The-look-back-in-anger, nationally-internationally, in their mobs humiliated elections 2016 losses, Democrats; composed obstructions of justice in constructed lacernous treanous asportations' expulsions, and unbecoming par conducts of Obama-Biden imperial cultochlocracy in linear of shadow government usurpatory FUZES, continued, collectively, CONTRARY TO petitioners and their IUS; existing by authority of WRITS OF NONDELEGABILITY JURISDICTIONS' POWER, DEHORS. Page-3, PETITION.

1 of 2

WHEREFOR, the recurring/and continuing new cases, matter as imperative public importance, raising new federal questions; calling attention to, and other as pertaining and intervening; not available, but related to Petition and or the 21st Century Petitioners' Class Action lawsuit at the time plaintiffs appellants petitioners last filing, should issue granting pro se's exparte application in consistent with Supreme Court Rules 10(a), 11, 15.8, 29 etseq., and 30.4. Also, 28USC:2101 et seq. SCRule 14.i(i).

To wit, petitioners' docketed instruments--SCNo:16-8629, are Rights of American Jurisprudence reserved for the Petitioners--United States Government/James Aggrey-Kweggyirr Arunga, et al, to be had in consistent with Title28.2Constitutionality, under the WRIT OF NONDELEGABILITY JURISDICTION'S POWER OF 1791-RATIFIED BILL OF RIGHTS, DEHORS. Held: "Court holds continuous annual Term", in linear of given manifesting quorum. "At the end of each Term, all cases pending on the docket are continued, 28.2, SCRule 3; at continuous annual Term".

Defendants-appellees-respondents--SCOUTUSForum of Breyer-Ginsburg-Kagan-AMKennedy acting under the pretense of judicial immortal deity, in their meritless nonapplicable judicial proceeding--28.1 to represent themselves in unnoticed maundering dictum dated May 30, 2017, to obstruct justice isnothing but IndonesiaMacaques judicial expulsion as to their violative of all Rights of American JURISPRUDENCE, in any given circumstances; to the extent that said respondents in their said 28.1 maundering ORDER is rejected as unissue related to the 28.2 MERITS reserved for petitioners in their pending PETITION, SCNo: 16-8629. Page one, Page Two Texts, supra. HB, EXODUS 20:7;13-17; JAMES 5:1-6.

Petitioners request granting of their EXPARTE APPLICATION to file their SUPPLEMENTAL BRIEF, the within 60 days, effective at the designated date that time starts running out.

Respectfully submitted as dated on June 08, 2017, by:

_____
JAMES AGGREY-KWEGGYIRR ARUNGA
Pro se
POST OFFICE BOX 11521
EUGENE, OR 97440-3721

ccs: Rev Billy Graham
     Rev Pat Robert
     HouseSenate Republicans
     THE AMERICAN TRUMP-PENCE PRESIDENCY OF THE UNITED STATES
     THE WHITEHOUSE.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 30, 2017

Mr. James Aggrey-Kweggyirr Arunga
P.O. Box 11521
Eugene, OR 97440-3721

Re: James Aggrey-Kweggyir Arunga
v. Barack Hussein Obama, et al.
No. 16-8629

Dear Mr. Arunga:

The Court today entered the following order in the above-entitled case:

Because the Court lacks a quorum, 28 U. S. C. §1, and since the qualified Justices are of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U. S. C. §2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court". Justice Kennedy, Justice Ginsburg, Justice Breyer and Justice Kagan took no part in the consideration or decision of this petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

IN THE SUPREME COURT OF THE UNITED STATES

ARUNGA, JAMES AGGREY-KWEGGYIR
    Petitioner

vs.

No: 16-8629

BARACK HUSSEIN OBAMA, ET AL.

### WAIVER

The Government hereby waives its right to file a response to the petition in this case, unless requested to do so by the Court.

JEFFREY B. WALL
Acting Solicitor General
Counsel of Record

May 08, 2017

cc:

JAMES AGGREY-KWEGGYIRR
ARUNGA
PO BOX 11521
EUGENE, OR 97440-3721

# Supreme Court of the United States

Miscappendix-2 of 5

James Aggrey-Kweggyir Arunga
    (Petitioner)

v.                                  No. 16-8629

Barack Hussein Obama, et al.
    (Respondent)

To <u>AZArPrtClntnsL.LnchGptR.OlvrI.Trty-s</u> Counsel for Respondent:

    **NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on February 10, 2017, and placed on the docket April 7, 2017. Pursuant to Rule 15.3, the due date for a brief in opposition is Monday, May 8, 2017. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

    Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

    Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.

                                          Mr. James Aggrey-Kweggyirr Arunga
                                          P.O. Box 11521
                                          Eugene, OR 97440-3721
                                          (916) 424-2715

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 7, 2017

Mr. James Aggrey-Kweggyirr Arunga
P.O. Box 11521
Eugene, OR 97440-3721

Re: James Aggrey-Kweggyir Arunga
v. Barack Hussein Obama, et al.
No. 16-8629

Dear Mr. Arunga:

The petition for a writ of certiorari in the above entitled case was filed on February 10, 2017 and placed on the docket April 7, 2017 as No. 16-8629.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

Scott S. Harris, Clerk

by
Jacob C. Travers
Case Analyst

Enclosures

No. 16 - 8629

IN THE

SUPREME COURT OF THE UNITED STATES

JAMES ACGREY-KWEYCCIRR ARUNGA — PETITIONER

VS.

BARACK HUSSEIN OBAMA ET AL — RESPONDENT(S)

**PROOF OF SERVICE**

I, _____James A-K Arunga_____, do swear or declare that on this date, _27th day of March_, 2017, as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

Rolando Olvera, Ignacio Torteya,III, Olvera & Torteya,III Chambers U.S.D.C.BUILDING, 600 E.Harrison Street, Rm. 101,Brownsville, TX 78520.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 27th day of March, 2017

_____
(Signature)

1 of 1

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-41077

JAMES AGGREY-KWEGGYIR ARUNGA, and all Other Allies of the United States of America, Similarly Situated,

      Plaintiff - Appellant

v.

BARACK HUSSEIN OBAMA, 7+years Imperial Administrations and Expulsions Fuzes of President Barack Hussein Obama and Vice President "Joe" Biden; JOSEPH "JOE" BIDEN, 7+years Imperial Administrations and Expulsions Fuzes of President Barack Hussein Obama and Vice President Joseph "Joe" Biden; S. BREYER, Scoutus Dictum Expulsion Fainaiguing Fuzes; R. B. GINSBURG, Scoutus Dictum Expulsion Fainaiguing Fuzes; E. KAGAN, Scoutus Dictum Expulsion Fainaiguing Fuzes; A. M. KENNEDY, Scoutus Dictum Expulsion Fainaiguing Fuzes; AMERICAN CIVIL LIBERTY UNION (ACLU)/LYNCH & GUPTA, Special Counsel; BAGNIO OF LGBT HOMOSEXUAL STATE-CLAN; CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY; RodhamClinton Populous Presidential Primary Paid Off Election-Expulsion/Stateswide Wins as Moot, Null and Void Fuzes,

      Defendants - Appellees



The 'Taliban 5' (from left): Mohammad Nabi Omari, Abdul Haq Wasiq, Mullah Norullah Noori, Mullah Mohammad Fazl and Khirullah Said Wali Khairkhwa

QATAR IN THE JUNE 06, 2017 NEWS AS ISOLATED AS ASSOCIATED WITH IRAN IN RECEIVING TERRORISTS FINANCED BY IRAN OBAMA ET AL ASSOCIATES.

APPENDIX-F: 9 OF 26

BENGHAZI UNSECUREEMSILDEATHPLOTTERS
AND IMPERIAL OBSTRUCTION OF JUSTICE
PARTYDEMOCRATSSUPERDELEGATES SCANDALS'AGENTS

Accessorial suspects of Christopher's death-plot



No. 16 - 8629

# IN THE

## SUPREME COURT OF THE UNITED STATES

JAMES ACGREY-KWEYCGIRR ARUNGA — PETITIONER

VS.

BARACK HUSSEIN OBAMA ET AL — RESPONDENT(S)

**PROOF OF SERVICE**

JAMES A-K ARUNGA CERTIFIES THAT, COPY OF THE PETITIONERS' EXPARTE APPLICATION, FOR SUPPLEMENTAL BRIEF, ATTACHED WITH SCPARTIAL ORDER--APPENDIX-A DATED MAY 30, 2017; MISCAPPENDIXES: 1-5; PETITION'S APPENDIX: F9 OF 26 AND APENDIX: F15 OF 26 were served by U.S. FirstClass mail to Respondents-Appellees-Defendants' Special Council: Rolando Olvera, Ignacio Torteya, 3rd, OLVERA & TORTEY/LynchGuptaYatesArizonaState Airport, U.S.D.C.Building, 600 E.Harrison Street, Rm 101, Brownsville, TX 78520; on June 8, 2017.

Arunga, James A-K declares under penalty of perjury that the foregoing is true and correct. Executed on 6/08/2017

by: _____
JAMES A-K ARUNGA, PRO SE
P.O.BOX 11521
EUGENE, OR 97440-3721.

JAMES AGGREY-KWEGGYIRR ARUNGA
Post Officw Box 11521
EUGENE, OR 97440-3721

Rolando Olvera/Ignacio Torteya
OLVERA-TORTEYA CHAMBERS
U.S.D.COURT BUILDING
600 E. Harrison Street, Rm 101
BROWNSVILLE, TX. 78520

United States District Court
Southern District of Texas
RECEIVED
JUN 12 2017
David J. Bradley, Clerk of Court



U.S. POSTAGE PAID
SPRINGFIELD, OR
97477
JUN 08, 17
AMOUNT
$1.40
R2304Y122010-11

1000
78520